UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

FEB 1 3 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. |
| ) | |
| ERIC VINCENT SMITH, ) | 4:20CR111 SEP/NAB |
| a/k/a Abdelalim Mohammad-El, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT
## COUNT ONE

The Grand Jury charges that:

On or about February 21, 2018, in the Eastern District of Missouri, the defendant,

**ERIC VINCENT SMITH,**
**a/k/a Abdelalim Mohammad-El**

with intent to defraud within the United States, did falsely assume and pretend to be a diplomatic, consular and other official of a foreign government duly accredited as such to the United States and acted as such.

In violation of, and punishable under, Title 18, United States Code, Section 915.

## COUNT TWO

The Grand Jury further charges that:

On or about February 21, 2018, in the Eastern District of Missouri, the defendant,

**ERIC VINCENT SMITH,**
**a/k/a Abdelalim Mohammad-El**

with intent to defraud within the United States, did falsely assume and pretend to be a diplomatic, consular and other official of a foreign government duly accredited as such to the United States, and acted as such, and in such pretended character did demand and obtain a thing of value, that is, Eric Vincent Smith, a/k/a Abdelalim Mohammad-El, while being questioned by

St. Louis Lambert Airport Police regarding weapons improperly stored in his luggage, by, and attempting to secure the release of his weapons from the St. Louis Lambert airport police, stated, that he was "a diplomat from Morocco" or words to that effect, and further stated, "he had diplomatic immunity" or words to that effect.

In violation of, and punishable under, Title 18, United States Code, Section 915.

## COUNT THREE

The Grand Jury further charges that:

On or about February 21, 2018, in the Eastern District of Missouri, the defendant,

### ERIC VINCENT SMITH,
### a/k/a Abdelalim Mohammad-El

with intent to defraud within the United States, did falsely assume and pretend to be a diplomatic, consular and other official of a foreign government duly accredited as such to the United States, and acted as such, and in such pretended character did demand and obtain a thing of value, that is, Eric Vincent Smith, a/k/a Abdelalim Mohammad-El, while being questioned by St. Louis Lambert Airport Police regarding weapons improperly stored in his luggage, by, and attempting to secure the release of his weapons from the St. Louis Lambert airport police, presented a forged and fraudulent "Moor-American Consolate" identification document and a travel card, with the documents labeled "Diplomatic Immunity."

In violation of, and punishable under, Title 18, United States Code, Section 915.

## COUNT FOUR

The Grand Jury further charges that:

On or about February 21, 2018, in the Eastern District of Missouri, the defendant,

### ERIC VINCENT SMITH,
### a/k/a Abdelalim Mohammad-El

with intent to defraud within the United States, did falsely assume and pretend to be a diplomatic, consular and other official of a foreign government duly accredited as such to the

United States, and acted as such, and in such pretended character did demand and obtain a thing of value, that is, Eric Vincent Smith, a/k/a Abdelalim Mohammad-El, while being questioned by St. Louis Lambert Airport Police, by, attempting to continue his airline travel, stated, that he was "a diplomat from Morocco" or words to that effect, and further stated, "he had diplomatic immunity" or words to that effect.

In violation of, and punishable under, Title 18, United States Code, Section 915.

## COUNT FIVE

The Grand Jury further charges that:

On or about February 21, 2018, in the Eastern District of Missouri, the defendant,

**ERIC VINCENT SMITH,**
**a/k/a Abdelalim Mohammad-El**

with intent to defraud within the United States, did falsely assume and pretend to be a diplomatic, consular and other official of a foreign government duly accredited as such to the United States, and acted as such, and in such pretended character did demand and obtain a thing of value, that is, Eric Vincent Smith, a/k/a Abdelalim Mohammad-El, while being questioned by St. Louis Lambert Airport Police, by, and attempting to continue his airline travel, presented a forged and fraudulent "Moor-American Consolate" identification document and a travel card, with the documents labeled "Diplomatic Immunity."

In violation of, and punishable under, Title 18, United States Code, Section 915.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
KENNETH R. TIHEN, #37325MO
Assistant United States Attorney