**FILED**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FEB **1 3** 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    vs.                         )   **4:20CR111 SEP/NAB**
                                )
ERIC VINCENT SMITH,             )
a/k/a Abdelalim Mohammad-El,    )
                                )
            Defendant.          )

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen,

United States Attorney for the Eastern District of Missouri, and Kenneth R. Tihen, Assistant

United States Attorney for said District, and moves the Court to order defendant detained

pending trial, and further requests that a detention hearing be held three (3) days from the date of

defendant's initial appearance before the United States Magistrate pursuant to Title 18, United

States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      Defendant is charged with Impersonating a Foreign Diplomat, Consular or
        Official of a Foreign Country, in violation of Title 18, United States Code,
        Section 915.

2.      Pursuant to Title 18, United States Code, Section 3142(g), there is a serious risk
        that the defendant will flee.

3.      Defendant is a danger to the community.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

_____s/Kenneth R. Tihen_____
KENNETH R. TIHEN, #37325MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200
Kenneth.tihen@usdoj.gov