

HENCEFORWARD
SHALL BE
FREE
EMANCIPATION 2013
PROCLAMATION
ABRAHAM LINCOLN
- 1863 -
FOREVER • USA
4-16-2013

United States District
Eastern District
Missouri St. Louis
11 south 10th street
St. Louis, Missouri 63102-1125
Attn: all magistrates and/or
Judges
Regarding case number
4:20-CR-00111-SEP-NAB
dismiss and remove from
all records against my natural body.

AbdelAlim Mohammed-El,
Sheik & Consul of The Moor American National Government
& Consulate
Nationality: Moor American
Private Property & Domicile under Allodium Title: 3675 Gray Burn street
Los Angeles city, California Republic- not in a federal zone

See Title 18 united states codes of the law section 242

Via FedEx Shipping tracking
number ____ 7820 92905962

The Moor American National Government & Consulate

FILED
JAN 4 2021
U.S. DISTRICT
EASTERN DISTRICT
ST. LO

RECEIVED
JAN 4 2021

BY MAIL

The Moor American Flag

## NOTICE OF FOREIGN JURISDICTION
## TO: ALL U.S. AND STATE AGENTS & OFFICERS
## &
### State of California Board of Barbering & Cosmetology

Notice of Allodium Title
of 3675 Grayburn Avenue,
Los Angeles, California Republic of

AbdelAlim Mohammed-El, Moor American & Consul

Moorish Khalifornia

Latitude- 32° 32' N to 42° N
Longitude- 114° 8' W to 126° 26' W

This state 95 page is not in any seated jurisdiction of any court or bond regulation. The United States Attorney purposely lied about who I am. This is the correct information to be placed on record of who I am. I am not Eric Vincent Smith. For the record. Never refer to me as Eric Vincent Smith.

### TITLE 22, FOREIGN RELATIONS AND INTERCOURSE PAGE 954
Chapter 2: Consular courts
Section 141. Judicial authority generally. To carry into full effect the provisions of the treaties of the United States with certain foreign countries. The ministers and consuls of the United States in China. Siam, Turkey.

Morocco. Muscat. Abyssinia, Persia, and the territories formerly a part of the former Ottoman Empire including Egypt. Duly appointed to reside therein. Shall. In addition to other powers and duties imposed upon them. Respectively, by the provisions of such treaties, respectively, be invested with judicial authority described in this chapter, which shall appertain to the office of minister and consul, and be a part of the duties belonging thereto, wherein, and so far as; the same is allowed by treaty; and in accordance with the usages of the countries in their intercourse with the Franks or other foreign Christian nations. (R.S. §§ 4083, 4125, 4126, 4127; June 14, 1878. c. 193. 20 Stat. 131.)

Title 22. Chapter 2 Section 142
General Jurisdiction in Criminal cases.

The officers mentioned in Section 141 of this title are fully empowered to arraign and try, in the manner provided for this chapter, all citizens of the United States charged with offenses against the law, committed in such countries, respectively, and to sentence such offenders in the manner in this chapter authorized; and each of them is authorized to issue such processes as are suitable and necessary to carry this authority into execution. (R.S. § 4084.)

Title 22 Chapter 2 Section 143
General Jurisdiction in Civil cases.

Such officers are also invested with all the judicial authority necessary to execute the provisions of such treaties, respectively, in regard to civil rights, whether of property or person; and they shall entertain jurisdiction in matters of contract, at the port where, or nearest to which, it was to be executed, and in all other matters, at the port where, or nearest to which the damage complained of was sustained, provided such port be one of the ports at which the United States are represented by consuls. Such jurisdiction shall embrace all controversies between citizens of the United States, or others, provided for by such treaties, respectively. (R.S. § 4085)

BY AUTHORITY OF CONGRESS.
THE
Public Statutes at Large
OF THE
UNITED STATES OF AMERICA,
FROM THE
ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.
ARRANGED IN CHRONOLOGICAL ORDER.
WITH
REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,
AND
COPIOUS NOTES OF THE DECISIONS
OF THE
Courts of the United States
CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.
WITH AN
INDEX TO THE CONTENTS OF EACH VOLUME,
AND A
FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.
TOGETHER WITH
The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States;
AND ALSO,
TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATIVE TO THE JUDICIARY,
IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY
RICHARD PETERS, ESQ.,
COUNSELLOR AT LAW.

VOL. VIII.

BOSTON:
LITTLE, BROWN AND COMPANY.
1867.



THE LIBRARY OF CONGRESS
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

PHOTODUPLICATION SERVICE
202-707-5640 (Voice)
202-707-1771 (FAX)
phoaduplication@loc.gov (Email)

THIS IS TO CERTIFY that the collections of the Library of Congress
contain a publication entitled THE PUBLIC STATUTES AT LARGE OF THE
UNITED STATES OF AMERICA, volume 8, and that the attached photocopies
- the title page, the verso of the title page, and pages 100 through 105 - are a true



TREATY OF PEACE AND FRIENDSHIP.

Between the United States of America, and His Imperial
Majesty the Emperor of Morocco. (a)

January, 1787.   To all Persons to whom these Presents shall come or be made known,
Whereas the United States of America, In Congress assembled, by
their commission bearing date the twelfth day of May, one thousand
seven hundred and eighty-four, thought proper to constitute John Adams,
Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipoten-
tiary, giving to them, or a majority of them, full powers to confer, treat
and negotiate with the Ambassador, Minister, or Commissioner of His
Imperial Majesty the Emperor of Morocco, concerning a treaty of amity and
commerce; to make and receive propositions for such treaty, and to
conclude and sign the same, transmitting it to the United States in Con-
gress assembled, for their final ratification; and by one other commis-
sion, bearing date the eleventh day of March, one thousand seven hun-
dred and eighty-five, did further empower the said Ministers Plenipoten-
tiary, or a majority of them, to employ...

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 2 of 89 PageID #: 170



*Treaty of Peace and Friendship 1787*



## TREATY WITH MOROCCO. 1787.

of twenty-five articles, shall be inserted in this book, and delivered to the Honourable Thomas Barclay, the agent of the United States, now at our court, with whose approbation it has been made, and who is fully authorized on their part to treat with us concerning all the matters contained therein.

### ARTICLE II.

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy, nor fight under their colours.

### ARTICLE III.

If either of the parties shall be at war with any nation whatever, and takes a prize belonging to that nation, and there shall be found on board such subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

### ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

### ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done without reason, the offending party shall make good all damages.

### ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

### ARTICLE VII.

If any vessel of either party shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

### ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and re-load her cargo, without paying any duty whatever.

### ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think proper to proceed on his voyage.

### ARTICLE X.

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

### ARTICLE XI.

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States shall put into any of the ports belonging to the enemy, shall follow and twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

### ARTICLE XII.

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

### ARTICLE XIII.

If a ship of war of either party shall put into a port of the other side, it shall be returned from the fort with an equal number of guns, but with more or less.

### ARTICLE XIV.

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

### ARTICLE XV.

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

### ARTICLE XVI.

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

### ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandise but such as are prohibited to the other Christian nations.

### ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

### ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at liberty to appoint his own time of sailing.

## TREATY WITH MOROCCO. 1787.

### ARTICLE XXIV.

If any differences shall arise by either party belonging on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to carry off their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

### ARTICLE XXV.

This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cordoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

#### ADDITIONAL ARTICLE.

Grace to the only One:
I, the under-written, the servant of God, Taher Ben Abdelhack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, [or] in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to this treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express direction of his Majesty.

THOMAS BARCLAY.



AbdelAlim Mohammed-El, Moor American & Consul

Now, know ye, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the date expressed under our signatures respectively.

JOHN ADAMS,   (L.S.)
*London, January 25th, 1787.*

THOMAS JEFFERSON,   (L.S.)
*Paris, January 1st, 1787.*

VOL. VIII.     14

---

Article 6 of the organic united states of America Republic Constitution States:

ALL Debts contracted and Engagements entered into before the Adoption of this, shall be as valid against the United States under this Constitution as under the Confederation. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and ALL Treaties made, or which shall be made, under the Authority of the United States, shall be the Supreme Law of the Land; and the judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding......

---

### 1933 - LEGISLATIVE JOURNAL - HOUSE - PAGE 5759

#### RESOLUTION No. 75

Mr. WITKIN, Mr. Speaker, I desire at this time to call up Resolution No. 75, Printer's No. 1034.

**The Resolution was read by the Clerk as follows:**

In the House of Representatives, April 17, 1933. Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried into Spain the influence of its artistic temperaments have become citizens of this Nation.

In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles which are necessary to make them good American citizens. These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents; therefore be it, Resolved: That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered this Nation in bringing about a speedy and thorough Americanization of these former Moors and that in accordance with the American principle of independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use which they may hereafter acquire the right to use.

On the question, Will the House Adopt the resolution?

It was Adopted May 4 1933.

*"Treaty of Peace and Friendship 1787"*





United Nations A/RES/61/295

General Assembly Distr.: General

2 October 2007 Sixty-first session Agenda item 68 06/51107

Resolution adopted by the General Assembly

[Without reference to a Main Committee (A/61/L.67 and Add.1)]

61/295. United Nations Declaration on the Rights of Indigenous Peoples



Dignity and justice for all of us

### Article 1

Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights4 and international human rights law.

### Article 2

Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.

### Article 3

Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

### Article 4

Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

### Article 5

Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State.

### Article 6

Every indigenous individual has the right to a nationality. *Nationality is order of the day*

### Article 7

1. Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person.

2. Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of violence, including forcibly removing children of the group to another group.

### Article 8

1. Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.

2. States shall provide effective mechanisms for prevention of, and redress for:

(a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;

(b) Any action which has the aim or effect of dispossessing them of their lands, territories or resources;

(c) Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;

(d) Any form of forced assimilation or integration;

(e) Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

### Article 9

Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the A/RES/61/295 5 community or nation concerned. No discrimination of any kind may arise from the exercise of such a right.

### Article 10

Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.

### Article 11

1. Indigenous peoples have the right to practise and revitalize their cultural traditions and customs. This includes the right to maintain, protect and develop the past, present and future manifestations of their cultures, such as archaeological and historical sites, artefacts, designs, ceremonies, technologies and visual and performing arts and literature.

2. States shall provide redress through effective mechanisms, which may include restitution, developed in conjunction with indigenous peoples, with respect to their cultural, intellectual, religious and spiritual property taken without their free, prior and informed consent or in violation of their laws, traditions and customs.

### Article 12

1. Indigenous peoples have the right to manifest, practise, develop and teach their spiritual and religious traditions, customs and ceremonies; the right to maintain, protect, and have access in privacy to their religious and cultural sites; the right to the use and control of their ceremonial objects; and the right to the repatriation of their human remains.

### Article 15

1. Indigenous peoples have the right to the dignity and diversity of their cultures, traditions, histories and aspirations which shall be appropriately reflected in education and public information.

2. States shall take effective measures, in consultation and cooperation with the indigenous peoples concerned, to combat prejudice and eliminate discrimination and to promote tolerance, understanding and good relations among indigenous peoples and all other segments of society.

### Article 16

1. Indigenous peoples have the right to establish their own media in their own languages and to have access to all forms of non-indigenous media without discrimination.

2. States shall take effective measures to ensure that State-owned media duly reflect indigenous cultural diversity. States, without prejudice to ensuring full freedom of expression, should encourage privately owned media to adequately reflect indigenous cultural diversity.

### Article 17

1. Indigenous individuals and peoples have the right to enjoy fully all rights established under applicable international and domestic labour law.

2. States shall in consultation and cooperation with indigenous peoples take specific measures to protect indigenous children from economic exploitation and from performing any work that is likely to be hazardous or to interfere with the child's education, or to be harmful to the child's health or physical, mental, spiritual, moral or social development, taking into account their special vulnerability and the importance of education for their empowerment.

3. Indigenous individuals have the right not to be subjected to any discriminatory conditions of labor and, inter alia, employment or salary.

### Article 18

Indigenous peoples have the right to participate in decision-making in matters which would affect their rights, through representatives chosen by themselves in accordance with their own procedures, as well as to maintain and develop their own indigenous decision-making institutions.

### Article 19

States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them. A/RES/61/295 7

### Article 20

1. Indigenous peoples have the right to maintain and develop their political, economic and social

systems or institutions, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities.

2. Indigenous peoples deprived of their means of subsistence and developments are entitled to just and fair redress.

### Article 21

1. Indigenous peoples have the right, without discrimination, to the improvement of their economic and social conditions, including, inter alia, in the areas of education, employment, vocational training and retraining, housing, sanitation, health and social security.

2. States shall take effective measures and, where appropriate, special measures to ensure continuing improvement of their economic and social conditions. Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities.

### Article 22

1. Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities in the implementation of this Declaration.

2. States shall take measures, in conjunction with indigenous peoples, to ensure that indigenous women and children enjoy the full protection and guarantees against all forms of violence and discrimination.

### Article 23

Indigenous peoples have the right to determine and develop priorities and strategies for exercising their right to development. In particular, indigenous peoples have the right to be actively involved in developing and determining health, housing and other economic and social programmes affecting them and, as far as possible, to administer such programmes through their own institutions.

### Article 24

1. Indigenous peoples have the right to their traditional medicines and to maintain their health practices, including the conservation of their vital medicinal plants, animals and minerals. Indigenous individuals also have the right to access,

without any discrimination, to all social and health services.

2. Indigenous individuals have an equal right to the enjoyment of the highest attainable standard of physical and mental health. States shall take the necessary steps with a view to achieving progressively the full realization of this right.

### Article 25

1. Indigenous peoples have the right to maintain and strengthen their distinctive spiritual relationship with their traditionally owned or otherwise occupied and used lands, territories, waters and coastal seas and other resources and to uphold their responsibilities to future generations in this regard. A/RES/61/295 8

## "Treaty of Peace and Friendship 1787"



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | E. WHITE HOUSE OFFIC WASHINGTON, D. C. 20500 □ Agent □ Addressee |
| | B. Received by: (Printed Name) MAR – 5 2012 C. Date of Delivery |
| 1. Article Addressed to: *The White House 1600 Pennsylvania Avenue North-west Washington, District of Columbia 20500 Attn: Beloved President Barak H. Re: The Acknowledgement of LOBama The Moorish American National Abdel-Alim Mohammed-El private property & domicile of _____ Street [_____] Making a Special Appearance In Propria Persona For Just is The Moorish American National Government Consulate, All Sovereign Rights Reserved Alim Mohammed-El* | D. Is delivery address different from item 1? □ Yes If YES, enter delivery address below: □ No |
| | 3. Service Type □ Certified Mail □ Express Mail □ Registered □ Return Receipt for Merchandise □ Insured Mail □ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) □ Yes |
| 2. Article Number (Transfer from service label) 7010 3090 0000 4146 9253 | |
| PS Form 3811, February 2004 Domestic Return Receipt | 102595-02-M-1540 |

It is written that the United States is considered as forming a society and not a nation (see *Chisholm v. Georgia, 2 Dal. (U.S.) 419, 1 L. Ed. 440 (1794)*. It is written that the United States is not a country but a federal corporation (see Title 28 of the United States Codes of the law, Part VI, Chapter 176, subsection 3 002(15)(a)(b)(c); *United States v. Recorder, 1 Blatchf. 218, 255 5 N.Y. Leg. Obs. 286, Federal Case No. 16, 129)*. It is written that the United States is bankrupt pursuant to *Perry v. United States, 294 U.S. 330-381 (1935)*. It is written that the United States is a de facto government (see *MacLeod v. United States, 229 U.S. 416, 33 S.Ct. 955, 57 L.Ed. 1240)*. It is written that the corporate states is forbidden by law form converting a basic right into a privilege and requiring a license and/or a fee charge for the exercise of the basic rights (see *Murdock v. Pennsylvania, 319 U.S. 105*). It is written where rights secured by the Organic U.S.A. Republic Constitution are involved, there can be no rule making or legislation which would abrogate them (see *Miranda v. Arizona, 384 U.S. 436 p.491)*. It is written that the claim and exercise of a constitutional right cannot be converted into a crime (see *Miller v. United States, 230 F. 486, 489).* It is written that "we find it intolerable that one constitutional right should have to be surrendered in order to assert another" (see *Simons v. United States, 390 U.S. 389)*. It is written that the states cannot diminish the Rights of The People (see *Hurtado v. California, 110 U.S. 516).* It is written that no public policy of a state can be allowed to override the positive guarantees of the Organic U.S.A. Republic Constitution (see 16 American Jurisprudence (2nd), Constitutional Law, Section 70). It is written that "Codes" which are repugnant to the Organic U.S.A. Republic Constitution are null and void (see *Marbury v. Madison, 5 U.S. 137, 174, 176)*. It is written that if a state does erroneously convert a basic right into a privilege and require a license or free charge, a citizen may ignore the license or fee with total immunity for the exercise of a basic right (see *Schuttlesworth v. Birmingham, Alabama, 373 U.S. 262).*

It is written that if a citizen exercises a basic right and a law of any state is to the contrary of such exercise of that basic right, the said supposed law of any state is a fiction of law and 100% totally unconstitutional and no courts are bound to uphold it and no citizen is required to obey such unconstitutional law or license requirement (*Marbury v. Madison, U.S. 137 (1803)).* It is written that the law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings (see *Hagan v. Lavine, 415 U.S. 533).* It is written that federal jurisdiction cannot be assumed, but must be clearly shown (see *Brook v. Yawkey 200 F.2d 633).* The question is, "what jurisdiction does these Roman [Civil/Municipal] courts have over a Moor (Muslim) who has a treaty which protect and secure our rights? (see the Organic U.S.A. Republic Constitution Article 6 sections 1-2). Police power is "supposed" to be in harmony with the Organic U.S.A. Republic Constitution-1 787. It is written "with regards particularly

**Act of State in Pure Trust**
**Primary Signature Certification**
**(Convention de La Haye du 5 octobre 1961)**
**TIAS 10072, 33 UST 883, 527 UNTS 189, (Convention # 12)**



Form: publici juris/Affidavit
Session: one supreme Court

# Abdel-Alim Mohammed EL, A Private Pure Trust
## Act of State; Reaffirmation of Pure Trust Relationship
## Reaffirmation of Dual Citizenship
## And Renunciation of Attempted Expatriation

**Personal Identification:** I, Abdel Alim Mohammed EL ™® ©, a Private Pure Trust, of Almighty God, in residence, in body, soul and spirit, and also identified as **The Moor,** one of my external expressions and fictitious externalities, in the personal theater of my life, and social involvement, by International Common Law Recording, being of the age of majority, complete in my faculties, a natural born Divine Creation, and a Private, Sentient, Civilian, Absolute Sovereign Person of planet earth; of North America, greater than the constitutional Public survey boundaries of The State of **California**, a State, of a constitutional Township, myself, of Allah's Creation being greater than the body of a constitutional county and universe, the proper jurisdictions of the Common Law thereto, do solemnly make this **Reaffirmation of Dual Personhood**, pursuant to my absolute freedom of spiritual condition, as prophesied and established by the prophets of Allah, and absolute from the date of 630 AD, pursuant to the work of Allah making me an Ambassador and Subject-Citizen of the Providence / Kingdom of Heaven under its King, Allah; and a Moor—American Sovereign Citizen-Principal in good Standing and Behavior, Public Minister (Ambassador), and *"dominium"* (absolute owner) inhabitant of the organic United States ("a more perfect Union") under the Constitution for the United States of America (1791 to Date) as ordained and established, with reservation of all Divinely created and established inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts of the (De Facto /Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Personhood / Citizenship Status to that of a U.S. Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S.", "person", "consumer" "individual", "citizen", "citizen-subject" "plaintiff-defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate / Legislative /Military/ Maritime / Admiralty / Fictitious Democracy **UNITED STATES, INC.** et al. Such corporations, fraudulent and non-existent in the Law, or by any fictional or statutory lawful means, include, but are not limited to, **UNITED STATES, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES, Abdel Alim Mohammed EL; Mohammed EL, Abdel-Alim., ssn: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; ca birth: 05-15-71.**

**Corporate Relationship(s):** This doctrine of "Piercing the Corporate Veil", to all government, fictional or real, and its government corporations, even all being bankrupt, as of 1933, Public Law 89-719; with its "Instrumentality Rule", will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. Such government has created a fictional person about my natural self, identified as a *Federal Fictional All Capitals Corporate Name* (strawman) to use in trade, but at my sole discretion of use, not their discretion, requiring payment to me of any use, reference or holding(s).

**Rights Held Back from any Government:** For peace and safety of all Corporate officers, etc., as well myself I have identified all my guaranteed, absolute properties ("Life, Liberty, and Pursuit of Happiness", "Economic Liberties and transactions" "Private International Law"), these being restrained from the same, until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications, presentment(s), will list the International Record (Serial) Number (Apostille No.) (Social Security) (Drivers License), as has been recognized, received, recorded, and issued by the De facto/Renegade/Corporate government. This Number is the international recording /registration, National authentication, State certification of a Public Document of the United States of America, my Nation(s); and of my Personhood /**Nationality** as well as identification of all guaranteed, absolute properties, whether Private or Public, are, and have been in Lawful possession of me/myself. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in damages of One Hundred Million Dollars of United States (Treaty States, nation-state) specie Money, (United States Dollars silver"Blocked"), being enumerated in Article 1, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to Date), and or seizure of government property, to be multiplied by not only the damaging party(s), but all those in concert and any causes of action. I am Judge in my own affairs and rights, given to none other.

## WAIVER OF TORT and NOTICE TO ALL TRESPASSERS

Acceptance of Oath constitutes your open and binding offer of contract to form a firm and binding, private contract between the Affiant and the public official or their employees or agents, this implied contract comes into full force by the chooses in action on your part to trespass upon my rights and freedoms you have openly sworn to protect. The Constitution of the united states of America clearly states at Article 1, section 10, "No state shall...pass any...Law, impairing the Obligation of Contracts" which has been upheld in the united States supreme Court case of Hale v. Henkel 201 U.S. 43 at 89 (1906) over 1600 times.

By your offer and my acceptance we mutually willingly and intentionally agree to the terms of this implied contract;

## NOTICE TO ALL TRESPASSERS

Trespass upon either the binding Pure Trust Instrument, referenced herein; any violation of an Oath of office; or acting under color of law outside the accepted forum is deemed a $2,000,000.00 tort for each occurrence and a corresponding lien granted by agreement and consent of the parties, by their conduct and by this public notice. Performance is acceptance;

**Declaration(s):** This Pure Trust Declaration is made absolute by the enclosed Apostille, to The State of California, US Federal, international witness, copy, and, pursuant to 15 Stat. ch. 249 pg. 223 (1868), is of its own absolute jurisdiction, is self-actuating, is self-determined, established by Allah, shall be made final, adopted, and accepted by the *Doctrines of Estoppel* (by acquiescence), *Law of the Record* (Apostille), *Moral Obligation* (peremptory mandamus), **Declaration(s)**, and the Divine Law (380 U.S. 163; Through The Holy Quran's prophesies, The Holy Quran is law to be applied nationally); or upon the passing of a customary and **reasonable time** of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the U.S. President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at anytime applied and/or attached to Me, or any fictional characterization(s) about myself, pursuant to Congressional demand within 15 Stat. ch. 249.

I can redefine, reverse, alter, add, amend, re-organize, re-declare, change this Act of State at any time or place I should so desire, effecting my birthright treaties, trusts, chattels, loans, debt, credit, mortgages, relationships, taxes, government regulations, private rights held back from government(s),





The Moor American National Government & Consulate

**CALIFORNIA**

IDENTIFICATION CARD

ID A5395486
EXP 05/15/2018
LN MOHAMMED-EL
FN ABDELALIM
3388 W 84TH ST APT D
INGLEWOOD, CA 90305
DOB 05/15/1971

05151971

SEX M   HAIR BLK   EYES BRN
HGT 6'-02"   WGT 195 lb
DD 12/03/2012514D/DBBFD/18

*Old Glory*

**The Moor American Flag**

*[handwritten:]* issued on January 28, 2013. So how in the hell are you attempting to illegally adjudicate a Moor by a non-existence Strawman ERIC VINCENT SMITH?? That's dirty and is not right and you know it. See United States Codes of the Law Title 18 sections 241 & 242; Federal Rules of Civil Procedure Rule 12(b)(1).

NOTICE OF FOREIGN JURISDICTION
TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS APPLIED TO A PREMISES, all property thereto and attached thereto is under the custody and control of the above-named foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to International law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

U.S. Land Grant No. 923  [Certificate: June 14, 1797; Plan No. 1516; Register No. 3, April 12, 1802]
**A CESTUI QUE TRUST—INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES**

1) The Marquis de Maison Rouge/The Baron Bastrop "Spanish/Moorish" Land Grant #923; 2) The Fontainebleau Treaty of San Il-defonso I [November 3, 1762: via The Louisiana Dauphin and heir to the de Bourbon (Delaware-Muur) Washitaw-Tunica estate, nunc pro tunc (1682-1713)]; 3) Treaty of Utrecht: France, April 11, 1713; and Spain, December 9, 1713; 4) The De Bourbon Compact, August 15, 1761; and Treaty of San Lorenzo, November 17, 1762; 5) King George III: The British Royal Proclamation [October 7, 1763: via The British Quebec Act of 1774; and the u.n.A. Northwest Ordinance [1 Stat. 50, July 13, 1787]. In regards to Spanish/Moorish Louisiana: 6) Treaties for the Cession of Louisiana [April 13, 1803, and April 30, 1803; and U.S. Congressional Acts: 1817, February 10: Act #253; 1820, December 12: Act #325; 1821, January 22: Act #329]; 7) U.S. Supreme Court Judicial Affirmation [Nos. 31 & 191, June 19 & 20, 1848] of the de Bourbon Tunica/Turner estate [Indigenous Land Claim, U.S. Grant No. 923]; 8) The Charter of 1945: United Nations, Article 75 through 85, via Office of Special Trustee, 1994, Bureau of Indian Affairs, 1824, U.S. Department of the Interior.  The corpus of the Trust/Grant is perpetual with the duration of the United States of America; and Units of Beneficial Interest [UBI's] or Monetary Certificates are therefore issued to members of the Sovereign Washitaw Nation of Muurs via Certified Draft or Negotiable bill of Exchange, to Wit:

**WHEREAS: I,** *Abdel Alim Mohammed-El* **, Am NOT in affirmation; but rather, I DENY the existence for the above CORPORATIONS and FICTIONS, and all departments/branches, divisions/subsidiaries of the above corporations/fictions and all other limited liability fictional entities. FURTHERMORE, I OBJECT [and do not ratify] the use of the ALL CAPITAL NAME.  The ALL CAP NAME is the fictitious person "doing business as."** When anyone is "doing business as" he is entering into contracts.  The ALL CAP NAME is prima facie evidence that one is doing business with the STATE.

I The natural and Private International Moor AbdelAlim Mohammed-El, Consul of The Moor American national Government & Consulate deny that the following artificial entities/corporations exist: UNITED STATES, UNITED STATES OF AMERICA, U.S., AMERICA, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES REGISTRAR-RECORDER/COUNTY CLERK, LOS ANGELES ASSESSOR, CITY OF LOS ANGELES, CITY OF INGLEWOOD, LOS ANGELES POLICE DEPARTMENT, INGLEWOOD POLICE DEPARTMENT, OFFICE OF DISTRICT ATTORNEY, COUNTY OF LOS ANGELES-OFFICE OF PUBLIC DEFENDER, LOS ANGELES MUNICIPLE COURT, LOS ANGELES SUPERIOR COURT, INGLEWOOD MUNICIPLE COURT, INGLEWOOD SUPERIOR COURT, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, MEN'S CENTRAL JAIL, PITCHESS DETENTION CENTER, STATE OF CALIFORNIA-DEPARTMENT OF MENTAL HEALTH, PATTON STATE HOSPITAL, STATE OF CALIFORNIA-BOARD OF BARBERING AND COSMETOLOGY, STATE OF CALIFORNIA-DEPARTMENT OF MOTOR VEHICLE IDENTIFICATION NUMBER A5395486, SOCIAL SECURITY ADMINISTRATION NUMBER 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, STATE OF CALIFORNIA VITAL RECORD OFFICE, ABDELALIM MOHAMMED-EL, ERIC VINCENT SMITH, ALIM HADI MUHAMMAD, SONYA LATRICE STEWART, ABDUL-QADIR MUHAMMAD, ABDUL-QADIR MUHAMMAD-EL, *STATE oF MISSOURI, SAINT LOUIS COUNTY, UNITED STATES ATTORNEY, CITY OF SAINT LOUIS, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION CASE NUMBER 4:20-CR-00111-SEP-NAB DOC # 21, KENNETH R TIHEN #37325MO, UNITED STATES MARSHALS, SAN BERNARDINO COUNTY, WEST VALLEY DETENTION CENTER, RANCHO CUCAMONGA, DIPLOMATIC IMMUNITY, MCOR AMERICAN CONSULATE, TITLE 18 UNITED STATES CODE 915, UNITED STATES PROBATION AND PRETRIAL SERVICES -7276793, BE SMARTLINK, UNITED STATES FEDERAL PUBLIC DEFENDER, DIAN SMITH CAMPBELL, GRETCHEN RESHA RICKS.*
Making a special appearance in Propria Persona Sui Juris, The Moor American National Government & consulate, All autochthonous and sovereign Moor American Rights Reserved,

*[signature]* Abdel Alim Mohammed-El, Moor American & Consul
AbdelAlim Mohammed-El, Moor American & Consul

*[handwritten:]* Making a Special Appearance In Propria Persona Sui Juris; The Moor American National Government and Consulate; All Moor-American Rights Reserved
Abdel Alim Mohammed-El

STATE OF *California*
COUNTY OF *Los Angeles*



# State of California

## SECRETARY OF STATE

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That, Daks Blanks whose name appears on the annexed certificate, was on April 10, 2013, the duly qualified and acting Deputy of the County of Los Angeles, in said State.

That the seal affixed thereto is the seal of said County; that the signature thereon appears to be the signature of Daks Blanks and that the annexed certificate is in due form and by proper officer.

*Added for Your records. Issued on March 23, 2016, under All Rights Reserved above signature. No office can take away anyone's Nationality, see United States Codes of The law Title 8 section 1481. I am a Moor.*

In Witness Whereof, I execute this certificate and affix the Great Seal of the State of California this 11th day of April 2013.

**CALIFORNIA** IDENTIFICATION CARD
ID A5395486
EXP 05/15/2021
LN MOHAMMED-EL
FN AEDELALIM
1877 W 95TH ST
LOS ANGELES, CA 90047
DOB 05/15/1971
05151971
SEX M HAIR BRN EYES BRN
HGT 6'-02" WGT 207 lb
DD 03/23/2016610C1/BBFD/21  03/23/2016

*...king a special appearance in Propria Persona Sui Juris, The Moor American National Government & ...late. All autochthonous and sovereign Moor American Rights Reserved.*

*Abdel Alim Mohammed-El, Moor American & Consul*

*Debra Bowen*

Secretary of State

*Joaha Singh*

BY

*Page 7a of 8*

Page 8 of 93

NP-24 A (REV. 1-07)  OSP 12 128262

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT _____ JAMES I UTOMAKILI _____ was, at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this ____**10th**____ day of ____**April**____, 2013

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____
DAKS BLANKS, Deputy County Clerk

BRF03-3/3/2009

*making a Special Appearance In Propria Persona Sui Juris, The Moor American National Government & Consulate, all Autochthonous & Sovereign Moor American Rights Reserved,*

*Abdel Alim Mohamet El, Moor American & Consul*

*Page 7b of 8*                    *Page 9 of 93*

To: United States District Court + Eastern
District of Missouri Eastern Division
111 South 10TH Street
St. Louis, Missouri 63102-1125
Attn: All magistrates and/or Judges
Regarding Case number 4:20-cr-00111-SEP-NAB
Dismiss and remove from all records
against my natural body.
Via FedEx Shipping tracking number
7820 4290 5962

---

### MARY E. DEMPSEY
### RECORDER OF DEEDS
### St. Charles, MO

MISSOURI
ST. CHARLES

I do hereby certify this to be a true copy of the attached document filed and recorded in the aforesaid county as evidence by Instrument Number

__20200323000178240__ in Book No. DE 7254 _____ Page No. 55 _____ and consists of ___9___ page/s.

Witness my hand and Official seal this __23 rd__ day of _March 2020_ .

Mary E. Dempsey
Recorder of Deeds

By : _Khan Bequette_____ Deputy

SEAL



**St. Charles County Recorder's Office**
**201 North Second Street, Suite 338**
**St. Charles MO 63301**
**(636) 949-7505**
**www.sccmo.org**



Page 1 of 9

2020032300178240 4/9
Bk:DE7254 Pg:58

To: President of the United States of America- Republic,
All United States - state agents and/or officers,
United States Military, United States Department of Homeland
Security, Federal Emergency Management Agency
(FEMA), Center for Disease Control and Prevention
(CDC), All Governors and Local law enforcement
agencies throughout the United States, 21st Judicial
Circuit Court of St. Louis County, Missouri Department of Revenue

From: The Moor-American National Government and Consulate
    Embassy
    7839 Stanford avenue
    University City, Moorish Missouri Territory [non-federal zone]
    [Gerald E. Smith Recorder of Deeds ST. Louis County
    Missouri, Document number 2017052500403 Book:22541
    Page: 0266; Book: 23409 Page:0193]

Regarding: Abjuration of United States citizenship and acknowledgement
        and recognition of Moor-American nationality and status. The
        Moor-American National Government and Consulate is exempted from U.S. Martial Law

Under all Rights Reserved; I am The Sultan/Al-Amir of The Moor-American
National Government and Consulate Embassy. I am making a Special
Appearance In Propria Persona Sui Juris. The Moor-American National Government
and Consulate Embassy is acknowledged and recognized by the United States
Federal Government (File number 2:13-cv-04991-JFW-PJW Document 20 of
9-16-2013); City of Los Angeles (Mayor's office)-City Clerk Council File
number 15-0160-3756; Superior Court of the State of California-County
of Los Angeles File number BC434523; United States Department of
Homeland Security-Attention Honorable Chad F. Wolf-1100 Hampton
Park Blvd., Capitol Heights, Maryland 20743 via United Parcel Service
Tracking number 1Z02083R1919079704 delivered on Monday
March 9, 2020 at 7:47am and signed for by "Karl".

    I, AbdelAlim Hadi-Bey Mohammed-El, Sultan/Al-Amir of The
Moor-American National Government and Consulate Embassy acknowledge
the abjuration of United States fourteenth amendment citizenship
and recognition and acknowledgement of Moor-American nationality
and citizenship of The Moor-American National Government and
Consulate Embassy of the following Moors who are the biological
children and family of AbdelAlim Hadi-Bey Mohammed-El The
Sultan/Al-Amir of The Moor-American National Government and
Consulate Embassy:

        • Erin Victoria Smith-Capel [Social Security Administration
          number 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; New York State Driver License
          253 573 953], True Moor-American appellation (name) is
          Erin Victoria Smith Capel-EL [Moor-American Diplomat
          Consul registration number 1-051971-02]
        • Anisah Mariah Muhammad [Social Security Administration
          number 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; California Identification number
          F6915617], True Moor-American appellation (name) is
          Anisah Mariah Muhammad-EL [Moor-American Diplomat
          Consul registration number 1-051971-03]

Page 1

20200323000178240 5/9
Bk:DE7254 Pg:59

- Abdul-Qadir Muhammad [Social Security Administration number 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; California Identification number Y8173708], True Moor-American appellation (name) is Abdul-Qadir Muhammad-EL [Moor-American Diplomat Consul registration number 1-051971-04]

- Andrea Simone Parker [Social Security Administration number 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; California Identification number Y3537393], True Moor-American appellation (name) is Andrea Muhammad-EL [Moor-American Diplomat Consul registration number 1-051971-05]

- Zaiya Jay Muhammad [Social Security Administration number 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], True Moor-American appellation (name) is Zaiya Jay Muhammad-EL [Moor-American Diplomat Consul registration number 1-051971-06]

- Samir Jeremiah Muhammad [Social Security Administration number 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], True Moor-American appellation (name) is Samir Jeremiah Muhammad-EL [Moor-American Diplomat Consul registration number 1-051971-0 ]

- Azari Amir Capel [Social Security Administration number 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], True Moor-American appellation (name) is Azari Amir Capel-El [Moor-American Diplomat Consul registration number 1-051971-09]

- Abdul Haliim Khalil-Bey Muhammad-El [also known as Abdel-Halim Khalil Mohammed EL], whose Moor-American Diplomat Consul registration number 1-051971-07 under State of California- Secretary of State Apostille numbers 80610 (March 18, 2015) and Apostille number 58701 [see also State of Missouri- Secretary of State Apostille number 2410049 recorded and filed at the Gerald E. Smith Recorder of Deeds ST. Louis County Missouri Document number 2019022100348 Book:23409 Page:0193 though 0224], is received, accepted, acknowledged, and Signed for by United States Department of Homeland Security - 1100 Hampton Park Blvd., Capitol Heights, Maryland 20743 via United Parcel Service tracking number 1z02083R1919079704 delivered on Monday March 9, 2020 at 7:47am and signed for by "Karl".

- Sheria Na-Ra Belle-Bey (Moor-American Diplomat Consul registration number 1-051971-40); see State of Missouri - Secretary of State Apostille number 2365509 recorded and filed at Gerald E Smith Recorder of Deeds ST. Louis County Missouri Document number 2016060900437 Book:22053 Page:0478 through 0512.

- Danta Cornell Capel [Social Security Administration number 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; New York State I.d. 684 350 798], True Moor-American appellation (name) is Danta Cornell Capel-EL [Moor-American Diplomat Consul registration number 1-051971-44].

Page 2



- Chloe Simone Hughley-Bey (Moor-American Diplomat Consul registration number 1-051971-41); see State of Missouri-Secretary of State Apostille number 2370254 recorded and filed at Gerald E. Smith Recorder of Deeds St. Louis County Missouri Document number 2016100700457 Book: 22225 Page: 0691 through 0721.

- Celesti Marie Hughley-Bey (Moor-American Diplomat Consul registration number 1-051971-42); see State of Missouri-Secretary of State Apostille number 2370253 recorded and filed at Gerald E. Smith Recorder of Deeds St. Louis County Missouri Document number 2016100700458 Book: 22225 Page: 0723 through 0753.

- Caliana Cumi-Rae Mohammed-EL (Moor-American Diplomat Consul registration number 1-051971-43); see State of Missouri-Secretary of State Apostille number 2397245 recorded and filed at Gerald E. Smith Recorder of Deeds St. Louis County Missouri Document number 2018032200503 Book: 22951 Page: 0434 through 0436.

The United State Department of Justice under Truth A1-Library of Congress Copyright office For Tax exemption for Moor-Americans -registration number AA222141 & AA222142 Class A. The Moor-American Diplomat Consuls of The Moor-American National Government and Consulate Embassy mentioned above, as well as other Moor-Americans not mentioned herein, has been duly notified to the Department of State pursuant to Private International Law and enjoys Diplomatic Immunity from United States Martial Law (United States Constitution Article 1 section 9), United States Department of Homeland Security - Federal Emergency Management Agency regulations and rules, Center for Disease Control Prevention (CDC) regulations and rules, any and all United States Military and/or National Guards authority, State Criminal and Civil jurisdiction, arrest and detention. Under Private International Law, said Moor-American Diplomat Consuls is to treated with respect and all steps is to be taken to prevent attacks on said Moor-American Diplomats Consuls' freedom, mobility (within and throughout any city, from State borders to state borders by train, airplane, automobile, bicycles, walking, scooters, skate board, roller blades, etc without United States Military and/or National Guards and/or State agents and/or officers interference of any Kind), interests, and properties and houses. Said Moor-American Diplomat Consuls have all full Rights to enter into any and all Grocery Stores for food and water and for the basic needs of life without United States Military and/or National Guards and/or State agents and/or officers interference of any Kind. All above said Moor-American Diplomat Consuls are "O negative blood" and are autochthonous (Indigenous) to the Continental American Territories and are immune to the COVID-19 (Coronavirus) and therefore no United States Military and/or National Guards and/or United States-state agents and/or officers and/or United States Department of Homeland Security - Federal Emergency Management Agency and/or Center for Disease Control Prevention (CDC) can detain nor arrest any Moor-American National Government and Consulate Embassy Diplomat Consuls under any circumstances. Absolutely NO UNITED STATES-STATE AGENTS and/or office and/or Military personnel and/or any and all Law enforcement agencies within the State of Missouri [including St. Louis County Police and Florissant Police Department] can write any ticket citations of any Kind to any Moor-American mentioned herein. Any and all state of Missouri Warrants are non-applicable, null and void to any Moor-American mentioned herein. AbdelAlim Hadi-Bey Mohammed-EL is not Eric Vincent Smith.        Page 3

Notice of Default:

• Default- by its derivation, a failure. An omission of that which ought to be done. It is the omission or failure to perform a legal duty, to observe a promise or discharge an obligation; the term also embraces the idea of dishonesty and wrongful acts, see: Easterwood v. Willingham, Tex.Civ. App., 47 S.W. 2d 393,395; Bradbury v. Thomas, 27 P.2d 402, 135 Cal.App. 435.

Abjuration of United States fourteenth (14TH) Amendment Citizenship by AbdelAlim Hadi-Bey Mohammed-EL Sultan/Al-Amir of The Moor-American National Government and Consulate Embassy has been registered with the state of Missouri-Secretary of State Apostille number 2385902 recorded and filed at Gerald E. Smith Recorder of Deeds ST. Louis County Missouri Document number 2017052500403 Book: 22541 Page: 0266 through 0298, was received, accepted [See: Rocha v. Hulen, 6 Cal.App. 2d 245, 44 P.2d 478, 482, 483], acknowledged [See: Favello v. Bank of America Nat. Trust & Saving Ass'n, 24 Cal.App. 2d 342, 74 P.2d 1057, 1058], and signed for [See: Weiner v. Mullaney, 59 Cal.App. 2d 620, 140 P.2d 704, 712], thus making a legal binding Contract [See: Uniform Commercial Code 1-201(12)-Contract] by the following:

- ST. Louis County Court - 105 South Central avenue, Clayton, Missouri 63105, Attn: Magistrate/Judge Mondonna L. Ghasedi, Via United Parcel Service tracking number 1Z 02083R4218057945 delivered on Wednesday January 29, 2020 at 12:42pm and signed for by "Gassner" at dock.

- ST. Louis County Court - 105 South Central avenue, Clayton, Missouri 63105, Attn: District Attorney-Prosecutor Jason Gregory Glaser, Via United Parcel Service tracking number 1Z 02083R4218072820 delivered on Wednesday January 29, 2020 at 12:42pm and signed for by "Gassner" at dock.

- ST. Louis County Court - 105 South Central avenue, Clayton, Missouri 63105, Attn: Public Defender office, Via United Parcel Service tracking number 1Z 02083R4218073445 delivered on Wednesday January 29, 2020 at 12:42pm and signed for by "Gassner" at dock.

- ST. Louis County Jail - 100 South Central avenue, Clayton, Missouri 63105, Attn: Richard Jennings & Travis Cruz, Via United Parcel Service tracking number 1Z 02083R4251407398 delivered on Wednesday January 29, 2020 at 10:54 and signed for by "Gassner".

- Missouri Department of Revenue - 301 west High street, Jefferson City, Missouri 65101, Attn: Zen Zellers-Director, Via United Parcel Service tracking number 1z02083R4218074686 delivered on Wednesday January 29, 2020 at 9:28am and signed for by "Eastwood" at front desk.

- Missouri State Highway Patrol - 1510 East Elm street, Jefferson City, Missouri, Attn: Lieutenant Colonel Malik A. Henderson, via United Parcel Service tracking number 1z 02083R4218075309 delivered on Wednesday January 29, 2020 at 10:01am and signed for by "Fowler" at receiver.



Page 18 of 93

- St. Louis County/Police Department - 7900 Forsyth Blvd., Clayton, Missouri 63105, Attn: Colonel Jon Belmar, via United Parcel Service Tracking number 1Z02083R425l409252 delivered on Wednesday January 29, 2020 at 12:42 pm and signed for by "Gassner" at dock.
- United States Department of Homeland Security - 1100 Hampton Park
- Blvd., Capitol Heights, Maryland 20743, Attn: Honorable Chad F. Wolf, via United Parcel Service Tracking number 1Z02083R1919079704 delivered on Monday March 9, 2020 and signed for by "Karl".

ALL the above mentioned corporations has voluntarily chosen to remain silent in which "silence" can only be equated with "fraud" where there is a legal or moral duty to speak, or an inquiry left unanswered would be intentionally misleading, see: United States v. Tweel, 550 P.2d, 297. "Silence" constitute your voluntary acquiescene [See: Natural Soda Products Co. v. City of Los Angeles, Cal.App. 132 P.2d 553, 563; People v. Consolidated Indemnity and Ins. Co., 233 App. Div. 74, 251 N.Y.S. 566, 569; Hageria v. Mississippi River Power Co., D.C. Iowa, 202 F. 776, 783] which is an acknowlegement [see: Favello v. Bank of American Nat. Trust & Savings Ass'n, Cal.App. 2d 342, 74 P.2d 1057, 1058] and an assent, implied consent to everything stated within these entire five (5) pages affidavit as the truth, the whole truth, and nothing but the truth to be enforce [see: Dozier v. City of Gatesville, Tex. Civ.App., 51 S.W. 2d 109] upon all above said corporations. All warrants are dismissed. This constitute an Accord and satisfication.

The Moor-Americans are not negroes, Blacks, Colored, Ethiopians, African-Americans, nor United States fourteenth (14) Amendment citizens. I, AbdelAlim Hadi-Bey Mohammed-El, Sultan/Al-Amir of The Moor-American National Government and Consulate deny that the following artificial entities, strawmans, corporations exist: UNITED STATES, UNITED STATES OF AMERICA, UNITED STATES ARMY, UNITED STATES MILITARY, UNITED STATES NATIONAL GUARDS, FEDERAL EMERGENCY MANAGEMENT AGENCY, FEMA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CENTER FOR DISEASE CONTROL PREVENTION, CDC, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES HOMELAND TERRORISM PREPAREDNESS BILL, HOUSE RESOLUTION NUMBER 8791, ANY AND ALL DETENTION CENTERS, STATE OF MISSOURI, STATE OF CALIFORNIA, STATE OF NEW YORK, COVID-19, CORONAVIRUS, SAINT LOUIS COUNTY, LOS ANGELES COUNTY, COUNTY OF LOS ANGELES, MONROE COUNTY, CITY OF SAINT LOUIS COUNTY, FLORISSANT, CITY OF FLORISSANT, SAINT LOUIS, CITY OF SAINT LOUIS, CITY OF ROCHESTER, ROCHESTER, CITY OF LOS ANGELES, CALIFORNIA REPUBLIC, SAINT LOUIS COUNTY POLICE DEPARTMENT, FLORISSANT POLICE DEPARTMENT, ROCHESTER POLICE DEPARTMENT, LOS ANGELES POLICE DEPARTMENT, ANY AND ALL COUNTY SHERIFF'S DEPARTMENTS, MISSOURI STATE HIGHWAY PATROL, ANY AND ALL STATE TROOPERS AND HIGHWAY PATROL DEPARTMENT, ANY AND ALL UNITED STATES-STATE AGENTS AND/OR OFFICERS, STATE OF MISSOURI REVISED STATUTES, MISSOURI REVISED STATUTE CODES, MISSOURI LEGISLATURE, MISSOURI GENERAL ASSEMBLY, 21ST JUDICIAL CIRCUIT COURT OF SAINT LOUIS COUNTY, SEAL OF THE CIRCUIT OF SAINT LOUIS COUNTY, ANY AND ALL ROADSIDE CHECKPOINTS AND ROADBLOCKS, MISSOURI DEPARTMENT OF REVENUE, SAINT LOUIS COUNTY JAIL, PROSECUTORS, OFFICE OF DISTRICT ATTORNEY, CITY ATTORNEY OFFICE, PUBLIC DEFENDER OFFICE, SOCIAL SECURITY ADMINISTRATION NUMBERS: 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 AND 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 AND 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 AND 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 AND 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 AND 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 AND 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 AND 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, NEW YORK STATE IDENTIFICATION NUMBERS 684 350 798 AND 253 573 953, STATE OF CALIFOANIA DEPARTMENT OF MOTOR VEHICLE IDENTIFICATION NUMBERS A5395486 AND F6915617 AND Y8173708 AND Y3537393, DISTRICT OF COLUMBIA, FEDERAL RESERVE BANK ACT, ABDELALIM HADI-BEY MOHAMMED-EL, ABDELALIM HADIBEY MOHAMMEDEL, ABDELALIM MOHAMMED-EL, ABDELALIM MOHAMMEDEL, ABDUL-QADIR MUHAMMAD, ABDULQADIR MUHAMMAD, ABDUL-QADIR MUHAMMAD-EL, ABDULQADIR MUHAMMADEL, ANISAH MARIAH MUHAMMAD, ANISAH MARIAH MUHAMMAD-EL, ANISAH MARIAH MUHAMMADEL, ERIN VICTORIA SMITH, ERIN VICTORIA SMITH-CAPEL, ERIN VICTORIA SMITHCAPEL, ERIN VICTORIA SMITH CAPEL-EL, ERIN VICTORIA SMITH CAPELEL, ABDEL-HALIM KHALIL MOHAMMED EL, ABDELHALIM KHALIL MOHAMMED EL, ABDULHALIIM KHALIL-BEY MOHAMMED-EL, ABDELHALIIM KHALILBEY MOHAMMEDEL, CALIANA CUMI-RAE MOHAMMED-EL, CALIANA CUMIRAE MOHAMMEDEL, SHERIA NA-RA BELLE-BEY, SHERIA NARA BELLEBEY, SHERIA NICOLE HUGHLEY, ERIC VINCENT SMITH, CHLOE SIMONE HUGHLEY-BEY, CHLOE SIMONE HUGHLEYBEY, CELESTI MARIE HUGHLEY-BEY, CELESTI MARIE HUGHLEYBEY, AZARI AMIR CAPEL, AZARI AMIR CAPEL-EL, ANDREA SIMONE PARKER, ANDREA MUHAMMAD-EL, ANDEA MUHAMMADEL, ZAIYA JAY MUHAMMAD, ZAIYA JAY MUHAMMAD-EL, ZAIYA JAY MUHAMMADEL, SAMIR JEREMIAH MUHAMMAD, SAMIR JEREMIAH-MUHAMMAD-EL, TITLE 18 UNITED STATES CODES SECTION 915, DIPLOMATIC IMMUNITY, KENNETH R TIHEN 373ASMO, INDICTMENT,

DAMIR JEREMIAH MUHAMMADEL, DANTA CORNELL CAPEL, DANTA CORNELL CAPEL-EL, DANTA CORNELL CAPELEL, 702981473 AND 70298147 AND 70298147 23 AND 70298.1473 AND 702981475, JUDGE/COMMISSIONER MONDONNA L GHASEDI, PROSECUTING ATTORNEY JASON GREGORY GLASER, PUBLIC DEFENDER OFFICE, 7839 STANFORD AVENUE UNIVERSITY CITY MISSOURI 63105, MAY 15 1971, 19-SLFTA-4866, CODE: 303.025-0.03N2017540, TICKET NUMBER 702981474, 19-SLFTA-4867, CODE: 301.020-001N198654.0, TICKET NUMBER 702981473, FTA 1, 19-SLFTA-4868, CODE: 304.019-002N197554.0, TICKET NUMBER 702981475, FUGATIVE, BLACK, NEGRO, COLORED, ETHOPIAN, AFRICAN-AMERICAN, AFRICAN, MISSOURI CASE NET, UNITED STATES MARTIAL LAW, 1998 INFINITY QX4 VIN: JNRAR05Y9XW047480, AMERICAN TACTICAL SUMMERVILLE SC AK-47 AT-47 F5001129, REMINGTON UMC 380 PA42617, 12178 RED LION DRIVE FLORISSANT MISSOURI 63033, 1875 EAST MAIN APARTMEN 1 ROCHESTER NEW YORK 14609, FIREARMS, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION - ST LOUIS CASE NUMBER 4:20-CR-00111-SEP-NAB DOC #2, KENNETH R TIHEN, UNITED STATES ATTORNEY'S OFFICE, MOOR AMERICAN CONSULATE, MOORISH SOVEREIGN CITIZENS, UNITED STATES MARSHALS, UNITED STATES PROBATION -7276793, E1 SMARTLINK, DIPLOMAT FROM MOROCCO.

Making a Special Appearance In Propria Persona Sui Juris, The Moor-American National Government and Consulate Embassy, All Moor-American Rights Reserved.

AbdelAlim Hadi-Bey Mohammed-El
AbdelAlim Hadi-Bey Mohammed-El
AbdelAlim Mohammed
AbdelAlim Mohammed



Making a Special Appearance In Propria Persona Sui Juris, The Moor-American National Government and Consulate, All Moor-American Rights Reserved;
AbdelAlim Hadi-Bey Mohammed-El
AbdelAlim Hadi-Bey Mohammed-El

Signed Before me

3.23.2020

Samantha Roach

SAMANTHA ROACH
My Commission Expires
April 14, 2021
St. Louis City
Commission #13471166

NOTARY SEAL STATE OF MISSOURI

Page 20 of 93

To: United States District Court
Eastern District of Missouri
Eastern Division (St. Louis)
111 South 10th Street
St. Louis, Missouri 63102
(314) 244-7900
Attn: United States Attorney's office,
District Judge(s), Senior District
Judge(s), Chief Magistrate Judge(s),
Magistrate Judge(s), Federal Public
Defender(s), United States Marshals
(Suite 2.319), Grand Jury.

Notice of Default

To: Missouri Eastern Federal Public Defender-
St. Louis
1010 Market Street
St. Louis, Missouri 63101-2000
Attn: All Missouri Eastern Federal Public Defenders

Regarding: Case number ED20MJ00631 4:20CR111 SEP/NAB,
Notice to Dismiss and Remove said case number from
any and all public records dued to Fraud committed
by St. Louis Lambert Airport Police Department, Federal
Bureau of Investigation, United State Attorney's office
Via United Parcel Service and/or FedEx Shipping Tracking number 782042905962

As-salaamu alaikum wa Rahmatullahi wa Barakatuhu to all righteous
doers who recognize Allah as Creator of this marvelous universe. Under
all Moor-American Rights Reserved, I am the Natural flesh and blood
Moor-American AbdelAlim Mohammed-El making a Special Appearance In
Propria Persona Sui Juris. I am a Muslim of the Holy Religion of Al-Islam
prophesied and taught by the Illustrious Prophet Mohammed Mustapha
El-Amiin of Arabia establish and completed by Allah in the year 630A.d
in Makkah-Arabia. My Holy Appellation - AbdelAlim Mohammed-El has been
Legally and lawfully established on the Public Records since the year 1992.
I am not a united states fourteenth (14th) Amendment artificial entity
corporate construct written in all capital Letters ERIC VINCENT SMITH nor
ABDELALIM MOHAMMAD-EL and I deny their existence. I am not a negro, black,
colored, african-American. I am a Moor, see: Gerald E. Smith Recorder of
Deeds St. Louis County Missouri Document number 2017052500403 Book number
22541 Page 0266 through Page 0298.

The United States District Court Eastern District of Missouri Eastern Division
Case number ED20MJ00631 4:20CR111 SEP/NAB is to be dismissed (See: Nichols
v. Sunderland, 77 Cal.App. 627, 247 P.614, 618) and dismissed with Prejudice
(see: Suess v. Motz, 200 Mo.App. 32, 285 S.W. 775, 776; Federal Rule of Civil
Procedure Rule 41(a) and Rule 12(b)) and Removed (see: United States Codes of
the law Title 28 section 1446; Murphy Bros., Inc. v. Michetti Pipe Stringing
Inc, 526 U.S. 344, 119 S.Ct. 1322) from all records forthwith for the
following:

The Moor-American Consulate is legally and lawfully recognized by the
County of Los Angeles, State of California Secretary of State on April 16, 2013,
see: Hague Convention Abolishing the requirements of Legalization of
foreign Public documents, 33 U.S.T. 883, 527 U.N.T.S. 189, T.I.A.S. 10072,
U.S. Senate Executive L, 94th Congress 2nd Session (1976); and is registered
and recorded in County of Los Angeles Recorder's office under Document number
2013076353 (April 16, 2013).

Page 21 of 93

The Moor-American Consulate is recognized by The United States District Court Central District of California, see: Case 2:13-cv-04991-JFW-PJW Document 20 Filed September 16, 2013 (And Apostilled).

The Moor-American Consulate is recognized by The office of Mayor Eric Garcetti - City of Los Angeles - City Clerk Council File number 15-0160-5756 on December 22, 2015 (And Apostilled).

The Moor-American Consulate is recognized and is on record received, accepted and signed for by The White House office [1600 Pennsylvania avenue Northwest, Washington D.C. 20500 - Attn: United States President Barak Hussain Obama] via United States Postal Service Certified Mail Article number 7010 3090 0000 4148 9253 on March 5, 2012.

The Moor-American Consulate is recognized and is on record received, accepted and signed for by Consulate General of the Kingdom of Morocco [10 east 40th Street, 23rd Floor, New York, New York 10016] via The United States Postal Service Certified Mail Article number 7010 3090 0000 4148 9291 on March 19, 2012.

The Moor-American Consulate is recognized and Apostilled by The State of Missouri-Secretary of State under Apostilled number 2385902 and is recorded by Gerald E. Smith Recorder of Deeds ST. Louis County Missouri Document number 2017052500403 Book number 22541 Page 0266 through Page 0298 on May 25, 2017 at 12:12 pm; see also Gerald E. Smith Recorder of Deeds ST. Louis County Missouri Document number 2019022100348 Book 23409 Page 0193 through Page 0224 on February 21, 2019 at 1:56 pm. Said documents are Apostilled/recorded "Abjuration of citizenship"

The Moor-American AbdelAlim Mohammed-EL is recognized State of California - Department of Justice Attorney General Edmund G. Brown Jr as a Private Individual [as a Moor, a Private International Individual, not Private Citizen], see: State of California - Department of Justice Public Inquiry Unit number 236045 on September 5, 2008. Private Internation law [Conflict of laws] are distinguished from Public Law.

The Moor-American National Government and Consulate [Moor-American Consulate] is not in any sense associated with the Moorish Sovereign Citizens!

<u>Now Let us examine the evil hand and working of the Shayatins</u>

On February 13, 2020 the United States Attorney for the United States District Court Eastern District of Missouri Eastern Division - ST. Louis have knowingly and gravely and maliciously Defrauded the United States District Court Eastern District of Missouri Eastern Division - ST. Louis by Filing Case number ED20MJ00631 4:20CR111 SEP/NAB against The Moor-American AbdelAlim Mohammed-EL by making a Conscience decision to change my Legal and Lawful Moor-American Holy Al-Islaamic Appellation and Title to that of a United States fourteenth (14th) Amendment artificial entity Corporate Construct Christian Strawman written in all capital ERIC VINCENT SMITH, maliciously changed my Moor-American Nationality to the <u>adjective</u> "black". "No officer can change nor take anyone's Nationality, see: United States Codes of the Law - Title 8 section 1481; Beys Afroyim v. RUSK, 387



U.S. 253, 87 S.Ct. 1660, 18 L.Ed. 2d 757, California Penal Codes 422.55 P.C. through 422.57 P.C. and 422.6 P.C. through 422.865 P.C.!!! The United States Attorney for United States District Court Eastern District of Missouri Eastern Division - ST. Louis Defrauded The United States District Court Eastern District of Missouri Eastern Division - ST. Louis by maliciously Detaching the State of California - Secretary of State Apostille Certificate [See: Hague Convention Abolishing the requirements of Legalization of Foreign Public Documents, 33 U.S.T. 883, 527 U.N.T.S. 189, T.I.A.S. 10072, U.S. Senate Executive L., 94th Congress 2nd Session (1976)] from my Moor-American National Government and Consulate [Short form: Moor-American Consulate] Documents so that said Documents will appear as illegal, illegitimate, and a fraud to the United States - State Agents and/or Officers and Court for the evil purpose of adjudicating a Moor [Moor-American] under "Color of law" [See: United States Codes of the Law - Title 42 section 1983; State v. Brechler, 185 Wis., 599, 202, N.W. 144, 148; Plow 64. Day v. National Bond & Investment Co., Mo.App., 99 S.W. 2d 117, 119] which is a violation of United States Codes of the Law - Title 18 sections 241 and 242 [Deprivation of Rights under Color of Law], in which said Apostilled Documents [State of California - Secretary of State Apostille number 21965 of December 10, 2015] which was received, accepted [See: Rocha v. Hulen, 6 Cal.App.2d 245, 44 P.2d 478, 482, 483], acknowledged [See: Favello v. Bank of America Nat. Trust & Savings Ass'n, 24 Cal.App.2d 342, 74 P.2d 1057, 1058] and signed for [See: Uniform Commercial Code 1-201(b)(37), 3-401(b)] by United States Department of Homeland Security, Attention Honorable Elaine C. Duke [Washington D.C. zip Code 20528-1002] via United Parcel Service Tracking number 1z 866R5V3504976498 which was delivered on Friday December 8, 2017 at 9:57am and signed for by "Gill" at the front office desk. The County of Los Angeles Recorder's Certificate was also detached from State of California - Secretary of State Apostilled Document number 21965 of December 10, 2015 as well. Therefore, violations must be enforced [See: Dozier v. City of Gatesville, Tex.Civ.App., 51 S.W. 2d 1091] and is enforceable [See: Glover v. American Mortgage Corporation, Tex.Civ.App., 94 S.W. 2d 1235, 1236] against the United States Attorney office for United States District Court Eastern District of Missouri Eastern Division - ST. Louis for violating The "AbdelAlim Mohammed-EL, A Private Pure Trust Act of State; Reaffirmation of Pure Trust Relationship Reaffirmation of Dual Citizenship and Renunciation of Attempted Expatriation" established and Apostilled on April 16, 2013, see said Apostilled Document: Rights held back from any government; Waiver of Tort and Notice to all trespassers; Declaration(s). Therefore This affidavit is a counter lawsuit against the crimes committed by the United States Attorney for the United States District Court Eastern District of Missouri Eastern Division - ST. Louis against The Moor-American AbdelAlim Mohammed-EL for trespassing upon my private property Apostilled Documents and altering said Apostilled Documents and deliberately concealing and/or destroying attached State of California



Secretary of State Apostille Certificates to the Recorder/County Clerk Registrar Recorder/County Clerk certificates to make said legal documents into illegal documents; Deliberately and maliciously changing AbdelAlim Mohammed-EL' Holy & Legally recognized Moor-American appellation to the United States fourteenth (14TH) Amendment artificial entity corporate construct Christian strawman ERIC VINCENT SMITH to conceal The True Lawful and legal Moor-American identity; Deliberately changing AbdelAlim Mohammed-EL' Moor-American Nationality to the adjective "black" [Spanish = negro, French = negger/niggar, Latin = niger, Greek = necro which mean a dead body or person; see Libel, Bright v. Los Angeles Unified School District, 51 Cal. App. 3d 852, 124 Cal. Rptr. 598, 604]; The use of force by way threat, duress, and coercion, illegal use of firearm by Los Angeles Police Department 77TH Division and United States Marshals via Color of Law United States District Court Eastern District of Missouri Eastern Division-ST. Louis Arrest Warrant; The illegal Kidnapping of The Moor-American AbdelAlim Mohammed-EL by way of Threat, duress, and coercion and by illegal use of firearm by Los Angeles Police Department 77Th Division and United States Marshals via Color of Law United States District Court Eastern District of Missouri Eastern Division-ST. Louis Arrest Warrant; Depriving The Moor-American AbdelAlim Mohammed-EL of Life, Liberty, family, freedom, and the pursuit of happiness by incarceration in the San Bernardino County Sheriff's Department West Valley Detention Center under booking number 2011341992 in housing Location 3F13 via Color of Law United States District Court Eastern District of Missouri Eastern Division-ST. Louis Arrest Warrant, See: United States Codes of The Law-Title 18 sections 241 and 242; United States Codes of The Law-Title 42 section 1983 which must be enforced [see: Dozier v. City of Gatesville, Tex. Civ. App., 51 S.W. 2d 1091; Glover v. American Mortgage Corporation, Tex. Civ. App., 94 S.W. 2d 1235, 1236] by the United States District Court Eastern District of Missouri Eastern Division ST. Louis Chief Judge, District Judge(s), Senior District Judge(s), Chief Magistrate Judge(s), Clerk of Court, Federal Public Defenders for the amount in damages of One Hundred Million Lawful Dollars (Talers) of United States (Treaty States, nation state) specie Money (United States Lawful Dollars Silver/"Blocked"), being enumerated in Article 1 section 10 Clause 1 as "gold and silver Coin" in the Organic Constitution for the united States of America-Republic (year 1791 to date); a Two million lawful Dollars Tort for each occurrence mentioned above and a corresponding Lien granted by agreement and consent of the parties; a dismissal and removal of said United States District Court Eastern District of Missouri Eastern Division-ST. Louis case number ED20MJ00631 4:20CR.111 SEP/NAB [see: Nichols v. Sunderland, 77 Cal. App. 627, 247 P. 614, 618; with Prejudice, Svess v. Motz, 200 Mo. App. 32, 285 S.W. 775, 776; Federal Rules of Civil Procedure Rule 41(a) and Rule 12(b);



United States (codes of the law - Title 28 section 1746) Murphy bros., Inc. v. Michetti Pipe Stringing Inc., 526 U.S. 344, 119 S.Ct 1322; Hale v. Henkel, 201 U.S. 43 at 89; This is The Remedy, see: Chelentis v. Luckenbach S.S. Co., 247 U.S. 372, 38 S.Ct. 501, 503, 62 L.Ed 1171. The United States District Court Eastern District of Missouri Eastern Division - ST. Louis case number is hereby NULL, void ab initio, see: United States v. New York & Porto Rico S.S. Co., 239 U.S. 88, 36 S.Ct. 41, 42, 60 L.Ed 161. Bail Bond regarding case number ED20MJ00631 4:20CR111 SEP/NAB is exonerated.

   If any United States fourteenth (14ᵗʰ) Amendment citizen [United States Attorney] chooses to rebut [see: Heiner v. Donnan, 285 U.S. 312, 52 S.Ct. 358, 362, 76 L.Ed. 772; Lieber v. Rigby, 34 Cal. App. 2d 582, 94 P.2d 49, 50] this said affidavit must present their Naturalization Card for the public record, no exception!!!

   Why is it in the Bible that Prosecuting Attorneys are classified as Pharisees who was told by Prophet Isa Ibn Maryam [Jesus, son of Mary] to UPHOLD God's Commandments and to love their neighbours [AbdelAlim Mohammed-El] as they love themselves and is not to distort the law against Moors as they would not like to have the law distorted against them, see: Bible Gospel according to Matthew 22:34-40; Gospel according to Luke 10:25-37? Why is it in the Bible that the corruption of prosecuting attorneys are described as adjudicating Righteous men of Allah [God] to unjust practices of Law? Will The Moor-American AbdelAlim Mohammed-El be the next victim? See Bible Gospel according to Luke 11:43-54:

"Woe unto you, Pharisees! for ye love the uppermost seats in the synagogues, and greetings in the markets. Woe unto you, scribes and Pharisees, hypocrites! for you are as graves which appear not, and the men that walk over them are not aware of them. Then answered one of the lawyers, and said unto him, Master, thus saying thou reproachest us also. And he said, Woe unto you also, ye lawyers! For ye laid men with burdens grievous to be borne, and ye yourselves touch not the burdens with one of your fingers. Woe unto you! For ye build the sepulchres of the Prophets, and your fathers killed them. Truly ye bear witness that ye allow the deeds of your fathers: for they indeed killed them, and ye build their sepulchres. Therefore also said the wisdom of God, I will send them prophets and apostles, and some of them they shall slay and persecute [via Arrest Warrants]: That the blood of Abel unto the blood of Zacharias, which perished between the alter and the temple: verily I say unto you, It shall be required of this generation. Woe unto you, Lawyers! For ye have taken away the Key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered. And as he said these things unto them The Lawyers, the scribes and the Pharisees began to urge him vehemently, and to provoke him to speak of many things: Laying wait for him, and seeking to catch something out of his mouth, that they might ACCUE him [Jesus].



Because of the fraud of the United States District Court Eastern District of Missouri Eastern Division - ST. Louis case number ED20MJ00631 4:20CR111 SEP/NAB, the United States Probation & Pretrial Services bond under number 7276793 is to be exonerated and no financial responsibilities nor penalties should be applicable to neither Dian Smith Campbell nor Gretchen Resha Ricks nor to The Moor-American AbdelAlim Mohammed-El, just as in Los Angeles Superior Court case number SA072302 because of my Moor-American status in which was transfer to the Department of Justice on February 11, 2010.

The Moor-American AbdelAlim Mohammed-El has abjuration from the corporation known as the UNITED STATES. A corporation is an artificial person or legal entity created by or under the authority of the laws of a state or nation, and not by Allah who is the creator of heavens and earth and all in between, see: Dartmouth College v. Woodward, 4 wheat, 518, 636, 657, 4 L.Ed. 629; United States v. Trinidad Coal Co., 137 U.S. 160, 11 S.Ct. 57, 34 L.Ed. 640. The United States is not a country, but is a corporation, see: United States Codes of the Law-Title 28 section 3002. The United States Government is a foreign corporation with respect to a state, see: Volume 20 of Corpus Juris Secundum, p. 1785; NY re: Merriam 36 N.E. 505 1441 S.Ct. 1973, 41 L.Ed. 287. The United States is considered as forming a "society" and not a nation, see: Chisholom v. Georgia, 2 Dall U.S. 419, L.Ed. 440. This is due to the District of Columbia being incorporated in year 1871, see: 41ST Congress of the United States, session 3, Chapter 61 & 62, section 34 enacted February 21, 1871. All United States citizens are "artificial entities" or "corporations". In the United States bankrupty act of 1898, it is provided that the word "Person" shall include corporations, see: United States Codes of the Law - Title 11 section 1. A Corporation is also a "Person" under a penal statute, see: United States v. Amedy, 11 wheat. 392, 6 L.Ed. 502.

"Corporations" are "Persons" as that word is used in the first clause (section) of the United States fourteenth (14Th), see: Covington & L. Turnp. Co. v. Sandford, 17 S.Ct. 198, 164 U.S. 578, 41 L.Ed. 560; Smyth v. Ames, 18 S.Ct. 418, 169 U.S. 466, 42 L.Ed. 819; United States v. Supply Co., 30 S.Ct. 15, 215 U.S. 50, 54 L.Ed. 87. United States fourteenth (14Th) citizens are ALIENS who are foreign born "Persons" who has not qualified as Americans, see: Galvin v. Press, 347 U.S. 522, S.Ct. 737, 742, 98 L.Ed. 911.

It is written that a "corporation" can not sue, nor otherwise contend with a Living Natural man or woman, see: Rundle v. Delaware & Raritan Canal Company, 55 U.S. 80 (1852).

Moors are autochthonous people and the True owners of the Continental American Territories and are exempt from suit, not because of any formal conceptions or absolete theory, but on the logical and practical grand that there can be no Legal right against the authority that make the law on which it depends, see: Kawananaka v. Polyblank, 205 U.S. 349, 353, 27 S.ct. 526, 527, 51 L.Ed. 834 (1907).

AbdelAlim Mohammed-EL is a Natural flesh and blood Moor (Natural man) and is not a corporation nor a legal entity.

The Peace and Friendship Treaty between the United States of America (Republic) and The Emperor of Morocco of 1777, in Article 21 states that The Sacred Mohammedan Law [The Holy Qur'an] is The Supreme Law of the Continental American territories, see: United States Library of Congress - Public Statutes at Large of the United States of America - Organization of the Government in 1789 to March 3, 1845 - Volume 8 pages 100 through 105 [Provided herein].

The Peace and Friendship Treaty between the United States of America and The Bey and Subjects of Tripoli of Barbary in Article 11 states, "As the government of the United States of America (Republic) is not in any sense founded on the Christian Religion, as it has in itself no character of enmity against the Laws, religion or tranquility of Musselmen [Muslims], and as the said States never have entered into any war or act of hostility against any Mehomitan [Mohammedan] nation...", see: United States Congress First (1st) Session number 122- Foreign Relations: Volume Two (2) pages 18 and 19.

The United States - House of Representatives on April 17, 1933 Legislative Journal - House Page 5759 - Resolution number 75 states, "Moors... have since being here missed the use of titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of Religious faith to which they are adherents ... that in accordance with the fullest Rights of Religious independence guaranteed ... the Rights of these People [not "PERSONS"] to use the names affixes "EL" or "ALi" or "Bey" or any other prefix or suffix to which they have heretofore been

accustomed to use or which they may hereafter acquire <u>the Right</u> to use.".

The Organic Constitution for the united States of America Republic Article six (6) states," ALL debts contracted and engagements [Treaties] entered into, <u>before</u> the adoption of this constitution, <u>shall be as valid against</u> the united States under this Constitution, as under the Confederation. This Constitution, and the Laws of the United States which shall be made in pursuance thereof, <u>and all treaties</u> made, or which shall be made, under the authority of the United States, shall be <u>the Supreme Law</u> of the Land ; <u>and the</u> judges in every <u>state shall be bound</u> thereby, <u>anything</u> in the Constitution or Laws of any State to the contrary notwithstanding..". I never read Title 18 united States Code section 915 on no treaty.

I have read the history of Missouri as a "Slave State" and there are <u>many</u> people and State agents and officers that still value the ideology of slavery. Therefore, the very ideal of Hoors being "Free" with The fullest Religious Rights of AL-Islaam and Living under the protection of International Treaty Law <u>sickens</u> the mind of Racists who still value the ideal of Moors being subjects under Caucasian rule & dominance. This help me to now see <u>why</u> my Moorish appellation (name) AbdelAlim Mohammed-EL was <u>maliciously</u> changed to the fourteenth Amendment artificial entity <u>Christian</u> Strawman ERIC VINCENT SMITH, and <u>maliciously</u> [see: Luikart v. Miller, Mo., 48 S.w. 2d 867, 871; Becker v. Brinkop, 230 Mo.App. 871, 78 S.w. 2d 538, 541; Sparf v. United States, 15 S.Ct. 273, 156 u.S. 51, 39 L.Ed. 343] my Moor-American Nationality to the <u>adjective</u> "black" which in spanish is "negro", in Latin "niger/nigger", see: United States Codes of the Law-Title 8 section 1481; Title 18 sections 241 & 242; Title 42 section 1983; Beys Afroyim v. Rusk, 387 u.S. 253, 87 S.Ct. 1660, 18 L.Ed. 2d 757. I see why people do <u>not</u> have no hope no confidence in the <u>so-called</u> United States Judicial System! It is because you have absolutely <u>no</u> respect to Allah [G-d] nor the oath you have made to uphold the Organic constitution for the united States of America Republic. Shame on you!! But yet you forget that it was us Moors [falsely called American Indians] who gave <u>european</u> refugees [pilgrims] permission to settle on our land and taught you how to survive in the Americas which is not europeans' indigenous Land. This affidavit is a Notice of default [see: Eastwood v. Willingham, Tex. Civ. App., 47 S.w. 2d 393, 395; Bradbury v. Thomas,

27 P.2d 402, 135 Cal.App. 435; Indiana State Board of Medical Registration and Examination v. Pickard, 93 Ind.App. 171, 177 N.E. 870, 872], for my Moor-American Nationality and status [see: United States Codes of the law - Title 8 (Nationality and aliens)] was received, accepted [see: Rocha v. Hulen, 6 Cal.App. 2d 245, 44 P.2d 478, 482, 483; JEtna Inv. Corporation v. Chandler Landscape & Floral Co., 227 Mo.App. 17, 50 S.W. 2d 195, 197], acknowledged [see: Favello v. Bank of America Nat. Trust & Savings Ass'n, 24 Cal.App. 2d 342, 74 P. 2d 1057, 1058] and signed for [see: In re Manchester's Estate, 174 Cal. 417, 163 P. 358, 360, L.R.A. 1917D, 62, 9, Am.Cas. 1918B, 227; Weiner v. Mullaney, 59 Cal.App. 2d 620, 140 P. 2d 704, 712; Uniform Commercial Code 1-201 under topic "signature"] by the following:

- United States District Court
  Attn: ALL magistrates & Judges
  111 South 10TH street
  Saint Louis, Missouri 63102-1125
  Via United Parcel Service Tracking number 1z0208 3R3528038700, delivered on Monday 12-7-2020 at 12:45PM and signed for by "CV Mailroom".

- United States District Court
  Attn: United States Attorney office
  111 South 10TH street
  Saint Louis, Missouri 63102-1125
  Via United Parcel Service Tracking number 1z02083R3561369559 delivered on Monday 12-7-2020 at 12:45pm and signed for by "CV Mailroom".

- Missouri Eastern Federal Public Defender
  Attn: ALL Public Defenders
  1010 Market street
  Saint Louis, Missouri 63101-2026
  Via United Parcel Service Tracking number 1z02083R3561371411 delivered on Monday 12-7-2020 at 11:36am and signed for by "COV FTDR".

- United States Marshals
  Attn: all United States Marshals
  255 east Temple street; 3rd Floor
  Los Angeles, California 90012
  Via United Parcel Service Tracking number 1z02083R4261542535 delivered on Monday 12-7-2020 at 12:48pm and signed for by "Roybal".

# The Moors



Moor-American National Government and Consulate

(United States Federal File No. 2:13-CV-04991-JFW-VBK)

Page 30 of 93

# SECOND CONCISE EDITION

# WEBSTER'S NEW WORLD DICTIONARY

## OF THE
## AMERICAN LANGUAGE

David B. Guralnik, GENERAL EDITOR

COLLINS ⬤ WORLD

CLEVELAND AND NEW YORK

Moors are dark melanated people of the west and northwest africa, Muslims! Some Moors was taken as prisoners of war who was brought to Americas and was forced into slavery by europeans and colonalize into thinking that now they are "African-Americans". other Moors are aboriginals to the Continental American territories.

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 28 of 89 PageID #: 196

*[left margin column]*

and have a single
organs —mon'o-

1. *Biol.* The only
ced by Monotype
ma·        for cast-
ers           a casting
perfo...ted on the

*Chem.* same as
len·cy n.
oxide with one

a.: pop. 56,000 ¬
h president of the

d by President
un unfriendly act
fere in the affairs
´icas
beria; seaport on

se nyēr') n., pl.
nyēr') [Fr., lit.,
:n to persons of
2. [often m-] a

pl. mes·sieurs
a man; gentle-
or *Sir:* abbrev.

nybor') n., pl.
my lord'] 1. a
2. [often m-] a

. < Ar. *mausim,*
in Ocean and S
pril to October,
ır 2. the rainy
uthwest —mon-

´um, divine por-
animal greatly
ginary creature
taur or unicorn
or wicked per-
ıge; enormous;

< L. *monstrare,*
he c    ´crated

state    quality
s thing or crea-

ly large; enor-
r character 3.
ster 4. horri-
–ade. [Chiefly
—mon'strous-

ınter, MOUNT²]
ie picture from
r so made 2.
´oducing a se-
»sed scenes or
ıe, as in litera-
—vt. -taged'',

mountaineer]
ıral Vietnam
Mi·chel Ey-
essayist
:inous region]
ıq. mi.; pop.
-Mon·tan'an

ıarquis Louis
ıl defeated d

nce heap of
ır of cards to

)naco: gam-

Yugoslavian

city in NE

yōō'), (Bar-
:al writer on

**Mon·tes·so·ri method** (or **system**) (män'tə sôr'ē) [after Maria *Montessori* (1870–1952), It. educator who devised it] a system of teaching young children which emphasizes training of the senses and guidance intended to encourage self-education

**Mon·te·ver·di** (môn'te ver'dē), **Clau·dio** (Giovanni Antonio) (klou'dyō) 1567–1643; It. composer

**Mon·te·vid·e·o** (män'tə vi dā'ō; *Sp.* môn'te vē the'ō) capital of Uruguay, on the Río de la Plata: pop. 1,204,000

**Mon·te·zu·ma II** (män'tə zōō'mə) 1479?–1520; Aztec emperor of Mexico (1502–20)

**Mont·gom·er·y** (mənt gum'ər ē, mänt-; -gum'rē) [after Gen. R. *Montgomery* (1736?–75)] capital of Ala., in the SC part: pop. 133,000

**month** (munth) *n.* [OE. *monath*] 1. any of the twelve parts into which the calendar year is divided: also *calendar month* 2. *a)* the time from any day of one month to the corresponding day of the next  *b)* a period of four weeks or 30 days 3. the period of a complete revolution of the moon (in full, *lunar month*) 4. one twelfth of the solar year (in full, *solar month*) —**month after month** every month —**month by month** month after month, month in and month out, month by month every month

**month·ly** (munth'lē) *adj.* 1. continuing or lasting for a month 2. done, happening, payable, etc. every month —*n., pl.* **-lies** 1. a periodical published once a month 2. [Colloq.] [*also pl.*] the menses —*adv.* once a month; every month

**Mon·ti·cel·lo** (män'tə sel'ō, -chel'ō) [It., little mountain] home of Thomas Jefferson, in C Va.

**Mont·mar·tre** (môn mȧr'tr') district in Paris, in N part: noted for its cafés and as an artists' quarter

**Mont·pel·ier** (mänt pēl'yər) [after Fr.] capital of Vt., in the NC part: pop. 9,000

**Mont·pel·lier** (môn pel zhā') city in S France: pop. 162,000

**Mont·re·al** (män'trē ôl', mun'-) seaport in SW Quebec, Canada, on an island in the St. Lawrence River: pop. 1,222,000 (met. area 2,437,000): Fr. name **Mont·ré·al** (môn rā al')

**Montreal North** suburb of Montreal: pop. 68,000: Fr. name Montréal Nord (nôr)

**Mont-St-Mi·chel** (môn san mē shel') islet off the NW coast of France: noted for its fortified abbey: also Mont Saint Michel

**mon·u·ment** (män'yə mənt) *n.* [OFr. < L. *monumentum* < *monere,* to remind] 1. something set up to keep alive the memory of a person or event, as a tablet, statue, building, etc. 2. a writing, etc. serving as a memorial 3. *a)* a work of enduring significance [*monuments* of learning] *b)* an outstanding example [*a monument* of bigotry] 4. a stone boundary marker 5. [Obs.] a tomb

**mon·u·men·tal** (män'yə men't'l) *adj.* 1. of, suitable for, or serving as a monument 2. like a monument; massive, enduring, etc. 3. of lasting importance 4. very great; colossal [*monumental* pride] [*mon'u·men'tal·ly adv.*

**mon·u·men·tal·ize** (-īz') *vt.* -ized', -iz'ing to memorialize as by a monument; make monumental

**-mo·ny** (mō'nē) [L. *-monia, -monium*] a suffix meaning a resulting thing or state [*patrimony*]

**moo** (mōō) *n., pl.* **moos** [echoic] the vocal sound made by a cow; lowing sound —*vi.* mooed, moo'ing to make this sound; low

**mooch** (mōōch) *vi., vt.* [ult. < OFr. *muchier,* to hide] [Slang] to get (food, money, etc.) by begging or sponging —mooch'er *n.*

**mood¹** (mōōd) *n.* [OE. *mod,* mind] 1. a particular state of mind or feeling; humor, or temper 2. a prevailing feeling, spirit, or tone 3. [*pl.*] fits of morose, sullen, or uncertain temper

**mood²** (mōōd) *n.* [< MODE, altered after prec.] *Gram.* that aspect of verbs which indicates whether the action or state expressed is regarded as a fact (*indicative mood*), as a matter of supposition, desire, etc. (*subjunctive mood*), or as a command (*imperative mood*)

**mood·y** (mōō'dē) *adj.* **mood'i·er, mood'i·est** 1. subject to or characterized by gloomy, sullen, or changing moods 2. resulting from or indicating such a mood —**mood'i·ly** *adv.* —**mood'i·ness** *n.*

**moon** (mōōn) *n.* [OE. *mona*] 1. the satellite of the earth, that revolves around it once in 29½ days and shines at night by reflecting the sun's light 2. this body as it appears at a particular time of the month: see NEW MOON, HALF-MOON, FULL MOON, OLD



PHASES OF THE MOON

MOON 3. a month; esp., a lunar month 4. *same as* MOON-LIGHT 5. anything shaped like the moon (i.e., an orb or crescent) 6. any satellite of a planet —*vi.* to behave in an idle, dreamy, or abstracted way —*vt.* to pass (time) in mooning

**moon·beam** (-bēm') *n.* a ray of moonlight

**moon·calf** (-kaf') *n.* 1. an idiot or fool 2. a youth who spends time mooning about

**moon-faced** (-fāst') *adj.* round-faced

**moon·fish** (-fish') *n., pl.* -fish', -fish'es: see FISH An oval-shaped sea fish found in the warmer coastal waters of North and South America

**moon·let** (-lit) *n.* a small moon or artificial satellite

**moon·light** (-līt') *n.* the light of the moon —*adj.* 1. of moonlight 2. lighted by the moon 3. done or occurring by moonlight, or at night

**moon·light·ing** (-līt'iŋ) *n.* [from the usual night hours of such jobs] the practice of holding a second regular job in addition to one's main job

**moon·lit** (-lit') *adj.* lighted by the moon

**moon·quake** (-kwāk') *n.* a trembling of the surface of the moon, thought to be caused by internal rock slippage or, possibly, meteorite impact

**moon·scape** (-skāp') *n.* [MOON + (LAND)SCAPE] the surface of the moon or a representation of it

**moon·shine** (-shīn') *n.* 1. the light of the moon 2. foolish or empty talk, notions, etc. 3. [Colloq.] whiskey unlawfully made or smuggled

**moon·shin·er** (-shī'nər) *n.* [Colloq.] a person who makes and sells alcoholic liquor unlawfully

**moon·shot** (-shät') *n.* the launching of a rocket to the moon

**moon·stone** (-stōn') *n.* a translucent feldspar with a pearly luster, used as a gem

**moon·struck** (-struk') *adj.* 1. crazed; lunatic 2. romantically dreamy 3. dazed or distracted Also **moon'strick'-en** (-strik'n)

**moon·y** (-ē) *adj.* **moon'i·er, moon'i·est** mooning; listless; dreamy

**Moor** (moor) *n.* [< OFr. < L. < Gr. *Mauros*] 1. a member of a Moslem people of mixed Arab and Berber descent living in N W Africa 2. a member of a group of this people that invaded and occupied Spain in the 8th cent. A.D. —**Moor'ish** *adj.*

**moor¹** (moor) *n.* [OE. *mor*] [Brit.] a tract of open, rolling wasteland, usually covered with heather and often marshy; heath

**moor²** (moor) *vt.* [< or akin to MDu. *maren,* LowG. *moren,* to tie] 1. to hold (a ship, etc.) in place by cables or chains as to a pier or buoy 2. to secure —*vi.* 1. to moor a ship, etc. 2. to be secured as by cables —**moor'age** (-ij) *n.*

**Moore** (moor, môr) 1. **George** (Augustus), 1852–1933; Ir. novelist & playwright 2. **Henry**, 1898– ; Eng. sculptor 3. **Thomas**, 1779–1852; Ir. poet

**moor·hen** (moor'hen') *n.* a common gallinule of Europe and the E U.S.

**moor·ing** (-iŋ) *n.* 1. [often *pl.*] the lines, cables, etc. by which a ship, etc. is moored 2. [*pl.*] a place where a ship, etc. is moored 3. [often *pl.*] beliefs, habits, ties, etc. that make one feel secure

**moor·land** (-land') *n.* [Brit.] *same as* MOOR¹

**moose** (mōōs) *n., pl.* **moose** [< Algonquian] 1. the largest animal of the deer family, native to the N U.S. and Canada: the male has huge antlers 2. *same as* ELK (sense 1)

**moot** (mōōt) *n.* [OE. *mot, gemot,* a meeting] 1. an early English assembly of freemen to administer justice, etc. 2. a discussion or argument, esp. of a case in a moot court: see ff. —*adj.* 1. debatable 2. so hypothetical as to be meaningless —*vt.* 1. to debate or discuss 2. to propose for discussion or debate

**moot court** a mock court in which hypothetical cases are tried as an exercise for law students



MOOSE
(4½–6 ft. high at shoulder)

**mop** (mäp) *n.* [ult. < ? L. *mappa,* napkin] 1. a bundle of rags or yarn, or a sponge, etc., fastened to the end of a stick, as for washing floors 2. anything suggestive of this, as a thick head of hair —*vt.* mopped, mop'ping to wash, wipe, or remove with or as with a mop —**mop up** [Colloq.] to finish —**mop'per** *n.*

**mope** (mōp) *vi.* moped, mop'ing [akin to MDu. *mopen*] to be gloomy and apathetic —*n.* 1. a person who mopes 2. [*pl.*] low spirits —**mop'er** *n.* —**mop'ey, mop'y, mop'ish** *adj.* —**mop'ish·ly** *adv.*

*[pronunciation key at bottom]*

fat, āpe, cär; ten, ēven; is, bīte; gō, hôrn, tōōl, look; oil, out; up, fur; get; joy; yet; chin; she; thin, *th*en; zh, leisure; ŋ, ring; ə for *a* in *ago,* e in *agent,* i in *sanity,* o in *comply,* u in *focus;* ' as in *able* (ā'b'l); Fr. bäl; ë, Fr. coeur; ö, Fr. feu; Fr. mon; ö, Fr. coq; ü, Fr. duc; r, Fr. cri; H, G. ich; kh, G. doch; ‡foreign; *hypothetical; < derived from. See inside front cover.

Case: 4:20-cv-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 29 of 89   PageID #: 197

**amen corner** in some rural Protestant churches, the seats to the minister's right, once occupied by those leading the responsive amens

**a·mend** (ə mend′) *vt.* [< OFr. < L. *emendare*, to correct: see EMEND] **1.** to make better; improve **2.** to remove the faults of; correct **3.** to change or revise (a legislative bill, a law, etc.) **4.** to improve one's conduct —**a·mend′a·ble** *adj.* —**a·mend′a·to′ry** *adj.* —**a·mend′er** *n.*

**a·mend·ment** (ə mend′mənt) *n.* **1.** a change for the better; improvement **2.** a correction of errors. faults, etc. **3.** a revision or addition proposed or made in a bill, law, constitution, etc.

**a·mends** (ə mendz′) *n.pl.* [< OFr., pl. of *amende*, a fine: see AMEND] [*sometimes with sing. v.*] something given or done to make up for injury, loss, etc. that one has caused [*to make amends for* rudeness by apologizing]

**a·men·i·ty** (ə men′ə tē, -mē′nə-) *n., pl.* **-ties** [< OFr. < L. *amoenitas < amoenus*, pleasant] **1.** pleasant quality; attractiveness **2.** *a)* an attractive or desirable feature, as of a place, climate, etc. *b)* anything that adds to one's comfort; convenience **3.** [*pl.*] the courtesies of polite social behavior

**a·men·or·rhe·a, a·men·or·rhoe·a** (ā men′ə rē′ə) *n.* ModL. < Gr. *a-*, not + *mēn*, month + *rhein*. to flow] abnormal absence or suppression of menstruation

**am·ent** (am′ənt, ā′mənt) *n.* [< L. *amentum*, thong] *same as* CATKIN —**am·en·ta·ceous** (am′ən tā′shəs) *adj.*

**a·men·tia** (ā men′shə) *n.* [L., madness < *amens* (gen. *amentis*) < *a-* (ab), away + *mens*, mind] severe congenital mental deficiency; cf. DEMENTIA

**a·merce** (ə murs′) *vt.* **a·merced′, a·merc′ing** [< Anglo-Fr. < OFr. *à merci*, at the mercy of] **1.** to punish by imposing an arbitrary fine **2.** to punish generally —**a·merce′ment** *n.*

**A·mer·i·ca** (ə mer′ə kə) [name traditionally associated with *Amerigo* VESPUCCI, but < ? Sp. *Amerrique* (< AmInd. *Americ*), name of a Nicaraguan mountain range] **1.** North America and South America considered together **2.** either North America or South America **3.** the United States: the Americas America (sense 1)

**A·mer·i·can** (ə mer′ə kən) *adj.* **1.** of or in America **2.** of, in, or characteristic of the U.S., its people, etc. —*n.* **1.** a native or inhabitant of America; specif., *a)* an American Indian *b)* a citizen of the U.S. **2.** the English language spoken in the U.S.

**A·mer·i·ca·na** (ə mer′ə kan′ə, -kä′nə) *n.pl.* [see -ANA] books, papers, objects, etc. having to do with America, its people, and its history

**American cheese** a kind of fairly hard, mild Cheddar cheese, popular in the U.S.

**American Indian** *same as* INDIAN (*n.* 2)

**A·mer·i·can·ism** (ə mer′ə kən iz′m) *n.* **1.** a custom, characteristic, or belief of or originating in the U.S. **2.** a word, phrase, or usage originating in or peculiar to American English **3.** devotion or loyalty to the U.S., or to its traditions, etc.

**A·mer·i·can·ize** (-īz′) *vt., vi.* **-ized′, -iz′ing** to make or become American in character, manners, methods, ideals, etc.; assimilate to U.S. customs, speech, etc. —**A·mer′i·can·i·za′tion** *n.*

**American plan** a system of hotel operation in which the charge to guests covers room, service, and meals: distinguished from EUROPEAN PLAN

**American Revolution** **1.** a sequence of actions (1763-83) by American colonists against British domination, culminating in the Revolutionary War **2.** the Revolutionary War (1775-83), fought by the American colonies to gain independence from England

**American Samoa** *see* SAMOA

**American Standard Version** a revision of the King James Version of the Bible, published in the U.S. in 1901

**am·er·ic·i·um** (am′ə rish′ē əm, -ris′-) *n.* [ModL. < AMERICA] a chemical element, one of the transuranic elements produced from plutonium: symbol, Am; at. wt., 243.13; at. no., 95

**Am·er·ind** (am′ə rind′) *n.* [AMER(ICAN) + IND(IAN)] an American Indian or Eskimo —**Am′er·in′di·an** *adj., n.* —**Am′er·in′dic** *adj.*

**am·e·thyst** (am′ə thist) *n.* [< OFr. < L. < Gr. < *a-*, not + *methystos*, drunken (from the notion that it prevented intoxication)] **1.** a purple or violet variety of quartz, used in jewelry **2.** popularly, a purple corundum, used in jewelry: also called *Oriental amethyst* **3.** purple or violet —**am′e·thys′tine** (-this′tin, -tēn) *adj.*

**Am·har·ic** (am här′ik, äm här′-) *n.* the Semitic language used officially in Ethiopia

**a·mi** (ä mē′) *n., pl.* **a·mis′** (-mē′) [Fr.] a (man or boy) friend —**a·mie′** *n. fem., pl.* **a·mies′** (-mē′)

---

**a·mi·a·ble** (ā′mē ə b'l) *adj.* [< OFr. < LL. *amicabilis*, friendly < L. *amicus*, friend] having a pleasant, friendly disposition; good-natured —**a′mi·a·bil′i·ty** *n.* —**a′mi·a·bly** *adv.*

**am·i·ca·ble** (am′i kə b'l) *adj.* [< LL. *amicabilis*: see AMIABLE] friendly in feeling; showing good will; peaceable [*an amicable discussion*] —**am′i·ca·bil′i·ty** *n.* —**am′i·ca·bly** *adv.*

**am·ice** (am′is) *n.* [< OFr. < L. *amictus*, a cloak] an oblong cloth of white linen worn about the neck and shoulders by a priest at Mass

**a·mi·cus cu·ri·ae** (ə mī′kəs kyoor′i ē′) [L., friend of the court] *Law* a person who offers, or is called in. to advise a court on some legal matter

**a·mid** (ə mid′) *prep.* [ME. < *on*. at + *middan*, middle] in the middle of; among

**am·ide** (am′īd, -id) *n.* [AM(MONIA) + -IDE] **1.** any of a group of organic compounds containing the CO·NH₂ radical or an acid radical in place of one hydrogen atom of an ammonia molecule **2.** any of the ammono bases in which one hydrogen atom of the ammonia molecule is replaced by a metal —**a·mid·ic** (ə mid′ik) *adj.*

**am·i·dol** (am′ə dōl′, -dol′) *n.* [< AMID(E) + (PHEN)OL] a colorless, crystalline compound used as a developer in photography

**a·mid·ships** (ə mid′ships) *adv., adj.* in or toward the middle of a ship: also **a·mid′ship**

**a·midst** (ə midst′) *prep. same as* AMID

**a·mi·go** (ə mē′gō; *Sp.* ä mē′gô) *n., pl.* **-gos** (-gōz; *Sp.* -gôs) [Sp.] a friend

**a·mine** (ə mēn′; am′ēn, -in) *n.* [AM(MONIA) + -INE¹] *Chem.* a derivative of ammonia in which hydrogen atoms have been replaced by radicals containing hydrogen and carbon atoms

**a·mi·no** (ə mē′nō) *adj.* [< prec.] of or containing the NH₂ radical in combination with certain organic radicals

**amino acids** a group of organic compounds that contain the amino radical and serve as units of structure of the proteins

**a·mir** (ə mir′) *n.* [Ar.] in some Moslem countries, a ruler, prince, or commander: see also EMIR

**Am·ish** (ä′mish, am′ish) *n.pl.* [after Jacob Ammann (or *Amen*), the founder] Mennonites of a sect founded in the 17th cent. —*adj.* of this sect

**a·miss** (ə mis′) *adv.* [ME.: see A-¹ & MISS¹] in a wrong way; astray, wrongly, faultily, etc. —*adj.* wrong, faulty, improper, etc.: used predicatively

**a·mi·to·sis** (ā′mī tō′sis, am′ī-) *n.* [A-² (sense 3) + MITOSIS] *Biol.* cell division by simple constriction of the nucleus into two halves: opposed to MITOSIS —**am′i·tot′ic** (-tät′ik) *adj.*

**am·i·ty** (am′ə tē) *n., pl.* **-ties** [< OFr. *amistie* < L. *amicus*, friend] friendly, peaceful relations, as between nations; friendship

**Am·man** (äm′än) capital of Jordan: pop. 330,000

**am·me·ter** (am′mēt′ər) *n.* [AM(PERE) + -METER] an instrument for measuring the strength of an electric current in terms of amperes

**am·mo** (am′ō) *n.* [Slang] ammunition

**Am·mon** (am′ən) Amon, the ancient Egyptian god: identified by the Greeks (and Romans) with Zeus (and Jupiter)

**am·mo·nia** (ə mōn′yə) *n.* [< (SAL) AMMONIAC] **1.** a colorless, pungent gas, NH₃, used in fertilizers, cleaning fluids, etc. **2.** a water solution of this gas: in full, **ammonia water**

**am·mo·ni·ac** (ə mō′nē ak′) *n.* [< L. < Gr. *ammōniakon*, gum resin said to come from near the temple of Jupiter AMMON in Libya] an Asian gum resin used in perfumes, porcelain cements, etc.

**am·mo·ni·ate** (ə mō′n ē āt′; *for n.* -it) *vt.* **-at′ed, -at′ing** to mix or combine with ammonia or any of several compounds containing ammonia —am·mo′ni·a′tion *n.*

**am·mo·ni·fi·ca·tion** (ə mō′nə fi kā′shan, -män′ə-) *n.* **1.** an ammoniating **2.** the forming of ammonia by bacterial action in the decay of nitrogenous organic matter —**am·mo′ni·fy′** *vt., vi.* **-fied′, -fy′ing**

**am·mo·nite** (am′ə nīt′) *n.* [< L. (*cornu*) *Ammonis*, (horn) of Ammon] any of the coiled fossil shells of a Mesozoic mollusk

**am·mo·ni·um** (ə mō′nē əm) *n.* the radical NH₄, present in salts produced by the reaction of ammonia with an acid

**ammonium chloride** a white, crystalline compound, NH₄Cl: it is used in medicine, and also in dry cells, dyes, etc.: also called *sal ammoniac*

**ammonium hydroxide** an alkali, NH₄OH, formed by dissolving ammonia in water

**ammonium sulfate** an ammonium salt, (NH₄)₂SO₄, used in making fertilizers, in treating water, etc.

**am·mo·no** (am′ə nō′) *adj.* of, containing, or derived from ammonia

**am·mu·ni·tion** (am′yə nish′ən) *n.* [< Fr., by faulty separa-

---

fat, āpe, cär; ten, ēven; is, bīte; gō, hôrn, tōōl, look; oil, out; up, fur; get; joy; yet; chin; she; thin, then; zh, leisure; ŋ, ring; ə for *a* in *ago*, *e* in *agent*, *i* in *sanity*, *o* in *comply*, *u* in *focus*; ′ as in *able* (ā′b'l); Fr. bâl; ë, Fr. coeur; ö, Fr. feu; Fr. mon; ö, Fr. coq; ü, Fr. duc; *r*, Fr. cri; H, G. ich; kh, G. doch; ‡foreign; *hypothetical; < derived from. See inside front cover.

---

*[Handwritten right margin, vertical:]* Webster's 1828 Dictionary of "American" — A native of America, originally applied to the aboriginals or copper-colored races; found here by the europeans.

*[Handwritten bottom:]* Americans are The Emirs (Amirs) who are the aboriginal Indians who are The Moors - Moslems (Same as Muslims)

**India ink**

a notch or cut in an
ed line, paragraph,

nt] *vt.* [IN-[1] + DENT]
lark, etc.) in —n. a

enting or be-
oastline, etc.
tion, space in from

lacing in from the
left by this 3. *a*) a

rt: orig., duplicates
d edges for identifi-
ent 2. [*often pl.*] a
another, as an ap-
g to bind by inden-

er A. JACKSON, al-
] city in W Mo.:

being independent;

the anniversary of
endence on July 4,

. 1. same as INDE-
.

m the influence or
he rule of another;
or bias; objective
ering to any polit-
ot connected with
r] 2. *a*) not de-
upport *b*) desig-
ugh to enable one
ing to do with In-
ndent in thinking,
in adherent of any
om; regardless of

CLAUSE

whose value may
other variables
ced out, detailed,

*i.* that cannot be
—in'de·scrib'a-

*j.* that cannot be
n" uct'i·bly

l) as., not deter-
ed *b*) that can-
ness *n.* —in'de-

nate; specif., *a*)
; vague *b*) not
t·cy, in'de·ter'-

han] *n.* 1. lack
f being indeter-

e sez'] [L. < *in-*
R 2. a promise
or sign [*per-
alphabetical list
t at the end of a
a catalog [*a li-
one amount or
assing this rela-
nges in prices,
om an arbitrary
*Ch.* formerly, a
t. *a*) an expo-
ad above and to
calling special
to make an in-
o supply with a
n. —in·dex'i-

of the Hima-
Arabian Sea
India: mem-
q. mi.: pop.

mixed with a
r sticks 2. a

**In·di·an** (in'dē ən) *adj.* **1.** of India or the East Indies, their people, or culture **2.** of any of the aboriginal peoples (American Indians) of N. America, S. America, or the West Indies, or of their cultures **3.** of a type used or made by Indians —*n.* **1.** a native of India or the East Indies **2.** a member of any of the aboriginal peoples of N. America, S. America, or the West Indies, esp., popularly, any of the languages spoken by American Indians

**In·di·an·a** (in'dē an'ə) [Moul... "land of the Indians"] Middle Western State of the U.S.: 36,291 sq. mi.: pop. 5,194,000; cap. Indianapolis: abbrev. Ind., IN —In'di·an'i·an *adj., n.*

**Indian agent** a U.S. or Canadian official representing the government in dealings with American Indians, as on reservations

**In·di·an·ap·o·lis** (in'dē ə nap'ə lis) [INDIANA – Gr. *po·lis,* city] capital of Indiana, in the C part: pop. 745,000 (met. area 1,110,000)

**Indian club** a club of wood, metal, etc. shaped like a tenpin and swung in the hand for exercise

**Indian corn** *same as* CORN (sense 2)

**Indian file** *same as* SINGLE FILE

**Indian giver** [Colloq.] a person who gives something and then asks for it back

**Indian meal** meal made from corn (maize); cornmeal

**Indian Ocean** ocean south of Asia, between Africa & Australia

**Indian pipe** a leafless, fleshy, white plant of the heath family, native to N Hemisphere forests, bearing a single, nodding, white flower

**Indian pudding** a cornmeal pudding made with milk, molasses, etc.

**Indian summer** a period of mild, warm, hazy weather following the first frosts of late autumn

**Indian tobacco** a poisonous annual plant, common in the E U.S., with light blue flowers in spikes

**India paper** a thin, strong, opaque printing paper, used for some Bibles, dictionaries, etc.

**India** (or **india**) **rubber** crude, natural rubber obtained from latex —In'di·a-rub'ber *adj.*

**In·dic** (in'dik) *adj.* **1.** of India **2.** designating or of a subgroup of the Indo-Iranian branch of the Indo-European language family, including many of the languages of India, Pakistan, etc.

**indic.** indicative

**in·di·cate** (in'də kāt') *vt.* **-cat'ed, -cat'ing** [< L. pp. of *indicare* < *in-,* in + *dicare,* to declare] **1.** to direct attention to; point out **2.** to be or give a sign of; signify [*fever indicates* illness] **3.** to show the need for; call for; make necessary **4.** to show or point out as a cause, treatment, or outcome: said of a disease, etc. **5.** to state briefly

**in·di·ca·tion** (in'də kā'shən) *n.* **1.** an indicating **2.** something that indicates, or shows; sign **3.** something that is indicated as necessary **4.** the amount or degree registered by an indicator

**in·dic·a·tive** (in dik'ə tiv) *adj.* **1.** giving an indication or intimation; signifying: also *in-dic-a-to-ry* (in dik'ə tôr'ē, in'dik-) **2.** designating or of that mood of a verb used to express an act, state, or occurrence as actual, or to ask a question of fact —*n.* **1.** the indicative mood **2.** a verb in this mood —in·dic'a·tive·ly *adv.*

**in·di·ca·tor** (in'də kāt'ər) *n.* **1.** a person or thing that indicates; specif., any device, as a gauge, dial, register, or pointer, that measures something **2.** any substance used to indicate the acidity or alkalinity of a solution, the beginning or end of a chemical reaction, etc., by changes in color

**in·di·ces** (in'də sēz') *n. alt. pl. of* INDEX

**in·di·ci·a** (in dish'ē ə, -dish'ə) *n.pl.* [L., ult. < *index:* see INDEX] marks or tokens; esp., printed markings on mail in place of stamps or cancellations

**in·dict** (in dīt') *vt.* [< Anglo-L. *indictare,* ult. < L. *in-* against + *dictare:* see DICTATE] to charge with the commission of a crime; esp., to make formal accusation against on the basis of positive legal evidence —in·dict'a·ble *adj.* —in·dict'er, in·dict'or *n.*

**in·dict·ment** (in dīt'mənt) *n.* an indicting or being indicted **2.** a charge; specif., a formal accusation charging someone with a crime, presented by a grand jury to the court

**In·dies** (in'dēz) **1.** *same as: a*) EAST INDIES (sense 1) *b*) WEST INDIES **2.** formerly, *same as* EAST INDIES (sense 2)

**in·dif·fer·ence** (in dif'ər əns, -dif'rəns) *n.* a being indifferent; specif., *a*) lack of concern or interest *b*) lack of importance or meaning

**in·dif·fer·ent** (-ənt, -rənt) *adj.* **1.** having or showing no preference; neutral **2.** having or showing no interest, concern, etc.; uninterested or unmoved **3.** of no importance

**4.** not particularly good or bad; large or small, etc.; average **5.** not really good **6.** neutral in quality, as a chemical or magnet; inactive —in·dif'fer·ent·ly *adv.*

**in·di·gence** (in'di jəns) *n.* the condition of being indigent: also in·di·gen·cy

**in·dig·e·nous** (in dij'ə nəs) *adj.* [< LL. < L. *indigena* < OL. *indu,* in + *gignere,* to be born] **1.** existing, growing, or produced naturally in a region or country; native (*to*) **2.** innate; inborn —in·dig'e·nous·ly *adv.* —in·dig'e·nous·ness *n.*

**in·di·gent** (in'di jənt) *adj.* [OFr. < L. prp. of *indigere,* to be in need < OL. *indu,* in + *egere,* to need] poor; needy —*n.* an indigent person —in'di·gent·ly *adv.*

**in·di·gest·i·ble** (in'di jes'tə b'l, -dī-) *adj.* not digestible; not easily digested —in'di·gest'i·bil'i·ty *n.*

**in·di·ges·tion** (-jes'chən, -jesh'-) *n.* **1.** inability to digest, or difficulty in digesting food **2.** the discomfort caused by this

**in·dig·nant** (in dig'nənt) *adj.* [< L. prp. of *indignari,* to consider unworthy, < *in-,* not + *dignari,* worthy] feeling or expressing indignation —in·dig'nant·ly *adv.*

**in·dig·na·tion** (in'dig nā'shən) *n.* anger or scorn that is a reaction to injustice or meanness

**in·dig·ni·ty** (in dig'nə tē) *n., pl.* **-ties** something that humiliates, insults, or injures the dignity or self-respect; affront

**in·di·go** (in'di gō') *n., pl.* **-gos', -goes'** [Sp. < L. *indicum* < Gr. < *Indikos,* Indian < *India,* India] **1.** a blue dye obtained from certain plants or made synthetically **2.** a plant of the legume family that yields indigo **3.** a deep violet blue: also indigo blue —*adj.* of a deep violet-blue: also in'di·go'-blue'

**indigo bunting** (or **bird**) a small finch of the E U.S.: the male is indigo, the female brown

**in·di·rect** (in'də rekt', -dī-) *adj.* **1.** not direct; specif., *a*) not straight; roundabout *b*) not straight to the point [*an indirect reply*] *c*) not straightforward; dishonest [*indirect dealing*] *d*) not immediate; secondary [*an indirect result*] —in'di·rect'ly *adv.* —in'di·rect'ness *n.*

**indirect discourse** statement of the speaker but not in his exact words (Ex.: she said that she would go)

**in·di·rec·tion** (-rek'shən) *n.* **1.** roundabout act, procedure, or means **2.** deceit; dishonesty **3.** lack of direction or purpose

**indirect lighting** lighting reflected, as from a ceiling, or diffused so as to avoid glare

**indirect object** *Gram.* the person or thing indirectly affected by the action of the verb, i.e., the one to which something is given or for which something is done (Ex.: *him* in "do Him a favor")

**indirect tax** a tax on manufactured goods, imports, etc. paid indirectly when included in the price

**in·dis·cern·i·ble** (in'di sur'nə b'l, -zur'-) *adj.* that cannot be discerned; imperceptible —in'dis·cern'i·bly *adv.*

**in·dis·creet** (in'dis krēt') *adj.* not discreet; lacking prudence; unwise —in'dis·creet'ly *adv.* —in'dis·creet'ness *n.*

**in·dis·cre·tion** (in'dis kresh'ən) *n.* **1.** lack of discretion **2.** an indiscreet act or remark

**in·dis·crim·i·nate** (in'dis krim'ə nit) *adj.* **1.** not based on careful selection; random or promiscuous **2.** not discriminating; not making careful choices or distinctions —in'dis·crim'i·nate·ly *adv.* —in'dis·crim'i·nate·ness, in'dis·crim'i·na'tion *n.*

**in·dis·pen·sa·ble** (in'dis pen'sə b'l) *adj.* **1.** that cannot be dispensed with or neglected **2.** absolutely necessary or required —*n.* an indispensable person or thing —in'dis·pen'sa·bil'i·ty *n.* —in'dis·pen'sa·bly *adv.*

**in·dis·pose** (in'dis pōz') *vt.* **-posed',** **-pos'ing** **1.** to make unfit or unable **2.** to make unwilling or disinclined **3.** to make slightly ill

**in·dis·posed** (-pōzd') *adj.* **1.** slightly ill **2.** unwilling; disinclined

**in·dis·po·si·tion** (in'dis pə zish'ən) *n.* **1.** a slight illness **2.** unwillingness; disinclination

**in·dis·pu·ta·ble** (in'dis pyōō'rə b'l, in dis'pyōō tə-) *adj.* that cannot be disputed; unquestionable —in'dis·pu'ta·bil'i·ty *n.* —in'dis·pu'ta·bly *adv.*

**in·dis·sol·u·ble** (in'di säl'yoo b'l) *adj.* that cannot be dissolved, decomposed, or destroyed; firm; lasting —in'dis·sol'u·bil'i·ty *n.* —in'dis·sol'u·bly *adv.*

**in·dis·tinct** (in'dis tipkt') *adj.* not distinct; specif., *a*) not seen, heard, or perceived clearly; obscure *b*) not separate or separable; not plainly defined —in'dis·tinct'ly *adv.* —in'dis·tinct'ness *n.*

**in·dis·tin·guish·a·ble** (-tin'gwish ə b'l) *adj.* that cannot be distinguished or recognized as different or separate —in'dis·tin'guish·a·bly *adv.*

**in·dite** (in dīt') *vt., -dit'ed, -dit'ing* [< OFr., ult. < L.: see INDITE] **1.** *same as:* INDICT

fat, āpe, cär; ten, ēven; is, bīte; gō, hôrn, tōōl, look; oil, out; up, fur; get; joy; yet; chin; she; thin, *th*en; zh, leisure; ŋ, ring; ə for *a* in *ago, e* in *agent, i* in *sanity, o* in *comply, u* in *focus;* ' as in *able* (ā'b'l); Fr. bal; ë, Fr. coeur; ö, Fr. feu; Fr. mon; ö, Fr. coq; ü, Fr. duc; ɼ, Fr. cri; H, G. ich; kh, G. doch; ‡foreign; *hypothetical; < derived from. See inside front cover.

*American Indians (Algonquian/Nanticoke) falsely called "Delaware Indians" are Moors and have Mandingo ancestry.*

*Page 34 of 93*

*[handwritten at top:]* Algonquian (Known as Delawares) are the Moors - Moslems (same as Muslims), aboriginal Americans (Amirs).

**Alfred the Great** 849–900? A.D.; king of Wessex (871–900?)

**al·fres·co** (al fres′kō) *adv.* [It. < *al* (for *a il*), in the + *fresco*, fresh, cool] in the open air; outdoors —*adj.* outdoor Also al fresco

**Alg.** 1. Algeria 2. Algerian

**alg.** algebra

**al·gae** (al′jē) *n.pl., sing.* al′ga (-ga) [pl. of L. *alga*, seaweed] a group of plants, variously one-celled or colonial, containing chlorophyll and other pigments, and having no true root, stem, or leaf: algae are found in water or damp places and include seaweeds —al′gal (-gal) *adj.*

**al·ge·bra** (al′jə brə) *n.* [ML. < Ar. < *al*, the + *jabr*, reunion of broken parts] a mathematical system used to generalize certain arithmetical operations by permitting letters or other symbols to stand for numbers: it is used esp. in the solution of polynomial equations —al′ge·bra′ic (-brā′ik), al′ge·bra′i·cal *adj.* —al′ge·bra′i·cal·ly *adv.* —al′ge·bra′ist *n.*

**Al·ger** (al′jər), Horatio 1832–99; U.S. writer of boys' stories

**Al·ge·ri·a** (al jir′ē ə) country in N Africa, on the Mediterranean: c. 919,000 sq. mi.; pop. 13,547,000; cap. Algiers —Al·ge′ri·an *adj., n.*

**Al·ger·non** (al′jər nän) [prob. < OFr. *al grenon*, with a mustache] a masculine name: dim. Algie, Algy

**-al·gi·a** (al′jə, -jē ə) [< Gr. *algos*, pain] *a n.-forming suffix meaning pain* [*neuralgia*]

**al·gid** (al′jid) *adj.* [< Fr. < L. *algidus*] cold; chilly —al·gid·i·ty (al jid′ə tē) *n.*

**Al·giers** (al jirz′) capital of Algeria; seaport on the Mediterranean: pop. 943,000

**Al·gon·qui·an** (al gäŋ′kē ən, -kwē-) *adj.* designating of of a widespread family of languages used by a number of N. American Indian tribes, including the Arapaho, Cheyenne, Blackfoot, etc. —*n.* 1. this family of languages 2. a member of any tribe using one of these languages

**Al·gon·quin** (al gäŋ′kwin, -kin) *n.* [< AmInd.] 1. a member of a tribe of Algonquian Indians who live in the area of the Ottawa River, Canada 2. their Algonquian language

**al·go·rism** (al′gər iz′m) *n.* [< ME. & OFr. < ML. *algorismus* < name of 9th-c. Ar. mathematician] 1. the Arabic, or decimal, system of counting 2. any method of computing

**al·go·rithm** (-*ith*′m) *n.* [altered (after ARITHMETIC) < prec.] *Math.* any special method of solving a certain kind of problem; specif., the repetitive calculations used in finding the greatest common divisor of two numbers

**Al·ham·bra** (al ham′brə) [Sp. < Ar. *al hamrā′*, lit., the red (house)] 1. early palace of the Moorish kings near Granada, Spain 2. city in SW Calif.: pop. 62,000 —Al′hambresque′ (-bresk′) *adj.*

**a·li·as** (ā′lē əs, āl′yəs) *n., pl.* a′li·as·es [< L. < *alius*, other] an assumed name; another name —*adv.* otherwise named; called by the assumed name of [Bell *alias* Jones]

**A·li Ba·ba** (ā′lē bä′bə, al′ē bab′ə) in *The Arabian Nights*, a poor woodcutter who finds the treasure of forty thieves in a cave

**al·i·bi** (al′ə bī′) *n., pl.* -bis′ [L., contr. < *alius ibi*, elsewhere] 1. *Law* the plea or fact that an accused person was elsewhere than at the scene of the crime 2. [Colloq.] an excuse —*vi.* -bied′, -bi′ing [Colloq.] to offer an excuse

**Al·ice** (al′is) [< OFr. < OHG. *Adalheit*: see ADELAIDE] a feminine name: dim. Elsie; var. Alicia

**al·ien** (āl′yən, -ē ən) *adj.* [< OFr. < L. *alienus* < *alius*, other] 1. belonging to another country or people; foreign 2. not natural; repugnant (*to*) [ideas *alien* to him] 3. of aliens —*n.* 1. a foreigner 2. a foreign-born resident in a country who is not a naturalized citizen 3. an outsider

**al·ien·a·ble** (-ə b′l) *adj.* capable of being transferred to a new owner —al′ien·a·bil′i·ty *n.*

**al·ien·ate** (-āt′) *vt.* -at′ed, -at′ing 1. to transfer the ownership of (property) to another 2. to make unfriendly; estrange [behavior that *alienated* his friends] 3. to cause to be withdrawn or detached, as from society 4. to cause a transference of (affection) —al′ien·a′tor *n.*

**al·ien·a·tion** (āl′yə nā′shən, -ē ə-) *n.* 1. an alienating or being alienated 2. insanity

**al·ien·ee** (āl′yə nē′, āl′ē ə-) *n.* a person whose property is transferred or conveyed

**al·ien·ist** (āl′yən ist, āl′ē ən-) *n.* a psychiatrist, esp. one who testifies in a law court

**al·ien·or** (-ôr′, -ər) *n.* a person from whom property is transferred or conveyed

**al·i·form** (al′ə fôrm′, ā′lə-) *adj.* [< L. *ala*, a wing + -FORM] shaped like a wing

**a·light¹** (ə līt′) *vi.* a·light′ed or a·lit′, a·light′ing [< ME. < *a-*, out, off + *lihtan*, to dismount] 1. to get down or off; dismount 2. to come down after flight 3. [Rare] to come (*on* or *upon*) accidentally

**a·light²** (ə līt′) *adj.* lighted up; glowing

**a·lign** (ə līn′) *vt.* [< Fr. < *a*, to + *ligner* < *ligne*, LINE¹] 1. to bring into a straight line 2. to bring (parts, as the wheels of a car) into proper coordination 3. to bring into agreement, close cooperation, etc. [he *aligned* himself with the liberals] —*vi.* to come into line; line up

**a·lign·ment** (-mənt) *n.* 1. an aligning or being aligned; esp., *a*) arrangement in a straight line *b*) a condition of close cooperation 2. a line or lines formed by aligning

**a·like** (ə līk′) *adj.* [< OE. *gelic*, *onlike*: see A-¹ & LIKE¹] like one another; similar: usually in the predicate —*adv.* 1. in the same manner; similarly 2. to the same degree; equally —a·like′ness *n.*

**al·i·ment** (al′ə mənt; *for v.* -ment′) *n.* [L. *alimentum* < *alere*, to nourish] 1. anything that nourishes; food 2. means of support —*vt.* to nourish —al′i·men′tal (-men′t'l) *adj.*

**al·i·men·ta·ry** (al′ə men′tər ē) *adj.* [see prec.] 1. connected with food or nutrition 2. nourishing 3. furnishing support or sustenance

**alimentary canal** (or tract) the passage in the body through which food passes to be digested: it extends from the mouth to the anus

**al·i·men·ta·tion** (al′ə men tā′shən) *n.* 1. nourishment; nutrition 2. support; sustenance —al′i·men′ta·tive (-men′tə tiv) *adj.*

**al·i·mo·ny** (al′ə mō′nē) *n.* [< L. *alere*, to nourish] an allowance paid, esp. to a woman, by the spouse or former spouse after a legal separation or divorce

**a·line** (ə līn′) *vt., vi.* a·lined′, a·lin′ing *same as* ALIGN —a·line′ment *n.*

**al·i·quant** (al′ə kwänt) *adj.* [< L. < *alius*, other + *quantus*, how much] that does not divide a number evenly but leaves a remainder [8 is an *aliquant* part of 25]: cf. ALIQUOT

**al·i·quot** (al′ə kwät) *adj.* [L. < *alius*, other + *quot*, how many] *Math.* that divides a number evenly and leaves no remainder [8 is an *aliquot* part of 24]: cf. ALIQUANT

**Al·i·son** (al′ə s′n) [< OFr.: see ALICE] a feminine name

**a·lit** (ə lit′) *alt. pt. & pp. of* ALIGHT¹

**a·live** (ə līv′) *adj.* [< OE. *on*, in + *life*, life] [used *in the predicate*] 1. having life; living 2. in existence, operation, etc. [to keep his memory *alive*] 3. lively; alert *Alive* is used as an interjection in such phrases as *man alive! sakes alive!* etc. —alive to fully aware of; perceiving —alive with teeming with; full of

**a·liz·a·rin** (ə liz′ər in) *n.* [G., ult. < Ar. *al aṣārah*, the juice < *aṣara*, to press] a reddish-yellow crystalline compound, $C_{14}H_8O_4$, used in dyes: also a·liz′a·rine (-in, -rēn′)

**al·ka·li** (al′kə lī′) *n., pl.* -lies′, -lis′ [< Ar. *al*, the + *qili*, ashes (of saltwort)] 1. any base or hydroxide, as soda, potash, etc., that gives a high concentration of hydroxyl ions in solution 2. any soluble mineral salt or mixture of salts found in desert soils and capable of neutralizing acids

**al·ka·line** (al′kə lin, -līn′) *adj.* of, like, or containing an alkali; basic —al′ka·lin′i·ty (-lin′ə tē) *n.*

**alkaline-earth metals** (al′kə lin urth′, -līn′-) a group of metallic chemical elements, including calcium, strontium, barium, and sometimes beryllium, magnesium, and radium: the oxides of these metals are called alkaline earths

**al·ka·lin·ize** (al′kə lə nīz′) *vt.* -ized′, -iz′ing *same as* AL-KALIZE —al′ka·lin·i·za′tion *n.*

**al·ka·lize** (al′kə līz′) *vt.* -lized′, -liz′ing to make alkaline —al′ka·li·za′tion *n.*

**al·ka·loid** (-loid′) *n.* [ALKAL(I) + -OID] any of a number of colorless, bitter, basic organic substances, as caffeine, morphine, quinine, etc., found in certain plants —al′ka·loid′al *adj.*

**Al·ko·ran** (al′kō ran′, -rän′) *n.* the Koran

**al·kyd** (al′kid) *n.* [ult. < ALKALI + ACID] any of several synthetic resins used as coatings, and in paints, varnishes, etc.: also alkyd resin

**all** (ôl) *adj.* [OE. *eall*] 1. the whole quantity, extent, or number of [*all* the gold, *all* day] 2. every one of [*all* men must eat] 3. the greatest possible (said in all sincerity] 4. any; any whatever [true beyond *all* question] 5. every [*all* manner of men] 6. alone; only [life is not *all* pleasure] 7. seeming to be nothing but [he was *all* arms and legs] —*pron.* 1. [with pl. v.] everyone [*all* are present] 2. [with pl. v.] every one [*all* of us are going] 3. everything [*all* is over between them] 4. every part or bit [*all* of it is eaten] —*n.* 1. everything one has [give your *all*] 2. a totality; whole —*adv.* 1. wholly; entirely [*all* worn out] 2. apiece [a score of thirty *all*] —after all nevertheless; in spite of everything —all but 1. all except 2. nearly; almost —all in [Colloq.] very tired —all in all 1. considering everything 2. as a whole —all over 1. ended 2. everywhere 3. [Colloq.] typically [that's Mary *all over*] —all the (better, worse, etc.) so much the (better, worse, etc.) —all the (farther, closer, etc.) [Colloq. or Dial.]

**all-** (a combining) American] 2 [*all*-inclusive,]

**Al·lah** (al′ə, ä′lə) the Moslem na

**all-A·mer·i-** wholly of Am sentative of th U.S. 3. of all ball (or other) year in the U.

**Al·lan** (al′ən)

**all·a·round** ( ents, or uses:

**al·lay** (ə lā′) *legcan*, to lay lessen or relie

**all·clear** (ôl′ or practice ale

**al·le·ga·tion** thing alleged proof 4. Lav support with s

**al·lege** (ə lej′ duce as eviden LITIGATE] 1. without proof lege′a·ble *ad*

**al·leged** (ə le proof [the alleged friends] —al·le′g

**al·le·ghe·ny** joining the Me Allegheny M ans, in C Pa.:

**al·le·giance** *liege*: see LIEC one's ruler, na tion, as to a ca

**al·le·gor·i·c** acteristic of Also al′le·go **al·le·go·rist** *legories* —al′le

**al·le·go·rize** make into or *legorical* sens *za′tion n.* —

**al·le·go·ry** (a which people allegories an principles, a 3. any symb

**al·le·gret·to** *Music* mode *pt.* -tos an al

**al·le·gro** (ə briskly *Mus* fast moveme

**al·le·le** (ə lēl either of a pa bers of a pai ited alterna *al·le·lo·mo*

**al·le·lu·ia** (a al′le·lu′ia · city in E Pa.

**al·ler·gen** (a -GEN] a su —al′ler·gen

**al·ler·gic** ( 1. having a humorous u **al·ler·gist** ( allergies

**al·ler·gy** (a *-ergeia*, as i ity to a spec ing or condit harmless to



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Page 36 of 93

Case: 4:20-cr-00111-SEP   Doc #: 25   Filed: 01/04/21   Page: 33 of 89 PageID #: 201

*Moors are aboriginal people (American Indians) who are Moslems. See "American". See House Concurrent Resolution number 331.*

**deka·gram** \'de-kə-ˌgram\ n (ca. 1879) — see METRIC SYSTEM table
**deka·li·ter** \-ˌlē-tər\ n (ca. 1879) — see METRIC SYSTEM table
**deka·me·ter** \-ˌmē-tər\ n (ca. 1879) — see METRIC SYSTEM table
**deka·met·ric** \ˌde-kə-'me-trik\ adj (1968) : DECAMETRIC
**de·lam·i·na·tion** \(ˌ)dē-ˌla-mə-'nā-shən\ n (1877) 1 : gastrula formation in which the endoderm is split off as a layer from the inner surface of the blastoderm and the archenteron is represented by the space between this endoderm and the yolk mass 2 : separation into constituent layers — **de·lam·i·nate** \(ˌ)dē-'la-mə-ˌnāt\ vi
**de·late** \di-'lāt, dē-\ vt **de·lat·ed; de·lat·ing** [L delatus (pp. of deferre to bring down, report, accuse), fr. de- + ferre to bear — more at TOLERATE] (15c) 1 : ACCUSE, DENOUNCE 2 : REPORT, RELATE — **de·la·tion** \di-'lā-shən, dē-\ n — **de·la·tor** \-'lā-tər\ n
**Del·a·ware** \'de-lə-ˌwer, -ˌwar\ n, pl **Delaware or Delawares** [Delaware River] (1721) 1 : a member of an American Indian people of the Delaware valley 2 : the Algonquian language of the Delaware
**de·lay** \di-'lā, dē-\ n (13c) 1 a : the act of delaying : the state of being delayed b : an instance of being delayed 2 : the time during which something is delayed
**delay** vb [ME, fr. OF delaier, fr. de- + laier to leave, perh. alter. of laissier, fr. L laxare to slacken, fr. laxus loose — more at SLACK] vt (14c) 1 : PUT OFF, POSTPONE 2 : to stop, detain, or hinder for a time ~ vi 1 : to move or act slowly; also : to cause delay — **de·lay·er** n
  **syn** DELAY, RETARD, SLOW, SLACKEN, DETAIN mean to cause to be late or behind in movement or progress. DELAY implies a holding back, usu. by interference, from completion or arrival (bad weather delayed our arrival). RETARD suggests reduction of speed without actual stopping (language barriers retarded their progress). SLOW and SLACKEN also imply a reduction of speed, SLOW often suggesting deliberate intention (medication slowed the patient's heart rate), SLACKEN an easing up or relaxing of power or effort (on hot days runners slacken their pace). DETAIN implies a holding back beyond a reasonable or appointed time (unexpected business had detained her).
  **syn** DELAY, PROCRASTINATE, LAG, LOITER, DAWDLE, DALLY mean to move or act slowly so as to fall behind. DELAY usu. implies a putting off (as a beginning or departure) (we cannot delay any longer). PROCRASTINATE implies blameworthy delay esp. through laziness or apathy (procrastinates about making decisions). LAG implies failure to maintain a speed set by others (lagging behind in technology). LOITER and DAWDLE imply delay while in progress, esp. in walking, but DAWDLE more clearly suggests an aimless wasting of time (loitered at several store windows) (children dawdling on their way home from school). DALLY suggests delay through trifling or vacillation when promptness is necessary (stop dallying and get to work).
**de·le** \'dē-(ˌ)lē\ vt **de·led; de·le·ing** [L, imper. sing. of delēre] (1705) : to delete esp. from typeset matter
**de·le** n (ca. 1751) : a mark indicating that something is to be deleted
**de·lec·ta·ble** \di-'lek-tə-bəl\ adj [ME, fr. OF, fr. L delectabilis, fr. delectare to delight — more at DELIGHT] (15c) 1 : highly pleasing : DELIGHTFUL 2 : DELICIOUS — **de·lec·ta·bil·i·ty** \-ˌlek-tə-'bi-lə-tē\ n — **de·lec·ta·bly** \-blē\ adv
**de·lec·ta·tion** \ˌdē-ˌlek-'tā-shən, di-\ n (14c) : DELIGHT, ENJOYMENT
**del·e·ga·ble** \'de-li-gə-bəl\ adj (1660) : capable of being delegated
**del·e·ga·cy** \-gə-sē\ n, pl **-cies** (15c) 1 : a body of delegates : BOARD 2 a : the act of delegating b : appointment as delegate
**del·e·gate** \'de-li-gət, -ˌgāt\ n [ME delegat, fr. ML delegatus, fr. L, pp. of delegare to delegate, fr. de- + legare to send — more at LEGATE] (15c) : a person acting for another: as a : a representative to a convention or conference b : a representative of a U.S. territory in the House of Representatives c : a member of the lower house of the legislature of Maryland, Virginia, or West Virginia
**del·e·gate** \-ˌgāt\ vb **-gat·ed; -gat·ing** vt (1530) 1 : to entrust to another (~ authority) 2 : to appoint as one's representative ~ vi : to assign responsibility or authority — **del·e·ga·tee** \ˌde-li-gə-'tē\ n — **del·e·ga·tor** \'de-li-ˌgā-tər\ n
**del·e·ga·tion** \ˌde-li-'gā-shən\ n (1612) 1 : the act of empowering to act for another 2 : a group of persons chosen to represent others
**de·le·git·i·ma·tion** \ˌdē-lə-ˌji-tə-'mā-shən\ n (1968) : a decline in or loss of prestige or authority
**de·lete** \di-'lēt, dē-\ vt **de·let·ed; de·let·ing** [L deletus, pp. of delēre to wipe out, destroy] (ca. 1605) : to eliminate esp. by blotting out, cutting out, or erasing
**del·e·te·ri·ous** \ˌde-lə-'tir-ē-əs\ adj [Gk dēlētērios, fr. dēleisthai to hurt] (1643) : harmful often in a subtle or unexpected way (~ effects) (~ to health) **syn** see PERNICIOUS — **del·e·te·ri·ous·ly** adv — **del·e·te·ri·ous·ness** n
**de·le·tion** \di-'lē-shən, dē-\ n [L deletion-, deletio destruction, fr. delēre] (1590) 1 : the act of deleting 2 a : something deleted b (1) : the absence of a section of genetic material from a chromosome (2) : the mutational process that results in a deletion
**delft** \'delft\ n [Delft, Netherlands] (1723) 1 : tin-glazed Dutch earthenware with blue and white or polychrome decoration 2 : a ceramic ware resembling or imitative of Dutch delft
**delft·ware** \'delft-ˌwar, -ˌwer\ n (1714) : DELFT
**deli** \'de-lē\ n, pl **del·is** (ca. 1954) : DELICATESSEN
**de·lib·er·ate** \di-'li-bə-rət, -'lib-rət\ adj (14c) : to think about or discuss issues and decisions carefully ~ vi : to think about deliberately and often with formal discussion before reaching a decision **syn** see THINK
**de·lib·er·ate** \di-'li-bə-ˌrāt, -'lib-rət\ adj [L deliberatus, pp. of deliberare to consider carefully, perh. alter. of (assumed) delibrare, fr. de- + libra scale, pound] (15c) 1 : characterized by or resulting from careful and thorough consideration (a ~ decision) 2 : characterized by awareness of the consequences (~ falsehood) 3 : slow, unhurried, and steady as though allowing time for decision on each individual action involved (a ~ pace) **syn** see VOLUNTARY — **de·lib·er·ate·ly** adv — **de·lib·er·ate·ness** n
**de·lib·er·a·tion** \di-ˌli-bə-'rā-shən\ n (14c) 1 a : the act of deliberating b : a discussion and consideration by a group of persons of the reasons for and against a measure 2 : the quality or state of being

**de·lib·er·a·tive** \-'li-bə-ˌrāt-iv, -'li-b(ə-)rət-\ adj — **de·lib·er·a·tive·ly** adv — **de·lib·er·a·tive·ness** n
**del·i·ca·cy** \'de-li-kə-sē\ n, pl **-cies** (14c) 1 obs a : the quality or state of being luxurious b : LUXURY 2 : something pleasing to eat that is considered rare or luxurious (considered caviar a ~) 3 a : the quality or state of being dainty : FINENESS (lace of great ~) b : FRAILTY 1 4 : fineness or subtle expressiveness of touch (as in painting or music) 5 a : precise and refined perception and discrimination b : extreme sensitivity : PRECISION (an electronic instrument of great ~) 6 a : refined sensibility in feeling or conduct b : the quality or state of being squeamish 7 : the quality or state of requiring delicate handling
**del·i·cate** \'de-li-kət\ adj [ME delicat, fr. L delicatus delicate, addicted to pleasure; akin to L delicere to allure] (14c) 1 : pleasing to the senses: a : generally pleasant (the climate's ~, the air most sweet — Shak.) b : pleasing to the sense of taste or smell esp. in a mild or subtle way (a ~ aroma) (a robust wine will dominate ~ dishes) c : marked by daintiness or charm of color, lines, or proportions (a ~ floral print) (an ample tear trilled down her ~ cheek —Shak.) d : marked by fineness of structure, workmanship, or texture (a ~ tracery) (a ~ lace) 2 a : marked by keen sensitivity or fine discrimination (~ insights) (a more ~ syntactic analysis —R. H. Robins) b : FASTIDIOUS, SQUEAMISH (a person of ~ tastes) 3 a : not robust in health or constitution : WEAK, SICKLY (had been considered a ~ child) b : easily torn or damaged : FRAGILE (the ~ chain of life) 4 a : requiring careful handling: (1) : easily unsettled or upset (a ~ balance) (the ~ relationships defined by the Constitution —New Yorker) (2) : requiring skill or tact (in a ~ position) (~ negotiations) (a ~ operation) (3) : involving matters of a deeply personal nature : SENSITIVE (this is a ~ matter. Could I possibly speak to you alone —Daphne Du Maurier) b : marked by care, skill, or tact (~ handling of a difficult situation) 5 : marked by great precision or sensitivity (a ~ instrument) **syn** see CHOICE — **del·i·cate·ly** adv
**'delicate** n (15c) : something delicate
**del·i·ca·tes·sen** \ˌde-li-kə-'te-sən\ n, pl (pl. [obs. G (now Delikatessen), pl. of Delicatesse delicacy, fr. F délicatesse, prob. fr. OIt delicatezza, fr. delicato delicate, fr. L delicatus] (1889) 1 : ready-to-eat food products (as cooked meats and prepared salads) 2 sing. pl **delicatessens** [delicatessen (store)] : a store where delicatessen may be sold
**de·li·cious** \di-'li-shəs\ adj [ME, fr. MF, fr. LL deliciosus, fr. L deliciae delights, fr. delicere to allure] (14c) 1 : affording great pleasure : DELIGHTFUL (~ anecdotes) 2 : appealing to one of the bodily senses esp. of taste or smell — **de·li·cious·ly** adv — **de·li·cious·ness** n
**Delicious** n, pl **Delicious or Deliciouses or Delicious** (ca. 1903) : an important red or yellow market apple of American origin that has a crown of five rounded prominences on the end opposite the stem
**de·lict** \di-'likt, dē-\ n [L delictum fault, fr. neut. of delictus, pp. of delinquere] (1523) : an offense against the law
**de·light** \di-'līt, dē-\ n (13c) 1 : a high degree of gratification : JOY; also : extreme satisfaction 2 : something that gives great pleasure 3 archaic : the power of affording pleasure
**delight** vb [ME deliten, fr. OF delitier, fr. L delectare, freq. of delicere to allure, fr. de- + lacere to allure] vi (13c) 1 : to take great pleasure (~ed in playing the guitar) 2 : to give keen enjoyment (a book certain to ~) ~ vt 1 : to give joy or satisfaction to — **de·light·er** n
**de·light·ed** adj (1603) 1 obs : DELIGHTFUL 2 : highly pleased — **de·light·ed·ly** adv — **de·light·ed·ness** n
**de·light·ful** \di-'līt-fəl, dē-\ adj (ca. 1530) : highly pleasing — **de·light·ful·ly** \-fə-lē\ adv — **de·light·ful·ness** n
**de·light·some** \-'līt-səm\ adj (1520) : very pleasing : DELIGHTFUL
**De·li·lah** \di-'lī-lə\ n [Heb Delilah] : the mistress and betrayer of Samson in the book of Judges
**de·lim·it** \di-'li-mit, dē-\ vt [F délimiter, fr. L delimitare, fr. de- + limitare to limit, fr. limit-, limes boundary, limit] (1852) : to fix or define the limits of — **de·lim·i·ta·tion** \di-ˌli-mə-'tā-shən, dē-\ n
**de·lim·it·er** \di-'li-mə-tər\ n (1960) : a character that marks the beginning or end of a unit of data
**de·lin·e·ate** \di-'li-nē-ˌāt\ vt **-at·ed; -at·ing** [L delineatus, pp. of delineare, fr. de- + linea line] (1559) 1 a : to indicate or represent by drawn or painted lines b : to mark the outline of (lights delineating the narrow streets) 2 : to describe, portray, or set forth with accuracy or in detail (~ a character in the story) (~ the steps to be taken by the government) — **de·lin·e·a·tor** \-ˌā-tər\ n
**de·lin·e·a·tion** \di-ˌli-nē-'ā-shən\ n (1570) 1 : the act of delineating 2 : something made by delineating — **de·lin·e·a·tive** \-'li-nē-ˌā-tiv, -əd\ adj
**de·lin·quen·cy** \di-'liŋ-kwən-sē, -'liŋ-k\ n, pl **-cies** (1636) 1 : a delinquent act b : conduct that is out of accord with accepted behavior or the law; esp : JUVENILE DELINQUENCY 2 : a debt on which payment is overdue
**'de·lin·quent** \-kwənt\ n (15c) : a delinquent person
**delinquent** adj [L delinquens, delinquens, prp. of delinquere to fail, offend, fr. de- + linquere to leave — more at LOAN] (1603) 1 : offending by neglect or violation of duty or of law 2 : being overdue in payment (a ~ charge account) 3 : of, relating to, or characteristic of delinquents : marked by delinquency — **de·lin·quent·ly** adv
**del·i·quesce** \ˌde-li-'kwes\ vi **-quesced; -quesc·ing** [L deliquescere, fr. de- + liquescere, incho. of liquēre to be fluid — more at LIQUID] (1756) 1 : to dissolve or melt away 2 : to become soft or liquid with age — used of plant structures (as mushrooms)
**del·i·ques·cent** \-'kwe-sᵊnt\ adj [L deliquescent-, deliquescens, prp. of deliquescere] (1791) 1 : tending to melt or dissolve; esp : tending to undergo gradual dissolution and liquefaction by the attraction and absorption of moisture from the air 2 : having repeated division into branches (elms are ~ trees) — compare EXCURRENT 2a — **del·i·ques·cence** \-sᵊn(t)s\ n

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, k̇, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ⁱ\ see Guide to Pronunciation

*Page 33 of 93*

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 34 of 89 PageID #: 202

⟨philosophy . . . filtered through the ∼ of Plato's mind — B. T. Shropshire⟩

**alen·con** \ə-ˈlen-ˌsän, -ˈlen(t)-sən\ *n, often cap* [*Alençon*, France] (1865) : a delicate needlepoint lace

**aleph** \ˈä-ˌlef, -ˌləf\ *n* [Heb *āleph*, prob. fr. *eleph* ox] (14c) : the 1st letter of the Hebrew alphabet — see ALPHABET table

**aleph-null** \-ˈnəl\ *n* (ca. 1909) : the number of elements in the set of all integers which is the smallest transfinite cardinal number

**1alert** \ə-ˈlərt\ *adj* [It *all'erta*, lit., on the ascent] (1618) 1 a : watchful and prompt to meet danger or emergency  b : quick to perceive and act  2 : ACTIVE, BRISK  *syn* see WATCHFUL, INTELLIGENT — **alert·ly** *adv* — **alert·ness** *n*

**2alert** *n* (1796) 1 : the state of readiness of those warned by an alert  2 : an alarm or other signal of danger  3 : the period during which an alert is in effect — **on the alert** : on the lookout esp. for danger or opportunity

**3alert** *vt* (ca. 1868) 1 : to call to a state of readiness : WARN  2 : to make aware of ⟨∼ed the public to the dangers of pesticides⟩

**-ales** *n pl suffix* [NL, fr. L, pl. of *-alis -al*] : plants consisting of or related to — in the names of orders of plants (*Coniferales*)

**al·eu·rone** \al-yə-ˈrōn\ *n* [G *Aleuron*, fr. Gk, flour; akin to Arm *alam* I grind] (1869) : protein matter in the form of minute granules or grains occurring in seeds in endosperm or in a special peripheral layer

**Aleut** \ə-ˈlüt, ˈa-lē-ˌüt\ *n* [Russ] (1780) 1 : a member of a people of the Aleutian and Shumagin islands and the western part of Alaska Peninsula  2 : the language of the Aleuts

**A·lewd** *n* (1951) 1 : the second of three standardized British examinations in a secondary school subject used as a qualification for university entrance; *also* : successful completion of an A-level examination in a particular subject — called also *Advanced level*; compare O LEVEL, S LEVEL  2 a : the level of education required to pass an A-level examination  b : a course leading to an A-level examination

**al·e·vin** \ˈa-lə-vən\ *n* [F, fr. OF, fr. *alever* to lift up, rear (offspring), fr. L *allevare*, fr. *ad-* + *levare* to raise — more at LEVER] (1868) : a young fish; *esp* : a newly hatched salmon when still attached to the yolk sac

**1ale·wife** \ˈā(ə)l-ˌwīf\ *n* (15c) : a woman who keeps an alehouse

**2alewife** *n* [perh. alter. of *obs. allowes*, a kind of shad, fr. *Alosa* shad, fr. OF, fr. LL *alausa*] (1633) : a clupeid food fish (*Alosa pseudoharen·gus*) very abundant along the Atlantic coast; *also* : any of several related fishes (as the menhaden)

**al·ex·an·der** \a-lig-ˈzan-dər, -ē-\ *n, often cap* (1928) : an iced cocktail made from crème de cacao, sweet cream, and gin or brandy

**Al·ex·an·dri·an** \a-lig-ˈzan-drē-ən, -ē-\ *adj* (ca. 1860) 1 : of or relating to Alexander the Great  2 : HELLENISTIC

**al·ex·an·drine** \-ˈzan-drən, -ˌdrēn, -drēn\ *n, often cap* [MF *alexandrin*, adj., fr. *Alexandre* Alexander the Great; fr. its use in a poem on Alexander] (1667) : a line of verse of 12 syllables consisting regularly of 6 iambs with a caesura after the 3d iamb — **alexandrine** *adj*

**al·ex·an·drite** \-ˈzan-ˌdrīt\ *n* [G *Alexandrit*, fr. *Alexander I* Russ. emperor] (ca. 1880) : a grass-green chrysoberyl that shows a red color by transmitted or artificial light

**alex·ia** \ə-ˈlek-sē-ə\ *n* [NL, fr. *a-* + Gk *lexis* speech, fr. *legein* to speak — more at LEGEND] (1878) : aphasia marked by loss of ability to read

**Al·fa** \ˈal-fə\ (1952) — a communications code word for the letter *a*

**al·fal·fa** \al-ˈfal-fə\ *n* [Sp, modif. of Ar dial. *al-faṣfaṣah* the alfalfa] (1845) : a deep-rooted European leguminous plant (*Medicago sativa*) widely grown for hay and forage

**alfalfa weevil** *n* (1912) : a small dark brown European weevil (*Hypera postica*) that is now a widespread pest of alfalfa in No. America

**al·fil·a·ria** \ˌal-fi-lə-ˈrē-ə\ *n* [AmerSp *alfilerillo*, fr. Sp, dim. of *alfiler* pin, modif. of Ar *al-khilāl* the thorn] (1868) : a European weed (*Erodium cicutarium*) of the geranium family grown for forage in the western U.S.

**al·for·ja** \al-ˈfòr-(ˌ)hä\ *n* [Sp, fr. Ar *al-khurj*] (1611) *West* : SADDLEBAG

**al·fres·co** \al-ˈfres-(ˌ)kō\ *adj or adv* [It] (1753) : taking place or located in the open air : OUTDOOR,OUTDOORS ⟨an ∼ lunch⟩ ⟨an ∼ restaurant⟩

**al·ga** \ˈal-gə\ *n, pl* **al·gae** \ˈal-(ˌ)jē\ *also* algas [L, seaweed] (1551) : a plant or plantlike organism of any of several phyla, divisions, or classes of chiefly aquatic usu. chlorophyll-containing nonvascular organisms of polyphyletic origin that usu. include the green, yellow-green, brown, and red algae in the eukaryotes and the blue-green algae in the prokaryotes — **al·gal** \-gəl\ *adj*

**al·ga·ro·ba** *also* **al·gar·ro·ba** \ˌal-gə-ˈrō-bə\ *n* [Sp *algarroba*, fr. Ar *al-kharrūbah* the carob] (1577) 1 : CAROB  2 [MexSp, fr. Sp]: MESQUITE; *also* : its pods

**al·ge·bra** \ˈal-jə-brə\ *n* [ML, fr. Ar *al-jabr*, lit., the reduction] (1551) 1 : a generalization of arithmetic in which letters representing numbers are combined according to the rules of arithmetic  2 : any of various systems or branches of mathematics or logic concerned with the properties and relationships of abstract entities (as complex numbers, matrices, sets, vectors, groups, rings, or fields) manipulated in symbolic form under operations often analogous to those of arithmetic — compare BOOLEAN ALGEBRA — **al·ge·bra·ist** \-ˌbrā-ist\ *n*

**al·ge·bra·ic** \ˌal-jə-ˈbrā-ik\ *adj* (1662) 1 : relating to, involving, or according to the laws of algebra  2 : involving only a finite number of repetitions of addition, subtraction, multiplication, division, extraction of roots, and raising to powers ⟨∼ equation⟩ — compare TRANSCENDENTAL — **al·ge·bra·i·cal·ly** \-ˈbrā-ə-k(ə-)lē\ *adv*

**algebraic number** *n* (1904) : a root of an algebraic equation with rational coefficients

**-algia** *n comb form* [Gk, fr. *algos* pain] : pain ⟨neur*algia*⟩

**al·gi·cide** *or* **al·gae·cide** \ˈal-jə-ˌsīd\ *n* (1904) : an agent used to kill algae — **al·gi·cid·al** \ˌal-jə-ˈsī-dᵊl\ *adj*

**al·gid** \ˈal-jəd\ *adj* [L *algidus*, fr. *algēre* to feel cold] (ca. 1623) : COLD

**al·gin** \ˈal-jən\ *n* (1883) : any of various colloidal substances (as an alginate or alginic acid) derived from marine brown algae and used esp. as emulsifiers or thickeners

**al·gi·nate** \ˈal-jə-ˌnāt\ *n* (ca. 1909) : a salt or ester of alginic acid

**al·gin·ic acid** \(ˌ)al-ˈji-nik-\ *n* [ISV *algin* + -ic] (1885) : an insoluble colloidal acid ($C_6H_8O_6$)$_n$ that in the form of its salts is a constituent of the cell walls of brown algae

**Al·gol** \ˈal-ˌgäl, -ˌgöl\ *n* [Ar *al-ghūl*, lit., the ghoul] : a binary star in the constellation Perseus whose larger member orbits and eclipses the smaller brighter star causing periodic variation in brightness

**AL·GOL** *or* **Al·gol** \ˈal-ˌgäl, -ˌgöl\ *n* [*algorithmic language*] (1959) : an algebraic computer programming language used esp. in mathematical and scientific applications

**al·go·lag·nia** \ˌal-gō-ˈlag-nē-ə\ *n* [NL, fr. Gk *algos* pain + Gk *lagneia* lust, from *lagnos* lustful — more at SLACK] (ca. 1900) : a perversion (as sadism or masochism) characterized by pleasure and esp. sexual gratification in inflicting or suffering pain — **al·go·lag·ni·ac** \-ˈlag-nē-ˌak\ *n* — **al·go·lag·nic** \-nik\ *adj*

**al·gol·o·gist** \al-ˈgä-lə-jist\ *n* — **al·gol·o·gy** \al-ˈgä-lə-jē\ *n*

**Al·gon·qui·an** \al-ˈgän-kwē-ən, -ˈgäŋ-\ *or* **Al·gon·quin** \-kwən\ *or* **Al·gon·ki·an** \-ˈgäŋ-kē-ən\ *also* **Al·gon·kin** \-ˈgäŋ-kən\ *n* [Canf *Algonquin*] (1625) 1 *usu Algonquin* a : an American-Indian people of the Ottawa river valley  b : the dialect of Ojibwa spoken by these people  2 *usu Algonquian* a : a family of American-Indian languages spoken by peoples from Labrador to Carolina and westward into the Great Plains  b : a member of the peoples speaking Algonquian languages

**al·go·rithm** \ˈal-gə-ˌri-thəm\ *n* [alter. of ME *algorisme*, fr. OF & ML, OF, fr. ML *algorismus*, fr. Ar *al-khuwārizmī*, fr. *al-Khuwārizmī* fl A.D. 825 Arab mathematician] (ca. 1894) : a procedure for solving a mathematical problem (as of finding the greatest common divisor) in a finite number of steps that frequently involves repetition of an operation; *broadly* : a step-by-step procedure for solving a problem or accomplishing some end esp. by a computer — **al·go·rith·mic** \ˌal-gə-ˈrith-mik\ *adj* — **al·go·rith·mi·cal·ly** \-mi-k(ə-)lē\ *adv*

**Al·ham·bra** \al-ˈham-brə\ *n* [Sp, fr. Ar *al-ḥamrāʾ* the red house] (1612) : the palace of the Moorish kings at Granada, Spain

**1alias** \ˈā-lē-əs, ˈāl-yəs\ *adv* [L, otherwise, fr. *alius* other — more at ELSE] (15c) : otherwise called : otherwise known as

**2alias** *n* (1605) : an assumed or additional name

**Ali Ba·ba** \ˌa-lē-ˈbä-bə, ˌä-lē-\ *n* : a woodcutter in the *Arabian Nights' Entertainments* who enters the cave of the Forty Thieves by using the password *Sesame*

**1al·i·bi** \ˈa-lə-ˌbī\ *n* [L, elsewhere, fr. *alius*] (1743) 1 : the plea of having been at the time of the commission of an act elsewhere than at the place of commission; *also* : the fact or state of having been elsewhere at the time  2 : an excuse usu. intended to avert blame or punishment (as for failure or negligence)  *syn* see APOLOGY

**2alibi** *vb -bied; -bi·ing* *vi* (1909) : to exonerate by an alibi : furnish an excuse for ∼ *vi* t : to offer an excuse

**Al·ice-in-Won·der·land** \ˌa-ləs-ᵊn-ˈwən-dər-ˌland\ *adj* [fr. *Alice's Adventures in Wonderland* (1865) by Lewis Carroll] (1925) : suitable to a world of fantasy or illusion : UNREAL

**al·i·cy·clic** \ˌa-lə-ˈsī-klik, -ˈsi-klik\ *adj* [ISV *aliphatic* + *cyclic*] (1891) : of, relating to, or being an organic compound that contains a ring but is not aromatic — compare ALIPHATIC

**al·i·dade** \ˈa-lə-ˌdād\ *n* [ME *alhidada*, fr. Ar *al-ʿiḍādah* the revolving radius of a circle] (15c) : a rule equipped with simple or telescopic sights and used for determination of direction: as a : a part of an astrolabe  b : a part of a surveying instrument consisting of the telescope and its attachments

**1alien** \ˈā-lē-ən, ˈāl-yən\ *adj* [ME, fr. MF, fr. L *alienus*, fr. *alius*] (14c) 1 a : belonging or relating to another person, place, or thing : STRANGE  b : relating, belonging, or owing allegiance to another country or government : FOREIGN  2 : differing in nature or character typically to the point of incompatibility  *syn* see EXTRINSIC — **alien·ly** *adv* — **alien·ness** \-lē-ən-nəs, -yən-nəs\ *n*

**2alien** *n* (14c) 1 : a person of another family, race, or nation  2 : a foreign-born resident who has not been naturalized and is still a subject or citizen of a foreign country; *broadly* : a foreign-born citizen  3 : EXTRATERRESTRIAL

**3alien** *vt* (14c) 1 : ALIENATE, ESTRANGE  2 : to make over (as property)

**alien·able** \ˈāl-yə-nə-bəl, ˈā-lē-ə-nə-\ *adj* (1611) : transferable to another's ownership — **alien·abil·i·ty** \ˌāl-yə-nə-ˈbi-lə-tē, ˌā-lē-ə-\ *n*

**alien·age** \ˈāl-yə-nij, ˈā-lē-ə-nij\ *n* (1809) : the status of an alien

**alien·ate** \ˈā-lē-ə-ˌnāt, ˈāl-yə-\ *vt* **-at·ed; -at·ing** (ca. 1509) 1 : to make unfriendly, hostile, or indifferent where attachment formerly existed  2 : to convey or transfer (as property or a right) usu. by a specific act rather than the due course of law  3 : to cause to be withdrawn or diverted  *syn* see ESTRANGE — **alien·ator** \-ˌnā-tor\ *n*

**alien·ation** \ˌā-lē-ə-ˈnā-shən, ˌāl-yə-\ *n* (14c) 1 : a withdrawing or separation of a person or a person's affections from an object or position of former attachment : ESTRANGEMENT ⟨∼ . . . from the values of one's society and family — S. L. Halleck⟩  2 : a conveyance of property to another

**alien·ee** \ˌā-lē-ə-ˈnē, ˌāl-yə-\ *n* (1531) : one to whom property is transferred

**alien·ism** \ˈā-lē-ə-ˌni-zəm, ˈāl-yə-\ *n* (1808) 1 : ALIENAGE

**alien·ist** \-nist\ *n* [F *aliéniste*, fr. *aliéné* insane, fr. L *alienatus*, pp. of *alienare* to estrange, fr. *alienus*] (1864) : PSYCHIATRIST

**alien·or** \ˌā-lē-ə-ˈnòr, ˌāl-yə-\ *n* (ca. 1552) : one who transfers property to another

**1alight** \ə-ˈlīt\ *vi* **alight·ed** *also* alit \ə-ˈlit\, **alight·ing** [ME, fr. OE *ālīhtan*, fr. *ā-* (perfective prefix) + *līhtan* to alight — more at ABIDE, LIGHT] (bef. 12c) 1 : to come down from something (as a vehicle): as a : DISMOUNT  b : DEPLANE  2 : to descend from or as if from the air and come to rest  : LAND, SETTLE  3 *archaic* : to come by chance — **alight·ment** *n*

**2alight** *adj* (15c) 1 *chiefly Brit* : being on fire  2 : lighted up

**align** *also* **aline** \ə-ˈlīn\ *vb* [F *aligner*, fr. OF, fr. *a-* (fr. L *ad-*) + *ligne* line, fr. L *linea*] *vt* (ca. 1693) 1 : to bring into line or alignment  2 : to array on the side of or against a party or cause ∼ *vi* 1 : to get or fall into line  2 : to be in or come into precise adjustment or correct relative position — **align·er** *n*

**align·ment** *also* **aline·ment** \ə-ˈlīn-mənt\ *n* (1790) 1 : the act of aligning or state of being aligned; *esp* : the proper positioning or state of adjustment of parts (as of a mechanical or electronic device) in relation to each other  2 a : a forming in line  b : the line thus formed  3 : the ground plan (as of a railroad or highway) in distinction from

*alembic 1*

Africa] : a long-tailed African dove (*Oena*

na·ma·quan \-wən\ *n* -s *usu cap* : NAMA
namē,kəsh, -mə,-\ *n* -ES [of Algonquian ree *namekus* lake trout] : LAKE TROUT
\ *n, pl* **namaz** [Pers *namāz;* akin to Skt — more at NEMORAL] : Islamic worship or

**nambe** *or* **nambes** *usu cap* **1** : a g a pueblo in New Mexico **2** : a people

nam·bi·kua·ra \,nambē'kwärə\ *or* **nam·bi·cua·ra** *n* -s *usu cap* [Pg *nambicuara,* Tupi, lit., long-eared] **1** a : a people of azil **b** : a member of such people **2** : the Nambicuara people

\ *adj or n* [by shortening] : NAMBY-PAMBY
**ness** \'nambē'pambēnəs\ *n* -ES : the quality namby-pamby

\'nambē'pambē, 'naam . . . aambē, -bi *Namby Pamby,* nickname given to *Ambrose* g. poet by some satirists of his time to ridicule erses] **1** : characterized by feeble sentimen- and artificial prettiness or elegance ⟨*namby-* **2** a *of a person* : lacking in vigor or manliness or childish in character or behavior ⟨*namby-* aid to leave their mothers' apron strings⟩ real worth, substance, or quality : unduly ciliatory ⟨the *namby-pamby* handling of ju- s⟩ ⟨*namby-pamby* educational standards⟩
\"\ *n* -ES : something (as talk, writing, or namby-pamby

**·ism** \"+,izəm\ *n* -s : NAMBY-PAMBINESS
-s [ME, fr. OE *nama;* akin to OHG & Goth *namo,* ON *nafn,* L *nomen,* Gk *onyma, onoma,* Skt word or sound or a combination of words or : an individual or a class of individuals (as s) is regularly known or designated : a dis- cific appellation ⟨the ~ of the boy is Mark⟩ uit is apple⟩ ⟨metal is the ~ of a class of sub- which has an individual ~ (as gold, silver, n)⟩ — see LEGAL NAME **b** (1) : a word usu. connotation that can serve as the subject of : the symbolic equivalent of such a word ing or identifying expression ⟨"the smallest proposition that all men are equal" may be **2** *usu cap* : a symbol of divinity or an actual attributes ⟨the ascetics testify that this *Name* power of the presence of God —Elizabeth — may mean either character, or manifesta- , or Jehovah himself —W.A.Shelton⟩ **3 a** : a qualifying appellation based on character, ⟨his ~ shall be called Wonderful —Isa an unpleasant, vulgar, or offensive appellation me attribute ⟨it is wrong to call ~s⟩ **4 a** : re- : good or bad reputation ⟨had the ~ of a orable reputation or illustrious fame ⟨had a ⟨a ~ to conjure with⟩ **5 a** : the designation regarded as his individuality or character t detested ~s in history⟩ ⟨polio and cancer ost dread ~s today⟩ **b** : individuals sharing FAMILY, CLAN **c** : a person or thing that is mportance, prominence, or interest ⟨tried to give glamor to the party⟩ **6** : the appellation n to the reality : mere seeming ⟨the only⟩ ⟨a poet in ~ but scarcely in ttribution reduced it to an empty ~⟩ ssence, character, or spiritual attribute of a
**me** *adv* **1** : with specific personal designation rding of individual recognition ⟨mentioned *name*⟩ **2 a** : as individuals : INDIVIDUALLY by *name*⟩ **b** : by reputation rather than by tance or appearance ⟨knew the new super- nly⟩ — **to one's name** : as one's property possessions

ED,'-ING/-s [ME *namen,* fr. OE *namian,* fr. o give a distinctive name or appellation to MINATE, STYLE, CALL ⟨*named* the child after **2** : to mention or identify by name the name of ⟨~ one person who would do everyone *named* him with praise⟩: as **a** : to eself) by name ⟨may I ~ these gentlemen⟩ on the name of (a member of a legislative body) and — used of the speaker of the house (2) me ⟨~ the villain if you can⟩ **c** : to identify hat tree⟩ : tell over the names of : recognize me ⟨can ~ the books of the Bible in perfect appoint specif. or by name : assign to some ATE ⟨the king *named* his eldest son to succeed early day for the wedding⟩ **4 a** : to speak , STIPULATE, CITE, STATE, QUOTE ⟨will he ~ to ~ the source of the story⟩ **b** : to bring ion : INDICATE, SUGGEST — usu. used with an bject ⟨if you don't see what you want, ~ it⟩ the next time we meet⟩ **syn** see DESIGNATE,

*name*] **1** : bearing or intended for a name or tag⟩ ⟨ornately painted ~ signs⟩ **2 a** : named embrance of another ⟨~ child⟩ **b** : being the n another is named ⟨~ ancestor⟩ **3** : giving to a collection or composition ⟨the anthology ~ article⟩ **4** : accorded top rank for pre- formance under a distinctive name recognized lebrity ⟨a ~ band⟩ ⟨a ~ writer⟩ ⟨a ~ train⟩ ame (as a trade name) accepted by a widely as the mark of approved or quality products articular enterprise ⟨insisting on ~ brands⟩ chandise⟩

also **nam·abil·i·ty** \,nāmə'biləd·ē\ *n* : the of being nameable

**nam·able** \'nāməbəl\ *adj* **1** : capable of IDENTIFIABLE ⟨pick any ~ item⟩ **2** : worthy or mentioned : MEMORABLE, NOTEWORTHY \ *n* : an identifying signboard (as for a station, ; *also* : an identifying name displayed (as ship) other than on a board — see SHIP illus-

\ *n* : one that habitually engages in name-

\ *n* : the use of opprobrious designations or to induce rejection or condemna- ject) without due and unimpassioned facts ⟨the campaign degenerated *name-calling*⟩ ⟨not above *name-calling* his purposes⟩

*adj* [ME *namyd,* fr. past part. of *namen* to tioned by name : SPECIFIED ⟨arrived on the ~ g a well-known name : NOTABLE ⟨this highly **3** : having or known by a distinctive name reds of ~ roses that are no longer planted⟩ : the day of the saint whose name one bears er London stock exchange rules on which a name of the buyer of securities and the con- ed by the purchasing broker to the seller to be the hands of all the parties to the transaction

associates ⟨cultivate an air of Broadway knowingness largely by means of *name-dropping* —Henry Hewes⟩
**name·less** \'nāmləs\ *adj* [ME *nameles,* fr. ¹*name* + *-les* -less — more at NAME] **1** : lacking a distinguished name : not noted : OBSCURE ⟨understood the ~ men who fought and swore . . . and won a war —Merle Miller⟩ **2** : not known, specified, or mentioned by name often to avoid giving offense ⟨the hero of this tale must remain ~⟩ **3** : having no legal right to a name (as by reason of illegitimacy) : BASTARD **4** : having no name : not having been given a name ⟨discovered several ~ species of moss⟩ **5** : not marked with any name ⟨a ~ grave⟩ **6 a** : impossible to identify precisely or by name ⟨the ~ ills of old age⟩ : being such as to defy description usu. by reason of indefiniteness ⟨troubled by ~ fears and uncertainties⟩ **b** : too horrible, repulsive, or distressing to be mentioned ⟨this ~ abomination⟩ ⟨their ~ sensualities⟩ — **name·less·ly** *adv* — **name·less·ness** *n* -ES
¹**namely** *adv* [ME, fr. ¹*name* + *-ly* (adv. suffix)] **1** *obs* : SPECIFICALLY, ESPECIALLY, EXPRESSLY **2** : that is to say : to wit ⟨dropping one preconception, ~ the qualitative distinction between the heavens and the earth —S.F.Mason⟩
²**name·ly** \'nāmli\ *adj* [ME, fr. ¹*name* + *-ly* (adj. suffix)] *Scot* : FAMOUS ⟨~ for witches⟩ ⟨to be a ~ piper it was necessary to study for 7 years —Seton Gordon⟩
**name part** *n* : the title role in a play
**nameplate** \'=,=\ *n* **1** : a plate or plaque bearing or designed to bear a name (as of a resident, proprietor, or manufacturer) **2** : the name of a newspaper or periodical as it is regularly displayed usu. on the top of the first page of the newspaper or on the front cover or title page of the periodical
**name prefix** *n* : a patronymic prefix
**nam·er** \'nāmə(r)\ *n* -s : one that bestows a name or calls by name
**names** *pl of* NAME, *pres 3d sing of* NAME
**namesake** \'=,=\ *n* [prob. fr. *name's sake* (i.e., one named for the sake of another's name)] : one that has the same name as another; *esp* : one named after another
**name tape** *n* : firmly woven cotton tape with the name of a person interwoven or printed in linear series to be divided into single name-bearing segments for attachment to items (as garments) likely to require identification; *also* : one name-bearing section of such tape ⟨sewed *name tapes* on all her underwear⟩
**naming** *pres part of* NAME
**nammad** *var of* NUMDAH
**nams** *pl of* NAM
**na·mu·ri·an** \nə'm(y)ürēən\ *adj, usu cap* [*Namur,* town and province in Belgium + E *-ian*] : of or relating to a division of the Upper Carboniferous — see GEOLOGIC TIME table
**nan** \'nan, -aa(ə)-\ *usu cap* [fr. *Nan,* nickname fr. the name *Nancy*] — a communications code word for the letter *n*
**NAN** *abbr* [L *nisi aliter notetur*] unless otherwise noted
**nan-** *or* **nano-** *comb form* [F, fr. L *nanus* dwarf, fr. Gk *nanos, nannos;* prob. akin to Gk *nanna, nenna* female relative, aunt — more at NUN] : dwarf ⟨*nanocephaly*⟩ ⟨*nanoid*⟩ ⟨*nanosomia*⟩
¹**na·na** \'nanə, 'nänə, 'nänə\ *n* -s [prob. of baby-talk origin] : a child's nurse or nursemaid
²**na·na** \nə'nä\ *n* -s [Pg *naná,* fr. Guarani & Tupi] : PINEAPPLE
³**nana** \"\ *n* -s [Ar *na'nā'*] : MINT
⁴**na·na** \'nānə\ *adj* [NL, fr. LL, female dwarf, fem. of L *nanus* dwarf — more at NAN-] : DWARF, DWARFISH — used esp. of genetic variants of economic plants ⟨a ~ strain of corn⟩
**na·nai·mo** \nə'nī(,)mō\ *n, pl* **nanaimo** *usu cap* [Nanaimo *Sananaimux,* lit., people of Nanoose bay] **1 a** : a Salishan people of the east coast of Vancouver Island, British Columbia **b** : a member of such people **2** : a Salishan language of the Nanaimo people
**na·nak·pan·thi** \,nänək'pən(t)thē\ *n* -s *usu cap* [Hindi *nānakpanthī,* fr. Guru *Nanak* †1538 Indian religious leader who founded Sikhism + Skt *panthan, pātha* way, path, course — more at FIND] : a member of a major Sikh party distinguished by its primary emphasis on the peaceful tenets of Guru Nanak — compare KHALSA
**na·nan·der** \nə'nandə(r)\ *n* -s [*nan-* + *-ander*] : NANNANDER
**na·na·wood** \'nänə'wüd\ *n* [Marathi *nānā* ben-teak (prob. fr. Skt *nandin,* any of various plants) + E *wood*] : BEN-TEAK
¹**nan·ce** \'nän(t)sā\ *also* **nan·che** \-chā\ *n* -s [AmerSp, fr. Nahuatl *nantzi*] **1** : a tree of the genus *Byrsonima* **2** : the fruit of a nance and esp. of the golden spoon (*Byrsonima crassifolia*)
²**nance** \'nan(t)s\ *n* -s [short for ²*nancy*] *slang* : an effeminate male : HOMOSEXUAL
**nan·chang** \'nän'chäŋ\ *adj, usu cap* [fr. *Nanchang,* China] : of or from the city of Nanchang, China : of the kind or style prevalent in Nanchang
¹**nan·cy** \'nan(t)sē\ *adj, usu cap* [fr. *Nancy,* France] : of or from the city of Nancy, France : of the kind or style prevalent in Nancy
²**nancy** \"\ *n* -ES *sometimes cap* [fr. the female name *Nancy*] : ²NANCE
**nancy–story** \'==,==\ *also* **nancy** *n* [*nancy* by folk etymology (influence of name *Nancy*) fr. a West African word akin to Twi *anānse* spider, Ewe *anansē*] : a folktale of the Negroes of the African Gold Coast or their West Indian descendants
¹**nan·di** \'nän,dē\ *n, pl* **nandi** *usu cap* **1 a** : a pastoral people on the Uganda-Kenya frontier **b** : a member of such people **2** : a Nilotic language of the Nandi people — called also *Kipsigis*
²**nandi** \"\ *n* -s [Skt *nāndī* joy, vigor, freshness] : a benediction or invocation spoken at the beginning of an Indian drama and usu. addressed to Vishnu or Siva but sometimes to Buddha
³**nandi** \"\ *n* -s [Telugu, prob. fr. Skt *nandin,* any of various plants] : BEN-TEAK
**nan·di bear** \'nändē-\ *n, often cap N* [prob. fr. *Nandi,* town in Kenya] : a large carnivorous animal that is said to resemble a bear and has been reported repeatedly from parts of southern and eastern Africa
¹**nan·did** \'nandəd\ *adj* [NL *Nandidae*] : of or relating to the Nandidae
²**nandid** \"\ *n* -s [NL *Nandidae*] : a fish of the family Nandidae
**nan·di·dae** \'nandə,dē\ *n pl, cap* [NL, fr. *Nandus,* type genus (perh. fr. Skt *nāndī* joy) + *-idae*] : a family of small deep-bodied percoid fishes of warm fresh and salt waters of the southern hemisphere — compare LEAF FISH
**nan·di·na** \nan'dīnə, -dēnə\ *n* [NL, fr. Jap *nandin* nandina] **1** *cap* : a monotypic genus of Chinese and Japanese evergreen shrubs (family Berberidaceae) having decompound leaves and small white paniculate flowers with numerous sepals that are followed by bright red or purplish fruits and being grown in warm regions as an ornamental **2** *also* **nan·din** \'nandən\ -s : any shrub of the genus *Nandina* — called also *sacred bamboo*
**nan·dine** \'nandən\ *n* -s [native name in Africa] : either of two spotted ring-tailed African palm civets (*Nandinia binotata* and *N. gerrardi*)
**nan·du** *also* **nan·dow** \'nan(,)dü\ *n* -s [Pg *nandu, nandú, nhandu, nhandú* & Sp *nandú, ñandú,* fr. Guarani & Tupi] : RHEA
**nan·du·bay** \,nyändə'bī\ *n* -s [Sp *ñandubay,* fr. Guarani] : a So. American tree or shrub (*Prosopis nandubay*) with rough hard bark and durable wood that is sometimes used for fence posts
**nan·du·ti** *or* **nan·du·ty** \,nyändə'tē\ *n* -ES [AmerSp *ñandutí,* fr. Guarani, web] : a delicate intricately patterned lace made

**na·nit·ic** \nā'nid·ik, na'-\ *adj* [*nan-* + *-itic*] : exhibiting or affected with nanism : atypically small ⟨~ worker ants⟩
**na·ni·za·tion** \,nanə'zāshən, ,nan-\ *n* -s [F *naniser* to dwarf (fr. *nan-* + *-iser* -ize) + E *-ation*] : artificial dwarfing (as of trees by horticulturists)
**nan·keen** \(')nan'kēn\ *also* **nan·kin** \-kin\ *or* **nan·king** \-kiŋ\ *n* -s [fr. *Nanking,* China, where it was first manufactured] **1 a** : a durable fabric handloomed in China from local cottons that had naturally a yellowish color; *also* : a firm twilled cotton fabric dyed to imitate the Chinese fabric **b** *or* **nankeen cotton** : a tree cotton (*Gossypium religiosum*) used for weaving the original nankeen fabric **2 nankeens** *pl* : trousers made of nankeen **3** *or* **nankeen yellow** *often cap N* : NAPLES YELLOW 2 **4** *usu cap* : NANKEEN PORCELAIN
**nankeen bird** *or* **nankeen night heron** *n* : an Australian night heron (*Nycticorax caledonicus*)
**nankeen hawk** *or* **nankeen kestrel** *n* : a pale yellowish Australian kestrel (*Falco cenchroides* syn. *Cerchneis cenchroides*)
**nankeen lily** *n* : a hybrid garden lily (*Lilium* × *testaceum*) with fragrant yellow flowers
**nankeen porcelain** *n, usu cap N* : chinese porcelain painted in blue on white — used esp. by dealers of all except the roughest sorts both ancient and modern
**nankin** *n* -s : NAPLES YELLOW 2
**nan·king** \(')nan'kiŋ\ *adj, usu cap* [fr. *Nanking,* China] : of or from the city of Nanking, China : of the kind or style prevalent in Nanking
**nanking cherry** *n, usu cap N* : a large spreading hardy shrub or small compact tree (*Prunus tomentosa*) that has nearly sessile flowers, leaves tomentose on the under surface, and globular light red edible fruit and that is native to Asia but widely cultivated as an ornamental and for its fruit in regions of rigorous climate — called also *Manchu cherry*
**nan·mu** \'nan(,)mü\ *n* -s [Chin (Pek) *nan² mu⁴*] : a durable fragrant close-grained brown lumber obtained in western China from a lauraceous tree (esp. *Machilis namu*) and used by the Chinese esp. for fine framing and architectural adjuncts (as pillars)
**nann-** *or* **nanno-** *comb form* [NL, fr. Gk *nann-,* fr. *nannos, nanos* — more at NAN-] : dwarf ⟨*Nannippus*⟩ ⟨*nannocephaly*⟩
**nan·nan·der** \na'nandə(r)\ *or* **nan·nan·dri·um** \-drēəm\ *n, pl* **nannanders** \-(r)z\ *or* **nannan·dria** \-ēə\ [*nannander* fr. *nann-* + *-ander; nannandrium,* NL, fr. *nann-* + *andr-* + *-ium*] : DWARF MALE 1
**nan·nan·drous** \-drəs\ *adj* [*nann-* + *-androus*] : having oogonia borne on normal-sized plants and antheridia borne on greatly reduced plants or filaments — used of green algae of the family Oedogoniaceae; compare MACRANDROUS
**nan·nie** *or* **nan·ny** \'nanē, -ni\ *n, pl* **nannies** [prob. of baby-talk origin] *chiefly Brit* : a child's nurse : NURSEMAID
**nan·ning** \(')nän'niŋ\ *adj, usu cap* [fr. *Nanning,* China] : of or from the city of Nanning, China : of the kind or style prevalent in Nanning
**nan·ni·nose** \'nanə,nōs\ *n* -s [alter. of earlier *maninose, mananosay* — more at MANANOSAY] *dial* : SOFT-SHELL CLAM
**nan·nip·pus** \na'nipəs\ *n, cap* [NL, fr. *nann-* + *-hippus*] : a genus of tiny extinct three-toed American Pliocene horses
**nan·no·plankton** \,nanō+\ *n* [NL, fr. *nann-* + *plankton*] : the smallest plankton comprising those organisms (as various flagellates, algae, bacteria) that pass through nets of number 25 mesh silk bolting cloth — compare NET PLANKTON — **nan·no·planktonic** \"+,=\ *adj*
**nan·ny** \'nanē, -ni\ *or* **nanny goat** *n* -ES [fr. *Nanny,* nickname for *Anne*] : a female domestic goat : a goat doe
**nan·ny·ber·ry** \'nanē- — see BERRY\ *n* **1** *or* **nannybush** : SHEEPBERRY 1a **2** : SHEEPBERRY 1b
**nan·ny·gai** \'nanē,gī\ *n* -s [native name in New So. Wales, Australia] : a red iridescent Australian food fish (*Trachichthodes affinis*) of the family Berycidae
**nanny plum** *n* : SHEEPBERRY 1
**nanny tea** *n* : a folk remedy for many ailments that consists of a hot infusion of sheep manure in water often with sugar
¹**nano-** — see NAN-
²**nano-** *comb form* [ISV, fr. L *nanus* dwarf — more at NAN-] : one billionth ($10^{-9}$) part of ⟨*nanosecond*⟩
**na·no·gram** \'nanə,gram, 'nan-\ *n* [*nan-* + *gram*] : a unit of mass equal to one billionth of a gram
**na·noid** \'nā,nȯid, 'na,-\ *adj* [*nan-* + *-oid*] : having an abnormally small body : DWARFISH
**na·no·phy·e·tus** \,nānō,fī'ēd·əs, ,nan-\ *or* **na·no·phy·es** \,=='fīēz\ [NL, fr. *nan-* + *-phyetus, -phyes* (fr. Gk *phyein* to bring forth) — more at BE] *syn of* TROGLOTREMA
**na·no·plankton** \,nānō, ,nanō+\ *n* [NL, fr. *nan-* + *plankton*] : NANNOPLANKTON
**na·no·so·mia** \,nānə'sōmēə, ,nan-\ *n* -s [NL, fr. *nan-* + *-somia*] : DWARFISM
**na·no·so·mus** \-məs\ *n* -ES [NL, fr. *nan-* + *-somus*] : DWARF
**nan·pie** \'nan,pī\ *n* [*Nan* (nickname fr. *Anne*) + *pie*] *dial Eng* : MAGPIE
**nan·sen bottle** \'nan(t)sən-\ *n, usu cap N* [after Fridtjof *Nansen* †1930 Norw. explorer and statesman] : an apparatus used in oceanographic studies for collecting water samples at predetermined depths
**nansen passport** *n, usu cap N* [after Fridtjof *Nansen*] : a passport issued through the agency of the League of Nations to a person without a home government
**nantes** \'nan(t)s\ *adj, usu cap* [fr. *Nantes,* France] : of or from the city of Nantes, France : of the kind or style prevalent in Nantes
**nan·ti·coke** \'nantə,kōk\ *n, pl* **nanticoke** *or* **nanticokes** *usu cap* [Nanticoke *Naitaquok,* lit., tidewater people] **1 a** : an Indian people of eastern Maryland and southern Delaware **b** : a member of such people **2** : an Algonquian language of the Nanticoke and Conoy peoples **3** : one of a group of a people of mixed Indian, white, Negro ancestry in southern Delaware
**nan·to·kite** \'nantə,kīt\ *n* -s [Sp *nantoquita,* fr. *Nantoco,* village north of Copiapó, Chile + Sp *-ita* -ite] : a native cuprous chloride CuCl
**nan·tuck·et·er** \nan-'təkəd·ə(r)\ *n* -s *cap* [*Nantucket* Island, Mass. + E *-er*] : a native or resident of Nantucket Island
**nan·tuck·et pine tip moth** \(')nan-'təkət-\ *n, usu cap N* [fr. *Nantucket* Island] : a small reddish brown silver-marked olethreutid moth (*Rhyacionia frustrana*) of the eastern and central U.S. with yellowish brown larva that feeds in and damages the new growth of various pines
**nantucket sleighride** *n, usu cap N* [fr. *Nantucket* Island] : a run in a whaling boat fast to a harpooned whale
**nan·tung** \(')nän-'tüŋ\ *adj, usu cap* [fr. *Nantung,* China] : of or from the city of Nantung, China : of the kind or style prevalent in Nantung
**nan·yu·ki·an** \(')nän'yükēən\ *adj, usu cap* [*Nanyuki,* town in Kenya + E *-an*] : of or belonging to an Upper Pleistocene culture of Kenya, East Africa, typified by a slightly modified Acheulean industry
**nao** \'naü\ *n* -s [Sp, fr. Catal *nau,* fr. L *navis* ship — more at NAVE] : a medium-sized sailing ship of the late middle ages
**na·ol·o·gy** \nā'äləjē\ *n* -ES [Gk *naos* temple + E *-logy*] : a study of sacred edifices
**na·os** \'nā,äs\ *n, pl* **na·oi** \-,ȯi\ [Gk, temple; akin to Gk *nostos* return home — more at NOSTALGIA] **1** : an ancient temple or shrine **2** : CELLA
¹**nap** \'nap\ *vi* **napped; napped; napping; naps** [ME *nappen,* fr. OE *hnappian;* akin to OHG *hnaffezen* to doze, nap, Norw

Moors (Moslems) Now see Webster's Third New International Dictionary regarding "Moor"

Page 39 of 93

# Webster's
# Third
# New International
# Dictionary
## OF THE ENGLISH LANGUAGE
### UNABRIDGED



The aborigmal copper color "American" Indians are Moors! The People of west and northwest Afrika are Moors.

osely related fishes (genus *Vomer*) widely distributed parts of the Atlantic b : OPAH c : a spadefish *pterus faber*) d : an ocean sunfish (*Mola mola*)

er \ˈ=,=\ *n* 1 *Brit* : DAISY 1b 2 a : a tropical Ameri-blooming morning glory (*Calonyction aculeatum*) ant white or purple flowers b : any of several plants ated genera *Ipomoea* and *Quamoclit* 3 *dial Eng* : a wood anemone (*Anemone nemorosa*) 4 *Africa* -TRUMPET

: *n* : a circular opening used in Chinese architecture to ssage through a

moon gate

/\ˈ=,=\ *n* : MOON-

e *or* moony *n*, *pl* moonies -ie, -y] : a little rom translucent used in playing

*comparative of*

*superlative of*

ly \ˈmün°lē, ·v : in a moony ABSTRACTEDLY, DREAMILY

ess \-nēnəs\ *n* -ES : the quality or state of being DREAMINESS, INATTENTION

*n* -S [fr. gerund of ²*moon*] 1 : aimless reverie or contemplation 2 [¹*moon* + -*ing*] : an occurrence of eslucent spots in the paste of porcelains (as in Chel-of about 1758)

\ˈ...nish\ *adj* : DOLTISH, CAPRICIOUS — moon·ish-

· bluish jellyfish (*Aurelia aurita*) No. America

aped knife with a handle across used in ... ushing

s \ˈmünləs\ *adj* 1 : having no satellite (~ planet) g the light of or as if of the moon (~ night) (lone is dark, and the ~ heart —Walter de la Mare)

\ˈmünlət\ *n* -S : a small natural or artificial satellite th or other celestial body (the particles that compose of Saturn are ~s)

er *n* [trans. of Ar *alhurūf alqamarīyah*; fr. the fact of the Ar definite article *al* is not assimilated to the f *qamar* moon, used as a type word] : an Arabic con- which the *l* of a preceding definite article *al* is not d in pronunciation — called also *lunar letter*; op- *sun letter*

t \ˈ=,=\ *n*, *often attrib* [ME *monelight*, fr. *mone light* — more at MOON, LIGHT] 1 : the light of the inlight reflected by the moon 2 : FLESH 6

t \"\ *vi* -ED/-ING/-S : to engage in moonlighting the activities of a moonlighter

t blue *n* : a grayish blue that is greener and paler tric or copenhagen and lighter and slightly greener elin — called also *infantry*

ted \ˈ=,==\ *adj* : MOONLIT

t·er \ˈmün,līd·ə(r), -ītə-\ *n* : one that engages in or as if by the light of the moon as a : a partici- night raid b : MOONSHINER c : a person holding at the same time

: flit *or* moonlight flitting *n*, *slang Brit* : ... ar- ght with one's possessions to avoid paying rent

t·ing \-īd·iŋ, -īt|, |ēŋ\ *n* : carrying on activity by the light of the moon, as a : night raiding b : hold- es at once

school *n* : an evening session for adult illiterates intry school districts of the South

ˈmün,lit\ *adj* [*moon* + *lit*] : lighted by or as if by (~ path) (his face . . . remained ~ in its pallor — on Brown)

\ˈ=,=\ *n* : a yellowish gray that is redder and slightly sand and redder and duller than natural

th *n* : a month determined only and directly by ob- of the moon's phase (as in the Hebrew calendar)

\ˈ=,=\ *n* : a lengthened reflection of the moon from itated water

y \ˈ=,==\ *n* : DAISY 1b

r *n* : a light pillar extending vertically above and moon

t *n* : an East Indian vine (*Sarcostemma brevistigma*) ily Asclepiadaceae whose milky juice yields an in- beverage

\ˈ=;=\ *adj*, *archaic* : proof against the light or in- the moon

\ˈ=,=\ *n* : an agitation of the moon's surface that is to a terrestrial earthquake

\ˈ=,==\ *n* 1 *chiefly Brit* : a stupid fellow 2 : MOONSAIL

g \ˈ=,==\ *n*, *archaic* : WOOLGATHERING

=,=\ *n* : a whitish insectivore (*Echinosorex gym-* outheastern Asia having a long snout and a long

ˈ=,=\ *n* 1 : the rising of the moon above the hori- e time of the moon's rising

MOON, *pres 3d sing of* MOON

\ˈmünsəl (usual nautical pronunciation), -n,sāl\ *n* uare sail set above a skysail and carried by some s in light winds

\ˈmün,skāp\ *n* [¹*moon* + -*scape*] : the surface n as seen or as depicted

\ˈ=,=\ *n* : a plant of the genus *Menispermum* having aped seeds and bluish black fruits — see CAROLINA

amily *n* : MENISPERMACEAE

=,=\ *n* 1 : the descent of the moon below the hori- e time of the moon's setting

*var of* MUNSHI

*n* : a globose smooth-shelled carnivorous marine family Naticidae

e \ˈmün,shīn\ *n*, *often attrib* [¹*moon* + *shine*] GHT (the world looked very beautiful in the ~ — ster) 2 : airy fabrication or empty talk : ridicu- : NONSENSE (nothing ensues but ~ and mere —George Santayana) 3 : intoxicating liquor; ... hiskey (charged with possession ... crat) 4 a : PEARLY EVERLAST- ... ulium obtusifolium)

... -s *vi* : to operate an illicit still ... ry reports ... alarming increase in *moonshining* and —Howard Brubaker) ~ *vt* : to distill illegally (the . . . was *moonshined* during prohibition —J.C.

·er \-nə(r)\ *n* : one that makes or sells illicit arried to a convicted ~ —Jacob Hay)

y \-nē\ *adj* 1 : MOONLIT 2 : insubstantial or SIONARY, NONSENSICAL

*n* : an observation of the altitude of the moon made ional purposes

n *n* : HOMO SIGNORUM

l *n* : MOON SHELL

e *n* : QUEEN SNAKE

a b c e i n p h o
k f d l r z q
v g u m s
x j w y t

Moon type

ventor] : a system of large embossed letters used in printing for the blind and esp. for those blinded late in life that requires less finger sensitivity than braille, consists of nine characters derived from Roman capital letters and used in varying positions to denote the whole alphabet, and is used with full orthography, the lines being printed alternately from left to right and right to left

moonvine \ˈ=,=\ *n* : MOONFLOWER

moon·ward \ˈmünwə(r)d\ *or* moon·wards \-dz\ *adv* [*moon* + -*ward*, -*wards*] : toward the moon (hurl a rocket ~)

moonwatcher \ˈ=,==\ *n* : one that tracks the course of a man-made satellite

moonwort \ˈ=,=\ *n* 1 : a fern of the genus *Botrychium* (esp. *B. lunaria*) 2 : HONESTY 3

¹moony *also* moon·ey \ˈmünē, -ni\ *adj* moonier; mooniest [¹*moon* + -*y*] 1 : of or relating to the moon 2 : shaped like the moon : a : resembling or ornamented with the crescent moon (snakes . . . put a trailing, ~ division between weed and weed —Eudora Welty) (the ~ standards of proud Ottoman —Joseph Sylvester) b : resembling the full moon : ROUND 3 : MOONLIT (~ night) 4 : ABSTRACTED, DREAMY (a rather ~ . . . brat, interested mostly in mathematics, with a trick of standing with those goggle eyes gazing bluely at you —F.M. Ford) (conductors are likely to keep these movements low in dynamics and to get ~ over them —Virgil Thomson); *esp* : MOONSTRUCK (I always was ~ over you —Zane Grey)

²moony *var of* MOONIE

moop \ˈmüp\ *vi* -ED/-ING/-S [origin unknown] *Scot* : to keep company : associate closely

¹moor \ˈmu̇(ə)r, -ùə *sometimes* ˈmō(ə)r *or* ˈmo(ə)r *or* ˈmō *or* ˈmo(ə)\ *n* -S *often attrib* [ME *mor*, fr. OE *mōr*; akin to MD *moer* mire, swamp, OHG *muor* swamp, sea, ON *mœrr* land, *marr* sea — more at MARINE] 1 a *chiefly Brit* : an extensive area of open rolling infertile land consisting of sand, rock, or peat usu. covered with heather, bracken, coarse grass, and sphagnum moss : HIGH MOOR (an empty desolation of ~s, hill and mountain stretching to the Scottish border —G.E. Fussell) — compare HEATH 2 b : a boggy area of wasteland usu. dominated by grasses and sedges growing in a thick layer of peat : FEN (boggy ~s are favorite sites for gull colonies — *Brit. Birds in Colour*) (bicycle across the Nantucket ~s — a broad, flat expanse of cranberry bogs . . . and Scotch heather —*Look at America: New England*) — compare LOW MOOR, MUSKEG 2 *Brit* a : moorland soil : PEAT b : moorland vegetation (as heather) (the natural vegetation is largely ~s . . . with a great amount of heather —Samuel Van Valkenburg & Ellsworth Huntington) c : a game preserve consisting of moorland

²moor \ˈ\\ *n* -S *usu cap* [ME *More*, fr. MF, fr. L *Maurus*, prob. of Berber origin] 1 a : a member of a dark-skinned people of mixed Arab and Berber ancestry inhabiting ancient Mauretania in No. Africa and conquering Spain in the 8th century A.D. : MOROCCAN b : BERBER 2 : MUSLIM; *esp* : MOORMAN — compare MORO 3 a *archaic* : BLACKAMOOR b : one of a group of people of mixed Indian, white, and Negro ancestry in central Delaware — compare NANTICOKE ... : a goldfish similar to the fringetail but velvety black

³moor \"\ *vb* -ED/-ING/-S [ME *moren*; akin to OE *mǣrels* rap ship's rope, MD *maren*, *meren* to tie, moor, OFris *mere* thong, strap, OHG *marawen* to tie together, connect, LG *vermeren* to moor, and perh. to Gk *meryesthai* to roll up, *merma* cord, thread — more at MERISM] *vt* 1 : to make fast with cables and lines or with more than one anchor (a motorboat, ~ed after dark to a buoy in the harbor —H.M.Parshley) (down went the second anchor, and there we were doubly ~ed —Jack London) (~ a dirigible to a mast) (~ an airplane to the ground) 2 : to attach firmly : tie on (suitcases . . . having handles can be more firmly ~ed to a bucking vehicle than some other kinds of luggage —E.J.Kahn) ~ *vi* 1 : to secure a boat by mooring : ANCHOR (brought her in through Long Island Sound and ~ed off Throgs Neck —James Dugan) 2 : to be made fast (enables small vessels to ~ close to land —J.H. Bennet)

⁴moor \"\ *n* -S : the act or process of mooring

moor·age \ˈmu̇rij, -rēj *sometimes* ˈmōr- *or* ˈmor-\ *n* -S [*moor* + -*age*] 1 : an act of mooring 2 : a charge for mooring

moorball \ˈ=,=\ *n* [¹*moor* + *ball*] : a globular mass of filaments of a green alga (*Cladophora holsatica*) often found in lakes and ponds

moor besom *n* : a heather (*Calluna vulgaris*)

moorbird \ˈ=,=\ *n* : RED GROUSE

moor blackbird *n*, *dial Brit* : RING OUZEL

moor·burn \ˈmu̇(ə)r,bərn\ *n* [ME(Sc) *murburn*, fr. *mur*, *mor* moor + *burn*] 1 *Scot* : the burning over of a moor to improve the pasturage 2 *Scot* : an outburst of temper

moor buzzard *n*, *dial Brit* : MARSH HARRIER

moorcock \ˈ=,=\ *n* 1 : the male of the red grouse 2 : BLACKCOCK

moor coot *n* : MOORHEN 2

moore·ite \ˈmu̇,rīt, ˈmō,, ˈmȯ,-\ *n* -S [Gideon E. *Moore* †1895 Am. chemist + E -*ite*] : a mineral $(Mg,Zn,Mn)_8(SO_4)(OH)_{14} \cdot 4H_2O$ consisting of a hydrous basic sulfate of magnesium, zinc, and manganese

moor evil *n* [¹*moor*] *dial Eng* : dysentery in sheep and cattle

moorfowl \ˈ=,=\ *n* : RED GROUSE

moor game *n* : RED GROUSE

moor grass *n* 1 : HEATH GRASS 2 : a coarse perennial mountain grass (*Molinia coerulea*) of Europe that is considered a good forage grass — called also *flying bent* 3 : a common cotton grass (*Eriophorum angustifolium*) of the north temperate zone 4 : a grass growing on a moor

moor hag *n* : rough moorland

moor harrier *n* : MARSH HARRIER

moor hawk *n*, *dial Brit* : MARSH HARRIER

moorhen \ˈ=,=\ *n* [ME *morhen*, fr. *mor* moor + *hen*] 1 : the female of the red grouse 2 : GALLINULE; *esp* : the common European gallinule (*Gallinula chloropus*) 3 : an Australian rail (*Tribonyx ventralis*)

moorier *comparative of* MOORY

mooriest *superlative of* MOORY

moor ill *n*, *dial Brit* : dysentery in cattle

moor·ing \ˈmu̇riŋ, -rēŋ *sometimes* ˈmōr- *or* ˈmȯr-\ *n* -S [ME *moring*, fr. gerund of *moren* to moor — more at MOOR] 1 : an act of making fast a boat or aircraft by means of chains, lines, anchors, or other devices 2 a : a place where or an object to

mooring bitt *n* : BITT

mooring board *n* : MANEUVERING BOARD

mooring buoy *n* : an anchored buoy fitted to receive a ship's mooring chain or hawser

mooring anchor

mooring dog *n* : a heavy iron bar on the side of a boat near the waterline to which a mooring line can be secured — called also *mooring staple*

mooring mast *or* mooring tower *n* : a mast on shore or on a ship with a fitting at the top to receive the mooring device of a rigid dirigible airship

mooring pipe *n* : an oval or round casting fitted in the bulwark through which mooring lines are passed

mooring shackle *n* : MOORING SWIVEL

mooring staple *n* : MOORING DOG

mooring swivel *n* : a swivel joining the two chain cables of a moored ship near the bow in such a way as to keep them from becoming twisted or entangled — called also *mooring shackle*

¹moor·ish \ˈmu̇rish, -rēsh *sometimes* ˈmōr- *or* ˈmȯr-\ *adj*, *usu cap* [ME *morys*, fr. *More* Moor + -*ys*, -*ish* -ish — more at MOOR] 1 : of, relating to, or in a style characteristic of the Moors 2 *archaic* a : of or relating to the Moormen of India : MUHAMMADAN b : HINDUSTANI, URDU

²moorish \"\ *adj* [ME *morish*, fr. *mor* moor + -*ish*] 1 *obs* : MARSHY, SWAMPY — used of soil (it was upon low ~ ground near the sea and I believed it would not be wholesome —Daniel Defoe) 2 *archaic* a : abounding in moors (the land is mountainous and ~ —R.G.Preston) b : of, relating to, or characteristic of a moor (a . . . ~ place, on the banks of the Poole —Robert Burns)

moorish arch *n*, *usu cap M* : a horseshoe arch

moorish architecture *n*, *usu cap M* : the style developed by the Moors in the later middle ages esp. in No. Africa and Spain — compare ALHAMBRESQUE, HISPANO-MORESQUE, SARACENIC ARCHITECTURE

moorish idol *n*, *usu cap M* : a brightly colored fish (*Zanclus cornutus*) or a related form (*Z. canescens*) both widely distributed in the tropical Indo-Pacific from the east coast of Africa to Japan and the west coast of Mexico

moorish red *n* : a strong orange that is yellower and lighter than pumpkin, yellower and less strong than cadmium orange, and yellower and lighter than mandarin orange

moor·land \ˈ=lənd, -,land, -aa(ə)nd\ *n*, *often attrib* : land consisting of moors : a stretch of moor (wild ~, bleak and treeless except in the valleys —A E.Trueman)

moor macaque *or* moor monkey *n* [²*Moor*] : a large gray-legged black macaque (*Macaca maura*) of Celebes

¹moor·man \ˈ=,man, -aa(ə)n, -mən\ *n*, *pl* moormen *usu cap* [²*Moor* + *man*] *India & Ceylon* : MUHAMMADAN; *esp* : a Muhammadan of mixed Arab and Indian ancestry

²moorman \"\ *n*, *pl* moormen [¹*moor* + *man*] : an inhabitant of a moor (on Dartmoor . . . there was an old ~'s granite cottage —G.E Fussell)

moor·mi bhotiah \ˈmu̇(ə)rmēˈbōd·ēə\ *n*, *pl* moormi bhotiah *or* moormi bhotiahs *usu cap M&B* 1 : a non-Tibetan people of Nepal adhering to Lamaism 2 : a member of the Moormi Bhotiah people

moor pout *or* moor poot *n* [¹*moor*] *chiefly Scot* : a young grouse

moor·pun·ky \mō(r)ˈpəŋkē\ *n* -ES [Hindi *morpãkhī*, fr. *morpãkhī* of a peacock wing, fr. *mor* peacock (fr. Skt *mayūra*) + *pākh* wing, feather (fr. Skt *pakṣa*); fr. its peacock-shaped sternpiece] : a large long ornamental pleasure craft propelled by paddles and formerly used as a state barge in India

moors *pl of* MOOR, *pres 3d sing of* MOOR

moor's head *n*, *pl* moor's heads *or* moors' heads *usu cap M* [²*Moor*] 1 a : a representation of a human head with features characteristic or formerly supposed to be characteristic of a Moor b : a heraldic representation of a head usu. with the features and color of a Negro depicted in profile with a band about the forehead unless a different position or a different headdress is specified 2 : something likened to the head of a Moor: as a *obs* : a dark or black head usu. occurring on a roan horse b *archaic* : a globular copper or glass condenser for the top of a still

moors·man \ˈmu̇rzmən\ *n*, *pl* moorsmen 1 : one who lives on a moor : MOORMAN 2 : one who frequents moors

moor·stone \ˈmu̇(ə)r,stōn\ *n* [¹*moor* + *stone*] *dial Eng* : granite found esp. in Cornwall

moor·tet·ter \ˈ=,ted·ə(r)\ *n* -S : MOOR TIT

moor tit *or* moor titling *n* 1 : a European stonechat (*Saxicola torquata*) 2 : MEADOW PIPIT

moo·rup *or* mu·rup \mü'rüp\ *also* moo·ruk \-ük\ *n*, *pl* moorup *or* murup *also* mooruk [imit.] : a cassowary (*Casuarius bennetti*) with rather small stout legs found on the island of New Britain

moorva *var of* MURVA

moorwort \ˈ=,=\ *n* [¹*moor* + *wort*] : BOG ROSEMARY

moory \ˈmu̇rē *sometimes* ˈmōrē *or* ˈmȯrē\ *adj* -ER/-EST [¹*moor* + -*y*] : of, relating to, or of the nature of a moor : MARSHY, SWAMPY

moos *pres 3d sing of* MOO, *pl of* MOO

moose \ˈmüs\ *n*, *pl* moose *often attrib* [of Algonquian origin; akin to Natick *moos* moose, fr. *moos-u* he trims, shaves; fr. the animal's habit of stripping bark and lower branches off trees] 1 a : a large ruminant mammal (*Alces americana*) of the family Cervidae that inhabits forested parts of Canada and the northern U.S., is closely related to the European elk but slightly larger standing about seven feet high at the humped shoulders and often weighing over 1000 pounds, and has an ungainly form with the legs long, the tail short, and the head large with a thick overhanging snout and broadly palmated antlers with many points b : ELK 1a 2 *cap* : a member of one of the major benevolent and fraternal orders 3 *sometimes cap* : BULL MOOSE

moose 1a

moose·berry \ˈmüs- — *see* BERRY\ *n* 1 a : HOBBLEBUSH b : the fruit of the hobblebush 2 : CRANBERRY BUSH 2

moosebird \ˈ=,=\ *n* : CANADA JAY

moosebush \ˈ=,=\ *n* : HOBBLEBUSH

moosecall \ˈ=,=\ *n* : an instrument (as a piece of birch bark rolled like a horn) used by hunters in calling moose

moose elm *n* : SLIPPERY ELM

mooseflower \ˈ=,=\ *n* : TRILLIUM

moose fly *n* : a tabanid fly : HORSEFLY

moose maple *n* : MOUNTAIN MAPLE a

moose·mise \ˈmü,smīs\ *or* moose-misse \-mis\ *n* -S [of Algonquian origin; akin to Chippewa & Nipissing *monsomish* hobblebush] : MOUNTAIN ASH 1b

O
P
Q
R
S
T
U
V
W
Z

Page 41 of 93









Case: 4:20-cr-00111-SEP   Doc. #:  30   Filed: 01/04/21   Page: 38 of 89 PageID #: 206

# AFRICANS AND
# NATIVE
# AMERICANS

## The Language of Race
## and the Evolution of
## Red-Black Peoples



JACK D. FORBES

Co

Illini Books edition, 1993

© 1993 by the Board of Trustees of the University of Illinois

Manufactured in the United States of America

P  5  4  3  2

*This book is printed on acid-free paper.*

Library of Congress Cataloging-in-Publication Data

Forbes, Jack D.

    Africans and Native Americans : the language of race and the
evolution of Red-Black peoples / Jack D. Forbes. — 2nd ed.

      p.   cm.

    Rev. ed. of: Black Africans and Native Americans. Oxford and
New York: Basil Blackwell, 1988.

    Includes bibliographical references (p.    ) and index.

    ISBN 0-252-06321-X (pb)

    1. Indians—Mixed descent.  2. Miscegenation—America.  3. Afro-
Americans—Relations with Indians.  I. Forbes, Jack D.  Black
Africans and Native Americans.  II. Title.

[E59.M66F67   1993]

305.8'00973—dc20

                                          92-29849

                                          CIP

Acknowledgements

Introduction

1   Africans and Americans: Int
Atlantic, to 1500

2   The Intensification of Contact
Interaction, after 1500

3   Negro, Black and Moor: The
to Native Americans and Oth

4   *Loros*, *Pardos* and *Mestizos*: Cl

5   The *Mulato* Concept: Origin a

6   Part-Africans and Part-Americ

7   The Classification of Native A
Anglo-North America

8   Mustees, Half-Breeds and Za

9   Native Americans as Pardos ar

10   African-American Contacts a
Americas

Notes

Bibliography

Index



*Americans*

e developed in the Americas. The
e can call 'Eastern Neo-American'
rn half of the Americas. The other
we can call 'Western Neo-
or the area from Chile and parts of

-African, American, European and
being very clearly evident although
erican' people are part-American,
with the American ancestry being
ant.

e essentially the same, in terms of
proportions of African, American or
Caribbean and in the interior from
blend and overlap. Needless to state
great city in the United States.
which commenced in the 1490s in the
has had unforeseen and extremely
light upon the extent and nature of
lly analyzing the various racial terms
olonial era.

# 3

# Negro, Black and ~~Moor~~: The Evolution of These Terms as Applied to Native Americans and Others

### DIFFERENT TENDENCIES IN THE USE OF 'NEGRO' AND 'BLACK'

In 1854 the California State Supreme Court sought to bar all non-Caucasians from equal citizenship and civil rights. The court stated:

The word 'Black' may include all Negroes, but the term 'Negro' does not include all Black persons. . . . We are of the opinion that the words 'White', 'Negro', 'Mulatto' and 'Black person', whenever they occur in our constitution . . . must be taken in their generic sense. . . . that the words 'Black person', in the 14th section must taken as contra distinguished from White, and necessarily includes all races other than the Caucasian.[1]

As convoluted as the quote may be, it expresses a strong tendency in the history of the United States, a tendency to identify two broad classes of people: white and non-white, citizen and non-citizen (or semi-citizen).

The tendency to create a two-caste society often clashed with the reality of a territory which included many different types of people, of all colors and different degrees of intermixture of European, American, African and Asian. American Indian people, whether of unmixed ancestry or mixed with other stocks, were at times affected by the tendency to create a purely white–black social system, especially when living away from a reservation or the tribal homeland.[2]

In the British slave colonies of North American, along the Atlantic coast, many persons of American ancestry were at times classified as blacks, negroes, mulattoes, or people of color, and these terms were, of course, used for people of African ancestry. The manner in which Americans and part-Americans were sometimes classified as 'mulattoes' and 'people of color' from New England to



people in Virginia in 1857. The governor had them returned but stated: 'If any become one fourth mixed with the negro race then they may be treated as free negroes or mulattoes.' (Virginia at this time defined a 'mulatto' as one-fourth or more African.)[101]

In Louisiana in 1856 the 'Black Code' was said to refer to offenses involving 'slaves, Indians, and free persons of color.'[102] Many narratives of ex-slaves recorded in the 1830s reveal Indian ancestry. One such person, called an Indian, was Uncle Moble Hopson of Virginia. He says: 'et come time tuh marry' and he married a black woman. 'Dat mak me black, ah' 'spose.'[103]

In 1871 a white writer of Maryland observed:

In this (Dorchester) county at Indian Creek, some of the last Indians of the peninsula struck their wigwams towards the close of the last century, and there are now no full-blooded aborigines on the Eastern Shore, although many of the free-born negroes show Indian traces.[104]

Quite commonly, however, some of the 'free-born negroes' of the Eastern Shore continued to identify with and survive as Native People. The whites often tried to deny their Indianness, as in 1856 when a marker was erected to commemorate a woman who had testified that the Nanticoke people of Delaware had African ancestry, the Indians were referred to on the marker as 'arrogant negroes that assumed to be what they were not.'[105]

During the eighteenth century most persons of mixed race, especially if free, were classified as mulattoes, mustees, or persons of color. The term 'negro' was perhaps less likely to be used for such people, except as noted in the examples above. This usage continued in some states – such as the Carolinas and Virginia – well into the nineteenth century. For example, the jurists of South Carolina noted in 1852: 'It is not according to the use of language in this region to speak of one altogether black as a person of color. The phrase is almost exclusively applied to one of mixed blood and color.'[106] Nonetheless, a change took place in such states as Indiana (1817), Kentucky (1852), and elsewhere (1850s – early 1900s) as the term 'negro' came to encompass most persons of part-African descent.[107]

This change may not have affected dark people of solely African and American descent, especially if the African ancestry predominated. Since many (but not all) Native Americans were 'brown' or dark-colored *without* African ancestry, many of their descendants when mixed *only* with African blood would very likely be seen as 'negroes' by most Europeans (especially in North America where special terms for such persons – such as *Zambo*, *Grifo*, *Lobo*, *Cafuso*, *Cabra*, and *Caboré* – never became current, and where 'mustee' ceased to be used and 'mulatto' changed its meaning).[108]

The United States census also tended to expand the use of the terms 'black' and 'negro'. In 1890 'black' was to be used for all persons having three-fourths or more 'black blood'. In 1910 'black' was supposed to be applied only to 'full-blooded negroes' while the matter of who was an Indian was left to the enumerator. The term 'mulatto' was to be used for 'all other persons having

some proportion or perceptible trace of negro blood'. It is certain that large numbers of Americans or part-Americans were classified as negro or mulatto under these rules. For example, of the Mattaponi only one person was counted as 'Indian' by the census out of a reservation population of at least forty persons. Similarly, the Poosepatuck of Long Island had only one person counted as 'Indian', doubtless because the rest were enumerated as negroes or mulattoes.

The 1910 census counted '2,255 negroes' who were part-Indian and were enrolled members of tribes. Another group of 1,793 tribal members were of mixed European, African and American ancestry. Thus only slightly more than 3,000 persons who were part-African were counted with the Indian population, as compared with the hundreds of thousands who were doubtless counted as 'negro' or 'mulatto' because of living away from a federally recognized reservation area.

In 1930 a person of mixed Indian and Negro blood 'shall be returned as a Negro unless the Indian blood predominates and the status as an Indian is generally accepted in the community.' By 1940 all African–American hybrids were to be counted as 'negroes' unless the Indian ancestry 'very definitely predominates and he is universally accepted . . . as an Indian.'[109]

Even 'pure-blood' Indians could be counted as 'blacks', as in Nevada in 1880 when the census enumerator categorized ninety members of the Duckwater Shoshone Tribe in that manner. In the state of Delaware more recent decades found that 'if a person said he was an Indian, he was recorded as either black or white depending upon his appearance'.[110]

The instructions for the 1980 census indicated that any person checking both the 'black' and 'Indian' boxes was counted solely as 'black', although in oral interviews the race mentioned first for the mother of the respondent would be the one counted. More significantly a long list of countries was supplied to census-takers, with the appropriate category to be counted instead of the country name. A large number of countries, including Trinidad and virtually all of the West Indies, were arbitrarily assigned to the 'black' category. Thus Americans or part-Americans from Aruba, Trinidad or Dominica would be counted as 'blacks'.

Significantly not a single country was assigned to the 'Indian' category, including Guatemala, Bolivia, Peru and Paraguay. Clearly the census methods in 1980 had the effect of minimizing the count of 'Indians'.[111]

In summary, it seems clear that many persons of Native American ancestry, in whole or part, have been at times classified as 'negroes' or 'blacks', in the several languages reviewed. This is a matter of considerable significance for the scholar seeking to understand the actual ethnic or racial identity of non-white persons in the slave trade, in the American colonies and in the United States over the centuries.

It would appear that the terms *moor*, *negro*, *zwart*, 'black', etc., must be used very carefully in historical, sociological, and anthropological writing. To discover the actual ethnicity of persons so categorized one must know the specific geographical location from which they were derived. Of course it is no

Case: 4:20-cr-00111-SEP Doc. #: 30 Filed: 01/04/21 Page: 42 of 89 PageID #: 210

# A HIDDEN HERITAGE

# BLACK INDIANS

— By —

WILLIAM LOREN KATZ



Page 46 of 93

Case: 4:20-cr-00111-SEP Doc. #: 20 Filed: 01/04/21 Page: 43 of 89 PageID #: 211

*American "Indians" ancestral bloodline is rooted in west and northwest Africa*

among the Mattaponies of his Virginia, "more negro than Indian blood in them." Another eyewitness reported Virginia's Gingaskin reservation had become "largely African." Peter Kalm, whose famous diary described a visit to the British colonies in 1750, took note of many Africans living with Indians, with marriage and children the normal result.

That same year a Moravian missionary, J. C. Pyrlaeus, visited the Nanticoke Nation on Maryland's eastern shore to compile a vocabulary of their language. Years later, all their words were discovered to form a language that was pure African Mandingo.

*Moors*

British authorities repeatedly tried to convince Native Americans to return the slave fugitives they harbored in their villages. But here they collided with an Indian adoption system that welcomed new members and offered them full protection. When whites argued about the right of private property in owning people and insisted Africans were inferior beings, the Indians usually shrugged "no."

In treaty after treaty southern colonists made native nations promise to return fugitive slaves. In 1721, the Five Civilized Nations solemnly promised a governor of Virginia to deliver slaves, but nothing happened. The British complained bitterly on behalf of their slave owners, the chiefs apologized, and the ex-slaves became a part of Native American life.

When angry slavehunters decided to take matters into their own hands, they met fierce opposition. In 1750 Captain Tobias Fitch sent off a posse of five to retrieve a slave living in the Creek Nation. A Creek chief stood between them and the black man, cut their rope and threw it in a fire. Then he warned them his villagers had as many guns as they did. The posse returned empty-handed but happy to be alive.

African members of Indian Nations often played a vital part in armed resistance to whites. In 1727 Africans and Indians besieged Virginia frontier settlements. During the French and Indian War a British officer, warning about the two races, said "Their mixing is to be prevented as much as possible."

GEBHART et al. v. BELTON et al.

GEBHART et al. v. BULAH et al.

BELTON et al. v. GEBHART et al.

BULAH et al. v. GEBHART et al.

Nos. 15-18

Supreme Court of Delaware

August 28, 1952

Writ of Certiorari Granted November 24, 1952; See 73 S.Ct. 213

33 Del. Ch. 144; 91 A.2d 137

Paragraph 2631, Revised Code of Delaware 1935 provides as follows:

"Sec. 9. Shall Maintain Uniform School System; Separate Schools for White Children, Colored Children, and Moors; Elementary Schools: - - The State Board of Education is authorized, empowered, directed and required to maintain a uniform, equal and effective system of public schools throughout the State, and shall cause the provisions of this Chapter, the by-laws or rules and regulations and the policies of the State Board of Education to be carried into effect. The schools provided shall be of two kinds; those for white children and those for colored children. The schools for white children shall be free for all white children between the ages of six and twenty-one years, inclusive; and the schools for colored children shall be free to all colored children between the ages of six and twenty-one years, inclusive. The schools for white children shall be numbered and the schools for colored children shall be numbered as numbered prior to the year 1919. The State Board of Education shall establish schools for children of people called Moors or Indians, and if any Moor or Indian school is in existence or shall be hereafter established, the State Board of Education shall pay the salary of any teacher or teachers thereof, provided that the school is open for school sessions during the minimum number of days required by law for school attendance and provided further that such school shall be free to all children of the people called Moors, or the people called Indians, between the ages of six and twenty-one years. No white or colored child shall be permitted to attend such a school without the permission of the State Board of Education. The public schools of the State shall include elementary schools which shall be of such number of grades at the State Board of Education shall decide after consultation with the Trustees of the District in which the school is situated."

"Indian" was a code name for "Moors".

Page 48 of 93



• Nanticoke and Lenape Confederation > Learning Center > Resources > A Timeline of Historical Highlights

# A Timeline of Historical Highlights

*[handwritten: American Indians recognize ourselves as Moors, our True Nationality!]*

8 June 2010

### *A Few Highlights In the History of the Interrelated Nanticoke and Lenape Tribal Communities*

### *of Southern New Jersey and the Delmarva.*

**1608:** The Nanticoke encounter Captain John Smith and his men during Smith's exploration of the Nanticoke River. At the time, the Nanticoke are the dominant tribe on the Delmarva, with a strong Lenape presence extending from New Jersey into Delaware.

**1632:** After the murder of their chief, the Lenni-Lenape destroy the Dutch fortress of Swaanandel in Lewes, Delaware.

**1638:** Swedes and Finns establish "New Sweden" in the Lenape homeland in the Delaware Bay area in New Jersey and Delaware.

**1642:** The Nanticoke and other tribes are declared enemies of the Maryland colony.

**1668:** A series of treaties are signed between American Indians and the Maryland colony which describe the Nanticoke as the head of a confederation of tribes on the Delmarva.

**1682:** The Lenape establish a peace treaty with William Penn.

**1698:** October. The Maryland Government set aside the Chicacoan (Chicone / Chiconi) reservation for the Nanticoke. The Puckamee village on the south bank of the Nanticoke River was simultaneously abandoned and claimed by settlers.

**1711:** The Broad Creek and Indian River Reservations are set aside by Colonial authorities.

**1748:** European encroachment and hostilities force many Nanticoke to flee north from Maryland into New Jersey and Delaware, and west into Oklahoma and into Canada. Many become part of existing Lenape migratory and remnant tribal communities.

**1758:** The Brotherton Reservation is created in Burlington County, New Jersey. Many of the remaining Lenape Indians refuse to move onto the reservation. In 1801, the reservation is sold and the few in residence left the state, although some would later return. Historical references to other Indian tribal communities in New Jersey, especially referring to the Indians of Cohansey Bridge (Bridgeton in Cumberland County, NJ), continue during and after the period. That same year, in Delaware, muster rolls identify several Nanticoke ancestors of the modern communities.

**1816-1820:** The Gouldtown Church community of Nanticoke and Lenape people is officially established in Cumberland County, N.J.

**1855:** A Delaware court case identifies various Moor/Nanticoke families. *[handwritten: (STATE V LEE ATOALM), DOCKET 33 April 1855 term 507)]*

**1877:** A school exclusively for "Moor" (Lenape and Nanticoke) children is built at Moore's Corner, west of Cheswold on Kenton Road. A second school is also built later in Cheswold and a third at Fork Branch. The term "Moor" is used to refer to the Indian Community of Cheswold and generally of Indians in each of the three communities.

**1881:** The Delaware Legislature lists representatives of the Indian River community in a school tax exemption act due to the "special" status of the racial group.

**1888:** According to historian J. Thomas Scharf, the so-called "Moors" recognized themselves, and were recognized by their neighbors, as a distinct ethnic group at least as early as a century ago. Scharf described them as having settled in nearby Little Creek [now Kenton] Hundred in about 1710, and remarked that they had owned better than a thousand acres of land among them. The Durham family was among these early settlers.

**1892:** May 19 article entitled "Kent County Moors" appears in the The Times of Philadelphia, and John Sanders of the Cheswold Community is interviewed. In the article, he indicates that the commonly used term "Moor" is misleading. Sanders states, "We are Indians, and we belong to a branch of the great Delaware [Lenape] Nation, which used to hold all the country from New York to Cape Charles."

*[handwritten stamp: Page 49 of 93]*

**1896:** Smyrna Press publishes an article that was either a reprint or based upon an 1895 article in the Philadelphia Press. It identifies the Cheswold Indian community and suggests that the most reasonable reason for the "Moor" designation is due to the former name of the area in which they lived being "Moortown."

**1897:** James Mooney, of the Bureau of American Ethnology of the Smithsonian Institute writes to a "Mr. Thurman" on June 10th and July 29th regarding isolated Indian communities along the Eastern Seaboard, which he believes are of Native American origin. Listed among these Indian groups are the "Moors" of Delaware in each letter. He appears to use the name to refer to both Kent and Sussex County Delaware communities.

**1899:** William H. Babcock in *American Anthropologist*, identifies and describes Cheswold and Millsboro Indian Communities and references the southern New Jersey "party."

**1903:** Delaware Legislature on March 20th, in Chapter 470 entitled "Miscellaneous," identifies all named in the previous 1881 act, and their descendants after them, as "Nanticoke Indians," and provides for legal designation of that identity for the purpose of "migrating." Descendants of those listed in 1881 are not limited to the Sussex County Nanticoke Tribe, but include families currently in the Kent and Cumberland County communities in DE and NJ.

**1908:** M. R. Harrington, curator of the Southwest Museum in Los Angeles, collects a corn sheller made from a log, splint baskets, and an eel pot from the Cheswold community which are placed in the possession of the Museum of the American Indian, Heye Foundation, New York City along with specimens from Indian River.

**1912:** *American Anthropologist* includes a report from *The Museum Journal* of the University of Pennsylania regarding the work of Speck and Wallis among the Nanticokes, identifying the isolate communities in Millsboro and Cheswold, Delaware, as Indian.

**1914-1964:** The Moor/Lenape School Board Trustees are listed by the State of Delaware. The board is exclusively comprised of members of the Cheswold tribal community.

**1921:** As the State of Delaware upheld school segregation between whites and blacks, another class was recognized by the following exemption. "The State Board of Education may establish schools for the children of people called Moors. No white or colored child shall be permitted to attend such a school without the permission of the board of Trustees of said school and of the State Board of Education."

**1930:** Original Delaware Census records in which the census field worker identified Sussex County tribal families as "Nanticoke," "Mixed," or "Indian" are illegally crossed out by a census supervisor and replaced with the misclassification "African" or "Negro" when they are filed with the field office.

**1935:** Delaware Revised Code (2631, Section 9) equates "Moors" as "Indians" and commits to providing funding for school teachers for them, separate from "White" schools and "Colored" schools. *See Section 34 of this Revised Code*

**1946:** Anthropologist William H. Gilbert identifies the Bridgeton, Cheswold, and Millsboro communities as Indian isolate groups, describes social dynamics and lists family names, citing overlap between the families.

**1959:** *The Journal-Every Evening of Wilmington* publishes an article in which a man identified as a "Delaware Moor" cites that his people started the "Big Thursday" picnic celebration, recalling a gathering of 1,500 "Moors" from Bridgeton and Cheswold in 1934. "

**1967:** *The Morning News of Wilmington* publishes an article which muses on the history of Cheswold and the belief that the Cheswold "Moors" are of Delaware (Lenape) Indian descent.

**1972:** The January issue of *Delaware Today* includes an article entitled "Delaware's Forgotten Minority — The Moors." The article indicates that the Cheswold community members had a "M" for "Moor" on their driver's licenses from the 1950s through to the 1970s, when many were changed by the state to "Other."

**1982:** New Jersey officially recognizes The Nanticoke Lenni-Lenape Indian Tribe and calls on the US Congress to do the same.

**1994:** Forks Branch area near Cheswold is studied by Delaware historians and archaeologists and determined to have been an Indian enclave related to the current day Cheswold community.

**1996:** The State of Delaware completes "The Bloomsbury Report," which identifies an area near Cheswold as a site of Indian activity related to the families in the Cheswold community. It also states that the modern members of the Lenape in Cheswold and the Nanticoke of Millsboro are of common bloodlines from the same general Indian stock.

**2000:** The U.S. Census Bureau lists Cumberland County, N.J. as a Nanticoke Lenni-Lenape American Indian Statistical Area.

**2006:** The National Museum of the American Indian, Smithsonian Institution, publishes "We Have a Story to Tell: The Native Peoples of the Chesapeake Region," a guide for high school teachers that includes the history of the Indian River Community and repeatedly refers to the Nanticoke Lenni-Lenape of New Jersey.

**2007:** The Bridgeton, Cheswold, and Indian River communities were invited guests to the opening reception celebration of the People of the Chesapeake permanent display at the National Museum of the American Indian, Smithsonian Institution.

Resources


Page 50 of 93

100TH CONGRESS
2D SESSION

# H. CON. RES. 331

House Concurrent Resolution

*See Also: Revised 9)*
*Delaware section Moors*
*Code 2631 are the Moors]*
*Indians are Indians]*
*[Indians are Moors'*

## IN THE SENATE OF THE UNITED STATES

OCTOBER 5 (legislative day, SEPTEMBER 26), 1988
Received and referred to the Select Committee on Indian Affairs

OCTOBER 21 (legislative day, OCTOBER 18), 1988
Committee discharged

---

# CONCURRENT RESOLUTION

To acknowledge the contribution of the Iroquois Confederacy of Nations to the development of the United States Constitution and to reaffirm the continuing government-to-government relationship between Indian tribes and the United States established in the Constitution.

Whereas the original framers of the Constitution, including, most notably, George Washington and Benjamin Franklin, are known to have greatly admired the concepts of the Six Nations of the Iroquois Confederacy;

Whereas the confederation of the original Thirteen Colonies into one republic was influenced by the political system developed by the Iroquois Confederacy as were many of the democratic principles which were incorporated into the Constitution itself; and

*The names "Iroquois, Delaware, Indians" are a cover-up names referring to Moors!*

*Page 51 of 93* 

2

Whereas, since the formation of the United States, the Congress has recognized the sovereign status of Indian tribes and has, through the exercise of powers reserved to the Federal Government in the Commerce Clause of the Constitution (art. I, s.2, cl. 3), dealt with Indian tribes on a government-to-government basis and has, through the treaty clause (art. II, s.2, cl. 2) entered into three hundred and seventy treaties with Indian tribal Nations;

Whereas, from the first treaty entered into with an Indian Nation, the treaty with the Delaware Indians of September 17, 1778, the Congress has assumed a trust responsibility and obligation to Indian tribes and their members;

Whereas this trust responsibility calls for Congress to "exercise the utmost good faith in dealings with Indians" as provided for in the Northwest Ordinance of 1787, (1 Stat. 50);

Whereas the judicial system of the United States has consistently recognized and reaffirmed this special relationship: Now, therefore, be it

1    *Resolved by the House of Representatives (the Senate*
2    *concurring), That—*

3        (1) the Congress, on the occasion of the two hun-
4    dredth anniversary of the signing of the United States
5    Constitution, acknowledges the contribution made by
6    the Iroquois Confederacy and other Indian Nations to
7    the formation and development of the United States;

8        (2) the Congress also hereby reaffirms the consti-
9    tutionally recognized government-to-government rela-
10   tionship with Indian tribes which has been the corner-
11   stone of this Nation's official Indian policy;

HCON 331 CDS

*Congress has a trustee responsibility and obligation of the United States Government to the Moors.*

3

1    (3) the Congress specifically acknowledges and re-

2    affirms the trust responsibility and obligation of the

3    United States Government to Indian tribes, including    *Moors*

4    Alaska Natives, for their preservation, protection, and

5    enhancement, including the provision of health, educa-

*To improve the quality of ... to strenghten, build up, elevate, exalt*

6    tion, social, and economic assistance programs as nec-

7    essary, and including the duty to assist tribes in their

8    performance of governmental responsibility to provide

9    for the social and economic well-being of their mem-

0    bers and to preserve tribal cultural identity and herit-

1    age; and

2    (4) the Congress also acknowledges the need to

3    exercise the utmost good faith in upholding its treaties

4    with the various tribes, as the tribes understood them

5    to be, and the duty of a great Nation to uphold its

6    legal and moral obligations for the benefit of all of its

7    citizens so that they and their posterity may also con-

8    tinue to enjoy the rights they have enshrined in the

9    United States Constitution for time immemorial.

Passed the House of Representative October 4, 1988.

Attest:        DONNALD K. ANDERSON,

*Clerk.*

HCON 331 ODS

*Page 53 of 93*

# THE OXFORD
# ENGLISH
# DICTIONARY

## SECOND EDITION

*Prepared by*
J. A. SIMPSON *and* E. S. C. WEINER

### VOLUME IX
Look–Mouke

CLARENDON PRESS · OXFORD
1989

*Moors (Moslems) who are the aboriginals Americans (Amirs) are dark, swarthy (Copper-Color) in complexion.*



Page 54 of 92

bilberry (*Vaccinium uliginosum*) and the cranberry (*V. oxycoccos*); moor myrtle, *Myrica Gale* (Britten & Holland *Plant-n.*); moor-palm, (*a*) the flower of the *Carex* or sedge tribe; (*b*) the flower of the *Eriophorum* or cotton-rush; (*c*) the catkin of the dwarf sallow, *Salix aurita*: moor-silk = *moor-palm* (b); moor-wort, † (*a*) in OE., some unidentified plant, conjectured by some to be the sundew; (*b*) *Andromeda polifolia*.

1777 ROBSON *Brit. Flora* 318 *Conferva ægrogropila* .. *Moor-balls. 1866 *Treas. Bot.* s.v., Moorballs are sometimes used as pen-wipers. 1760 J. LEE *Introd. Bot.* App. 319 *Moor Berries, *Vaccinium*. 1777 ROBSON *Brit. Flora* 50 *Vaccinium Oxycoccus* . Cranberry... Moorberry. 1788 W. MARSHALL *Yorksh.* II. 342 *Moor-pawms (that is, Moor-Palms), the flowers of the carex tribe [ed. 2, 1796, II. 333, the flowers of *eriophorum*, the cotton rush]. 1849 *Sidonia Sorc.* II. 46 From the quantity of moor-palms (*Eriophorum Vaginatum*) which grow in their numerous rich meadows. 1888 F. A. LEES *Flora W. Yorks* 406 *Salix aurita* L. Dwarf Sallow. 'Moor-palm'. *Ibid.* 470 *Carex binervis* Sm. 'Seggs'. 'Moor Palms'—the polliniferous catkins in bloom. c 1882 J. LUCAS *Stud. Nidderdale* 10 In the spring the sheep feed greedily on the flowers of the *moor-silk (cotton-grass). c 1000 *Sax. Leechd.* II. 128 Of þaene smalan *mor-wyrte. 1776 WITHERING *Brit. Plants* (1796) II. 373 *Andromeda Daboecia*. Linn. Irish Wort, or Moorwort.

c. In names of animals: moor-bird, a bird that nests in the moors, esp. the common grouse, *Tetrao lagopus*; moor blackbird (see quot.); moor-buzzard, the marsh harrier, *Circus æruginosus*; moor coot, the common gallinule or water hen, *Gallinula chloropus*; moor-fly, a fly used by anglers; cf. *moorish fly*; moor game, the red grouse, *Lagopus scoticus*; also rarely, the black grouse, *Tetrao tetrix*; moor harrier, the marsh harrier; moor hawk = *moor buzzard* (Swainson 1885); moor-tetter, -tit, titling, (*a*) the stone-chat, *Pratincola rubicola*; (*b*) the meadow-pipit, *Anthus pratensis*.

1812 ANNE PLUMPTRE tr. *Lichtenstein's Trav. S. Afr.* I. 224 Woods and level green valleys, with ponds in them, in which were large flocks of *moor-birds. 1900 H. SUTCLIFFE *Shameless Wayne* v. Moor-birds were clamorous up above her head. 1839 MACGILLIVRAY *Brit. Birds* II. 100 *Turdus torquatus*. The Ringed Thrush, or Ring Ouzel... *Moor Blackbird. 1678 RAY *Willughby's Ornith.* 75 The *Moore-Buzzard: *Milvus Æruginosus*.. common to be seen in Heaths and Wasts. 1605 DRAYTON *Man in Moone* 136 The Teale and *Morecoot raking in the Weed. 1831 *G. Montagu's Ornith. Dict.* 327 Moor coot and Moor hen, names for the Gallinule. 1653 WALTON *Angler* iv. 97 The *moor flie. 1611 COTGR., *Poule griesche*,.. the henne of the Grice, or *Mooregame. 1769 MRS. RAFFALD *Eng. Housekpr.* (1805) 52 To pot red and black Moor Game. 1846 J. BAXTER *Libr. Pract. Agric.* (ed. 4) I. 333 The red grouse, or moor game, is found upon most of the mountainous districts in the United Kingdom. 1840 MACGILLIVRAY *Brit. Birds* III. 382 *Circus æruginosus*. The Marsh Harrier... *Moor Harrier. Moor Buzzard. 1544 TURNER *Avium Præcip.* I 1 b, Qualis est avicula Anglis stonechattera aut *mortettera dicta. 1668 CHARLETON *Onomasticon* 91 *Rubetra, Rubicola*.. the Stone-chatter... Mortetter, or Black Cap. 1885 SWAINSON *Prov. Names Birds* 45 Meadow Pipit (*Anthus pratensis*). .. *Moor tit. 1900 H. SUTCLIFFE *Shameless Wayne* iii, Thou look'st scared as a moor-tit. a 1672 WILLUGHBY *Ornithol.* II. xv. (1676) 169 The *Moor-Titling: The Stone-smich or Stone-chatter. 1855 *Eng. Cycl., Nat. Hist.* III. 894 *Moor-titling*, one of the names of the Stone-Chat., *Saxicola rubicola*.

**Moor** (mʊə(r), mɔə(r)), *sb.*² Forms: 4 Maur, 4–7 More, 5 Moure, Mowre, 6, 8 Maure, 6–7 Moore, 7– Moor. [ME. *More*, a. F. *More* (13th c.), *Maure*, ad. L. *Maurus* (med.L. *Mōrus*), Gr. *Μαῦρος*. Cf. Sp., Pg., It. *Moro*; MDu. *Moor*, *Moer* (Du. *Moor*), OHG. *Môr*, pl. *Môri* (MHG. *Môr*, *Mœr*, mod.G. *Mohr*).

The L. *Maurus*, Gr. *Μαῦρος* may possibly be from some ancient North African language. Some believe the word to be merely a use of Gr. *μαυρός* black (which on this view is aphetic from *ἀμαυρός* blind); but this adj. (or at least this sense of it) is confined to late Gr., and may even be derived from the ethnic name.]

1. In *Ancient History*, a native of *Mauretania*, a region of Northern Africa corresponding to parts of Morocco and Algeria. In later times, one belonging to the people of mixed Berber and Arab race, Muslim in religion, who constitute the bulk of the population of North-western Africa, and who in the 8th c. conquered Spain. In the Middle Ages, and as late as the 17th c., the Moors were commonly supposed to be mostly black or very swarthy (though the existence of 'white Moors' was recognized), and hence the word was often used for 'Negro'; cf. BLACKAMOOR.

c 1390 GOWER *Conf.* I. 98 Ther was no grace in the visage, .. Sche loketh forth as doth a More. 1398 TREVISA *Barth. De P. R.* XIX. ix. (1495) 869 Also men of the nacyon of Maurys theyr blacke colour comyth of the inner partyes. c 1400 MAUNDEV. (1839) xiv 156 Ethiope is departed in 2 princypalle parties;.. the.. partie meridionelle is clept Moretane. And the folk of that Contree ben blake, and thei ben clept Mowres. c 1489 CAXTON *Sonnes of Aymon* xxvi. 565 He was soo angry for it, that he became as blacke as a moure. 1512 in *Acc. Ld. High Treas. Scotl.* (1902) IV. 338 Item,.. to the Bischop of Murrais more, at brocht ane present to the King.. xiiijs. 1547 BOORDE *Introd. Knowl.* xxxvi. (1870) 212 Barbary.. the inhabytours be Called the Mores: ther be whyte mores and black moors. a 1548 HALL *Chron., Hen. VII* 23 b, Granado, which many yeres had bene possessed of the Moores or Mawritane nacion. 1555 W. WATREMAN *Fardle Facions* I. iv. 48 The reste of the people of Libia westwarde.. are called Maures, or Moores. 1555 EDEN *Decades* 355 Ethiopes, which we nowe caule Moores, Moorens, or Negros. 1596 SHAKS. *Merch. V.* III. v. 42, I shall answere that better to the Commonwealth, than you can the getting vp of the Negroes bellie: the Moore is with childe by you Launcelet? 1609 RO. C. *Muley Hamets Rising* title p., The Religion and Policie of the More, or Barbarian. 1613 MIDDLETON *Triumphs of Truth* C i, I being a Moore; then in Opinions lightnesse As far from Sanctity as my Face from whitenesse. 1613 PURCHAS *Pilgrimage* (1614) 687 The Sea coast-Moores, called by a generall name Baduini. 1632 LITHGOW *Trav.* v. 232 A Towne inhabited by Christians, Arabs, and Moores: not blacke Moores as the Affricans be, but.. a kinde of Egyptians. 1647 COWLEY *Mistr., Not Fair*, A very Moor (methinks) plac'd near to Thee, White as his Teeth, would seem to be. 1706 PHILLIPS (ed. Kersey), *Moor*, or *Black-moor*, a native of Mauritania, in Africa. 1707 M. HENRY *Expos. Exod.* ii. 5, etc., Pity so fair a Child should suck the Brest of a Tawny-more. 1728 ELIZA HEYWOOD tr. *Mme. de Gomez's Belle A.* (1732) II. 121 Mezemorte was extremely diverted at the recital, in what manner the Maure had been entertain'd. 1776 J. RICHARDSON *Arab. Gram.* 4 The Mauritanick [hand], which is used by the Moors of Morocco and Barbary. 1849 JAMES *Woodman* iv, A tawny Moor with silver bracelets on his arms, and a turban on his head. 1904 *Athenæum* 2 July 20 1 Another discussion has arisen on the origin.. of the term 'Moor'... M. Bloch finds the expression used in five different senses, as applying to the mixed race inhabiting the towns of Algeria and Tunisia, the mountain tribes of Morocco on the Algerian frontier, and the nomadic tribes of Western Sahara... M. Delisle.. thinks that those called Moors have never been either black or the descendants of black races.

2. A Muslim, esp. a Muslim inhabitant of India. (Cf. MOORS.)

1588 HICKOCK tr. *Frederick's Voy.* 23 And wheras I speak of Moores I meane Mahomets sect. 1607 TOPSELL *Four-f. Beasts* 462, I haue heard a story of an Englishman in Barbary which turned Moore. 1697 DAMPIER *Voy.* I. 507 A Town of the Moors; which name our Seamen give to all Subjects of the great Mogul, but especially his Mahometan Subjects. 1763 SCRAFTON *Indostan* (1770) 18 The word Moors is used by us to express the Mahometans of all sects and countries who are settled in India. 1864 TREVELYAN *Compet. Wallah* (1866) 251 In those days the rank and file of our army always spoke of the inhabitants of India by the appellation of 'Moors'.

3. *attrib.* and *Comb.*, as *Moor-lass*, *-tabroner*; Moor bridle, a kind of bridle used by Moors; Moor dance (see quot.); Moor-lipped *a.*, having thick lips like those of a Moor; Moor macaque, monkey, the black macaque, *Macacus maurus*; Moor saddle, a Moorish saddle.

1704 *Lond. Gaz.* No. 4056/8 A *Moor Bridle and Saddle. 1801 STRUTT *Sports & Past.* III. v. 171 The Morisco or *Moor dance is exceedingly different from the morris-dance,.. being performed with the castanets, or rattles, at the end of the fingers, and not with bells attached to various parts of the dress. 1504 in *Acc. Ld. High Treas. Scotl.* (1900) II. 463 Item, for hors to the *More lasses. *Ibid.* 469 Quhen the More las wes cristinit. 1639 MASSINGER *Unnat. Combat* iv. i, *Moore lip'd, flat nos'd, dimme ey'd [etc.]. 1906 *Westm. Gaz.* 26 Oct. 3/3 The *Moor Macaque, a stump-tailed Indian monkey. 1885 *Cassell's Encycl. Dict.*, *Moor-monkey. 1504 in *Acc. Ld. High Treas. Scotl.* (1900) II. 430 Item,.. to the *More taubronar, to his expens maid be the Morenis, viij French crounis.

**moor** (mʊə(r), mɔə(r)), *sb.*³ *Naut.* [f. MOOR *v.*¹] An act of mooring. *flying* (or *running*) *moor* (see quot. 1883).

1750 BLANCKLEY *Nav. Expositor*, *Moor*, signifies the laying out the Anchors of a Ship so, as is best and safest for her Riding. 1883 CLARK RUSSELL *Sailors' Lang.*, *Flying moor*, letting go a weather anchor whilst the ship has way, and then, when the cable range is nearly out, letting go the other anchor. 1893 SLOANE-STANLEY *Remin. Midshipm. Life* xxxii. 437 The *Queen*.. ran into Beikos, and there made a running moor, which was well performed.

*attrib.* 1906 *Daily Chron.* 19 Nov. 5/5 In being cast out of the boat they actually fell upon the moor rope.

**moor** (mʊə(r), mɔə(r)), *v.*¹ Also 5, 7 more, 6–8 moore, 7 moar. [Early mod.E. *more*: prob., in spite of its late occurrence, repr. OE. **márian*, corresponding to MDu. (according to Kluyver originally Frisian, which accounts for the vowel) *mâren* to moor (a vessel), tie up (an animal):—WG. **mairôjan*, a parallel formation with **mairjan*, whence OE. **mǽran* (not recorded, but implied by the derivative *mærels* mooring-rope), MDu. *mêren* (mod.Du. *meren*) to moor (a vessel). The word passed from Teut. into Fr. as *amarrer* (13th c.), for which the simple *marer* occurs in OF.

The MDu. *merren*, *marren* to moor (whence MARLINE) resulted from a confusion of this vb. with *merren*, *marren* to delay, hinder (mod.Du. only *marren* intr., to loiter, delay, hesitate), cogn. w. MAR *v.*]

1. *trans.* To secure (a ship, boat, or other floating object) in a particular place by means of chains or ropes, which are either fastened to the shore or to anchors.

[1495: see MOORING *vbl. sb.*] 1497 *Naval Acc. Hen. VII* (1896) 239 Yron chaynes .. that the seid Ship was mored & Rode by in Portesmouth haven. 1540 in R. G. Marsden *Sel. Pl. Crt. Adm.* (1894) I. 91 The said shippe.. bei.. not moryd came rydyng with thee floode by force. 1577 NORTHBROOKE *Dicing* (1843) 64 If it bee lawfull (as Christ sayth).. to moore a ship faster that is ready to runne against the rockes. 1653 H. COGAN tr. *Pinto's Trav.* v. 12 They had moored up the Galley. 1769 FALCONER *Dict. Marine* (1780) Ce 3, A ship may be either moored by the head .. or by the head and stern. 1793 SMEATON *Edystone L.* § 102 A transport buoy.. was moored with chains at the distance of about fifty fathoms directly North from the Gut. 1810 SCOTT *Lady of L.* I. xxiv, Until the rocky isle they reach, And moor their shallop on the beach. 1840 R. H. DANA *Bef. Mast* xv, Until night, we were employed in getting out the boats and mooring ship. 1896 MRS. CAFFYN *Quaker Grandmother* 301 I'll.. moor up the boat at our landing-place.

† b. *to moor anchor*, to anchor. *Obs.*

1600 HAKLUYT *Voy.* III. 66 The Michael mored ancker vpon this great yce. 1621, 1647 [see d].

c. *refl.* or in *passive* with personal subject.

1614 RALEIGH *Hist. World* v. i. § 4. 331 They therefore not only mored themselues strongly by their Anchors, but chained the sides of their Gallies together. 1748 *Anson's Voy.* II. i. 112 We carried our hawsers on board her, in order to moor ourselves nearer in shore. 1877 C. W. THOMSON *Voy. Challenger* I. ii. 109 About mid-day we were moored in the Tagus off the town.

d. *transf.* and *fig.*

1621 T. WILLIAMSON tr. *Goulart's Wise Vieillard* 179 Who hath commaunded you to moore your ancher of hope in such a little lump of dust as man is? 1647 WARD *Simp. Cobler* (1843) 20 Those men never Moored their Anchors well in the firme soile of Heaven, that are weather-waft up and down with every eddy-wind of every new doctrine. 1742 YOUNG *Nt. Th.* IX. 597 Thou, whose heart, Whose little heart, is moor'd within a nook Of this obscure Terrestrial. 1856 STANLEY *Sinai & Pal.* i. (1858) 65 The camels as they lie, like stranded ships, moored round the tents. 1860 TYNDALL *Glac.* I. xxv. 185 Moored to the rock on two sides, the cabin stood firm.

2. *absol.* and *intr.* a. To secure one's ship (etc.) in a particular place; to anchor.

1627 CAPT. SMITH *Seaman's Gram.* ix. 45 More Crosse. To More a crosse is to lay one anchor to one side of the streame, and the other to the other right against one another, and so they beare equally ebbe and flood. *Ibid.*, More Prouiso. To more a Prouiso, is to haue one anchor in the riuer, and a hawser a shore, which is mored with her head a shore. *Ibid.*, Two cables is the least, and foure cables the best to more by. 1667 MILTON *P.L.* I. 207 The Pilot of some small night-founder'd Skiff,.. With fixed Anchor in his skaly rind Moors by his side under the Lee. 1678 PHILLIPS (ed. 4), To *Moor alongst*, is to lay an Anchor amidst the stream, a Head, and another a Stern, when you fear driving ashore. 1688 R. HOLME *Armoury* III. 165/1 Mooring Water-shot, that is quartering between both [anchors]. 1748 *Anson's Voy.* II. i. 114 Cumberland Bay, where we moored. 1877 A. B. EDWARDS *Up Nile* xxi. 641 Most travellers moor for a day or two at Karnak.

b. Of a ship: To be made secure by means of anchors; to take up a particular position at anchor.

1697 DRYDEN *Æneid* VI. 1246 At length on Oozy ground his Gallies moor. 1701 in Picton *L'pool Munic. Rec.* (1883) I. 308 Such ships .. shall moore West Nor-west and East Southeast. 1875 J. H. BENNET *Winter Medit.* II. xi. 364 A solid granite quay, that enables small vessels to moor close to land.

c. With *up*: to secure a seaplane; of a seaplane, to be made secure.

1936 [see GRABBIT (BOAT) HOOK]. 1942 *Times* 3 Sept. 5/7 Night was slowly mastering daylight as we.. landed, to moor up near some naval patrol boats

Hence **moored** *ppl. a.*

1867 JEAN INGELOW *Christ's Resurrect.* x, Swaying on a purple sea, The many moored galleys clustering at her quay. 1900 *Daily News* 24 Sept. 8/7 A violent collision with the moored barges followed.

**moor** (mʊə(r), mɔə(r)), *v.*² [Prob. f. MOOR *sb.*¹ Cf. *moor-evil*.] *intr.* Of cattle: To evacuate sanguineous urine. Hence '**mooring** *vbl. sb.*

1737 BRACKEN *Farriery Impr.* (1756) I. 257 Cattle which piss Blood, or have the Mooring, as they call it. 1775 J. WATSON *Hist. Halifax* 543 Moor, as a cow does, when her water is mixed with blood. 1824–8 *Craven Dial.* s.v., When cattle are inflicted with a disease which occasions bloody urine, they are said to be moored... Some attribute it to course grass in marshy grounds.

**moor**: see MOAR, MOHUR, MORE, MORT.

**moorad**, variant of MOORIT.

**moorage** ('mʊərɪdʒ, 'mɔərɪdʒ). [f. MOOR *v.*¹ + -AGE.]

1. The action or process of mooring; the condition of being moored; also a place for mooring.

1648 EARL OF WESTMORLAND *Otia Sacra* 162 She's come to Moorage, and there fast, To lie aside untill carin'd. 1682 WHELER *Journ. Greece* I. 25 It hath good Moorage, and is deep enough for Ships of any rate. 1887 HALL CAINE *Deemster* xi, Since my coming to moorage there no boat had crossed its water. 1892 *Daily News* 30 May 2/3 There are spots where you may pay for moorage.

2. Money paid for the use of moorings.

a 1676 HALE *Narr. Customes* iv. in S. A. Moore *Foreshore* (1888) 344 Morage for ships, terrage, wharfage. 1868 *Rep. Trial Appledore Harbour* in *Exeter & Plymouth Gaz.* 13 Mar., The only custom he had proved was the right to come in, paying a certain moorage or postage.

**moorat**, variant of MOORIT.

'**moor-burn**. *Sc.* Forms: see MOOR *sb.*¹ [f. MOOR *sb.*¹ + BURN *sb.*³] The burning of the heather on a moor, which is unlawful between April 11 and Nov. 1. So moor-burner, one who sets fire to heather; also moor-burning *vbl. sb.*

14.. *Ordo Justiciarie* in *Sc. Acts* (1814) I. 342/1 All.. mur burnaris in forbodin tyme. 1424 *Sc. Acts Jas. I* (1814) II. 5/1 It is ordanyt þt na man mak murbyrn eftir þe monethe of

People in Northwest Africa are the Moors who conquered Spain





## *Welcome!*

# The "Free Moors" of South Carolina



This published volume, which was originally for sale from the SCDAH, contains information dealing with the petition of the Moors. A report by the committee assigned to deal with their petition stated that they were not subject to the slave laws. There was no Act passed on this subject, however.

This manuscript was provided by the South Carolina Depart of Archives and History, Copyright ©1984, from their Research Library. This was available in book form from them, but is presently out of print. I personally thank the SCDAH for providing a copy of this record. All errors from my OCR software and proof reading are mine alone, and do not reflect on the outstanding quality of SCDAH work. FOC

The State Records of South Carolina

*Journals*

of the

HOUSE OF

REPRESENTATIVES, 1789-1790

MICHAEL E. STEVENS

*Editor*

CHRISTINE M. ALLEN

*Assistant Editor*

Published for the South Carolina Department of Archives and History

by the

University of South Carolina Press

Columbia, SC

⎣ Origin at ̶ ̶ of Columbia

Copyright ©1984 by the South Carolina Department of Archives and History

First Edition

Published in Columbia, SC by the University of South Carolina Press

Manufactured in the United States of America


ISBN 0-87249-944-8

20 JANUARY 1790  (page) 363


*(continued from previous page)*

thereto, Our Committee are Mr. Hugh Rutledge, Major Pinckney & Mr. Deas.

By order of the House, Jacob Read, Speaker

Ordered That the Message be sent to the Senate and that Mr. Hugh Rutledge and Mr. Deas do carry the same.

The House proceeded to the Second reading of a Bill to Incoporate the Baptist Church on Hornes Creek in Edgefield County, State of South Carolina, when a Motion was made and Seconded that the Bill be changed into An Ordinance, which was agreed to -- the Ordinance then read through and agreed to

Ordered That the Ordinance be sent to the Senate and that Mr. Simpkins and Colonel Anderson do carry the same.

And then the House Adjourned 'til to morrow Morning 10 o'Clock.


WEDNESDAY JANUARY 20TH 1790

Read The Journals of Yesterday's proceedings.

Mr. Speaker Administered the Oath to Support the Constitution of the United States to Mr. Robert Patton, a Member of this House.

A Motion was made and Seconded, that a Message be sent to the Senate informing them that this House propose to Ratify such Acts and Ordinances as are Engrossed, and the Great Seal of the State affixed thereto at 1 o'Clock this day, and then to Adjourn to Saturday the Twenty Seventh day of November 1790, which being agreed to, the following Message was accordingly prepared Vizt.

In the House of Representatives January 20th 1790

Honorable Gentlemen

This House propose to ratify such Acts and Ordinances as are engrossed, and the Great Seal of the State affixed thereto at 1 o'Clock this day, and then to Adjourn to Saturday the Twenty Seventh day of November next, to which this House request Your Honors Concurrence.

Ordered That the Message be signed by the Speaker, and that it be sent to the Senate and that Colonel Lushington and Mr. Drury Robertson do carry the same.

A petition was presented to the House from Sundry Free Moors, Subjects of the Emperor of Morocco; and residents in this State, praying that in case they should Commit Any Fault amenable to be brought to Justice, that they as Subjects to a Prince in Alliance with the United States of America, may be tried under the same Laws as the Citizens of this State would be liable to be tried, and not under the Negro Act, which was received and read.

[The humble Petition of Francis, Daniel, Hammond and Samuel, (Free Moors) in behalf of themselves and their wives Fatima, Flora, Sarah and

(page) 364 House Journal 4 January 1790- 20 January 1790

Clarinda, Humbly Sheweth That your Petitioners some years past had the misfortune while fighting in the defence of their Country, to be captured with their wives and made prisoners of War by one of the Kings of Africa. That a certain Captain Clark had them delivered to him on a promise that they should be redeemed by the Emperor of Morocco's Ambassador then residing in England, in order to have them returned to their own Country: Instead of which he brought them to this State, and sold them for slaves. Since that period they have by the greatest industry been enabled to purchase their freedom from their respective Masters: And now prayeth your Honorable House, That as free born subjects of a Prince now in Alliance with these United States; that they may not be considered as subject to a Law of this State (now in force) called the negro law: but if they should unfortunately be guilty of any crime or misdemeanor against the Laws of the Land, that they may have a just trial by a Lawful Jury. And your Petitioners as in duty bound will ever pray.][1]   [notice: Kings are not Emperors]

Ordered That it be referred to a Committee, the following Gentlemen were accordingly appointed, Mr. Justice Grimke, General Pinckney & Mr. Edward Rutledge.

A petition was presented to the House from Sundry Inhabitants of Ninety Six District, praying that another Inspector of Tobacco for the Inspections at Campbells, Falmouth, and Adam's ferry Warehouses might be appointed, which was received and read.

Ordered That General Pinckney have leave to bring in An Ordinance agreeably to the prayer of the petitioners.

Major Pinckney from the Committee appointed to examine such Acts and Ordinances as are engrossed, and to get the great Seal of the State affixed thereto, Reported that there were Four Acts and Eight Ordinances ready for Ratifying.[2]

Mr. Isham Moore reported from the Committee to whom was referred the Petitions of Richard Richardson and others, the Inhabitants of Clarendon County praying a repeal of An Act intitled "An Act

to empower the Vestry and Church Wardens of the Episcopal Church of Claremont in Saint Marks Parish to sell and dispose of a Certain tract of Land in Saint Marks Parish aforesaid and for purchasing a more Convenient piece of Land as a Glebe for the Use of the Minister of the said Church of Claremont" passed March 7th 1789, which he read in his place and afterwards delivered it in at the Clerks Table where it was again read for information.

Ordered That it [be] taken into immediate Consideration, which being read through was agreed to and is as follows Vizt.

[1] Thomas Worth Clover Papers, South Caroliniana Library, University of South Carolina. The petition printed here is taken from a copy that was probably made in the nineteenth century.

[2] This report probably was made later in the day. At least one of the four acts and four of the eight ordinances were not yet engrossed at this time.

20 JANUARY 1790 (page) 373

Ordered That the Resolution be sent to the Senate for their Concurrence and that General Pinckney and Major Pinckney do carry the same.[16]

A Motion was made and Seconded that a Message be prepared and sent to the Senate requesting that they would appoint a Committee to Join a Committee of this House to Contract for and inspect the printing of the Acts and Ordinances of the General Assembly passed during the present sitting—which being agreed to—A Message was prepared, which being read was agreed to and is as follows Vizt

In the House of Representatives January 20th 1790

Honorable Gendemen

This House inform your House that this House have appointed a Committee to Contract for and Inspect the printing of the Acts and Ordinances of the General Assembly passed during the present Sitting, and to Contract with the printer now here for the printing of Three hundred Copies of the Census Act. This House request that your House would appoint a Committee to Join the Committee of this House for the said purpose. Our Committee are Mr. Speaker, Mr. Hutson, Commodore Gillon, Mr. Hugh Rutledge, Mr. Ralph Izard Junr.

Ordered That Mr. Speaker do sign the Message and that Mr. Porcher and Mr. Isham Moore do carry the same to the Senate.

The Senate returned to this House by their Clerk the following Ordinances which had been Severally read a third time in that House and passed Vizt.

An Ordinance to Incorporate a Society for the purpose of raising and Securing a Fund for the relief of the Widows and Children of the deceased Presbyterrean Ministers belonging thereto, and

An Ordinance for Adding another Inspector of Tobacco for the Inspection at Campbells, Falmouth, and



Adams's ferry Warehouses.

Ordered That the Ordinances be engrossed.

On Motion Resolved That the Commissioners of the Treasury be directed to pay to James Brown or to his order Fourteen pounds, for Carpenters work done for the Legislature during the present Sitting.

Ordered That the Resolution be sent to the Senate for their Concurrence and that Colonel Lushington and Mr. Ellison do carry the same.[17]

Mr. Edwd. Rutledge reported from the Committee to whom was referred the petition of the Free Moors, which he read in his place and afterwards delivered it in at the Clerks Table where it was again read for information.

Ordered That it be taken into immediate Consideration which being read through was agreed to and is as follows Viz.

Report That they have Considered the same and are of opinion that no Law of this State can in its Construction or Operation apply to them, and that persons

[16] The Senate received the resolution, but did not consider it.

[17] The Senate referred the resolution to a commitree that did not report.

(page) 374 House Journal 4 January 1790-20 January 1790

who were Subjects of the Emperor of Morocco being Free in this State are not triable by the Law for the better Ordering and Governing of Negroes and other Slaves.

Resolved That this House do agree with the Report.

The Senate sent to this House by their Clerk the following message.

In the Senate January 20th 1790

Mr. Speaker & Gentlemen

A King is not
an Emperor.

This House agreeably to your request by message Just received, have appointed a Committee to Join the Committee of your House to Coi-itract for, and inspect the printing of the Acts and Ordinances of the General Assembly passed during the present Sitting, and to Contract with the printer now here for the printing Three hundred Copies of the Census Act. Our Committee are Colonel Gervais, Colonel Hampton & Mr. Brown.

By order of the Senate, D. Desaussure, President

### Virginia Slave Code (1705)
**Web version:** http://www.law.du.edu/russell/lh/alh/docs/virginiaslaverystatutes.html

October 1705 - 4th Anne. CHAP. KLIX. 3.447.
An act concerning Servants and Slaves...

IV. And also be it enacted, by the authority aforesiad, and it is hereby enacted, That all servants imported and brought into this country, by sea or land, who were not christians in their native country (except Turks and Moors in amity with her majesty, and others that can make due proof of their being free in England, or any other christian country, before they were shipped, in order to transporation hither) shall be accounted and be slaves, and as such be here bought and sold notwithtanding a conversion to christianity afterwards...

XI. And for a further christian care and usage of all christian servants, Be it also enacted, by the authority aforesaid, and it is hereby enacted, That no negros, mulattos, or Indians, although christians, or Jews, Moors, Mahometans, or other infidels, shall, at any time, purchase any christian servant, nor any other, except of their own complexion, or such as are declared slaves by this act: And if any negro, mulatto, or Indian, Jew, Moor, Mahometan, or other infidel, or such as are declared slaves by this act, shall, notwithstanding, purchase any christian white servant, the said servant shall, ipso facto, become free and acquit from any service then due, and shall be so held, deemed, and taken: And if any person, having such christian servant, shall intermarry with any such negro, mulatto, or Indian, Jew, Moor, Mahometan, or other infidel, every christian white servant of every such person so intermarrying, shall, ipso facto, become free and acquit from any service then due to such master or mistress so intermarrying, as aforesaid...

XXIII. And for encouragement of all persons to take up runaways, Be it enacted, by the authority aforesaid, and it is hereby enacted, That for the taking up of every servant, or slave, if ten miles, or above, from the house or quarter where such servant, or slave was kept, there shall be allowed by the public, as a reward to the taker-up, two hundred pounds of tobacco; and if above five miles, and under ten, one hundred pounds of tobacco: Which said several rewards of two hundred, and one hundred pounds of tobacco, shall also be paid in the county where such taker-up shall reside, and shall be again levied by the public upon the master or owner of such runaway, for re-imbursement of the same to the public. And for the greater certainty in paying the said rewards and re-imbursement of the public, every justice of the peace before whom such runaway shall be brought, upon the taking up, shall mention the proper-name and sur-name of the taker-up, and the county of his or her residence, together with the time and place of taking up the said runaway; and shall also mention the name of the said runaway, and the proper-name and sur-name of the master or owner of such runaway, and the county of his or her residence, together with the distance of miles, in the said justice's judgment, from the place of taking up the said runaway, to the house or quarter where such runaway was kept...

XXVI. Provided always, and be it further enacted, That when any servant or slave, in his or her running away, shall have crossed the great bay of Chesapeak, and shall be brought before a justice of the peace, the said justice shall, instead of committing such runaway to the constable, commit him or her to the sheriff, who is hereby required to receive every such runaway,



# U.S. DEPARTMENT *of* STATE

## Honoring the Longstanding Friendship Between the U.S. and Morocco

**Karen Hughes, Under Secretary for Public Diplomacy and Public Affairs**
Ibn Batouta Secondary School
Temara, Morocco
June 5, 2006

**Under Secretary Hughes:** I was a member of the PTA in my home community in Texas. It is wonderful to see so many parents involved in the lives of your children. I was very pleased to see the young people involved in debate. It is very important as you grow up to learn to speak out for your beliefs and to express your opinions even if you disagree with each other in a respectful way. The Unites States is proud to have been a partner in working with you in constructing this facility. I know our military is very proud of this project and we are very proud of them. We are also very delighted to be here and this is a celebration of the important partnership between the America and Morocco. Our countries have a unique partnership that dates back to 1777 when Morocco was the very first country to recognize the United States of America. The year after our treaty was signed, the Treaty of Peace and Friendship, which I want boys and girls to know is now the longest unbroken treaty in the history of my country.

[garbled]...is to foster friendship and understanding between the people of America and the people of Morocco and so I encourage, when I travel in America, our young people to visit other countries and I hope they will come to Morocco and see your beautiful country and I want to invite the boys and girls here -- we have a lot of scholarship opportunities and I hope when you grow up you will consider visiting us in merica. In honor of our friendship, I am happy to present on behalf of the embassy and the ambassador of special programs some new oks to your library collection. Appropriately, one is [about] the American presidents, of which this president is George Bush, our current sident and my good friend. And this is a book about soccer! Which I think because we are getting ready to start the World Cup and we ve invited some young boys and girls from Morocco who are coming to the United States to play soccer and then later this month I am going to take them to Germany to see a World Cup game.

**Question:** What are your plans about this type of operation? Does it reinforce the relationship between Morocco and the United States?

**Under Secretary Hughes:** Absolutely it does. One of the things I try to work on, in Public Diplomacy, which is my job, is really about people-to-people connections and it is about getting our people to meet each other because I talked with some young students who are getting ready to come to America in July and they met some Americans who were here in Morocco last summer and they were telling me how their attitudes had changed once they actually met people from each other's countries and so I think it is really important that we get to know each other. Places like this or a venue where young people can come and learn and get to know and read books from America and have an opportunity to debate; it is important they learn how to express themselves and so it is an exciting program.

**Question:** In this changing world do you think this can help spread the peace, love, and happiness?

**Under Secretary Hughes:** Absolutely, I think the road to peace is for us all to learn more about each other, to learn that parents everywhere want a better life for our children. We all want our children to grow up in peace and security whether we are American parents or Moroccan parents. So I find the more we learn about each other, the more we have in common.

**Question:** That is great, thank you.

**Under Secretary Hughes:** Thank you so much.

Treaties are the Supreme Law of the Land,
see Organic Constitution for the United States of
America—Republic, Article 6.

Page 62 of 93



Home » Secretary of State Hillary Rodham Clinton » Secretary's Comments » 2009 Secretary Clinton's Remarks » Remarks by Secretary Clinton: November 2009 » Remarks With Moroccan Foreign Minister Taieb Fassi-Fihri

# Remarks With Moroccan Foreign Minister Taieb Fassi-Fihri

**Hillary Rodham Clinton**
Secretary of State
**Marrakech, Morocco**
**November 2, 2009**

---

**FOREIGN MINISTER FASSI-FIRHI:** (Via interpreter) In the name of Allah, Most Compassionate, Most Merciful, first of all, I wish to apologize in my name and on behalf of my colleague, the Honorable Secretary of State, for this delay over which we had no control, considering that we have had many bilateral and regional meetings.

So we shall now convene the Forum for the Future. However, beforehand, I wish on behalf of His Majesty's government, express our heartfelt and earnest gratitude to the Honorable Speaker. Secretary of State wanted to confer a bilateral dimension by honoring us and gracing us with her presence here in the Kingdom of Morocco. And effectively, the Secretary of State entertained meetings with His Majesty, The King today in Ouarzazate, as you all know, and also with me before and after the said meeting.

*Kingdoms are subordinate to the Empire.*

First of all, we have resolved to give a strong impetus to our bilateral relations, traditional relations of friendship and mutual understanding that were given strong impetus under the Clinton Administration. And I would say that ever since, our relations have continued to grow. However, today, we stand ready to give it further impetus so as to deepen and strengthen our partnership and to give a new dimension to our strategic political dialogue between Rabat and Washington with regard to what has taken place within the African continent as a whole, within North Africa as well as in the Arab Maghreb and also in the Middle East and in other areas where we are facing issues of great importance.

And I also wish, on behalf of His Majesty's Government, to express the extent to which we give great importance to what – through the actions and deeds of – and the positions of President Obama and Secretary of State Clinton so as to (inaudible) our bilateral and multilateral positions. And we also observe and keep a close eye on the importance of investing further our energy in entertaining issues of importance to our region and to the Middle East.

*Page 63 of 93*

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 60 of 89 PageID #: 228

So these are my words as I have spoken before I give you the floor to ask your questions, and with a particular focus to the decision and the resolve – the resolution that was made during the bilateral meeting between the Secretary of State and His Majesty, The King in terms of strengthening our bilateral relations.

SECRETARY CLINTON: Thank you very much, Foreign Minister Fassi-Fihri. I appreciate the very positive day that we have had here in Morocco. On a personal note, it is wonderful to be back in this country, a country with such extraordinary history and culture, and to be here this time representing President Obama and the United States as Secretary of State.

Many of you know that Morocco was the very first nation to recognize the United States. And our Treaty of Peace and Friendship has been in force since 1787, making ours the longest unbroken treaty relationship in my country's history. And the people of the United States are proud of our friendship with the Moroccan people and we are grateful for what this partnership has accomplished for more than two centuries, and we look forward to the future.

This morning, the foreign minister and I had a very productive conversation about a range of issues, including our shared goal of strengthening stability and prosperity throughout North Africa and the Middle East. I'm looking forward to participating tomorrow in the Forum for the Future, and I look forward also to working with the foreign minister on the issues that come from this forum.

The Forum for the Future is a gathering dedicated to creating the broadest possible network of partnerships in pursuit of common goals. It brings together not only government ministers, but representatives from civil society. And I am grateful too that we will work on the important issues confronting us – from regional security, economic development, religious tolerance, social reforms – because none of these goals can be accomplished through laws or governments alone. They require a broad coalition of likeminded people who translate laws into lasting change.

I particularly appreciate the opportunity I had this afternoon to meet with His Majesty King Mohammed VI. Like many countries, the United States has watched with great admiration the progress that Morocco has achieved under his leadership and the democratically elected Government of Morocco. Together, under His Majesty's leadership, this government has passed reforms that have made new opportunities available to people who didn't have the chance before to participate fully in the political, social, and economic life of their country.

It will not surprise you to hear that I want particularly to praise the reforms that have granted new freedoms to women who are now bringing their talents and energy to bear in strengthening democratic institutions, accelerating economic growth, and broadening the work of civil society. These opportunities have flourished for the Moroccan people amid an environment of religious tolerance, another example of how government leadership with the support of civil and religious institutions can create conditions in which people and communities thrive.

During my meeting with His Majesty this afternoon in Ouarzazate, I witnessed the launch of the King's renewable energy initiative, an infrastructure program that will include American solar and steam technology. I know I speak for the American scientists and entrepreneurs who design these technologies in saying how happy we are that their work can help bring clean energy to Morocco. We also discussed the Free Trade Agreement, the Millennium Challenge Corporation Compact. Our collaboration includes the Peace Corps as well as new entrepreneurial and economic initiatives, and we work together on counterterrorism, trying to stop the scourge of trafficking in drugs and persons, promoting human rights, and creating an atmosphere of regional stability.



Get Email Updates · Contact Us

*Home • Briefing Room • Speeches & Remarks*

Search WhiteHouse.gov    Search

**THE WHITE HOUSE**
Office of the Press Secretary
(Cairo, Egypt)

FOR IMMEDIATE RELEASE         June 4, 2009

**REMARKS BY THE PRESIDENT
ON A NEW BEGINNING**
Cairo University
Cairo, Egypt

WATCH THE VIDEO



June 05, 2009
President Obama Speaks to the Muslim
World from Cairo, Egypt

1:10 P.M. (Local)

PRESIDENT OBAMA:  Thank you very much.  Good afternoon.  I am honored to be in the timeless city of Cairo, and to be hosted by two remarkable institutions.  For over a thousand years, Al-Azhar has stood as a beacon of Islamic learning; and for over a century, Cairo University has been a source of Egypt's advancement.  And together, you represent the harmony between tradition and progress.  I'm grateful for your hospitality, and the hospitality of the people of Egypt.  And I'm also proud to carry with me the goodwill of the American people, and a greeting of peace from Muslim communities in my country:  Assalaamu alaykum. (Applause.)

We meet at a time of great tension between the United States and Muslims around the world – tension rooted in historical forces that go beyond any current policy debate.  The relationship between Islam and the West includes centuries of coexistence and cooperation, but also conflict and religious wars.  More recently, tension has been fed by colonialism that denied rights and opportunities to many Muslims, and a Cold War in which Muslim-majority countries were too often treated as proxies without regard to their own aspirations.  Moreover, the sweeping change brought by modernity and globalization led many Muslims to view the West as hostile to the traditions of Islam.

Violent extremists have exploited these tensions in a small but potent minority of Muslims.  The attacks of September 11, 2001 and the continued efforts of these extremists to engage in violence against civilians has led some in my country to view Islam as inevitably hostile not only to America and Western countries, but also to human rights.  All this has bred more fear and more mistrust.

So long as our relationship is defined by our differences, we will empower those who sow hatred rather than peace, those who promote conflict rather than the cooperation that can help all of our people achieve justice and prosperity.  And this cycle of suspicion and discord must end.

I've come here to Cairo to seek a new beginning between the United States and Muslims around the world, one based on mutual interest and mutual respect, and one based upon the truth that America and Islam are not exclusive and need not be in competition.  Instead, they overlap, and share common principles -- principles of justice and progress; tolerance and the dignity of all human beings.

I do so recognizing that change cannot happen overnight.  I know there's been a lot of publicity about this speech, but no single speech can eradicate years of mistrust, nor can I answer in the time that I have this afternoon all the complex questions that brought us to this point.  But I am convinced that in order to move forward, we must say openly to each other the things we hold in our hearts and that too often are said only behind closed doors.  There must be a sustained effort to listen to each other; to learn from each other; to respect one another; and to seek common ground.  As the Holy Koran tells us, "Be conscious of God and speak always the truth."  (Applause.)  That is what I will try to do today -- to speak the truth as best I can, humbled by the task before us, and firm in my belief that the interests we share as human beings are far more powerful than the forces that drive us apart.

Now part of this conviction is rooted in my own experience.  I'm a Christian, but my father came from a Kenyan family that includes generations of Muslims.  As a boy, I spent several years in Indonesia and heard the call of the azaan at the break of dawn and at the fall of dusk.  As a young man, I worked in Chicago communities where many found dignity and peace in their Muslim faith.

As a student of history, I also know civilization's debt to Islam.  It was Islam -- at places like Al-Azhar -- that carried the light of learning through so many centuries, paving the way for Europe's Renaissance and Enlightenment.  It

BLOG POSTS ON THIS ISSUE

May 14, 2010 9:24 PM EDT
Ask Dr. H: "Is the University Structure Hurting Science?"
The first question selected by Dr. Holdren for a new feature on our blog--"Ask the President's Science Advisor"--has to do with the structure of universities. Submit your questions for consideration in next week's Ask Dr. H!

May 13, 2010 7:16 PM EDT
Time for Bold Action to Save Teacher Jobs
President Obama sends a letter to Congressional leaders encouraging them to enact legislation to save hundreds of thousands of teacher

May 12, 2010 8:30 PM EDT
Peace Corps Honored "Host Mother's Day"



Our Peace Corps colleagues reflect on the meaningful role of host-Mothers in Peace Corps Volunteers' lives.

VIEW ALL RELATED BLOG POSTS



was innovation in Muslim communities -- (applause) -- it was innovation in Muslim communities that developed the order of algebra; our magnetic compass and tools of navigation; our mastery of pens and printing; our understanding of how disease spreads and how it can be healed. Islamic culture has given us majestic arches and soaring spires; timeless poetry and cherished music; elegant calligraphy and places of peaceful contemplation. And throughout history, Islam has demonstrated through words and deeds the possibilities of religious tolerance and racial equality. (Applause.)

I also know that Islam has always been a part of America's story. The first nation to recognize my country was Morocco. In signing the Treaty of Tripoli in 1796, our second President, John Adams, wrote, "The United States has in itself no character of enmity against the laws, religion or tranquility of Muslims." And since our founding, American Muslims have enriched the United States. They have fought in our wars, they have served in our government, they have stood for civil rights, they have started businesses, they have taught at our universities, they've excelled in our sports arenas, they've won Nobel Prizes, built our tallest building, and lit the Olympic Torch. And when the first Muslim American was recently elected to Congress, he took the oath to defend our Constitution using the same Holy Koran that one of our Founding Fathers -- Thomas Jefferson -- kept in his personal library. (Applause.)

So I have known Islam on three continents before coming to the region where it was first revealed. That experience guides my conviction that partnership between America and Islam must be based on what Islam is, not what it isn't. And I consider it part of my responsibility as President of the United States to fight against negative stereotypes of Islam wherever they appear. (Applause.)

But that same principle must apply to Muslim perceptions of America. (Applause.) Just as Muslims do not fit a crude stereotype, America is not the crude stereotype of a self-interested empire. The United States has been one of the greatest sources of progress that the world has ever known. We were born out of revolution against an empire. We were founded upon the ideal that all are created equal, and we have shed blood and struggled for centuries to give meaning to those words -- within our borders, and around the world. We are shaped by every culture, drawn from every end of the Earth, and dedicated to a simple concept: E pluribus unum -- "Out of many, one."

Now, much has been made of the fact that an African American with the name Barack Hussein Obama could be elected President. (Applause.) But my personal story is not so unique. The dream of opportunity for all people has not come true for everyone in America, but its promise exists for all who come to our shores -- and that includes nearly 7 million American Muslims in our country today who, by the way, enjoy incomes and educational levels that are higher than the American average. (Applause.)

Moreover, freedom in America is indivisible from the freedom to practice one's religion. That is why there is a mosque in every state in our union, and over 1,200 mosques within our borders. That's why the United States government has gone to court to protect the right of women and girls to wear the hijab and to punish those who would deny it. (Applause.)

So let there be no doubt: Islam is a part of America. And I believe that America holds within her the truth that regardless of race, religion, or station in life, all of us share common aspirations -- to live in peace and security; to get an education and to work with dignity; to love our families, our communities, and our God. These things we share. This is the hope of all humanity.

Of course, recognizing our common humanity is only the beginning of our task. Words alone cannot meet the needs of our people. These needs will be met only if we act boldly in the years ahead; and if we understand that the challenges we face are shared, and our failure to meet them will hurt us all.

For we have learned from recent experience that when a financial system weakens in one country, prosperity is hurt everywhere. When a new flu infects one human being, all are at risk. When one nation pursues a nuclear weapon, the risk of nuclear attack rises for all nations. When violent extremists operate in one stretch of mountains, people are endangered across an ocean. When innocents in Bosnia and Darfur are slaughtered, that is a stain on our collective conscience. (Applause.) That is what it means to share this world in the 21st century. That is the responsibility we have to one another as human beings.

And this is a difficult responsibility to embrace. For human history has often been a record of nations and tribes -- and, yes, religions -- subjugating one another in pursuit of their own interests. Yet in this new age, such attitudes are self-defeating. Given our interdependence, any world order that elevates one nation or group of people over another will inevitably fail. So whatever we think of the past, we must not be prisoners to it. Our problems must be dealt with through partnership; our progress must be shared. (Applause.) .

Now, that does not mean we should ignore sources of tension. Indeed, it suggests the opposite: We must face these tensions squarely. And so in that spirit, let me speak as clearly and as plainly as I can about some specific issues that I believe we must finally confront together.

The first issue that we have to confront is violent extremism in all of its forms.

In Ankara, I made clear that America is not -- and never will be -- at war with Islam. (Applause.) We will, however,

Facebook  YouTube
Twitter  Vimeo
Flickr  iTunes
MySpace  LinkedIn

Home
The White House
Blog
Photos & Videos
Photo Galleries
Video
Live Streams
Podcasts

Issues
Civil Rights
Defense
Disabilities
Economy
Education
Energy & Environment
Ethics
Family
Fiscal Responsibility
Foreign Policy
Health Care
Homeland Security
Immigration
Poverty
Rural
Seniors & Social Security
Service
Taxes
Technology
Urban Policy
Veterans
Women
Additional Issues

Briefing Room
Your Weekly Address
Speeches & Remarks
Press Briefings
Statements & Releases
Presidential Actions
Featured Legislation
Nominations & Appointments
Disclosures

The Administration
President Barack Obama
Vice President Joe Biden
First Lady Michelle Obama
Dr. Jill Biden
The Cabinet
White House Staff
Executive Office of the President
Other Advisory Boards
About the White House

History
Presidents
First Ladies
The Oval Office
The Vice President's Residence & Office
Eisenhower Executive Office Building
Camp David
Air Force One
White House Fellows
White House Internships
White House 101
Tours & Events

*(Handwritten annotation, right margin):* President Obama mentioned two treaties; the Treaty with Morocco and Treaty of Tripoli in 1796.

*(Handwritten annotation, bottom):* Article 21 of The treaty with Emperor of Morocco states that The Mohammedan Law [The Holy Qur'an] is The Supreme Law of the Continental American territories. The Treaty of Tripoli, Article 11 say the United States is not founded on the Christian religion!

Case: 4:20-cr-00111-SEP Doc. #: 30 Filed: 01/04/21 Page: 63 of 89 PageID #: 231

Yale Law School
LILLIAN GOLDMAN LAW LIBRARY   THE AVALON PROJECT Documents in Law, History and Diplomacy
in memory of Sol Goldman

Search Avalon [ ]

| Avalon Home | Document Collections | Ancient 4000bce - 399 | Medieval 400 - 1399 | 15th Century 1400 - 1499 | 16th Century 1500 - 1599 | 17th Century 1600 - 1699 | 18th Century 1700 - 1799 | 19th Century 1800 - 1899 | 20th Century 1900 - 1999 | 21st Century 2000 - |

## The Barbary Treaties 1786-1816
## Treaty with Morocco - The English Translation of 1786

Barbary Treaties Menu

The Arabic original of this treaty and the English translation thereof of 1786 have been examined by Dr. C. Snouck Hurgronje, of Leiden, whose comments and notes, and translation of various articles, are as follows:

[The Seal]

The inner circle of the seal contains the name "Muhammad, son of Abdallah, son of Isma'il, God is his protector and his Lord." The border of the seal contains the verse taken from the well-known poem in praise of the Prophet, called the Burdah, which verse occurs in several other seals of these North African documents: "He who takes the Apostle of God for his helper, if the lions encounter him in their jungles, they will withdraw."

[The Text]

*America" is Latin for Morocco, in
spanish = Marikano, Marrakesh = French.*

Praise be to God! This is the written document of the articles of peace which we have established with the Americans [Marikanos] and which we have confirmed in this book and sealed with our seal, in order that they may remain permanent, if God please. Written in Murakush [Marrakesh] the twenty-fifth of the blessed month of Shaban of the year two hundred and thousand.

*Murakush = Arabic = Morocco*

I have given this literal translation of the introduction merely as a specimen, although it presents no essential difference from the translation of 1786. I have not thought it necessary to note all the merely formal differences occurring in the translation of the articles where they do not in the least affect the meaning.

The first article is that these articles mentioned in this book, being twenty-five articles, have been agreed upon by both parties. That took place in the presence of their agent, the Honorable Thomas Barclay, who came here from the side of the American States [Estados al-Marikanos] and whom they had sent to supervise their affairs and their treaty of peace with us. *AKA "United States"*

The second article is that if there shall be war with any nation whatever, no ship of either of the parties shall sail out and take the colors of the enemy, going to help the enemy, neither from our side nor from that of the Americans.

The third article is that if war has been made with any nation whatever, and a ship has been captured from people belonging to that nation, and there shall be found on board a Moslem or a Christian with goods belonging to them, they shall be at liberty with their goods. Even if they were carrying goods belonging to a nation with whom we are at war [such goods] shall not be taken from their hands nor shall they be compelled to unload them, for the sake of the peace prevailing between us and them.

The fourth article. There shall be a signal [instead of "signal or pass" the original has only one word, 'aldmah, meaning "signal", "sign", "token"] between us by which we may know each other at sea. Whenever one of us meets a warship, he shall not examine it, but the declaration of the commander shall suffice him concerning her [the warship] with other ships.

The fifth article. "If either of the parties shall be at war"- the original has only "if there shall be war."

*citizen of the United States*

The sixth article is that if Moslems shall capture people of our [meaning here the American] nation or their goods and bring them to our [here meaning of the Moroccans] Lord (may God give him victory!), he will set them at liberty. Likewise, if Moslems from other than our dominions shall capture them and bring them into any of our ports, they shall be set at liberty, because they are under our protection and on terms of peace with us.

*@Moors are*

The seventh article. Instead of "interruption" the original has a word meaning "difficulty".

The eighth article is that if any vessel meets with a disaster and runs ashore and unloads her cargo in order to repair, she shall be at liberty to reload her cargo whenever she likes without paying duty or anything.

The ninth article is that if any vessel shall be cast on shore on any part of our coasts, she will be left to herself that she may consider what suits her best, be it to sail out from [by] another place or to transfer her cargo, or whatever else Nay be convenient to her. Nobody shall approach her, as she is under our protection. Likewise, if a vessel enters a port or wind forces her to put into a port, she shall not be compelled to unload her cargo; on the contrary, she shall remain under our protection until she sails out by her own free will.

The tenth article is that if any of the parties shall have an engagement with any Christian nation, and the engagement takes place near a town of one of the parties, we shall help each other against that nation until she be defeated or have gone away; or if a vessel shall be cast ashore in Ouadnoun or in another place, the Christians being aboard shall be under [our] protection until they reach their country, if God please.

The eleventh article is that if we are at war with any Christian nation, and we shall be in a port and our ship intends to sail out of the port, and a ship of the enemy intends to pursue her, the latter shall not sail out in pursuit of her until twenty-four hours have elapsed; and likewise, ships of the

http://avalon.law.yale.edu/18th_century/bar1786e.asp

8/15/2014

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 64 of 89 PageID #: 232

Americans, if they are in a port during a war and they intend to sail out, no ship shall pursue her until twentyfour hours have elapsed, be they ships of the Mohammedans or of the Christians.

The twelfth article is that if a warship shall put into any of our ports, she shall not be examined but shall remain left to herself; and if there should be a fugitive prisoner on board her, he shall not be brought ashore by compulsion, nor shall the governor of the dominion where the ship stops demand from the commander of the ship the price of that prisoner.

The thirteenth article is without any important difference from the translation of 1786.

The fourteenth article is that the commerce of the merchants shall be on the same footing as that of the Spaniards, and they shall be honored and go in the towns and seaports where they like, without anybody bothering them, and they shall be like the most favored nation with us for the time being.

The fifteenth article is that the merchants shall pursue their business, and if they wish to employ assistants or interpreters, they shall be free to do so. No cargo shall be transported from one ship into another, and no ship shall be detained in the port; and if they wish to employ people to assist them in matters concerning the cargo or otherwise, they shall not have to pay more than other nations used to pay before them.

The sixteenth article has been well rendered in all essentials in the translation of 1786, but the words "are not to be made slaves" are not in the original, and the "Mexican dollar" is represented in Arabic by "royal" only.

The seventeenth article is that the merchants shall not be compelled to buy merchandise, but such as they like to buy by their free consent. The same rule is to be applied to sale, except in cases concerning which there have prevailed customs with other (Christian nations before them, who carried them [the goods?], in which cases there will be no difficulty. [The meaning of the latter stipulation is not clearly expressed in the Arabic text.]

The eighteenth article is that goods to be loaded shall be weighed and examined before they are brought on board, in order that the ship may not be detained because they have ascertained that there is contraband on board. Now if this be the case, then only he who brought the contraband shall be punished, according to the usage applied to others before him, but the ship and its cargo and what belongs to it shall be free from guilt. [Possibly the Arabic text intended to say what is said in the translation of 1786, but in that case the attempt has entirely failed. Thus there is no expression corresponding to "unless" of that translation.]

The nineteenth article requires no correction.

The twentieth article is that if a person of our [can only mean hero the American] nation or under our flag is guilty of misdemeanor, the Consul of his nation shall pass sentence upon him. If the Consul wants the assistance of the officials of the Pasha of the place, it shall be granted to him.

*→ U.S. citizen are translated as Christians.*

The twenty-first article is that if there has been killed *a Christian* out of them or the reverse [sic] or has wounded him [sic], then he will be sentenced according to the rules of the Sacred *(Mohammedan) Law*, neither more nor less, and the trial is to take place in the presence of the Consul. If the delinquent escapes before having been sentenced, the Consul shall not be held responsible for him nor for the crime he committed. [The redaction of Article 21 is extremely inept.]  *→ The law of the country*

The twenty-second article is that if an American citizen shall die in our country and no will shall appear, their Consul shall supervise his estate and his goods [merchandise], and if there shall be no Consul, the effects shall be deposited in the hands of some person worthy of trust until the party shall appear who has a right to demand them, but if heirs of his are present, [the property] shall be given to the heirs without interference, or if he has designated in a will signed with his hand, the person to whom the property is to be delivered, then the question shall be submitted to the consideration of the Consul.

The twenty-third article is that the Consuls shall reside in any seaport they like, and they shall be respected like [consuls of] other (Christian nations before them. If a person of their nation has had dealings with a Moslem concerning money, and he has caused it to be lost, the Consul shall not be held responsible for it, unless the Consul has given a written declaration to that effect, in which case he shall have to pay it. If he has not given such a declaration, then nobody has a claim upon him-like [this is the case with] all the consuls.

The twenty-fourth article is that if either party should protest concerning any articles of the peace treaty, so that one asserted a question and the other asserted a question and contended that this was not according to the article, and the controversy should last a long time, then peace is to be maintained and both parties have to argue the best they can. If in the end one of them does not agree to the treaty of peace and strenuously declines [or "if neither of them agrees to the treaty of peace and both strenuously decline"], so that war is declared [literally "put into action"], then nine months shall be granted to all the merchants to remove their goods. Whenever our Lord [i. e., the Emperor of Morocco] shows a favor to any (Christian nation, we [i. e., the Americans] shall partake in it.

The twenty-fifth article is that this treaty of peace shall remain permanent, if God please, by God's might and power, a period from ["of" is evidently meant] fifty years. We have delivered this book to the above-mentioned Thomas Barclay on the first day of the blessed Ramadan of the year two hundred and thousand.

*But the United States of America is not founded on the Christian*
*religion. See the*
*Treaty of Tripoli 1796.*

[Barbary Treaties Menu]

Source
Treaties and Other International Acts of the United States of America
Edited by Hunter Miller
Volume 2
Documents 1-40  1776-1818
Washington  Government Printing Office  1931

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 65 of 89 PageID #: 233

Yale Law School
LILLIAN GOLDMAN LAW LIBRARY
in memory of Sol Goldman

THE AVALON PROJECT *Documents in Law, History and Diplomacy*

Search Avalon [ ] × ch

| Avalon Home | Document Collections | Ancient 4000bce - 399 | Medieval 400 - 1399 | 15th Century 1400 - 1499 | 16th Century 1500 - 1599 | 17th Century 1600 - 1699 | 18th Century 1700 - 1799 | 19th Century 1800 - 1899 | 20th Century 1900 - 1999 | 21st Century 2000 - |

## The Barbary Treaties 1786-1816
## Treaty of Peace and Friendship, Signed at Tripoli November 4, 1796

Barbary Treaties Menu

| Art 1 | Art 2 | Art 3 | Art 4 | Art 5 | Art 6 |
| Art 7 | Art 8 | Art 9 | Art 10 | Art 11 | Art 12 |

Treaty of Peace and Friendship, signed at Tripoli November 4, 1796 (3 Ramada I, A. H. 1211), and at Algiers January 3, 1797 (4 Rajab, A. H. 1211). Original in Arabic. Submitted to the Senate May 29, 1797. (Message of May 26, 1797.) Resolution of advice and consent June 7, 1797. Ratified by the United States June 10, 1797. As to the ratification generally, see the notes. Proclaimed Jane 10, 1797.

The following fourteen pages of Arabic are a reproduction of the text in the original treaty book, first the pages of the treaty in left-to-right order of pagination, and then the " receipt " and the " note " mentioned, according to the Barlow translation, in Article 10. Following the Arabic and in the same order, is the translation of Joel Barlow as written in the treaty book-the twelve articles of the treaty, the "receipt," and the "note"; and after these is the approval of David Humphreys from the same document, which is fully described in the notes. Following those texts is the annotated translation of 1930.

### [Translation]

Treaty of Peace and Friendship between the United States of America and the Bey and Subjects of Tripoli of Barbary.

### ARTICLE 1.

There is a firm and perpetual Peace and friendship between the United States of America and the Bey and subjects of Tripoli of Barbary, made by the free consent of both parties, and guaranteed by the most potent Dey & regency of Algiers.

### ARTICLE 2.

If any goods belonging to any nation with which either of the parties is at war shall be loaded on board of vessels belonging to the other party they shall pass free, and no attempt shall be made to take or detain them.

### ARTICLE 3.

If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners.

### ARTICLE 4.

Proper passports are to be given to all vessels of both parties, by which they are to be known. And, considering the distance between the two countries, eighteen months from the date of this treaty shall be allowed for procuring such passports. During this interval the other papers belonging to such vessels shall be sufficient for their protection.

### ARTICLE 5

A citizen or subject of either party having bought a prize vessel condemned by the other party or by any other nation, the certificate of condemnation and bill of sale shall be a sufficient passport for such vessel for one year; this being a reasonable time for her to procure a proper passport.

### ARTICLE 6

Vessels of either party putting into the ports of the other and having need of provisions or other supplies, they shall be furnished at the market price. And if any such vessel shall so put in from a disaster at sea and have occasion to repair, she shall be at liberty to land and reembark her cargo without paying any duties. But in no case shall she be compelled to land her cargo.

### ARTICLE 7.

Should a vessel of either party be cast on the shore of the other, all proper assistance shall be given to her and her people; no pillage shall be allowed; the property shall remain at the disposition of the owners, and the crew protected and succoured till they can be sent to their country.


Page 67 of 93

## ARTICLE 8.

If a vessel of either party should be attacked by an enemy within gun-shot of the forts of the other she shall be defended as much as possible. If she be in port she shall not be seized or attacked when it is in the power of the other party to protect her. And when she proceeds to sea no enemy shall be allowed to pursue her from the same port within twenty four hours after her departure.

## ARTICLE 9.

The commerce between the United States and Tripoli,-the protection to be given to merchants, masters of vessels and seamen,- the reciprocal of establishing consuls in each country, and the privileges, immunities and jurisdictions to be enjoyed by such consuls, are declared to be on the same footing with those of the most favoured nations respectively.

## ARTICLE 10.

The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been recieved by him previous to his signing the same, according to a reciept which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoly, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party.

## ARTICLE 11.

As the government of the United States of America is not in any sense founded on the Christian Religion,-as it has in itself no character of enmity against the laws, religion or tranquility of Musselmen,-and as the said States never have entered into any war or act of hostility against any Mehomitan nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.

*European enslavers forced Moors into being Christians so that Moors could not be under the protection of The Mohammedan Law by way of Treaty with The Emperor of Morocco. Facts.*

## ARTICLE 12.

In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable reference shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same.

Signed and sealed at Tripoli of Barbary the 3d day of Jumad in the year of the Higera 1211-corresponding with the 4th day of Novr 1796 by

JUSSUF BASHAW MAHOMET Bey
SOLIMAN Kaya
MAMET Treasurer
GALIL Genl of the Troops
AMET Minister of Marine
MAHOMET Coml of the city
AMET Chamberlain
MAMET Secretary
ALLY-Chief of the Divan

*This same evil is being done to The Moor AbdelAlim Mohammed-EL by maliciously changing my legal/lawful Moorish appellation to the christian STRAWMAN ERIC VINCENT SMITH, see: United States Codes of the Law Title 18 section 242 & 241; Title 8 section 1481; Title 42 section 1983.*

Signed and sealed at Algiers the 4th day of Argib 1211-corresponding with the 3d day of January 1797 by

HASSAN BASHAW Dey
and by the Agent plenipotentiary of the United States of America
[Seal] Joel BARLOW

*You all should be ashamed of yourselves.*

## [The "Receipt"]

Praise be to God &c-

The present writing done by our hand and delivered to the American Captain OBrien makes known that he has delivered to us forty thousand Spanish dollars,-thirteen watches of gold, silver & pinsbach,-five rings, of which three of diamonds, one of saphire and one with a watch in it, One hundred & forty piques of cloth, and four caftans of brocade,-and these on account of the peace concluded with the Americans.

Given at Tripoli in Barbary the 20th day of Jumad 1211, corresponding with the 21st day of Novr 1796-

(Signed) JUSSUF BASHAW-Bey whom God Exalt

The foregoing is a true copy of the reciept given by Jussuf Bashaw- Bey of Tripoli-

(Signed) HASSAN BASHAW-Dey of Algiers.

The foregoing is a literal translation of the writing in Arabic on the opposite page.

JOEL BARLOW

## [The " Note "]

On the arrival of a consul of the United States in Tripoli he is to deliver to Jussuf Bashaw Bey-



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Page 71 of 93

play the bagpipe) (14c)  **1 :** a bellows-blown bagpipe popular in the 17th and 18th centuries   **2 :** a small knapsack; *also :* a bag with one shoulder strap — called also *musette bag*

**mu·se·um** \myü-'zē-əm\ *n* [L *Museum* place for learned occupation, fr. Gk *mouseion*, fr. neut. of *Mouseios* of the Muses, fr. *Mousa*] (1672) : an institution devoted to the procurement, care, study, and display of objects of lasting interest or value; *also :* a place where objects are exhibited

**mush** \'məsh\ *n* (1901)  **1 :** something preserved in or suitable for a mush  **2 :** one that is out-of-date : a thing of the past

**mush** \'məsh, *esp 3 also* 'müsh\ *n* [prob. alter. of *mash*] (1671)  **1 :** a porridge made with cornmeal boiled in water or milk   **2 :** something soft and spongy or shapeless   **3 :** weak sentimentality

**mush** *b :* mawkish amorousness

**mush** *vi.* (ca. 1781) *chiefly dial :* to reduce to a crumbly mass   **~** *vt. of the plane :* to fly in a partly or nearly stalled condition — **mush·er** *n*

**mush** *vi* [prob. fr. F *marchons*, 1st pl. imper. of *marcher* to move, walk, fr. MF *marchier* — more at MARCH] (1897) : to travel esp. over snow with a sled drawn by dogs — often used as a command to a dog team — **mush·er** *n*

**mush** *n* (1902) : a trip esp. across snow with a dog team

**mush·room** \'məsh-,rüm, -,rum\ *chiefly Northern & Midland* -,rún; *dial* -ˌrüm, -ˌrún, -ˌrün\ *n* [alter. of ME *musseroun*, fr. MF *mousseron*, fr. LL *mussirion-*, *mussirio*] (1533)  **1 a :** an enlarged complex aboveground fleshy fruiting body of a fungus (as a basidiomycete) that consists typically of a stem bearing a pileus; *esp :* one that is edible  *b* : UPSTART  **3 :** something resembling a mushroom

**mushroom** *vi* (1884)  **1 :** to collect wild mushrooms   **2 :** to well out, spread out laterally from a central source   *b* : to become enlarged or extended : GROW   **3 :** to spring up suddenly or multiply rapidly

**mushroom cloud** *n* (ca. 1909) : a mushroom-shaped cloud; *specif* : one caused by the explosion of a nuclear weapon

**mushy** \'məsh-ē, *esp 2 also* 'müsh-\ *adj* **mush·i·er; -est** (1839)  **1 a :** having the consistency of mush : SOFT  **b :** lacking in definition or precision   **2 :** excessively tender or emotional; *esp :* mawkishly amorous — **mush·i·ly** \'məsh-ə-lē, 'mü-\ *adv* — **mush·i·ness** \'mə-shē-nəs\ *n*

**mu·sic** \'myü-zik\ *n, often attrib* [ME *musik*, fr. OF *musique*, fr. L *musica*, fr. Gk *mousikē* any art presided over by the Muses, esp. music, fr. fem. of *mousikos* of the Muses, fr. *Mousa* Muse] (13c)  **1 a :** the art of ordering tones or sounds in succession, in combination, and in temporal relationships to produce a composition having unity and continuity  **b :** vocal, instrumental, or mechanical sounds having rhythm, melody, or harmony   **2 a :** an agreeable sound : *his/her voice was ~ to my ears*  **b :** musical quality (the *~* of   **3 :** a musical accompaniment (a play set to *~*)   **4 :** the score of a musical composition set down on paper   **5 :** a distinctive type or history of music (there is a *~* for everybody — Eric Salzman)

**mu·si·cal** \'myü-zi-kəl\ *adj* [ME, fr. MF, fr. ML *musicalis*, fr. *musica*]  **1 a :** of or relating to music  **b :** having the pleasing harmonic qualities of music : MELODIOUS   **2 :** having an interest in or talent for music   **3 :** set to or accompanied by music   **4 :** of or relating to musicians or music lovers — **mu·si·cal·ly** \-k(ə-)lē\ *adv*

**musical** *n* (1823)  **1** *archaic :* MUSICALE   **2 :** a film or theatrical production typically of a sentimental or humorous nature that consists of songs, numbers and dialogue based on a unifying plot

**musical box** *n* (1829) *chiefly Brit* : MUSIC BOX

**musical chairs** *n pl but sing in constr* (1877) : a game in which players march to music around a row of chairs numbering one less than the players and scramble for seats when the music stops; *also :* a situation or series of events suggesting the game of musical chairs (as in rapid change or comedy activity)

**musical comedy** *n* (1765) : MUSICAL 2

**mu·si·cale** \myü-zi-'kal\ *n* [F *soirée musicale*, lit., musical evening] (1872) : a social entertainment with music as the leading feature

**mu·si·cal·ise** *Brit var of* MUSICALIZE

**mu·si·cal·i·ty** \myü-zi-'ka-lə-tē\ *n* (1853)  **1 :** sensitivity to, knowledge of, or talent for music   **2 :** the quality or state of being musical : MUSICIANSHIP

**mu·si·cal·ize** \'myü-zi-kə-,līz\ *vt* **-ized; -iz·ing** (1919) : to set to music

**mu·si·cal·i·za·tion** \myü-zi-kə-lə-'zā-shən\ *n*

**musical saw** *n* (1927) : a handsaw made to produce melody by bending the blade while sounding it with a hammer or violin bow

**music box** *n* (1844) : a container enclosing an apparatus that releases music mechanically when activated by a clockwork

**music drama** *n* (1877) : an opera in which the action is not interrupted for formal song divisions (as recitatives or arias) and the music is determined solely by dramatic appropriateness

**music hall** *n* (1842) : a vaudeville theater; *also :* VAUDEVILLE

**mu·si·cian** \myü-'zi-shən\ *n* (14c) : a composer, conductor, or performer of music; *esp :* INSTRUMENTALIST — **mu·si·cian·ly** \-lē\ *adj* — **mu·si·cian·ship** \-,ship\ *n*

**music of the spheres** (1609) : an ethereal harmony thought by the Pythagoreans to be produced by the vibration of the celestial spheres

**mu·si·col·o·gy** \,myü-zi-'kä-lə-jē\ *n* [It *musicologia*, fr. L *musica* music + -*logy*] (1909) : a study of music as a branch of knowledge or research as distinct from composition or performance — **mu·si·co·log·i·cal** \-kə-'lä-ji-kəl\ *adj* — **mu·si·col·o·gist** \-'kä-lə-jist\ *n*

**mus·ing** \'myü-ziŋ\ *n* (14c) : MEDITATION — **mus·ing·ly** \-iŋ-lē\ (15c) *adv* : thoughtfully abstracted : MEDITATIVE — **mus·ing-**

**mu·si·con·crète** \,myü-'zēk-kōⁿ-'kret, mü-\ *n* [F, lit., concrete music] (1952) : a recorded montage of natural sounds often electronically modified and presented as a musical composition

**mu·sik** \'myü-zik\ *n* [ME *musik*, fr. MF *musc*, fr. LL *muscus*, fr. LGk *moschos*, fr. (assumed) MPer *musk*, fr. Skt *muska* testicle, fr. dim. of *muš* akin to OE *mūs* mouse] (14c)  **1 a :** a substance with a penetrating persistent odor obtained from a sac beneath the abdomen of the male musk deer and used as a perfume fixative; *also :* a similar substance from another animal or a synthetic substitute  **b :** the odor of musk  **c :** an odor resembling musk esp. in heaviness or persistence   **2 :** any of various plants with musky odors; *esp :* MUSK PLANT

**musk deer** *n* (1681) : any of a genus (*Moschus*) of small heavy-limbed hornless deer of central Asian uplands with tusked musk-producing males

**mus·keg** \'məs-,keg, -,käg\ *n* [Cree *maskek*] (1806)  **1 :** BOG; *esp :* a sphagnum bog of northern No. America often with tussocks   **2 :** a usu. thick deposit of partially decayed vegetable matter of wet boreal regions

**mus·kel·lunge** \'məs-kə-,lənj\ *n, pl* **muskellunge** [alter. of CanF *maskinongé*, fr. Ojibwa *maskinozhe*] (1789) : a large No. American pike (*Esox masquinongy*) that has dark markings, may weigh over 60 pounds (27 kilograms), and is a valuable sport fish

**mus·ket** \'məs-kət\ *n* [MF *mousquet*, fr. Olt *moschetto* arrow for a crossbow, musket, fr. dim. of *mosca* fly, fr. L *musca* — more at MIDGE] (ca. 1587)  **1 :** a heavy large-caliber muzzle-loading usu. smoothbore shoulder firearm; *broadly :* a shoulder gun carried by infantry

**mus·ke·teer** \,məs-kə-'tir\ *n* [modif. of MF *mousquetaire*, fr. *mousquet*] (1590)  **1 :** a soldier armed with a musket   **2** [fr. the musketeers' friendship in the novel *Les Trois Mousquetaires* (1844) by Alexandre Dumas] : a good friend : BUDDY

**mus·ket·ry** \'məs-kə-trē\ *n* (1646)  **1 :** MUSKETS   **2 :** MUSKETEERS  **3 :** musket fire  **b :** the art or science of using small arms esp. in battle

**mus·kie** *or* **musky** \'məs-kē\ *n, pl* **muskies** (1894) : MUSKELLUNGE

**musk·mel·on** \'məsk-,me-lən\ *n* (1573) : a usu. sweet musky-odored edible melon that is the fruit of a trailing or climbing Asian herbaceous vine (*Cucumis melo*) as a: any of various melons of small or moderate size with netted skin that include most of the muskmelons cultivated in No. America  *b* : CANTALOUPE 1  *c* : WINTER MELON

**Mus·ko·ge·an** *or* **Mus·kho·ge·an** \,məs-'kō-gē-ən\ *n* (1891) : a language family of southeastern U.S. that includes Muskogee

**Mus·ko·gee** \mə-'skō-gē\ *n, pl* **Muskogee** *or* **Muskogees** (1775)  **1 :** a member of an American Indian people of Georgia and eastern Alabama constituting the nucleus of the Creek confederacy   **2 :** the language of the Muskogees and of some of the Seminoles

**musk ox** *n* (1744) : a heavyset shaggy-coated wild ox (*Ovibos moschatus*) now confined to Greenland and the barren northern lands of No. America

**musk plant** *n* (1852) : a yellow-flowered No. American herb (*Mimulus moschatus*) of the snapdragon family that has hairy foliage and sometimes a musky odor

**musk·rat** \'məs-,krat\ *n, pl* **muskrat** *or* **muskrats** [prob. by folk etymology fr. a word of Algonquian origin; akin to Massachuset *musquash* muskrat] (1607) : an aquatic rodent (*Ondatra zibethica*) of the U.S. and Canada with a long scaly laterally compressed tail, webbed hind feet, and dark glossy brown fur; *also :* its fur or pelt

**musk rose** *n* (1577) : a rose (*Rosa moschata*) of the Mediterranean region with white flowers having a musky odor

**musk thistle** *n* (1731) : a Eurasian thistle (*Carduus nutans*) that has nodding musky flower heads and is naturalized in eastern No. America

**musk turtle** *n* (1868) : any of various small American freshwater turtles (genera *Sternotherus* and *Kinosternon*) that have musk glands; *esp :* a dark turtle (*S. odoratus*) having a strong musky odor

**musky** \'məs-kē\ *adj* **musk·i·er; -est** (1613) : having an odor of or resembling musk — **musk·i·ness** *n*

**Mus·lim** \'məz-ləm; 'mus-, 'muz-\ *n* [Ar *muslim*, lit., one who surrenders (to God)] (1615)  **1 :** an adherent of Islam   **2 :** BLACK MUSLIM — **Muslim** *adj*

**Muslim** *or* **Moslem** *n* (1948) : ISLAMIC ERA

**mus·lin** \'məz-lən\ *n* [F *mousseline*, fr. It *mussolina*, fr. Ar *mawsiliy* of Mosul, fr. al-*Mawṣil* Mosul, Iraq] (1609) : a plain-woven sheer to coarse cotton fabric

**mus·quash** \'məs-,kwäsh, -,kwȯsh\ *n* [Massachuset] (1633) : MUSKRAT

**muss** \'məs\ *n* [origin unknown] (1591)  **1** *obs* **a :** a game in which players scramble for small objects thrown to the ground  **b :** SCRAMBLE **2** *slang :* a confused conflict : ROW  **3 :** a state of disorder : MESS

**muss** *vt* (1837) : to make untidy : DISARRANGE

**mus·sel** \'mə-səl\ *n* [ME *muscle*, fr. OE *muscelle*, fr. (assumed) VL *muscula*, fr. L *musculus* muscle, mussel] (bef. 12c)  **1 :** a marine bivalve mollusk (esp. genus *Mytilus*) usu. having a dark elongated shell   **2 :** a freshwater bivalve mollusk (as of *Unio, Anodonta,* or related genera) that is esp. abundant in rivers of the central U.S. and has a shell with a lustrous nacreous lining

**Mus·sul·man** *also* **Mus·sal·man** \'mə-səl-mən\ *n, pl* **Mus·sul·men** \-mən\ *or* **Mussulmans** [Turk *müslümān* & Per *musulmān*, modif. of Ar *muslim*] (ca. 1583) : MUSLIM

**mussy** \'mə-sē\ *adj* **muss·i·er; -est** (ca. 1859) : characterized by clutter or muss : MESSY — **muss·i·ly** \'mə-sə-lē\ *adv* — **muss·i·ness** \'mə-sē-nəs\ *n*

**must** \'məst\ *verbal auxiliary 1* \məst, (')məst\ *vb, pres & past all persons* **must** [ME *moste*, fr. OE *mōste*, past indic. & subj. of *mōtan* to be allowed to, have to; akin to OHG *muozan* to be allowed to, have to] (bef. 12c) *verbal auxiliary*  **1 a :** be commanded or requested to (you *~* stop)  **b :** be urged to ( ought by all means to (you *~* read that book)  **2 :** be compelled by physical necessity to (man *~* eat to live) : be required by immediate or future need or purpose to (we *~* hurry to catch the bus)  **3 a :** be obliged to : be compelled by social considerations to (I *~* say you're looking well)  **b :** be required by law, custom, or moral conscience to (we *~* obey the rules)  **c :** be determined to (if you *~* go at least wait for me)  **d :** be unreasonably or perversely compelled to (why *~* you be so stubborn)  **4 :** be logically inferred or supposed to (it *~* be time)  **5 :** be compelled by fate or by natural law to (what *~* be will be)  **6 :** was or were presumably certain to : was or were bound to (if he really was there I *~* have seen him)   *7 dial :* MAY, SHALL — used chiefly in questions — *vi, archaic :* to be obliged to go (I *~* to Coventry — Shak.)

**must** \'məst\ *n* (1616)  **1 :** an imperative need or duty : REQUIREMENT  **2 :** an indispensable item : ESSENTIAL (exercise is a *~*)

\a\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \aú\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \ú\ foot  \y\ yet  \zh\ vision  \ə, ᵏ, ᵉ, œ, ᵫ, ᴜᵉ, ᴐᵉ, ⁿ\ *see* Guide to Pronunciation

## 1933 - LEGISLATIVE JOURNAL - HOUSE - PAGE 5759

### RESOLUTION No. 75

Mr. WITKIN, Mr. Speaker, I desire at this time to call up Resolution No. 75, Printer's No. 1034.

**The Resolution was read by the Clerk as follows:**

In the House of Representatives, April 17, 1933.  Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried
into Spain the influence of its artistic temperaments have become citizens of this Nation.
In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles which are necessary to make them good American citizens.  These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it, Resolved That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and thorough Americanization of these former Moors and that in accordance with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix, or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.

On the question, **Will the House Adopt the resolution?**

**It was Adopted May 4, 1933**

*Is this the reason why you illegally changed my Moorish appellation [name] ???*

# Webster's New World™

# Hebrew Dictionary

### Hebrew/English ■ English/Hebrew

## Hayim Baltsan

The United States District Courts are violating the first (1st) Amendment to the Organic Constitution for the United States of America - Republic. "Marijuana" is a slang word which has no word origin. Therefore "Marijuana" is a word "made-up" in order to place unjust "codes" upon to stop illegally stop people from practicing or exercising their Rights under the first amendment.

WILEY

Wiley Publishing, Inc.

Cannabis [Greek] or Kanabos [Hebrew] is a herb created by Allah and was/is used for the making of the Holy Anointing Oil.

Page 14 of 93

(le) **kan oo le-khan** ולכאן לכאן *(kh=k)* adv in both ways; here and there.

(mee) **kan** מכאן adv from here; from this.

(mee) **kan oo mee-kan** ומכאן מכאן adv on both sides; from here and from there.

(mee) **kan she-** ש מכאן adv hence; from this we infer.

**kan/-eem.** כן nm stand; base; *(pl+of:* -**ey**).

**kan/-ey sheeloo'akh** שילוח כן nm launching pad.

**kan** ק"נ num 150 (100+50) in Hebrew numerological system.

**kan te'ameem** טעמים ק"נ nm pl 150 reasons; *(figurat.)* too many pretexts.

**kan|ah/-tah/-eetee** v bought; purchased; *(pres* koneh; *fut* yeekneh).

**kanah** *(etc)* **et lev/leebot** לב את קנה v won the heart/-s.

**kanah** *(etc)* **lo/lah/lee** *(etc)* **shem** לו/לה קנה שם לי v 1. acquired a reputation; 2. gained him/her/myself a name.

**kanah** *(etc)* **lo/lah/lee** *(etc)* **sheveetah** לו קנה שביתה v settled permanently; took a stand.

**kanaf/kenafayeem** כנף nf wing; *(+of:* kenaf/ kanfey).

**(pesant|er/-rey) kanaf** כנף פסנתר nm grand-piano; "grand".

**kana'oot** קנאות nf zeal; fanaticism.

**kanar/-eem** כנר nm violinist; *(pl+of:* -**ey**).

**kanaree|t/-yot** כנרית nf 1. canary 2. violinist (female).

**kan|as/-sah/-astee** קנס v fined; *(pres* kones; *fut* yeeknos).

**kan|ay/-a'eet** *(also:* kan|a'ee) קנאי nmf fanatic; zealot; *(pl+of:* -**'ey**).

**ka-neer'eh** *(also:* ke-neer'eh) כנראה adv apparently; as it seems.

**kan|eh/-eem** קנה nm 1. barrel (of gun). 2. stalk (of a plant); *(+of:* **keneh**/-**ey**).

**kaneh ratsoots** רצוץ קנה nm 1. broken reed; 2. *(figurat.)* not to be relied upon.

**('ol|eh/-ah be) kaneh ekhad** אחד בקנה עולה v pres suits; falls in line with; *(pst* 'alah *etc; fut* ya'aleh *etc).*

**kankan/-eem** קנקן nm jar; flask; *(pl+of:* -**ey**).

**(ta|hah/-hatah/-heetee 'al) kankan|o/-ah** תהה על קנקנו/-ה v tried to make out; *(pst* toheh *(etc); fut* yeet'heh *etc).*

**(hesh|eev/-eevah/-avtee 'al) kan|o/-ah** השיב/-ה על כנו/-ה v restored; reinstituted; *(pres* mesheev *etc; fut* yasheev *etc).*

**kanooy/kenooyah** קנוי adj bought; purchased; acquired.

□ **Kanot** כנות nm agricultural school for girls (est. 1952), 1 km S. of Gedera Junction (Tsomet Gederah). Pop. (students & staff) 315.

**kantran|ee/-t** קנטרני adj quarrelsome.

**kantran|oot** קנטרנות nf quarrelsomeness.

**kanyan/-eet** קניין nmf acquisitioner; buyer; *(pl:* -**eem**/-**eeyot;** *+of:* -**ey**).

**kanyon/-eem** *(cpr* kanyon) קניון nm mall; shopping center.

**ka'oor/ke'oorah** קעור adj concave.

**ka'oos/ke'oosah** כעוס adj angry; sore.

**ka'oov/ke'oovah** כאוב adj painful.

**(be'a|yah/-yot) ke'oov|ah/-ot** כאובה בעיה nf sore point.

**kapar|ah/-ot** כפרה nf absolution; atonement; *(+of:* -**at**).

**kapayeem** כפיים nf pl hands; palms; *(sing:* kaf).

**('amal) kapayeem** כפיים עמל nm manual labor.

**('avod|at/-ot) kapayeem** כפיים עבודת nf handwork; manual labor.

**(makh|a/-'ah/-atee) kapayeem** כפיים מחא v applauded; clapped hands; *(pres* mokhe *etc; fut* yeemkha *etc).*

**(neekyon) kapayeem** כפיים נקיון nf incorruptibility.

**(neke|e/-yat) kapayeem** כפיים נקי nm 1. honest person; 2. adj incorruptible; clean-handed.

**(yegee'a) kapayeem** כפיים יגיע nm toil of one's hands; handiwork.

**kapdan** *(npr* kafdan)/-**eet** קפדן adj & nmf strict (severe) person.

**kapdanoot** *(npr* kafdanoot) קפדנות nf strictness; severity.

**(be) kapdanoot** בקפדנות adv strictly; minutely.

**kapee|t/-yot** כפית nf teaspoon.

**kapeetan/-eem** קפיטן nm captain (of vessel); skipper.

**kapreez|ah/-ot** קפריזה nf caprice; whim; *(+of:* -**at).**

**kapreeze|e/-t** קפריזי adj capricious.

**kaptsoneem** קפצונים nm pl *[colioq.]* blanks; empty cartridges (for toy guns).

**kar/-eem** כר nm 1. pillow; 2. meadow; *(pl+of:* -**ey).**

**kar/-ah** קר adj cold; frigid.

**kar/-at mezeg** מזג קר adj cold-tempered.

**kar/-at roo'akh** קר-רוח adj composed; calm.

**(be-dam) kar** קר בדם adv in cold blood.

**kar|a/-'ah/-atee** קרא v 1. read; recited; 2. called; called upon; *(pres* kore; *fut* yeekra).

**kar|ah/-tah** קרה v happened; occurred; *(pres* koreh; *fut* yeekreh).

**kar|ah/-tah/-eetee** כרה v 1. dug (hole); 2. mined (ore); *(pres* .koreh; *fut* yeekhreh *(kh=k)).*

**karah** *(etc)* **kever** קבר כרה v dug a grave.

**karah** *(etc)* **ozen** אוזן כרה v lent an ear.

**karah** קרה nf frost; extreme cold.

**kara** *(etc)* **dror** דרור קרא v set free; liberated.

**kara** *(etc)* **heydad** הידד קרא v acclaimed.

**kara** *(etc)* **teegar** תיגר קרא v complained bitterly against.

**(sheteeyah) karah** קרה שתייה nf cold drinks.

**kara'/-'ah/-a'tee** כרע v 1. knelt; 2. collapsed; *(pres* kore'a; *fut* yeekhra' *(kh=k)).*

**kara'** *(etc)* **berekh** ברך כרע v knelt on one's knees.

164

---

Kanabos [Cannabis] is a Portmanteau. It is two words made into one word. Example: Kaneh & Bosom = Kanabos.

**et** בולשת *nf* secret police; criminal **gation** branch.

**et** בולט *adj* outstanding; conspicuous; *v* **and**(s) out; (*pst* **balat**; *fut* **yeevlot**; (*v=b*).

**ah/-ot** בועה *nf* bubble; boil; blister; (*+of:*)

**ah** בובה *nf [slang]* (*npr* **boobah**) doll; **oll**.

**h/-ot** בובה *nf* doll; (*+of:* -**at**).

**eh** בובה'לה *[slang] nmf* darling! dear boy!

**ah/-ot** בוכנה *nf* piston; (*+of:* -**at**).

**ah/-ot** בוכטה *[slang] nf* plenty; lots of -**at**).

**em** בול *nm* stamp; postage stamp; (*pl+of:*

**y do'ar** בול דואר *nm* postage stamp.
**y 'ets** בול עץ *nm* block of wood.
**y hakhnasah** בול-הכנסה *nm* revenue

 בול *interj* bull's eye! direct hit.
**e** קלע בול *nm* hit straight in **ye**; (*pres* **kole'a** *etc*; *fut* **yeekla** *etc*).
**eet** פגע בול *v* hit the target; **oge'a** *etc*; *fut* **yeefga** *etc*; *f=p*).
**ot** בולאות *nf* stamp collecting.
**ee/-t** בולגרי *adj* Bulgarian.
**ee/-yah** בולגרי *nmf* Bulgarian; (people).
**eet** בולגרית *nf* Bulgarian (the language).
**n**) **boolgaree** גבינה בולגרית *nf* white **cheese** of Balkan flavor.
**iryah** בולגריה *nf* Bulgaria.
 בולמוס *nm* mania; strong desire.
**er/-eem** בונקר *nm* bunker.
**em** בור *nm & adj m* illiterate; ignorant; **ah**.(*pl+of:* -**ey**).
**boor** בור *nm* uncultivated field.
**kah/-s** בורקה *nf* baked filo dough; **oaf** filled with cheese, meat or spinach. **onal** favorite dish of Sephardi Jews
**ee/-t** בורגני *nmf & adj* bourgeois; *[slang]*

**noot** בורגנות *nf* bourgeoisie; the wealthy

**gatah** (Buregeta) בורגתה *nm* village (est. **h** Sharon, 9 km E. of Netanya. Pop.

**iyo/-yah** בורי *adj* thorough.
**/-ot** (*npr* **boorsah**) בורסה *nf* stock-**ge**; (*+of:* -**at**).
**lee-neyarot 'erekh** בורסה לניירות ערך **rities**-exchange.
**V-ot yahalomeem** בורסה יהלומים *nf* **d** exchange.
**h/-ot** בושה *nf* shame: disgrace; (*+of:*

**! oo-khleemah** (*kh=k*) בושה וכלימה **ame** on...; what a shame!
**-rat**) **booshah** חסר בושה *adj* shameless.

□ **Boostan ha-Galeel** (Bustan Hagalil) בוסתן הגליל *nm* village (est. 1948) in N. Galilee, 2 km N. of Akko (Acre). Pop. 487.

**boot'al/-lah** בוטל *v* was cancelled; was abolished; (*pres* **mevootal**; (*v=b*); *fut* **yevootal**.
**booz** בוז *nm* contempt.
**booz le-** ! בוז-ל ! *interj* boo! down with! shame on ...!
**bor/-ot** בור *nm* pit; dungeon.
**bor/-ot shofkheen** בור שופכין *nm* cesspit.
**bore/-t** בורא *v pres* creates; (*pst* **bara**; *fut* **yeevrah** (*v=b*).
(ha) **bore** הבורא *nm* the Creator; the Maker.
**boreg/brageem** בורג *nm* screw; (*pl+of:* **borgey**).
**borer/-eem** בורר *nm* **1.** arbitrator; **2.** sorter; (*pl+of:* -**ey**).
**borer afeekeem** בורר אפיקים *nm* channel selector (electronics).
**borer makhree'a'** בורר מכריע *nm* umpire.
**boreroot/-yot** בוררות *nf* arbitration.
**boreroot khovah** בוררות חובה *nf* obligatory arbitration.
(ha-kadosh) **borkhoo** הקדוש ברוך הוא *nm [colloq.]* God Almighty.
**bos/-eem** בוס *nm [slang] nm* boss.
**bosemy/bsameeem** בושם *nm* perfume; scent; (*pl+of:* **bosmey**).
**boser 1.** בוסר *adj* unripe (fruit, idea); **2.** *nm* fruit that is not yet ripe.
(neesoo'ey) **boser** נישואי בוסר *nm pl* under-age marriage.
**botneem** בוטנים *nm pl* (*sing:* **boten**) peanuts.
**bots** בוץ *nm* mud.
**botsee** (*npr* **bootsee**) בוצי/-ת *adj* muddy.
**boydem** בוידם *[slang]* (Yiddish) *nm* attic.
**bozmanee/-t** בו-זמני *adj* simultaneous.
**bozmaneet** בו-זמנית *adv* simultaneously.
□ **Brakhah** ברכה *nm* communal settlement (est. 1983) on Mount Greezeem, overlooking the town of Nablus.
**brakhah/-ot** ברכה *nf* blessing; greeting; (*+of:* **beer|kat/-khot**; *k=kh*).
(geshem/geeshmey) **brakhah** גשם ברכה *nm* bountiful rain.
(ateret) **brakhot** עטרת ברכות *nf* a sheaf of blessings.
**bram** ברם *adv* yet; however.
**brarah** ברירה *[colloq.] nf* **1.** second-rate fruits (specifically: oranges); **2.** left-overs; second-rate (also *figurat.*).
**bree'|'akh/-kheem** בריח *nm* bolt; latch; (*pl+of:* -**ey**).
**breekh|ah/-ot** בריחה *nf* flight; escape; (*+of:* -**at**).
◊ **(ha)breekhah** ("Bricha") "(ה)בריחה" *nf* (*hist.*) the "underground railway" movement that in the years 1945-1948 gathered Jews from all over liberated Europe to ship them "illegally" to Palestine.
**bree'oot** בריאות *nf* health.
(meesrad ha) **bree'oot** משרד הבריאות *nm* Ministry of Health.

**breet/-ot** ברית *nf* **1.** covenant; **2.** circumcision ceremony; **3.** pact: **4.** fraternity.
◊ **breeta** בריתה *[slang] nf* reception which some parents give on occasion of the birth of a girl to parallel that of a boy's "Brith mila" (see ◊ **breet meelah** below).
□ **breet ha-mo'atsot** ברית המועצות *nf* the Soviet Union.
◊ **breet meelah** (Brith Mila) ברית מילה *nm* Jewish rite of circumcision performed at a religious and social ceremony held on the eighth day after birth of a boy.
(artsot ha) **breet** ארצות הברית *nf* the United States.
(ba'al/-at) **breet** בעל-ברית *nm* ally.
(ben/-ey) **breet** בן-ברית *nm* fellow-Jew.
"(ha)breet ha-khadashah" "הברית החדשה" *nf* the New Testament.
(kar|at/-tah/-atetee) **breet** כרת ברית *v* made a covenant; entered an alliance; (*pres* **koret** *etc*; *fut* **yeekhrot** *etc*).
(lookhot ha) **breet** לוחות הברית *nm pl* the holy tablets of the Decalogue.(Bibl.).
(ha) **breeyot** בריות *nf pl* (*sing:* **breeyah**) the people.
**brekh|ah/-ot** ברכה *nf* pool; (*+of:* -**at**).
□ **Brekhat 'Amal** ברכת עמל *nf* see "Sakhneh".
□ **Brekhat HaMeshoosheem** בריכת המשושים *nf* "the Hexagon Pool"- waterfall and pool surrounded by columns in the Golan Heights. 6 km NE of the Jordan estuary.
**brekhat sekheeyah** בריכת שחייה *nf* swimming pool.
□ **Brekhot Shelomo** בריכות שלמה *nf pl* "King Solomon's Pools" - complex of 3 large open ancient water reservoirs 4 km S. of Bethlehem.
**bresheet** בראשית *nf* "in the beginning" (Genesis).
(ma'as|eh/-ey) **bresheet** בראשית *nm* act of Creation.
**brer|ah/-ot** (*also pronounced:* **breyrah/-ot**) ברירה *nf* choice; alternative; (*+of:* -**at**).
(en) **brerah** (*or:* **eyn** *etc*) אין ברירה *nf* no alternative; no choice left.
(be-let) **brerah** בלית ברירה *nf* in the absence of an alternative.
(let) **brerah** לית ברירה *nf* no alternative.
(yesh) **brerah** יש ברירה *nf* there is a way.
**brer|at/-ot kenas** ברירת קנס *nf* fine (usually for traffic offences) the payment of which dispenses one from being tried in court.
**breykh|ah/-ot** בריכה *nf* see **brekh|ah/-ot** and derivatives, above.
**breyr|ah/-ot** בריירה *nf* see **brer|ah/-ot** and derivatives, above.
**brokh/-eem** ברוך *[slang] nm* (Yiddish) disaster; misfortune: bad luck.
**brookhah ha-ba'ah!** ברוכה הבאה! (greeting) welcome! (addressing a female).

49

**Column 1 (partial, left edge cut off):**

vi inf leentot; pst natah; pres
eh; etc.; 2. לחטוא vt inf lehatot;
geh; fut yateh.
מעל לראש adv me-'al le-rosh,
anav.
הגמ nf hegmonjyah/-yot (+of:
c) sheelton/-ot.
ל'agalot (+of: 'eglat/-ot).
govah/gvaheem (pl+of: govhey);
om[ah/-ot (+of: -at).
שיא הסכלות nm see/-'ey
inf lehagbeeha; pst
gbeeha; fut yagbeeha; 2.
להעלות pres ma'aleh; fut ya'aleh.
neto'av/-'evet.
h/yorsheem (+of: -ey).
esheet/-shot.
masok/-eem (pl+of: -ey).
lyoom.
heenom.
hagaheem (pl+of: -hey).
ah/kesadot (+of: kasdat).
-at].

la'azor; pst 'azar; pres 'ozer; fut
ssist) inf lesaye'a'; pst seeya';
yesaye'a'.
lo לא יוכל שלא לבוא
a/f] she-lo lavo.
אינו יכול לעשות doing
yekholah (m/f) she-lo la'asot.
לעזור ל inf la'azor laredet; pst
etc; fut ya'azor etc.
בכלות  אין  eyn
sheemana' mee-kakh.
הריני נשכע  v pres harenee
a/lakh (m/f).
'/-et.
av/rabat (m/f) 'ezer.
'ezrah; 2. מנה (portion) nf
[en/at/-ot)
adj khaslar/-rat oneem.
מצב ללא מוצא nm matsav/
h etc.

nm khoser yesha'.
ההכבד, בבקש v imp sing
], bevakashah!
-ot (+of: sflat/-ot).

hemlock רוש nm rosh.
hemoglobin המוגלובין nm hemoglobeen.
hemp קנבוס nm kanabos.
hemstitch מכפלת nm takh/takhey makhpelet.
(to) hemstitch לתפור תך מכפלת inf leetpor takh/
takhey makhpelet; pst tafar (f=p) etc; pres tofer etc;
fut yeetpor etc.
hen תרנגולת nf tarnegollet/-ot.
hence 1. מכאן adv mee-kan; 2. על כן (therefore)
adv 'al ken.
(a week) hence בעוד שבוע adv be-'od shavoo'a'.
henceforth מכאן ואילך adv mee-kan ve-'eylakh.
hepatitis הפטיטיס nf hepateetees.
her 1. שלה (possessive case) pron shelah; 2. אותה
(accusative case) pron otah.
herald 1. כרוז nm karoz; 2. מבשר (harbinger)
mevas[er/-reem (pl+of: -rey).
(to) herald 1. להכריז (proclaim) inf lehakhreez;
pst heekhreez; pres makhreez; fut yakhreez; 2. לבשר
(forebode) inf levaser; pst beeser (b=v); pres
mevaser; fut yevaser.
herb עשב nm 'esev/'asaveem (pl+of: 'esvey).
herd עדר nm 'eder/'adareem (pl+of: 'edrey).
(the common) herd ההמון nm he-hamon;
2. האספסוף (rabble) ha-asafsoof.
(to) herd להתקבץ כעדר inf leheetkabets ke-'eder;
pst heetkabets etc; pres meetkabets etc; fut yeetkabets
etc.
(to) herdsman רועה nm ro'eh/ro'eem (pl+of: ro'ey).
here 1. כאן nm kan; 2. פה (syn) poh.
here it is הרי זה כאן nm harey zeh kan.
(neither) here nor there אין זה נוגע לעניין eyn zeh
noge'a' la-'eenyan.
hereafter 1. מכאן ואילך adv mee-kan ve-'eylakh;
2. להבא (hereafter) adv lehaba.
(the) hereafter 1. העתיד לבוא nm he-'ateed lavo;
2. העולם הבא (the world to come) nm ha-'olam
ha-ba.
hereby בזה adv m/f ba-zeh/ba-zot.
hereditary תורשתי adj torashtee/-t.
heredity תורשה nf torashjah/-ot.
herein בזאת adv ba-zot.
heresy כפירה kefeer[ah/-ot (+of: -at).
heretic כופר kofer/-et.
heretofore לפנים adv lefaneem.
herewith בזאת adv be-zot.
heritage מורשת nf mor[eshet/-ashot.
hermetic הרמטי adj hermetee/-t.
hermit 1. מתבודד inf meetboded/-et; 2. נזיר
(monk/nun) nm/f nazeer/nezeerah.
hernia שבר nm shever.
hero גיבור nm/f adj geeborjah/-ot (pl: -eem/-ot;
+of: -at/-ot].
heroic 1. של גבורה adj shel gvoorah; 2. הרואי adj
hero'ee/-t.
heroine הרואית nf hero'een.
heroine 1. גיבורה nf geeborjah/-ot (+of: -at);
2. דמות נשית מרכזית nf demoojt-yot nasheejt
-yot merkazeejt/-yot.
heroism גבורה nf gvoorjah/-ot (+of: -at).
heron אנפה nf anaf[ah/-ot (+of: -at).

herring דג מלוח nm dag/-eem maloo'akh/
melookheem.
hers שלה possess. pron shelah.
(a friend of) hers ידיד שלה nm/f yedeed/-ah shelah.
herself היא עצמה hee 'atsmah.
(by) herself בעצמה adv be-'atsmah.
(talking to) herself בדברה לעצמה adv be-dabrah
le-'atsmah.
(she) herself did it היא עצמה עשתה זאת hee
'atsmah 'astah zot.
(to) hesitate להסס inf lehases; pst heeses etc; pres
mehases etc; fut yehases.
hesitating, hesitant 1. מהסס adj mehases/-et;
2. תוך היסוס (indeterminately) tokh heesoos.
hesitatingly בהיסוס adv be-heesoos.
hesitation היסוס nm pl heesoos[eem.
(to) hew 1. לחטוב inf lakhtov; pst khatav; pres
khotev; fut yakhtov; 2. לדבוק ב- (cling to) inf
leedbok be-; pst davak (v=b) be-; pres davak be-; fut
yeedbak be-.
heyday תקופת השיא nf tkoof[at/-ot ha-see.
(to) hibernate 1. לחרוף inf lakhrof; pst kharaf;
pres khoref; fut yakhrof; 2. להתבצל (loaf) inf
leheetbatel; pst heetbatel; pres meetbatel; fut
yeetbatel.
hiccup, hiccough שיהוק nm sheehook/-eem (pl+of:
-ey).
(to) hiccup, (to) hiccough לשהק inf leshahek; pst
sheehek; pres meshahek; fut yeshahek.
hickory היקוריה nf heekorjyah/-yot (+of: -yat).
hickory nut אגוז אמריקני nm egoz/-eem
amereekanee/-eem.
hidden מוסתר adj moostjar/-eret.
(to) hide להסתיר inf lehasteer; pst heesteer; pres
master; fut yasteer.
(to play) hide and seek לשחק במחבואים inf
lesakhek be-makhbo'eem; pst seekhek etc; pres
mesakhek etc; fut yesakhek etc.
(to) hide from להסתיר מפני inf lehasteer
mee-pney; pst heesteer etc; pres master etc;
fut yasteer etc.
hideous איום adj ayom/ayoomah.
hierarchy 1. סולם דרגות nm soolam deragot;
2. היררכיה heeyerarkh[yah/-yot (+of: -yat).
hieroglyph כתב חרטומים nm ktav khartoomeem.
high גבוה adj gavoha/gvohah.
(two feet) high בגובה שתי רגל be-govah shtey
regel.
high and dry 1. עוזב ורצוף adj 'azoov/-ah
ve-ratsoos/oo-retsootsah; 2. קצוץ כנפיים (with
wings clipped) adj ketsoots/-at kenafayeem.
(to look) high and low לבדוק בכל מקום שרק
אפשר inf leevdok be-khol (kh=k) makom she-rak
efshar; pst badak etc (b=v); pres bodek etc; fut
yeevdqk etc.
high explosive חומר נפץ חזק nm khom[er/-rey
nefets khazak/-eem.
(in) high gear בהילוך גבוה adv be-heelookh
gavoha.
high priest, -ess כוהן גדול nm/f kohen/-et gadol/
-gedolah.

607

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 74 of 89 PageID #: 242

**mango** מנגו nm mango.

**mangy 1.** מוכה שחין adj mookleh/-at sh'kheen; **2.** מטונף (dirty) adj metoonlaf/-efet.

**manhood 1.** גברות nf gavroot; **2.** בגרות (maturity) nf bagroot/-yot; **3.** אומץ (bravery) nm omets.

**mania 1.** שיגעון nm sheegla'on/-'ongt (+of: -'on); **2.** תשוקה (desire) nf teshooklah/-ot (+of: -at); **3.** מניה nf maneelyah/-yot (+of: -yat).

**manicure** מניקיור nm maneekyoor/-eem.

**manifest -manifest 1.** שטר מטען (cargo invoice) nm shtar/sheetrey meet'an; **2.** הצהרה (declaration) nf hats'harlah/-ot (+of: -at); **3.** ברור adj baroor/brooah; **4.** בולט לעין (conspicuous) adj bolet/-et la-'ayeen.

**manifestation 1.** הפגנה (demonstration) nf hafganlah/-ot (+of: -at); **2.** פירסום (display) nm peersoom/-eem (pl+of: -ey).

**manifesto** מנשר nm meenshlar/-areem (pl+of: -erey).

**manifold 1.** משוכפל adj meshookhplal/-elet; **2.** מגוון adj megoovlan/-enet.

**manikin 1.** נס nmf nanlas/-eset; **2.** בובת הדגמה nf booblat/-ot hadgamah.

**manila paper** נייר עטיפה חום nm neyar 'ateefah khoom.

**(to) manipulate 1.** לתפעל inf letaf'el; pst teef'el; pres metaf'el etc; fut yetaf'el; **2.** להשתמש ב- (make use of) inf leheeshtamesh be-; pst heeshtamesh be-; pres meeshtamesh be-; fut yeeshtamesh be-.

**manipulation 1.** תפעול nm teef'ool/-eem (pl+of: -ey); **2.** שימוש (use) nm sheemoosh/-eem (pl+of: -ey).

**mankind** האנושות nm ha-enoshoot.

**manly** גברי adj gavree/-t.

**mannequin** דומן nmf doogman/-eet (pl: -eem/-eeyot).

**manner 1.** דרך (way) nf derekh/drakheem (pl+of: darkhey); **2.** התנהגות (air) nf heetnahagoolt/-yot.

**(after this) manner** זו adv be-derekh zo.

**(by no) manner of means** לא בשום פנים be-shoom paneem lo.

**(in a) manner of speaking** כביכול adv kee-v-yakhol.

**mannerism 1.** גינונים nm pl geenoonleem (pl+of: -ey); **2.** הרגל (habit) nm hergel/-eem (pl+of: -ey).

**manners** נימוסים nm pl neemoosleem (pl+of: -ey).

**mannish 1.** בצורה גברית adv be-tsoorah gavreet; **2.** בתוקף (strongly) adv be-tokef.

**mansion** בית מגורים לחדר nm bet/batey megooreem le-khood.

**manslaughter** הריגה nf hareeglah/-ot (+of: -at).

**mantel** רובד האח nm roved ha-akh.

**mantle** אדרת nf aderet/adarot (pl+of: adrot).

**manual 1.** מדריך nm madreekh/-eem (pl+of: -ey); **2.** ספר הוראות (instruction book) nm sefer/seefrey hora'ot; **3.** ידני (hand-operated) adj yedanee/-t.

**(training) manual** מדריך תרגול nm madreekh/-ey teergool.

**manufacture** ייצור nm yeetsoor/-eem (pl+of: -ey).

**(to) manufacture** לייצר inf leyatser; pst yeetser; pres meyatser; fut yeyatser.

**manufacturer 1.** יצרן nm yatsran/-eem (pl+of: -ey); **2.** תעשיין (industrialist) nm ta'aseeyan/-eem (pl+of: -ey).

**manufacturing** ייצור nm yeetsoor/-eem (pl+of: -ey).

**manure** זבל nm zevel/zvaleem (pl+of: zeevley).

**manuscript 1.** כתב-יד nm ketav/keetvey yad; **2.** בכתב-יד (handwritten) adj bee-khtav yad (kh=k).

**many 1.** הרבה adj & adv harbeh; **2.** רבים adj pl rableem/-ot (m/f).

**(a great) many** חלק ניכר מבין khelek neekar mee-beyn.

**(too) many** רבים מדי rableem meday.

**(two guests too) many** שני אורחים יותר מדי shney orkheem yoter meeday.

**(how) many?** כמה? kamah?

**many a time** פעמים רבות adv pe'ameem rabot.

**(as) many as** רבים ככל adj pl rabeem ke-khol (kh=k).

**(as) many as five** עד כדי חמישה 'ad kedey khameeshah.

**(a good) many of** רבים מבין nm pl rableem mee-beyn.

**map** מפה nf maplah/-ot (+of: -at).

**(to) map** למפות inf lemapot; pst meepah; pres memapeh; fut yemapeh.

**(to) map out** לתכנן inf letakhnen; pst teekhnen; pres metakhnen; fut yeetakhnen.

**maple** אדר nm eder.

**(to) mar 1.** לחבל ב- inf lekhabel be-; pst kheebel be-; pres mekhabel be-; fut yekhabel be-; **2.** לקלקל (spoil) inf lekalkel; pst keelkel; pres mekalkel; fut yekalkel.

**marble** שיש nm shayeesh.

**(to play) marbles** לשחק בגולות inf lesakhek be-goolot; pst seekhek etc; pres mesakhek; fut yesakhek etc.

**March** מרס nm mars.

**march 1.** צעדה nf tse'adlah/-ot (+of: tsa'adlat/-ot); **2.** שיר לכת (song) nm sheer/-ey lekhet.

**(to) march** לצעוד inf leets'od; pst tsa'ad; pres tso'ed; fut yeets'ad.

**(to) march in review** לעבור בסך inf la'avor ba-sakh; pst 'avar etc; pres 'over etc; fut ya'avor etc.

**(to) march out** להתקדם לעבר inf leheetkadem le-'ever; pst heetkadem etc; pres meetkadem etc; fut yeetkadem etc.

**mare 1.** סוסה nf sooslah/-ot (+of: -at); **2.** אתון (fem. donkey) nf aton/-ot.

**margarine** מרגרינה nf margareenlah/-ot (+of: -at).

**margin 1.** שוליים nm pl shoollayeem (pl+of: -ey); **2.** קצה (edge) nm katseh/ketsavot (+of: ketseh/katsvot).

**marginal** שולי adj shoolee/-t.

**marigold** ציפורני חתול nm tseeporney khatool.

**marijuana** צמח קנבוס nm tsemakh/tseemkhey kanabos.

**marina** מעגן למפרשיות nm ma'agan/-eem le-meefraseeyot.

**marine** ימי adj yamee/-t.

650

The True name for Marijuana is Cannabis Sativa which is an annual herb, see: People v. Savage, 148 P. 2d 654, 64 Cal. App. 2d 314.



Page 74 of 89



# Merriam-Webster's Collegiate Dictionary

## TENTH EDITION

*Herb (slang-Marijuana) -*
*a seed producing*
*plant known for*
*it medicinal Qualitres.*

*Page 79 of 93*

things that creep on earth."

וּבְכָל־חַיָּה הָרֹמֶשֶׂת עַל־הָאָרֶץ

חסר י' בתראה

2

Marijuana is "slang" for herb! Slang words has no word origin. The Courts put "codes" on a "slang" word. SMh!

TORA

תורה בראשי

542 **heparinized • heredity**

the clotting time of blood, and that is used medically — **hep·a·rin·ized** \-rə-ˌnīzd\ *adj*

**hepat-** *or* **hepato-** *comb form* [L. fr. Gk *hēpat-, hēpato-*, fr. *hēpat-, hēpar*; akin to L *iecur* liver] 1 : liver ⟨*hepatectomy*⟩ ⟨*hepatotoxic*⟩ 2 : hepatic and ⟨*hepatocellular*⟩

**hep·a·tec·to·my** \ˌhe-pə-ˈtek-tə-mē\ *n, pl* **-mies** (ca. 1890) : excision of the liver or of part of the liver — **hep·a·tec·to·mized** \-ˌmīzd\ *adj*

**¹he·pat·ic** \hi-ˈpa-tik\ *adj* [L *hepaticus*, fr. Gk *hēpatikos*, fr. *hēpat-, hēpar*] (1599) : of, relating to, affecting, associated with, supplying, or draining the liver ⟨a ~ complaint⟩ ⟨~ arteries⟩

**²hepatic** *n* (1900) : LIVERWORT

**he·pat·i·ca** \hi-ˈpa-ti-kə\ *n* [NL, fr. ML, liverwort, fr. L, fem. of *hepaticus*] (1578) : any of a genus (*Hepatica*) of herbs of the buttercup family with lobed leaves and delicate flowers

**hep·a·ti·tis** \ˌhe-pə-ˈtī-təs\ *n, pl* **-tit·i·des** \-ˈti-tə-ˌdēz\ [NL] (ca. 1751) 1 : inflammation of the liver 2 : a disease or condition (as hepatitis A or hepatitis B) marked by inflammation of the liver

**hepatitis A** *n* (1972) : an acute usu. benign hepatitis caused by an RNA virus that does not persist in the blood serum and is transmitted esp. in food and water contaminated with infected fecal matter — called also *infectious hepatitis*

**hepatitis B** *n* (1972) : a sometimes fatal hepatitis caused by a double-stranded DNA virus that tends to persist in the blood serum and is transmitted esp. by contact with infected blood (as by transfusion) or blood products — called also *serum hepatitis*

**hep·a·to·cel·lu·lar** \ˌhe-pə-tō-ˈsel-yə-lər, hi-ˌpa-tə-ˈsel-\ *adj* (1940) : of or involving hepatocytes ⟨~ carcinoma⟩

**hep·a·to·cyte** \hi-ˈpa-tə-ˌsīt, ˈhe-pə-tō-\ *n* (1965) : any of the polygonal epithelial parenchymatous cells of the liver

**hep·a·to·ma** \ˌhe-pə-ˈtō-mə\ *n, pl* **-mas** *or* **-ma·ta** \-mə-tə\ [NL] (ca. 1923) : a usu. malignant tumor of the liver

**hep·a·to·meg·a·ly** \ˌhe-pə-tō-ˈme-gə-lē, hi-ˌpa-tə-ˈme-\ *n, pl* **-lies** (ca. 1901) : enlargement of the liver

**hep·a·to·pan·cre·as** \-ˈpaŋ-krē-əs, -ˈpan-\ *n* (1884) : a glandular structure (as of a crustacean) that combines the digestive functions of the vertebrate liver and pancreas

**hep·a·to·tox·ic** \-ˈtäk-sik\ *adj* (193-) : relating to or causing injury to the liver ⟨~ drugs⟩

**hep·a·to·tox·ic·i·ty** \-täk-ˈsi-sə-tē\ *n* (1952) 1 : a state of toxic damage to the liver 2 : a tendency or capacity to cause hepatotoxicity

**hep·cat** \ˈhep-ˌkat\ *n* (1938) : HIPSTER

**He·phaes·tus** \hi-ˈfes-təs, -ˈfēs-\ *n* [L, fr. Gk *Hēphaistos*] : the Greek god of fire and metalworking — compare VULCAN

**hepped up** *adj* (1947) : ENTHUSIASTIC

**Hep·ple·white** \ˈhe-pəl-ˌhwīt, -ˌwīt\ *adj* [George *Hepplewhite* †1786] : of, relating to, or imitating a style of furniture originating in late 18th century England

**hepta-** *or* **hept-** *comb form* [Gk, fr. *hepta* — more at SEVEN] 1 : seven ⟨*heptameter*⟩ 2 : containing seven atoms, groups, or equivalents ⟨*heptane*⟩

**hep·ta·chlor** \ˈhep-tə-ˌklōr, -ˌklȯr\ *n* [*hepta-* + *chlorine*] (1949) : a cyclodiene chlorinated hydrocarbon pesticide $C_{10}H_5Cl_7$ that causes liver disease in animals and is a suspected human carcinogen

**hep·tad** \ˈhep-ˌtad\ *n* [Gk *heptad-, heptas*, fr. *hepta*] (1660) : a group of seven

**hep·ta·gon** \ˈhep-tə-ˌgän\ *n* [Gk *heptagōnon*, neut. of *heptagōnos* heptagonal, fr. *hepta-* + *gōnia* angle — more at -GON] (1570) : a polygon of seven angles and seven sides — **hep·tag·o·nal** \hep-ˈta-gə-nᵊl\ *adj*

**hep·tam·e·ter** \hep-ˈta-mə-tər\ *n* (ca. 1890) : a line consisting of seven metrical feet

**hep·tane** \ˈhep-ˌtān\ *n* (1877) : any of several isomeric alkanes $C_7H_{16}$; *esp* : the liquid normal isomer occurring in petroleum and used esp. as a solvent and in determining octane numbers

**hep·tar·chy** \ˈhep-ˌtär-kē\ *n* (1576) 1 : a hypothetical confederacy of seven Anglo-Saxon kingdoms of the 7th and 8th centuries

**Hep·ta·teuch** \ˈhep-tə-ˌtük, -ˌtyük\ *n* [LL *heptateuchos*, fr. Gk *hepta-* + *teuchos* book — more at PENTATEUCH] (1677) : the first seven books of the canonical Jewish and Christian Scripture

**hep·tose** \ˈhep-ˌtōs, -ˌtōz\ *n* (1890) : any of various monosaccharides $C_7H_{14}O_7$ containing seven carbon atoms in a molecule

**¹her** \ˈhər, ər\ *adj* [ME *hire*, fr. OE *hiere*, gen. of *hēo* she — more at HE] (bef. 12c) : of or relating to her or herself esp. as possessor, agent, or object of an action ⟨~ house⟩ ⟨~ research⟩ ⟨~ rescue⟩ — compare ¹SHE

**²her** *pron objective case of* SHE

**He·ra** \ˈhir-ə, ˈher-ə\ *n* [Gk *Hēra*, *Hērē*] : the sister and consort of Zeus — compare JUNO

**Her·a·cles** \ˈher-ə-ˌklēz\ *n* [Gk *Hēraklēs*] : HERCULES

**¹her·ald** \ˈher-əld\ *n* [ME, fr. MF *hiraut*, fr. (assumed) Gmc compound whose first constituent is akin to OHG *heri* army and whose second is akin to OHG *waltan* to rule — more at HARRY, WIELD] (14c) 1 a : an official at a tournament of arms with duties including the making of announcements and the marshaling of combatants b : an officer with the status of ambassador acting as official messenger between leaders esp. in war c (1) : OFFICER OF ARMS (2) : an officer of arms ranking above a pursuivant and below a king of arms 2 a : an official crier or messenger 3 a : one that precedes or foreshadows b : one that conveys news or proclaims : ANNOUNCER ⟨it was the lark, the ~ of the morn —Shak.⟩ c : one who actively promotes or advocates : EXPONENT *syn* see FORERUNNER

**²herald** *vt* (14c) 1 : to give notice of : ANNOUNCE 2 a : to greet esp. with enthusiasm : HAIL b : PUBLICIZE 3 : to signal the approach of : FORESHADOW

**he·ral·dic** \he-ˈral-dik, hə-\ *adj* (1772) : of or relating to heralds or heraldry — **he·ral·di·cal·ly** \-di-k(ə-)lē\ *adv*

**her·ald·ry** \ˈher-əl-drē\ *n, pl* **-ries** (1572) 1 : the practice of devising, blazoning, and granting armorial insignia and of tracing and recording genealogies 2 : an armorial ensign 3 : INSIGNIA 4 : PAGEANTRY

**herb** \ˈərb, US also & Brit usu ˈhərb\ *n, often attrib* [ME *herbe*, fr. OF, fr. L *herba*] (14c) 1 : a seed-producing annual, biennial, or perennial that does not develop persistent woody tissue but dies down at the end of a growing season 2 : a plant or plant part valued for its medicinal, savory, or aromatic qualities 3 *slang* : MARIJUANA — **herb·like** \-ˌlīk\ *adj* — **herby** \ˈ(h)ər-bē\ *adj*

Bosom

Slang?

**her·ba·ceous** \ˌ(h)ər-ˈbā-shəs\ *adj* (1646) 1 a : of, relating to, or having the characteristics of an herb b *of a stem* : having little or no woody tissue and persisting usu. for a single growing season 2 : having the texture, color, or appearance of a leaf

**herb·age** \ˈ(h)ər-bij\ *n* (14c) 1 : herbaceous vegetation (as grass) esp. when used for grazing 2 : the succulent parts of herbaceous plants

**¹herb·al** \ˈ(h)ər-bəl\ *n* (1516) 1 : a book about plants esp. with reference to their medicinal properties 2 *archaic* : HERBARIUM 1

**²herbal** *adj* (1612) : of, relating to, or made of herbs

**herb·al·ist** \ˈ(h)ər-bə-list\ *n* (1589) 1 : one who practices healing by the use of herbs 2 : one who collects or grows herbs

**her·bar·i·um** \ˌ(h)ər-ˈbar-ē-əm, -ˈber-\ *n, pl* **-ia** \-ē-ə\ (1776) 1 : a collection of dried plant specimens usu. mounted and systematically arranged for reference 2 : a place that houses an herbarium

**herb doctor** *n* (1828) : HERBALIST 1

**herbed** \ˈ(h)ərbd\ *adj* (1950) : seasoned with herbs

**her·bi·cide** \ˈ(h)ər-bə-ˌsīd\ *n* [L *herba* + ISV *-cide*] (1899) : an agent used to destroy or inhibit plant growth — **her·bi·cid·al** \ˌ(h)ər-bə-ˈsī-dᵊl\ *adj* — **her·bi·cid·al·ly** \-dᵊl-ē\ *adv*

**her·bi·vore** \ˈ(h)ər-bə-ˌvōr, -ˌvȯr\ *n* [NL *Herbivora*, group of mammals, fr. neut. pl. of *herbivorus*] (1854) : a plant-eating animal

**her·biv·o·rous** \ˌ(h)ər-ˈbiv-rəs, -ˈbi-və-\ *adj* [NL *herbivorus*, fr. L *herba* grass + *-vorus* -vorous] (1661) : feeding on plants — **her·biv·o·ry** \-ˈbi-və-rē\ *n*

**herb Rob·ert** \ˌ(h)ərb-ˈrä-bərt\ *n* [ML *herba Roberti* prob. fr. *Robertus* (St. Robert) †1067 Fr. ecclesiastic] (13c) : a sticky low geranium (*Geranium robertianum*) with small reddish purple flowers

**Her·cu·le·an** \ˌhər-kyə-ˈlē-ən, ˌhər-ˈkyü-lē-\ *adj* (1596) 1 : of, relating to, or characteristic of Hercules 2 *often not cap* : of extraordinary power, extent, intensity, or difficulty

**Her·cu·les** \ˈhər-kyə-ˌlēz\ *n* [L, fr. Gk *Hēraklēs*] 1 : a mythical Greek hero renowned for his great strength and esp. for performing 12 labors imposed on him by Hera 2 [L (gen. *Herculis*)] : a northern constellation between Corona Borealis and Lyra

**Her·cu·les'–club** \ˈhər-kyə-ˌlēz-ˌkləb\ *n* (1647) 1 : a small prickly eastern U.S. tree (*Aralia spinosa*) of the ginseng family — called also *angelica tree* 2 : a small prickly southern U.S. tree (*Zanthoxylum clava-herculis*) of the rue family

**¹herd** \ˈhərd\ *n* [ME, fr. OE *heord*; akin to OHG *herta* herd, MW *cordd* troop, Lith *kerdžius* shepherd] (bef. 12c) 1 a : a number of animals of one kind kept together under human control b : a congregation of gregarious wild animals 2 a (1) : a group of people usu. having a common bond (2) : a large assemblage of like things b : the undistinguished masses : CROWD ⟨isolate the individual prophets from the ~ —Norman Cousins⟩ — **herd·like** \-ˌlīk\ *adj*

**²herd** *vt* (14c) 1 a : to gather, lead, or drive as if in a herd ⟨seventy-five boys and girls were ~ed by six or eight teachers —W. [illegible]⟩ b : to keep or move (animals) together 2 : to place in a group ~ *vi* 1 : to assemble or move in a herd 2 : to place oneself in a group : ASSOCIATE

**herd·er** \ˈhər-dər\ *n* (1635) : one that herds; *specif* : HERDSMAN

**herds·man** \ˈhərdz-mən\ *n* (1603) 1 : a manager, breeder, or tender of livestock 2 *cap* : BOOTES

**¹here** \ˈhir\ *adv* [ME, fr. OE *hēr*; akin to OHG *hier* here, OE *hē* he] (bef. 12c) 1 : in or at this place ⟨turn ~⟩ — often used interjectionally esp. in answering a roll call 2 : now ⟨~ it is morning already⟩ 3 : at or in this point, particular, or case ⟨~ we agree⟩ 4 : in the present life or state 5 : HITHER ⟨come ~⟩ 6 — used interjectionally in rebuke or encouragement ⟨~ — used interjectionally to express resolution or [illegible] — **neither here nor there** : having no interest or relevance : of no consequence ⟨comfort is neither here nor there to a real sailor⟩

**²here** *adj* (1596) 1 — used for emphasis esp. after a demonstrative pronoun or after a noun modified by a demonstrative adjective ⟨this one ~⟩ 2 *nonstand* — used for emphasis after a demonstrative adjective but before the noun modified ⟨this ~ book⟩

**³here** *n* (1605) : this place

**here·abouts** \ˈhir-ə-ˌbau̇ts\ *or* **here·about** \-ˌbau̇t\ *adv* (13c) : in this vicinity

**here·af·ter** \hir-ˈaf-tər\ *adv* (bef. 12c) 1 : after this in sequence or in time 2 : in some future time or state

**²hereafter** *n, often cap* (1546) 1 : FUTURE 2 : an existence beyond earthly life

**³hereafter** *adj* (1591) *archaic* : FUTURE

**here and now** *n* (1829) : the present time — used with *the* ⟨this obligation is in the here and now —W. H. Whyte⟩

**here and there** *adv* (14c) 1 : in one place and another 2 : from time to time

**here·away** \ˈhir-ə-ˌwā\ *or* **here·aways** \-ˌwāz\ *adv* (14c) *dial* : HEREABOUTS

**here·by** \hir-ˈbī, ˈhir-ˌ\ *adv* (13c) : by this means

**her·e·dit·a·ment** \ˌher-ə-ˈdi-tə-mənt\ *n* [ML *hereditamentum*, fr. LL *hereditare* to inherit, fr. L *hered-, heres*] (15c) : heritable property

**he·red·i·tar·i·an** \hə-ˌre-də-ˈter-ē-ən\ *n* (1881) : an advocate of the theory that individual differences in human beings can be accounted for primarily on the basis of genetics — **hereditarian** *adj*

**he·red·i·tary** \hə-ˈre-də-ˌter-ē\ *adj* [L *hereditarius*, fr. *hereditas*] (15c) 1 a : genetically transmitted or transmittable from parent to offspring b : characteristic of or fostered by one's predecessors 2 a : received or passing by inheritance or required to pass by inheritance or by reason of birth b : having title or possession through inheritance 3 : of a kind established by tradition ⟨~ enemies⟩ 4 : of or relating to inheritance or heredity *syn* see INNATE — **he·red·i·tar·i·ly** \-ˌre-də-ˈter-ə-lē\ *adv*

**he·red·i·ty** \hə-ˈre-də-tē\ *n* [MF *heredité*, fr. L *hereditat-, hereditas*, fr. *hered-, heres* heir — more at HEIR] (ca. 1540) 1 a : INHERITANCE 1 b : TRADITION 2 a : the sum of the qualities and potentialities genetically derived from one's ancestors b : the transmission of such qualities from ancestor to descendant through the genes

of the
serve
the y
expa
it wa
great
light
God
upo
nigh
God
ever
20
swa
abo
21G
livi
the
wir
thi
fer
an
the
fift
kii
an
25
of
of
26
af
se
ea
ea
ir
fe
a

29 וַיֹּאמֶר אֱלֹ
כָּל־עֵשֶׂב | זֹ
הָאָרֶץ וְאֶת־
זֹרֵעַ זָרַע לָכֶם
הָאָרֶץ וּלְכָל־
עַל־הָאָרֶץ אֲשֶׁ
עֵשֶׂב לְאָכְלָה
אֶת־כָּל־אֲשֶׁר
עֶרֶב וַיְהִי־בֹקֶר

ב וַיְכֻלּוּ הַשָּׁ
2 וַיְכַל אֱלֹהִים
אֲשֶׁר עָשָׂה וַיִּ
מְלַאכְתּוֹ אֲשֶׁ
אֶת־יוֹם הַשְּׁבִ
שָׁבַת מִכָּל־מְ
לַעֲשׂוֹת: פ
וְהָאָרֶץ בְּהִבָּ

בְּיוֹם עֲשׂוֹת
5 וְכֹל | שִׂיחַ
וְכָל־עֵשֶׂב הַ
הִמְטִיר יְהוָה
אַיִן לַעֲבֹד
מִן־הָאָרֶץ וְהִ
7 וַיִּיצֶר יְהוָה
מִן־הָאֲדָמָה
וַיְהִי הָאָדָם
8 וַיִּטַּע יְהוָה
שָׁם אֶת־הָ
יְהוָה אֱלֹהִים
לְמַרְאֶה וְטוֹב
הַגָּן וְעֵץ הַדַּ

fill the earth and master it; and rule the fish of the sea, the birds of the sky, and all the living things that creep on earth."

וּמִלְאוּ אֶת־הָאָרֶץ
וְכִבְשֻׁהָ וּרְדוּ בִּדְגַת הַיָּם וּבְעוֹף הַשָּׁמַיִם
וּבְכָל־חַיָּה הָרֹמֶשֶׂת עַל־הָאָרֶץ׃

ה׳ יעיר v. 4.

חסר י׳ בתראה v. 21.

Page 80 of 93

תנ״ך

# JPS HEBREW-ENGLISH TANAKH

THE TRADITIONAL HEBREW TEXT AND

THE NEW JPS TRANSLATION – *Second Edition*

*"To make any codes or laws to prohibit "herb" and/or "Kanabos" [Cannabis] is a violation of Allah's [G-d's] Holy Word and is a violation of the First Amendment !!!*

TORAH  THE FIVE BOOKS O[F]

NEVI'IM  THE PROPHETS

KETHUVIM THE WRITING[S]

THE JEWISH PUBLICATION SOCIETY

*Philadelphia   2003 · 5764*



Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 78 of 89 PageID #: 246

בְּרֵאשִׁית

# GENESIS

**א**לה = ALah
(H) (L) (A)

When God began to create[a] heaven and earth—[b]the earth being unformed and void, with darkness over the surface of the deep and a wind from[c] God sweeping over the water— [3]God said, "Let there be light"; and there was light. [4]God saw that the light was good, and God separated the light from the darkness. [5]God called the light Day, and the darkness He called Night. And there was evening and there was morning, a first day.[a]

[6]God said, "Let there be an expanse in the midst of the water, that it may separate water from water." [7]God made the expanse, and it separated the water which was below the expanse from the water which was above the expanse. And it was so. [8]God called the expanse Sky. And there was evening and there was morning, a second day.

[9]God said, "Let the water below the sky be gathered into one area, that the dry land may appear." And it was so. [10]God called the dry land Earth, and the gathering of waters He called Seas. And God saw that this was good. [11]And God said, "Let the earth sprout vegetation: seed-bearing plants, fruit trees of every kind on earth that bear fruit with the seed in it." And it was so. [12]The earth brought forth vegetation: seed-bearing plants of every kind, and trees of every kind bearing fruit with the seed in it. And God saw that this was good. [13]And there was evening and there was morning, a third day.

[14]God said, "Let there be lights in the expanse

a  Othr: "In the beginning God created."
b  Others "the spirit of."
c  Others "wind do."

רֵאשִׁית* בָּרָא אֱלֹהִים אֵת הַשָּׁמַיִם
וְאֵת הָאָרֶץ: וְהָאָרֶץ הָיְתָה תֹהוּ וָבֹהוּ
וְחֹשֶׁךְ עַל־פְּנֵי תְהוֹם וְרוּחַ אֱלֹהִים
מְרַחֶפֶת עַל־פְּנֵי הַמָּיִם: וַיֹּאמֶר אֱלֹהִים
יְהִי אוֹר וַיְהִי־אוֹר: וַיַּרְא אֱלֹהִים אֶת־
הָאוֹר כִּי־טוֹב וַיַּבְדֵּל אֱלֹהִים בֵּין הָאוֹר
וּבֵין הַחֹשֶׁךְ: וַיִּקְרָא אֱלֹהִים ׀ לָאוֹר יוֹם
וְלַחֹשֶׁךְ קָרָא לָיְלָה וַיְהִי־עֶרֶב וַיְהִי־בֹקֶר
יוֹם אֶחָד: פ
וַיֹּאמֶר אֱלֹהִים יְהִי רָקִיעַ בְּתוֹךְ הַמָּיִם
וִיהִי מַבְדִּיל בֵּין מַיִם לָמָיִם: וַיַּעַשׂ
אֱלֹהִים אֶת־הָרָקִיעַ וַיַּבְדֵּל בֵּין הַמַּיִם
אֲשֶׁר מִתַּחַת לָרָקִיעַ וּבֵין הַמַּיִם אֲשֶׁר
מֵעַל לָרָקִיעַ וַיְהִי־כֵן: וַיִּקְרָא אֱלֹהִים
לָרָקִיעַ שָׁמָיִם וַיְהִי־עֶרֶב וַיְהִי־בֹקֶר יוֹם
שֵׁנִי: פ

וַיֹּאמֶר אֱלֹהִים יִקָּווּ הַמַּיִם מִתַּחַת
הַשָּׁמַיִם אֶל־מָקוֹם אֶחָד וְתֵרָאֶה הַיַּבָּשָׁה
וַיְהִי־כֵן: וַיִּקְרָא אֱלֹהִים ׀ לַיַּבָּשָׁה אֶרֶץ
וּלְמִקְוֵה הַמַּיִם קָרָא יַמִּים וַיַּרְא אֱלֹהִים
כִּי־טוֹב: וַיֹּאמֶר אֱלֹהִים תַּדְשֵׁא הָאָרֶץ
דֶּשֶׁא עֵשֶׂב מַזְרִיעַ זֶרַע עֵץ פְּרִי
לְמִינוֹ אֲשֶׁר זַרְעוֹ־בוֹ עַל־הָאָרֶץ וַיְהִי־כֵן:
וַתּוֹצֵא הָאָרֶץ דֶּשֶׁא עֵשֶׂב מַזְרִיעַ זֶרַע
לְמִינֵהוּ וְעֵץ עֹשֶׂה פְּרִי אֲשֶׁר זַרְעוֹ־בוֹ
לְמִינֵהוּ וַיַּרְא אֱלֹהִים כִּי־טוֹב: וַיְהִי־
עֶרֶב וַיְהִי־בֹקֶר יוֹם שְׁלִישִׁי: פ
וַיֹּאמֶר אֱלֹהִים יְהִי מְאֹרֹת בִּרְקִיעַ

a  ד ביכורים ספרי נשמים מקובלים

עֵשֶׂב

her b

Herb      See Also Pslm 104:14



Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 79 of 89 PageID #:

*[handwritten: every "herb bearing" plant.]*

29God said, "See, I give you every seed-bearing plant that is upon all the earth, and every tree that has seed-bearing fruit; they shall be yours for food. 30And to all the animals on land, to all the birds of the sky, and to everything that creeps on earth, in which there is the breath of life, [I give] all the green plants for food." And it was so. 31And God saw all that He had made, and found it very good. And there was evening and there was morning, the sixth day.

*[handwritten: herb / every herb is good!!! / God!!!]*

2 The heaven and the earth were finished, and all their array. 2On the seventh day God finished the work that He had been doing, and He ceased[a] on the seventh day from all the work that He had done. 3And God blessed the seventh day and declared it holy, because on it God ceased from all the work of creation that He had done. 4Such is the story of heaven and earth when they were created.

When the LORD God made earth and heaven—5when no shrub of the field was yet on earth and no grasses of the field had yet sprouted, because the LORD God had not sent rain upon the earth and there was no man to till the soil, 6but a flow would well up from the ground and water the whole surface of the earth—7the LORD God formed man[b] from the dust of the earth.[c] He blew into his nostrils the breath of life, and man became a living being. 8The LORD God planted a garden in Eden, in the east, and placed there the man whom He had formed. 9And from the ground the LORD God caused to grow every tree that was pleasing to the sight and good for food, with the tree of life in the middle of the garden, and the tree of knowledge of good and bad.

29וַיֹּאמֶר אֱלֹהִים הִנֵּה נָתַתִּי לָכֶם אֶת־כָּל־עֵשֶׂב זֹרֵעַ זֶרַע אֲשֶׁר עַל־פְּנֵי כָל־הָאָרֶץ וְאֶת־כָּל־הָעֵץ אֲשֶׁר־בּוֹ פְרִי־עֵץ זֹרֵעַ זָרַע לָכֶם יִהְיֶה לְאָכְלָה: 30וּלְכָל־חַיַּת הָאָרֶץ וּלְכָל־עוֹף הַשָּׁמַיִם וּלְכֹל ׀ רוֹמֵשׂ עַל־הָאָרֶץ אֲשֶׁר־בּוֹ נֶפֶשׁ חַיָּה אֶת־כָּל־יֶרֶק עֵשֶׂב לְאָכְלָה וַיְהִי־כֵן: 31וַיַּרְא אֱלֹהִים אֶת־כָּל־אֲשֶׁר עָשָׂה וְהִנֵּה־טוֹב מְאֹד וַיְהִי־עֶרֶב וַיְהִי־בֹקֶר יוֹם הַשִּׁשִּׁי: פ

ב וַיְכֻלּוּ הַשָּׁמַיִם וְהָאָרֶץ וְכָל־צְבָאָם: 2וַיְכַל אֱלֹהִים בַּיּוֹם הַשְּׁבִיעִי מְלַאכְתּוֹ אֲשֶׁר עָשָׂה וַיִּשְׁבֹּת בַּיּוֹם הַשְּׁבִיעִי מִכָּל־מְלַאכְתּוֹ אֲשֶׁר עָשָׂה: 3וַיְבָרֶךְ אֱלֹהִים אֶת־יוֹם הַשְּׁבִיעִי וַיְקַדֵּשׁ אֹתוֹ כִּי בוֹ שָׁבַת מִכָּל־מְלַאכְתּוֹ אֲשֶׁר־בָּרָא אֱלֹהִים לַעֲשׂוֹת: פ 4אֵלֶּה תוֹלְדוֹת הַשָּׁמַיִם וְהָאָרֶץ בְּהִבָּרְאָם*

בְּיוֹם עֲשׂוֹת יְהוָה אֱלֹהִים אֶרֶץ וְשָׁמָיִם: 5וְכֹל ׀ שִׂיחַ הַשָּׂדֶה טֶרֶם יִהְיֶה בָאָרֶץ וְכָל־עֵשֶׂב הַשָּׂדֶה טֶרֶם יִצְמָח כִּי לֹא הִמְטִיר יְהוָה אֱלֹהִים עַל־הָאָרֶץ וְאָדָם אַיִן לַעֲבֹד אֶת־הָאֲדָמָה: 6וְאֵד יַעֲלֶה מִן־הָאָרֶץ וְהִשְׁקָה אֶת־כָּל־פְּנֵי־הָאֲדָמָה: 7וַיִּיצֶר יְהוָה אֱלֹהִים אֶת־הָאָדָם עָפָר מִן־הָאֲדָמָה וַיִּפַּח בְּאַפָּיו נִשְׁמַת חַיִּים וַיְהִי הָאָדָם לְנֶפֶשׁ חַיָּה: 8וַיִּטַּע יְהוָה אֱלֹהִים גַּן־בְּעֵדֶן מִקֶּדֶם וַיָּשֶׂם שָׁם אֶת־הָאָדָם אֲשֶׁר יָצָר: 9וַיַּצְמַח יְהוָה אֱלֹהִים מִן־הָאֲדָמָה כָּל־עֵץ נֶחְמָד לְמַרְאֶה וְטוֹב לְמַאֲכָל וְעֵץ הַחַיִּים בְּתוֹךְ הַגָּן וְעֵץ הַדַּעַת טוֹב וָרָע:

v. 4. ח' זעירא לפי נוסחים מקובלים

a Or "rested."
b Heb. 'adam.
c Heb. 'adamah.

3

*[handwritten: The Courts do not respect Abba's [God's] Law!! / Page 83 of 93]*



Kaneh Bosom / Kanabos
Cannabis

(ῶ) Vav (vowel sound o̅ or oo)

ODUS 30.37 KI TISSA'

TORAH EXODUS 30.9 TETSAVVEH

## KI TISSA'

25 The LORD spoke to Moses, saying: 26 Next take choice spices: five hundred weight of solidified myrrh, half as much—two hundred and fifty—of fragrant cinnamon, two hundred and fifty of aromatic cane, 24 five hundred—by the sanctuary weight—of cassia, and a *hin* of olive oil. 25 Make of this a sacred anointing oil, a compound of ingredients expertly blended, to serve as sacred anointing oil. 26 With it anoint the Tent of Meeting, the Ark of the Pact, 27 the table and all its utensils, the lampstand and all its fittings, the altar of incense. 28 the altar of burnt offering and all its utensils, and the laver and its stand. 29 Thus you shall consecrate them so that they may be most holy; whatever touches them shall be consecrated. 30 You shall also anoint Aaron and his sons, consecrating them to serve Me as priests.

31 And speak to the Israelite people, as follows: This shall be an anointing oil sacred to Me throughout the ages. 32 It must not be rubbed on any person's body, and you must not make anything like it in the same proportions; it is sacred, to be held sacred by you. 33 Whoever compounds its like, or puts any of it on a layman, shall be cut from his kin.

34 And the LORD said to Moses: Take the herbs stacte, onycha, and galbanum—these herbs together with pure frankincense; let there be an equal part of each. 35 Make them into incense, a compound expertly blended, refined, pure, sacred. 36 Beat some of it into powder, and put some before the Pact in the Tent of Meeting, where I will meet with you; it shall be most holy to you. 37 But when you make this incense, you must not make any in the same proportions for yourselves; it shall be held by you sacred to the LORD. Whoever makes any like it, to smell of it, shall be cut from his kin.

libation on it. 10 Once a year Aaron shall perform purification upon its horns with blood of the sin offering of purification; purification shall be performed upon it once a year throughout the ages. It is most holy to the LORD.

11 The LORD spoke to Moses, saying: 12 When you take a census of the Israelite people according to their enrollment. each shall pay the LORD a ransom for himself on being enrolled, that no plague may come upon them through their being enrolled. 13 This is what everyone who is entered in the records shall pay: a half-shekel by the sanctuary weight—twenty *gerahs* to the shekel—a half-shekel as an offering to the LORD. 14 Everyone who is entered in the records, from the age of twenty years up, shall give the LORD's offering: 15 the rich shall not pay more and the poor shall not pay less than half a shekel when giving the LORD's offering as expiation for your persons. 16 You shall take the expiation money from the Israelites and assign it to the service of the Tent of Meeting; it shall serve the Israelites as a reminder before the LORD, as expiation for your persons.

17 The LORD spoke to Moses, saying: 18 Make a laver of copper and a stand of copper for it. for washing: and place it between the Tent of Meeting and the altar. Put water in it, 19 and let Aaron and his sons wash their hands and feet [in water drawn] from it. 20 When they enter the Tent of Meeting they shall wash with water. that they may not die; or when they approach the altar to serve. to turn into smoke an offering by fire to the LORD. 21 they shall wash their hands and feet, that they may not die. It shall be a law for all time for them—for him and his offspring—throughout the ages.



Calamus is a mistranslation.
Calamus contain a poison
called "asarone." The word
above is "Kanabosom" [cannabis]!!

Kaneh bosom / Kanabos
The Greek form is Cannabis



Chasten your son while there is
hope,
And do not set your heart ⁵on his
destruction.

19  *A man* of great wrath will suffer
punishment;
For if you rescue *him*, you will
have to do it again.

20  Listen to counsel and receive
instruction,
That you may be wise ᵘin your
latter days.

21  There are many plans in a man's
heart,
ᵛNevertheless the LORD's counsel—
that will stand.

22  What is desired in a man is
⁶kindness,
And a poor man is better than a liar.

23  ʷThe fear of the LORD *leads* to life,
And *he who has* it will abide in
satisfaction;
He will not be visited with evil.

24  ˣA lazy *man* buries his hand in the
⁷bowl,
And will not so much as bring it to
his mouth again.

25  Strike a scoffer, and the simple
ʸwill become wary;
ᶻRebuke one who has
understanding, *and* he will
discern knowledge.

26  He who mistreats *his* father *and*
chases away *his* mother

*(handwritten: See Holy Quran; 2:219; 5:90-91; 4:43)*

to put him to death; a
Jewish tradition on
his crying
20  ⁵ Ps. 37:37
21  ᵛ Ps. 33:10, 11;
Prov. 16:9; Is. 46:10;
Heb. 6:17
22  ⁶ Lit.
lovingkindness
23  ʷ Prov. 14:27;
[1 Tim. 4:8]
24  ˣ Prov. 15:19
LXX, Syr. bosom; Tg.,
Vg. armpit
25  ᶻ Deut. 13:11
ʸ Prov. 9:8
26  ᵃ Prov. 17:2
28  ᵇ Job 15:16  ⁸ Lit.
witness of Belial,
worthless witness
29  ᶜ Prov. 26:3

**CHAPTER 20**

1  ᵃ Gen. 9:21; Prov.
23:29-35; Is. 28:7.
Hos. 4:11
2  ¹ Lit. fear or terror,
produced by the
king's wrath
3  ᵇ Prov. 17:14
4  ᶜ Prov. 10:4  ᵈ Prov.
19:15
6  ⁶ Lit. mercy

---

*a son who causes shame and
brings reproach.*

27  Cease listening to instruction, my
son,
And you will stray from the words
of knowledge.

28  A ᵍdisreputable witness scorns
justice,
And ᵇthe mouth of the wicked
devours iniquity.

29  Judgments are prepared for scoffers,
ᶜAnd beatings for the backs of fools.

**20**  Wine *is* a mocker,
Strong drink *is* a brawler,
And whoever is led astray by it is
not wise.

2  The ¹wrath of a king *is* like the
roaring of a lion;
*Whoever* provokes him to anger
sins *against* his own life.

3  ᵇ*It is* honorable for a man to stop
striving,
Since any fool can start a quarrel.

4  ᶜThe lazy *man* will not plow
because of winter;
ᵈHe will beg during harvest and
*have* nothing.

5  Counsel in the heart of man *is like*
deep water,
But a man of understanding will
draw it out.

6  Most men will proclaim each his
own ²goodness,

---

**19:18 Chasten.** *See notes on 3:11; 13:24; 22:6.*

**19:19** Repeated acts of kindness are wasted on ill-natured people.

**19:21** *See note on 16:1.*

**19:22** Rich liars are not kind since their lies bring harm; a kind poor man is more desirable.

**19:23 fear of the LORD.** *See note on 1:7.*

**19:24** The lazy man's lack of action to move his hand from the flat, metal food saucer up to his mouth is because he is too lazy, as explained in 26:15.

**19:25 scoffer…simple…understanding.** Three classes of people are noted: 1) scoffers are rebuked for learning nothing; 2) simpletons are warned by observing the rebuke of the scoffer; and 3) the understanding deepen their wisdom from any reproof.

**19:26 mistreats.** Cf. 10:1; 15:20; 17:21,25; 28:24. The son appears to come into possession of his father's property during his parents' lifetime, but rather than caring for them, he drives them out (cf. Ex. 20:12; 21:15,17).

**19:28 disreputable witness.** *See note on 12:17.*

**19:29** *See note on 10:13.*

**20:1 Wine…strong drink.** This begins a new theme of temperance (see 23:20,21,29-35; 31:4,5). Wine was grape juice mixed with water to dilute it, but strong drink was unmixed *(see note on Eph. 5:18)*. While the use of these beverages is not specifically condemned (Deut. 14:26), being intoxicated always is (Is. 28:7). Rulers were not to drink, so their judgment would not be clouded nor their behavior less than exemplary (see 31:4,5). *See note on 1 Tim 3:3.* **mocker…brawler.** "Mocker" is the same word as "scoffer" in 19:25,29; a brawler is violent, loud, and uncontrolled. Both words describe the personality of the drunkard.

**20:2** *See notes on 16:14; 19:12.* Men who resist governmental authority injure themselves. *See notes on Rom. 13:1-5.*

**20:3** Cf. 15:18; 17:14; 19:11.

**20:4 lazy man.** *See notes on 6:6,11.*

**20:5 deep water.** The wise man has keen discernment reaching to the deepest intentions of the heart to grasp wise counsel (cf. 18:4; Heb. 4:12).

**20:6** There are a lot more people who are eager to brag about themselves than there are those who are truly faithful to testify of God's goodness.

*(handwritten: You Prohibit what Allah says is good [cannabis] and you sanction Wine, beer and strong alcoholic drinks !!)*

16 Yes, my 5inmost being will rejoice
   When your lips speak right things;

17 hDo not let your heart envy sinners,
   But ibe zealous for the fear of the
   Lord all the day;

18 iFor surely there is a 6hereafter,
   And your hope will not be cut off.

19 Hear, my son, and be wise;
   And guide your heart in the way.

20 Do not mix with winebibbers,
   Or with gluttonous eaters of meat;

21 For the drunkard and the glutton
   will come to poverty,
   And drowsiness will clothe a man
   with rags.

22 lListen to your father who begot
   you,
   And do not despise your mother
   when she is old.

23 mBuy the truth, and do not sell it,
   Also wisdom and instruction and
   understanding.

24 nThe father of the righteous will
   greatly rejoice,
   And he who begets a wise child
   will delight in him.

25 Let your father and your mother
   be glad,
   And let her who bore you rejoice.

26 My son, give me your heart,
   And let your eyes observe my ways.

27 oFor a harlot is a deep pit,
   And a seductress is a narrow well.

28 pShe also lies in wait as for a
   victim,
   And increases the unfaithful
   among men.

29 qWho has woe?
   Who has sorrow?
   Who has contentions?
   Who has complaints?
   Who has wounds without cause?
   Who rhas redness of eyes?

30 sThose who linger long at the wine,
   Those who go in search of tmixed
   wine.

31 Do not look on the wine when it is
   red,
   When it sparkles in the cup,
   When it swirls around smoothly;

32 At the last it bites like a serpent,
   And stings like a viper.

33 Your eyes will see strange things,
   And your heart will utter perverse
   things.

34 Yes, you will be like one who lies
   down in the 8midst of the sea,
   Or like one who lies at the top of
   the mast, saying:

35 "They uhave struck me, but I was
   not hurt;
   They have beaten me, but I did not
   feel it.
   When shall vI awake, that I may
   seek another drink?"

**24** Do not be aenvious of evil men,
   Nor desire to be with them;

2 For their heart devises violence,
   And their lips talk of
   troublemaking.

3 Thro...
   And...

4 By k...
   With...

5 bA wi...
   Yes,...

6 cFor h...
   And...

7 dWiso...
   He c...

8 He w...
   Will...

9 The ...
   And...

10 If yo...
   You...

11 gDeli...
   And...

12 If yo...
   Doe...
   He ...
   And...

---

**Cross references (center column):**

16 5 Lit. kidneys
17 h Ps. 37:1; Prov. 24:1, 19 i Prov. 28:14
18 j [Ps. 37:37] 6 Future, lit. latter end
20 k Prov. 20:1; 23:29, 30; Is. 5:22; Matt. 24:49; [Luke 21:34]; Rom. 13:13; [Eph. 5:18]
22 l Prov. 1:8; Eph. 6:1
23 m Prov. 4:7; 18:15; [Matt. 13:44]
24 n Prov. 10:1
27 o Prov. 22:14

28 p Prov. 7:12; Eccl. 7:26
29 q Is. 5:11, 22 r Gen. 49:12
30 s 1 Sam. 25:36; Prov. 20:1; 21:17; Is. 5:11; 28:7; [Eph. 5:18] t Ps. 75:8
31 7 goes around
34 8 Lit. heart
35 u Prov. 27:22; Jer. 5:3 v Eph. 4:19

CHAPTER 24
1 a Ps. 1:1; 37:1; Prov. 23:17

24:3,4 hou...
14:1), a family...
1 Kin. 11:38; 1...
24:5,6 Wis...
See notes on ...
24:7 the g...
there debating...
24:11 The ...
Deliverance a...
by providing ...
fatal course.
24:12 He ...
One who kno...
excuses for f...
each man ac...
50:29.
24:13,14 ...
seek the swe...
24:14 heir...

---

**Footnotes (bottom):**

**23:16 inmost being.** Lit. "the kidney," which, along with the heart (cf. 3:5; 4:21-23), are figurative expressions for the inner man or the seat of one's thoughts and feelings.

**23:17 fear of the Lord.** See note on 1:7.

**23:18 there is a hereafter.** Cf. v. 24. Anyone who might envy sinners needs to know that their prosperity is brief. They will die ("be cut off"); then there will be a time when all iniquities will be dealt with and divine justice will prevail (cf. Ps. 37:28-38). The righteous will live forever (see note on 14:32).

**23:19 the way.** The way of wisdom is the only right way (4:10,11).

**23:20 winebibbers.** Cf. vv. 29-35; Deut. 21:20.

**23:22** Cf. 1:8; 2:1; 3:1; 4:1; 5:1; Eph. 6:1.

**23:23 Buy the truth.** Obtain the truth at all costs. See notes on 4:5-7; cf. Matt. 13:44-46. Then never relinquish it at any price (see Dan. 1:8ff.).

**23:24,25** See notes on v. 15; 13:24.

**23:27,28 harlot...seductress.** Cf. 22:14. The terms refer to any immoral woman. See notes on 2:16; 5:3-5; 7:5-27; 9:13-18. Falling into her clutches should be as frightening as the prospect of falling into a deep pit or well, from which there is no escape.

**23:29-35** This passage offers a powerful warning against drunk-

enness, presented as a riddle (v. 29) with its answer (v. 30). Following the riddle, come exhortations (vv. 31,32) and descriptions of the drunkard's delirious thoughts (vv. 33,35).

**23:30 mixed wine.** See note on 20:1. Lingering long at the wine is indicative of constant drinking, so as to induce drunkenness (cf. 1 Tim. 3:3; Titus 1:7). Searching for more to drink indicates the same pursuit.

**23:31 wine when it is red.** This describes wine when it is especially desirable and when it is most intoxicating, perhaps as "strong drink" or mixed with spices only and not water, as opposed to the "new wine" (3:10), which was fresh and unfermented or less fermented (cf. Hos. 4:11).

**23:32 bites...stings.** This recounts the hangover, but also the more than likely destructive consequences (cf. Is. 59:5; Jer. 8:17).

**23:33** The delirium and distortion of reality are part of the drunkard's miserable experience (see note on 1 Cor. 6:12).

**23:34** Here is the warning about the dizziness, sickness, and confusion of the drunkard, like being seasick at the top of the mast, the most agitated point on a ship in strong seas.

**23:35** The drunkard's lack of sense is so severe that his first waking thought is to repeat his debauchery and dangerous sin.

**24:1,2** Cf. 23:3,17.

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page: 82 of 89 PageID #: 250



HOLLY L. WOLCOTT
CITY CLERK

SHANNON D. HOPPES
EXECUTIVE OFFICER

When making inquiries relative
to this matter, please refer to
the Council File No.

# City of Los Angeles
## CALIFORNIA



ERIC GARCETTI
MAYOR

OFFICE OF THE
CITY CLERK

Council and Public Services Division
200 N. Spring Street, Room 395
Los Angeles, CA 90012
General Information - (213) 978-1133
FAX: (213) 978-1040

PATRICE Y. LATTIMORE
ACTING DIVISION MANAGER

clerk.lacity.org

## CERTIFICATION

I, City Clerk of the City of Los Angeles and ex-officio Clerk of the City Council of the City of Los Angeles, do hereby certify and attest the foregoing to be full, true and correct copy of the original **NOTICE OF OWNER OF ALLODIM TITLE LAND PATENT FEE SIMPLE AND NOTICE OF FOREIGN JURISDICTION TO ALL U.S. STATE AGENTS AND OFFICERS FROM THE MOOR-AMERICAN NATIONAL GOVERNMENT CONSULATE, from Council File 15-0160-s756,** in its entirety.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the City of Los Angeles, this **6th** day of **JUNE, 2018.**

City Clerk of the City of Los Angeles

By _____
Julia Amanti, Deputy Clerk

Page 1 of 3

Moor-American National
Government and Consulate - Embassy
Foreign Jurisdiction
City of Los Angeles Council File
No. 15-0160-s756
All Rights Reserved

*Page 87 of 93*

Abdel Kim Nadi-Bey Mohammed El Ali-Amin

AN EQUAL EMPLOYMENT OPPORTUNITY – AFFIRMATIVE ACTION EMPLOYER

Case 2:13-cv-04991-JFW-PJW   Document 20   Filed 09/16/13   Page 3 of 3   Page ID #:146

**Morocco**

See Attachments with dates of:
- 4-16-2013 (notice of foreign Jurisdiction)
- 5-14-2013 (Grand Deed)
- 5-20-2013 (Notice to Los Angeles Police Dept.)
- 6-21-2013 (Notice to Los Angeles Police Dept.)

Case Number:
CV13-04991 JFW(VBKx)

The Moor American National Government & Consulate

**Moorish Khalifornia**
Latitude- 32° 32' N to 42° N.
Longitude- 114° 8' W to 126° 26'W

To: Michael N. Feuer, City Attorney
Attn: Gary G. Geuss, Chief Assistant City Attorney
   Cory M. Brente, Supervising Assistant City Attorney
   Elizabeth Greenwood, Deputy City Attorney United Parcel Service  1Z5XW8749214605935
   Daniel M. Lench, Paralegal II office of the City Attorney, Police Litigation Unit
Via United States Postal Service Certified Mail  7011 3500 0301 8265 1503  Sent on 9/5/2013
To: Los Angeles Superior Court
   via United States Postal Service Certified Mail  7011 3500 0001 8265 1510
To: United States District Court-Central District of California-UPS 1Z5XW87942 7355 6568
   Via United States Postal Service Certified Mail  7011 3500 0001 8265 1527 Sent on 9/5/2013
To: Wedgewood Community Fund II, LLC
   Via United States Postal Service Certified Mail  7011 3500 0001 8265 1534
To: Maxim Properties
   Via United States Postal Service Certified Mail  7011 3500 0001 8265 1541
To: Polly Watts, Polly Watts, broker
   Via United States Postal Service Certified Mail  7011 3500 0001 8265 1558
RE: United States District Court CENTRAL DISTRICT of California Case number CV13-04991 JFW(VBKx)
   Los Angeles Superior Court case number BCS09376

Notice of Status, Nationality, and Jurisdiction
To be placed upon the Public Record by the Corporate
Wards Gary G. Geuss, Michael N. Feuer, Cory M. Brente,
Elizabeth Greenwood, Daniel M. Lench, Maxim Properties,
Wedgewood Community Fund II LLC, Polly Watts-Polly
Watts broker, Must show proof of Delegation of
Authority Order upon Public Record, To Honor All stated
Herein.

From: The Moor American Consul-AbdelAlim Mohammed-El
3675 Grayburn Avenue
Los Angeles, California Republic-not in a federal zone,
See Organic U.S.A. Republic Constitution Aa1cle 1
Section 8 & Article 4 section 4

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

Peace and much blessing to all who obey Allah, The Lord and Creator
of the heavens and earth and all in between.
I am the natural man AbdelAlim Mohammed-El who by birthright and
nationality am a Moor American, I am not a negro, black, colored, african-
American, U.S. 14th Amendment citizen/person nor the strawman/corporation
in all capital entitled ABDELALIM MOHAMMED-EL. I am making a special
Appearance In-Propria-Persona Sui-Juris. My Moor American Rights are secured
by the unbroken Peace and Friendship Treaty between the united states
of America and The Empire of Morocco-1787 A.D & the organic U.S.A
Republic Constitution Article 6 sections 1 & 2 [see below].

EDMUND G. BROWN JR.
*Attorney General*

DEPARTMENT OF JUSTICE

*State of California*

*Now the Department of Justice want to act*
*Like they dont know who I am - SMH*

PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

September 5, 2008

PIU 236045

Mr. & Mrs. Abdel-Alim Mohammed El-
~~~ ~~~ ~~th Street
~~~~~~, CA 90~~~-~~30

*100ᵀᴴ United States Congress House concurrent Resolution 331,*
*1933 legislative Journal - House Resolution number 75, EL, Bey, Ali "*

Dear Mr. & Mrs. Mohammed El:

Thank you for your correspondence to the Office of Attorney General Edmund G. Brown Jr.

We appreciate hearing from citizens on matters of public concern. However, we are prohibited by law from representing private individuals or providing legal advice, legal research or legal analysis to private individuals under any circumstances.

We recommend that you consult with a private attorney. An attorney would directly represent your interests and is the one whose advice would be most helpful to you. You may obtain a referral to a certified lawyer referral service by calling the State Bar at 1-866-442-2529 (toll free in California) or 415-538-2250 (from outside California), or via their website at: http://www.calbar.ca.gov.

We regret than we cannot be of further assistance to you, but hope that the information we have provided clarifies our restrictions in regard to your request. As a courtesy, we are also returning your original documents as you may need them in the future. Thank you again for writing.

Sincerely,

C. Hallinan
Public Inquiry Unit

For  EDMUND G. BROWN JR.
Attorney General

Page 85 of 93

# BLACK'S
# LAW DICTIONARY

Definitions of the Terms and Phrases of
American and English Jurisprudence,
Ancient and Modern

*Muhammad*

By

## HENRY CAMPBELL BLACK, M. A.

Author of Treatises on Judgments, Tax Titles, Intoxicating Liquors,
Bankruptcy, Mortgages, Constitutional Law, Interpretation
of Laws, Rescission and Cancellation of Contracts, Etc.

## REVISED FOURTH EDITION

By

### THE PUBLISHER'S EDITORIAL STAFF

*"Lawyers" are "Scribes" in the Bible.*
*See Matthew 22:35; 2:4; Luke 10:25; Mark 12:28*
*Matthew 23:27–39; Luke 16:14–17; Luke 11:45–54*

ST. PAUL, MINN.
WEST PUBLISHING CO.
1968

LOS ANGELES COUNTY
LAW LIBRARY


*Moors are Free "white" People*
*Caucasians are not white people*

**FREE**

right to go on land again and again as often as may be reasonably necessary. Thus, in the case of a tenant entitled to emblements.

**FREE FISHERY.** See Fishery.

**FREE ICE.** All ice in navigable streams not included within that authorized to be appropriated is sometimes called "free" ice, and does not belong to the adjacent riparian owners, but to the person who first appropriates it. Hudson River Ice Co. v. Brady, 158 App.Div. 142, 142 N.Y.S. 819, 821.

**FREE LAW.** A term formerly used in England to designate the freedom of civil rights enjoyed by freemen. It was liable to forfeiture on conviction of treason or an infamous crime. McCafferty v. Guyer, 59 Pa. 116.

**FREE LOVE.** Consorting with opposite sex at pleasure without marriage. Robinson v. Casey, Tex.Civ.App., 272 S.W. 536, 538.

**FREE MEN.** Before the Norman Conquest, a free man might be a man of small estate dependent on a lord. Every man, not himself a lord, was bound to have a lord or be treated as unworthy of a free man's right. Among free men there was a difference in their estimation for *Wergild.* See Liber Homo.

**FREE ON BOARD.** Means that the subject of sale is to be loaded for shipment without expense to the buyer. Olsen v. McMaken & Pentzien, 139 Neb. 506, 297 N.W. 830, 832.

**FREE PASS.** The power of riding over a railroad without payment of the customary fare. Coco v. Oden, 143 La. 718, 79 So. 287, 288, 8 A.L.R. 679; Tripp v. Michigan Cent. R. Co., C.C.A.Mich., 238 F. 449, 458, L.R.A.1918A, 758.

**FREE SCHOOL.** Where no charge is made for tuition. Vincent v. County Board of Education of Talladega County, 222 Ala. 216, 131 So. 893, 894.

**FREE SERVICES.** In feudal and old English law, such feudal services as were unbecoming the character of a soldier or a freeman to perform; as to serve under his lord in the wars, to pay a sum of money, and the like. 2 Bl.Comm. 60, 61.

**FREE SHAREHOLDERS.** The free shareholders of a building and loan association are subscribers to its capital stock who are not borrowers from the association. Steinberger v. Independent B. & S. Ass'n, 84 Md. 625, 36 A. 439.

**FREE SHIPS.** In international law, ships of a neutral nation. The phrase "free ships shall make free goods" is often inserted in treaties, meaning that goods, even though belonging to an enemy, shall not be seized or confiscated, if found in neutral ships. Wheat. Int. Law, 507, et seq.

**FREE SOCAGE.** See Socage.

**FREE TENURE.** Tenure by free services; freehold tenure.

**FREE TIME.** Period that railroad car may remain unloaded before demurrage charges begin

to accrue. Lehigh Valley R. Co. v. Maas & Waldstein Co., 102 N.J.L. 332, 131 A. 884; Central of Georgia Ry. Co. v. Leverette, 34 Ga.App. 304, 129 S.E. 292, 293.

**FREE WARREN.** See Warren.

**FREE WHITE PERSONS.** "Free white persons" referred to in Naturalization Act, as amended by Act July 14, 1870, has meaning naturally given to it when first used in 1 Stat. 103, c. 3, meaning all persons belonging to the European races then commonly counted as white, and their descendants, including such descendants in other countries to which they have emigrated.

It includes all European Jews, more or less intermixed with peoples of Celtic, Scandinavian, Teutonic, Iberian, Latin, Greek, and Slavic descent. It includes Magyars, Lapps, and Finns, and the Basques and Albanians. It also includes the mixed Latin, Celtic-Iberian, and Moorish inhabitants of Spain and Portugal, the mixed Greek, Latin, Phoenician, and North African inhabitants of Sicily, and the mixed Slav and Greek inhabitants of South Russia. It does not mean Caucasian race, Aryan race, or Indo-European races, nor the mixed Indo-European-Dravidian-Semitic-and-Mongolian peoples who inhabit Persia. A Syrian of Asiatic birth and descent will not be entitled to become a naturalized citizen of the United States as being a free white person. Ex parte Shahid, D.C.S.C., 205 F. 812, 813; United States v. Cartozian, D.C.Or., 6 F.2d 919, 921; Ex parte Dow, D.C.S.C., 211 F. 486, 487; In re En Sk Song, D.C.Cal., 271 F. 23. Nor a native-born Filipino. U. S. v. Javier, 22 F.2d 879, 880, 57 App.D.C. 303. Nor a native of India who belonged to Hindu race. Kharaiti Ram Samras v. United States, C.C.A.Cal., 125 F.2d 879, 881.

**FREE WOMAN OF COLOR.** Term, up to the time of the Civil War, applied to all persons not of the white race, including Indians. Sunseri v. Cassagne, 191 La. 209, 185 So. 1, 4.

**FREEDMAN.** In Roman law, one who was set free from a state of bondage; an emancipated slave. The word is used in the same sense in the United States, respecting negroes who were formerly slaves. Fairfield v. Lawson, 50 Conn. 513, 47 Am.Rep. 669; Davenport v. Caldwell, 10 S.C. 333.

**FREEDOM.** The state of being free; liberty; self-determination; absence of restraint; the opposite of slavery.

The power of acting, in the character of a moral personality, according to the dictates of the will, without other check, hindrance, or prohibition than such as may be imposed by just and necessary laws and the duties of social life.

The prevalence, in the government and constitution of a country, of such a system of laws and institutions as secure civil liberty to the individual citizen.

**FREEDOM OF RELIGION.** Embraces the concept of freedom to believe and freedom to act, the first of which is absolute, but the second of which remains subject to regulation for protection of society. Oney v. Oklahoma City, C.C.A.Okl., 120 F. 2d 861, 865.

**FREEDOM OF SPEECH AND OF THE PRESS.** See Liberty.

**FREEDOM OF THE CITY.** In English law, this phrase signifies immunity from county juris-

diction, and ... and self-gove... the crown. T... ject to the pr... conferred as... tinguished in... carries the pa... The rights o... gesses or fre... der the old E... and conferred... Chic. L. J. 357...

The phrase n... quently used in... tions visiting a... has no meaning... will.

The form of ... to Andrew Kor... 13 Law Notes 18...

**FREEHOLD.** ... mountain Re... 2d 704, 706, 12...

A "freehol... Cohn v. Litw...

An estate i... certain durat... which may p... at the least, ... and held by s... copyhold or v... Ill. 376, 51 N... Miss. 22; Ra... Ohio St. 306... Lakeside Irr... 65, 285 S.W. 5...

An oil and ... Ill. 51, 30 N.E...

A 99-year l... estate". Eali... App. 508, 56 ...

Such an intel... dure not only... after his death... him, according... persons are cal... sent, the "anc... the ancestor's ... and, when it c... freehold not of ...

An estate to ... ities: (1) Imm... land or some i... and (2) indeter... tion to which ... mined, it cann...

Freehold is ... ments in fee, i... right to such t... been applied t... for life. Modi... Gage v. Scales,... L.R. 11 Eq. 45...

*Determinable* ... determine upo... which they are... to a woman du... promoted to a ... ever the contin... when the gran... tates are abso...



*[handwritten: Moors are Moslems, NOT U.S. citize—]*

**MORTUUS**

**MORTUUS EXITUS NON EST EXITUS.** A dead issue is no issue. Co.Litt. 29. A child born dead is not considered as issue.

**MORTUUS SINE PROLE.** Dead without issue. In genealogical tables often abbreviated to "*m. s. p.*"

**MOS RETINENDUS EST FIDELISSIMÆ VETUSTATIS.** 4 Coke, 78. A custom of the truest antiquity is to be retained.

**MOSCOW INTERNATIONAL.** See Third International.

*[handwritten: moorish law]*

**MOSLEM LAW.** One of the two great systems of customary law which the English found in India. It regulated the life and relations of all Moslems, and parts of it, especially its penal provisions, were applied to both Moslems and Hindus. Bryce, Extension of the Law.

**MOST FAVORED NATION CLAUSE.** A clause found in most treaties providing that the citizens or subjects of the contracting states may enjoy the privileges accorded by either party to those of the most favored nations. It is said that the general design of such clauses is to establish the principle of equality of international treatment. The test whether this principle is violated by the concession of advantages to a particular nation is, not tne form in which such concession is made, but the condition on which it is granted; whether it is given for a price, or whether this price is in the nature of a substantial equivalent, and not of a mere evasion. The United States has always taken the stand that reciprocal commercial concessions are given for a valuable consideration and are not within the scope of this clause. Whitney v. Robertson, 124 U.S. 190, 8 S.Ct. 456, 31 L.Ed. 386. Great Britain has taken the opposite position.

See Consular Treaty Rights and Comments on the "Most Favored Nation" Clause, by Ernest Ludwig; 3 Amer.Journ.Int.L. 57; Herod, Most Favored Nation Treatment; Moore's Dig.Int.Law; 3 Amer.Journ.Int.Law 395.

**MOSTRENCOS.** In Spanish law, strayed goods; estrays. White, New Recop. b. 2, tit. 2, c. 6.

**MOTE.** Sax. A meeting; an assembly. Used in composition, as *burgmote, folkmote*, etc.

**MOTE-BELL.** The bell which was used by the Saxons to summon people to the court. Cowell.

**MOTEER.** A customary service or payment at the mote or court of the lord, from which some were exempted by charter or privilege. Cowell.

**MOTHER.** A woman who has borne a child. Gardner v. Hall, 132 N.J.Eq. 64, 26 A.2d 799, 807. A female parent, Guide Pub. Co. v. Futrell, 175 Va. 77, 7 S.E.2d 133, 138. Correlative to "son" or "ʎughter." The term includes maternity during ...ebirth period. Watson v. Independent Banner of Love Soc., 54 Ga.App. 370, 187 S.E. 897, 898.

**MOTHER-IN-LAW.** The mother of one's wife or of one's husband.

**MOTION.** Parliamentary law. The formal mode in which a member submits a proposed measure or resolve for the consideration and action of the meeting.

**Practice.** Primarily an application for a rule or order made viva voce to a court or judge, but the term is generally employed with reference to all such applications, whether written or oral. Irwin v. Gilson Realty Co., 117 Fla. 394, 158 So. 77.

**Special motion.** A motion addressed to the discretion of the court, and which must be heard and determined; as distinguished from one which may be granted of course. Merchants' Bank v. Crysler, Mo., 14 C.C.A. 444, 67 F. 390.

**MOTION FOR DECREE.** Under the chancery practice, the most usual mode of bringing on a suit for hearing when the defendant has answered is by motion for decree. Hunter, Suit Eq. 59; Daniell, Ch.Pr. 722.

**MOTION FOR JUDGMENT.** In English practice, a proceeding whereby a party to an action moves for the judgment of the court in his favor. S.Ct. Rules 1883, ord. 40.

**MOTION IN ARREST OF JUDGMENT.** It is intended to avoid judgment because of unamendable defect appearing on record. Turner v. Shackleford, 43 Ga.App. 271, 158 S.E. 439, 440.

**MOTION IN ERROR.** A motion in error stands on the same footing as a writ of error; the only difference is that, on a motion in error, no service is required to be made on the opposite party, because, being before the court when the motion is filed, he is bound to take notice of it at his peril. Treadway v. Coe, 21 Conn. 283.

**MOTION TO SET ASIDE JUDGMENT.** This is a step taken by a party in an action who is dissatisfied with the judgment directed to be entered at the trial of the action.

**MOTIVE.** Cause or reason that moves the will and induces action. Commonwealth v. Trunk, 311 Pa. 555, 167 A. 333, 338. An inducement, or that which leads or tempts the mind to indulge a criminal act. People v. Lewis, 275 N.Y. 33, 9 N.E.2d 765, 768.

In the popular mind intent and "motive" are not infrequently regarded as one and the same thing. In law there is a clear distinction between them. "Motive" is the moving power which impels to action for a definite result. Intent is the purpose to use a particular means to effect such result. "Motive" is that which incites or stimulates a person to do an act. People v. Weiss, 252 App.Div. 463, 300 N.Y.S. 249, 255.

**MOTOR VEHICLE.** In the Uniform Act Regulating Traffic on Highways, 11 U.L.A., and similar statutes, any self-propelled "vehicle," defined as including every device in, upon, or by which any person or property is or may be transported or drawn upon a highway, except devices moved by human or muscular power or used exclusively upon stationary rails or tracks. The term "motor vehicles," although sometimes regarded as synonymous with or limited to "automobiles," often has

*[handwritten right margin: Corporation / Moors are bound only to Al-Quran (Moslem) Law..]*

*[right column fragments:]*

a br... auto... well... ble...

Mo...

MOT... engi... Ellet... rari... 39 S... State...

A... is us... cycle... under... cycle... blitie... Blash... § 2.

MOT... com... scrip...

MOU... conn... cros... sorie... nati...

MOU... mou... Also...

As...

MOU... the 1... anot... whe... the c... par...

MOV... as m... or te... 71, 5...

MOV... sona... Sayr...

MOV... Cok... crea... the c... wate... Iowa...

MOV... sona... ant... with... 2 Bl...

Mo... plate... the 1... parts... whol... ly, o... powe...

*[handwritten footer: Page 92 of 93]*

Case: 4:20-cr-00111-SEP   Doc. #: 30   Filed: 01/04/21   Page 89 of 89 PageID #: 257

Under all Rights Reserved, I am The Moor-American AbdelAlim Mohammed-El making a Special Appearance In Propria Persona Sui Juris deny that the following artificial entities, Strawman, and corporations exist: UNITED STATES OF AMERICA, UNITED STATES, U.S.A., U.S., AMERICA, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION CASE NUMBER ED20MJ00631 4:20CR111 SEP/NAB, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION ST. LOUIS, UNITED STATES MARSHALS, ERIC VINCENT SMITH, ERIC VINCENT SMITH A.K.A. ABDELALIM MOHAMMAD-EL, ABDELALIM MOHAMMED-EL, DEFENDANT, INDICTMENT COUNT ONE, THE GRAND JURY, FEBRUARY 21 2018, THE EASTERN DISTRICT OF MISSOURI, TITLE 18 UNITED STATES CODE SECTION 915, COUNT TWO, A THING OF VALUE, HOUSING LOCATION 3F13, SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, BOOKING NUMBER 2011341992, WEST VALLEY DETENTION CENTER, FILED FEB 13 2020 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES, STATE OF MISSOURI, ST. LOUIS COUNTY, ST. LOUIS LAMBERT AIRPORT POLICE, A DIPLOMAT FROM MOROCCO, DIPLOMATIC IMMUNITY, COUNT THREE, MOOR-AMERICAN CONSOLATE, COUNT FOUR, COUNT FIVE, TRUE BILL, A TRUE BILL, FOREPERSON, JEFFREY B. JENSEN UNITED STATES ATTORNEY, KENNETH R. TIHEN #37325MO ASSISTANT UNITED STATES ATTORNEY, FBI, FEDERAL BUREAU OF INVESTIGATION, PLAINTIFF, NO. 4:20-CR-00111 SEP NAB, USDC-EDMO CRIMINAL CASE COVER SHEET, 05/15/1971, 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, DEPARTMENT OF STATE, INDEX KEY/CODE/OFFENSE LEVEL/AO CD/SEV 18.915, BLACK, NEGRO, COLORED, AFRICAN-AMERICAN, CASE NUMBER ED 20 M J00631, LOCAL CRIMINAL RULE 46-6, 31 U.S.C. SECTION 9306, DIAN SMITH CAMPBELL, 1877 WEST 95TH STREET LOS ANGELES CALIFORNIA 90047, 1459 MAXWELL UPLAND CALIFORNIA 91786, IMPERSONATION, UNITED STATES MARSHALS LOS ANGELES, ERIC SMITH, ERIC V. SMITH, HONORABLE RODNEY W. SIPPEL CHIEF JUDGE, GREGORY J. LINHARES, CLERK OF COURT, DISTRICT JUDGES, HENRY E. AUTREY, AUDREY G. FLEISSIG, JOHN A. ROSS, RONNIE L. WHITE, STEPHEN R. CLARK, SARAH E. PITLYK, MATTHEW T. SCHELP, SENIOR DISTRICT JUDGE, E. RICHARD WEBBER, JEAN C. HAMILTON, CATHERINE D. PERRY, STEPHEN N. LIMBAUGH, CHIEF MAGISTRATE JUDGE, NANNETTE A. BAKER, MAGISTRATE JUDGE, DAVID D. NOCE, SHIRLEY PADMORE MENSAH, NOELLE C. COLLINS, ABBIE CRITES-LEONI, JOHN M. BODENHAUSEN, PATRICIA L. COHEN, STEPHEN R. WELBY, UNITED STATES DEPARTMENT OF JUSTICE, STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION NUMBER A5395486, UNITED STATES PROBATION & PRETRIAL SERVICE 7276793, BI SMARTLINK, BRENDA BARRIENTOS, GRETCHEN RESHA RICK, GRETCHEN R RICKS, GRETCHEN RICKS, MOORISH SOVEREIGN CITIZENS, ARRAIGNMENT, PRETRIAL, STATE OF CALIFORNIA CERTIFICATION OF VITAL RECORD LOCAL REGISTRATION AND DISTRICT NUMBER 7097-041216, SOCIAL SECURITY ADMINISTRATION NUMBER 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, DEFENDANT, UNITED STATES FEDERAL PUBLIC DEFENDER, SOVEREIGN CITIZENS MOVEMENT, AMERICAN TACTICAL SUMMERVILLE SC AK-47 AT-47 F5001129, REMINGTON UMC 380 PA42617, EMBASSY, PRETRIAL, TRIAL, ARREST, DETAIN, ABDELALIM MOHAMMEDEL.

Making a Special Appearance In Propria Persona Sui Juris, The Moor-American National Government and Consulate, ALL Moor-American Rights Reserved,

Abdelalim Mohammed-El